**IMPG ADVOCATES**

**873 EAST BALTIMORE PIKE, #705**

**KENNETT SQUARE, PENNSYLVANIA 19348**

717.615.2030
Direct Dial:  717.961.8978
paularossi@comcast.net

*Civil Rights • International Law • Antitrust • Election Law • Complex Litigation*

January 27, 2016

Hon. Yvette Kane, USDJ
Ronald Reagan Federal Building & Courthouse
228 Walnut Street
Harrisburg, PA  19111

RE:     *Benezet Consulting, LLC et al., v Cortes et al.*, 16-cv-74
Supplemental Authority

Dear Judge Kane:

The United States District Court for the District of Connecticut issued a Temporary Restraining Order on January 26, 2016 enjoining as unconstitutional the state's in-state witness restriction with respect to minor political parties.  The case is *Libertarian Party of Connecticut v. Denise Merrill*, 15-cv-1851.  The complaint was filed by the Libertarian Party of Connecticut on December 22, 2015 to enjoin the in-state witness restriction on the circulation of nomination petitions that was set to begin on January 1, 2016.

The Court issued the Temporary Restraining Order almost four weeks after the period to circulate nomination petitions began on January 1, 2016 and where the in-state witness restriction enjoined by the Court yesterday was well known to the Libertarian Party of Connecticut for many years.

Sincerely,

/s/ *Paul A. Rossi*

Paul A. Rossi, Esq.