**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

* * * * * * * *

BENEZET CONSULTING,      *

LLC; and TRENTON POOL,*

    Plaintiffs          *Case No.

    vs.                 *1-16-CV-0074

PEDRO A. CORTÉS, in     *

his official capacity *

as the Secretary of     *

the Commonwealth of    *DEPOSITION OF

Pennsylvania; and      *JONATHAN MARKS

JONATHAN MARKS, in his*October 18,

official capacity as   *2016

Commissioner of the     *

Bureau of Commissions,*

Elections and           *

Legislation,            *

    Defendants          *

        * * * * * * * *


Any reproduction of this transcript is

prohibited without authorization by

the certifying agency.

1                    D E P O S I T I O N

2                         O F

3       JONATHAN MARKS, taken on behalf of the

4       Plaintiff herein, pursuant to the

5       Rules of Civil Procedure, taken before

6       me, the undersigned, Bernadette Black,

7       a Court Reporter and Notary Public in

8       and for the Commonwealth of

9       Pennsylvania, at Crowne Plaza

10      Harrisburg, 23 South Second Street,

11      Harrisburg, Pennsylvania, on Tuesday,

12      October 18, 2016 beginning at 10:06

13      a.m.

14

15

16

17

18

19

20

21

22

23

24

25

3

1               A P P E A R A N C E S

2

3     PAUL ANTHONY ROSSI, ESQUIRE

4     873 East Baltimore Pike,

5     Suite 705

6     Kennett Square, PA  19348

7          COUNSEL FOR PLAINTIFFS

8

9     KENNETH JOEL, ESQUIRE

10    PA Office of Attorney General

11    15th Floor, Strawberry Square

12    Harrisburg, PA  17120

13         COUNSEL FOR DEFENDANTS

14

15

16

17

18

19

20

21

22

23

24

25

4

1                           I N D E X

2

3      WITNESS: JONATHAN MARKS

4      EXAMINATION

5          By Attorney Rossi              7 - 107

6      CERTIFICATE                            108

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

<u>E X H I B I T   P A G E</u>

                                        P A G E

<u>N U M B E R</u>    <u>D E S C R I P T I O N</u>       <u>I D E N T I F I E D</u>

1         Nomination Paper          16

2         Rocky De La Fuente

          Nomination Petition    20

*Exhibits not attached.

6

1                    OBJECTION PAGE

2

3    ATTORNEY                              PAGE

4    Joel                         18,  19,  19,  21,

5                                 23,  27,  29,  50,

6                                 67,  74,  75,  75,

7                                 76,  77,  77,  105

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

1          P R O C E E D I N G S

2     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

3     JONATHAN MARKS, HAVING FIRST BEEN DULY

4     SWORN, TESTIFIED AS FOLLOWS:

5     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

6     EXAMINATION

7     BY ATTORNEY ROSSI:

8     Q.      Good morning.  All right.

9     State your name for the record,

10    please.

11    A.      Good morning.  Jonathan Marks,

12    first name is J-O-N-A-T-H-A-N.  Last

13    name is M-A-R-K-S.

14    Q.      Good morning, Mr. Marks.

15    A.      Good morning.

16    Q.      You've been deposed before?

17    A.      I have.

18    Q.      I know for a fact that's true.

19    But just to go over some ground rules.

20    If I ask a question and you don't

21    understand the question, please stop

22    and ask me to rephrase and I'll be

23    happy to do that.

24    A.      Okay.

25    Q.      And may I assume then, if you

8

1    answer a question you understand the

2    question that you're answering?

3    A.    Yes.

4    Q.    And obviously we try not to

5    talk over each other for the court

6    reporter.  So if --- I'll try not to

7    talk over you and you talk over me,

8    okay?

9    A.    I'll do my best.

10   Q.    And obviously, you need to give

11   verbal answers, so that the court

12   reporter can record the answer.

13   A.    Correct.

14   Q.    What is your position with the

15   Commonwealth of Pennsylvania?

16            ATTORNEY JOEL:

17            Could I just note before

18        we get started --- he's going

19        to read and sign.

20            ATTORNEY ROSSI:

21            Yes.

22            ATTORNEY JOEL:

23            I'm sorry, go ahead.

24   A.    I am the Commissioner of the

25   Bureau of Commissions, Elections and

9

1    Legislation.

2    BY ATTORNEY ROSSI:

3    Q.      And with respect to the ---?

4    With respect to the circulation of

5    election petitions, what is your role

6    in that process?

7    A.      I oversee basically, all the

8    requirements of the Bureau, including

9    nomination petition filing.  So it's

10   really just making sure that

11   everything is coordinated each year

12   for candidates to come to the

13   Department of State to file their

14   nomination petitions.

15   Q.      How does an individual get on

16   the ballot in the Commonwealth of

17   Pennsylvania?

18   A.      An individual in general or as

19   it relates to the petitions?

20   Q.      As it relates --- in general.

21   We'll start from the large --- we'll

22   start from the macro and go down to

23   the micro.

24   A.      Okay.

25   Q.      How does --- how does anybody

10

1    get on the ballot in Pennsylvania?

2    A.    The method for accessing the

3    ballot, whether it's the primary

4    ballot or the November election

5    ballot, involves circulation of

6    nomination petitions or nomination

7    papers.  Basically candidates collect

8    signatures from registered electors of

9    the Commonwealth, to have their names

10   submitted for inclusion on the ballot.

11          So in the primary it's

12   nomination petitions.  And candidates

13   who are seeking to access either the

14   Republican or the Democratic primary

15   ballots would circulate nomination

16   petitions on their own behalf to

17   access the ballot. And they would

18   collect signatures from registered and

19   enrolled members of the political

20   party.

21          And to access a November

22   ballot, minor political parties and

23   political bodies, which are

24   independent organizations, would

25   collect signatures on nomination

11

1    papers to access the November ballot.

2    Q.    What is the difference between

3    a petition --- a nominating petition

4    and a nominating paper?

5    A.    Well, there are a number of

6    differences.  The biggest difference

7    is that the nomination petition, it's

8    really two similar processes with

9    different ends.  Nomination petitions,

10   as I said, are for accessing the

11   primary ballot by the Republican or

12   Democratic primary.

13        Nomination papers, you're

14   gaining access directly to the general

15   election ballot, the November election

16   ballot.  The signature requirements

17   are set in statute for nomination

18   petitions.  They are a specific number

19   of signatures for each office.

20   Whereas nomination papers until a

21   recent Federal Court order, was a

22   calculation based on a percentage of

23   votes cast in a previous election.

24   Q.    And who determines if --- what

25   is the difference between the

12

1    Republican and Democratic parties and

2    minor political parties and political

3    bodies?

4    A.     The difference, basically, the

5    two, the Republican and Democratic

6    parties, are qualified under the

7    Pennsylvania election code as major

8    parties.  Because they have met a

9    certain threshold based on election

10   performance.  And they also meet the

11   threshold based on percentage of

12   overall voter registration.  That's

13   what qualifies them as major parties.

14   Q.     And what is the threshold for

15   registration to be a major party?

16   A.     Fifteen (15) percent, I

17   believe.

18   Q.     Of the total ---?

19   A.     The total number of registered

20   voters in the Commonwealth.

21   Q.     You testified that minor

22   political parties and political bodies

23   circulate nominating papers.  What is

24   the difference between a minor

25   political party and a political body?

13

1    A.     A minor political party has

2    actually qualified as a political

3    party at either the statewide level or

4    county level.  And again, that's based

5    on performance at a previous election.

6    If one of their candidates received a

7    certain percentage of the total votes

8    cast for the elected candidate or the

9    winning candidate at the last

10   election, they would qualify as a

11   political party, but not necessarily a

12   major political party.  Political

13   bodies basically is everything else.

14   Q.     Would a --- just an individual

15   who hadn't run in a prior election be

16   a political body?

17   A.     Yeah, it would be a political

18   body under the meaning of the election

19   code.  So an independent candidate

20   would be considered a political body

21   for purposes of nomination paper

22   filing.  Political body is basically

23   anything that does not qualify as a

24   political party.

25   Q.     So there are three

14

1   classifications of political

2   organizations in Pennsylvania, a major

3   political party, a minor political

4   party and a political body?

5   A.     Correct.

6   Q.     And major political parties

7   have to circulate nominating

8   petitions?  And minor political

9   parties and political bodies,

10  circulate the nominating papers?

11  A.     Correct.

12  Q.     And the requirements for minor

13  --- strike that.

14         Are the requirements to get

15  onto the general election ballot the

16  same for minor political parties and

17  political bodies?

18  A.     In terms of the signature

19  requirement?

20  Q.     Correct, yes.  What benefit is

21  there for a minor political party to

22  be --- to meet a threshold, other ---

23  strike that.

24         What is the difference between

25  a minor political party and political

15

1    bodies with respect to access to the

2    ballot?

3    A.    Well, a minor political party

4    basically gets --- because there's a

5    party organization, they file party

6    rules with the Secretary of the

7    Commonwealth or the County Board of

8    elections.  They get  --- I referred

9    to it as right of refusal.  But they

10   basically get more control over who

11   their candidates are.

12         They also are given the benefit

13   of being able to nominate candidates

14   for special elections, by way of

15   nomination certificate, as supposed to

16   circulating nomination papers.  I

17   think those are the only two

18   substantive differences.

19   Q.    So those are the two benefits

20   that they get from having shown some

21   success in prior elections?

22   A.    Correct.

23              (Plaintiff's Exhibit 1

24              marked for

25              identification.)

16

1    BY ATTORNEY ROSSI:

2    Q.    Okay.  Let me show you

3    Plaintiff's Exhibit 1.  Are you

4    familiar with that document?

5    A.    I am, yes.

6    Q.    And what is that?  State for

7    the record what that is.

8    A.    It is a --- it appears to be a

9    page of a nomination paper submitted

10   by an independent political body,

11   nominating Rocky De La Fuente and

12   Michael --- is it Steinberg, it's kind

13   of hard to see --- for the offices of

14   President and Vice President of the

15   United States.

16   Q.    Is that an accurate reflection,

17   is that an accurate reproduction of a

18   nominating paper in Pennsylvania?

19   A.    It is, yes.

20   Q.    Okay.  And who promulgates that

21   form?

22   A.    The Department of State.

23   Q.    Okay.  Who determines --- who

24   has the authority to alter that form?

25   A.    Well, we would have the

17

1    authority to alter it or the General

2    Assembly.  Obviously, these are all

3    statutory requirements.

4    Q.    Drawing your attention to the

5    back of the exhibit, section E?

6    A.    Yes.

7    Q.    Okay.  What is that ---

8    describe that for the record.

9    A.    That is the statement of

10   circulator.  It's essentially an

11   affirmation signed by the person who

12   circulated the nomination paper page,

13   attesting to the fact that the

14   circulator obtained all of the

15   signatures listed on the nomination

16   paper page.

17   Q.    And when was that added to the

18   --- has that always been on the

19   nominating paper while you've been

20   with the office?

21   A.    Actually, there's --- prior to

22   that, there was an affidavit

23   circulator.  The statement of

24   circulator, which is slightly

25   different, was added, I believe, last

18

1    year.

2    Q.    And why was that added?

3    A.    It was added as a result of

4    Federal Court Order.

5    Q.    And what is the difference

6    between an affidavit and a statement

7    of circulator?

8    A.    Well, the affidavit has to be

9    notarized.  The key difference is an

10   affidavit of circulator has to be

11   notarized.  The statement is an

12   affirmation that just has to be signed

13   by the individual.

14   Q.    And was this paper --- was this

15   version of the nominating paper

16   circulated by all minor political

17   parties, candidates and political

18   bodies in 2016?

19                  ATTORNEY JOEL:

20                  Object to the form.

21                  ATTORNEY ROSSI:

22                  Yeah, I agree.  Let me

23          untangle that.

24                  ATTORNEY JOEL:

25                  Sure.

19

19

1   BY ATTORNEY ROSSI:

2   Q.   Did all candidates for minor

3   political parties circulate that form

4   to get on the ballot in 2016?

5         ATTORNEY JOEL:

6         Same objection, but go

7     ahead.

8   A.   Yeah, actually this is the

9   political body nomination paper. So

10   it would've been circulated by

11   political body candidates. I don't

12   believe there are any qualified minor

13   political parties in this election

14   cycle.

15   BY ATTORNEY ROSSI:

16   Q.   Oh, okay. Thank you, I was

17   unaware of that. So let me rephrase

18   the question. Did all political

19   bodies circulate that form in 2016?

20         ATTORNEY JOEL:

21         Just the same objection,

22     go ahead.

23   A.   Yes, candidates for political

24   bodies circulated this form in 2016.

25   BY ATTORNEY ROSSI:

20

1    Q.    And when you mean form, you

2    mean a blank form?

3    A.    Right.  They would've --- so I

4    think we had candidates for

5    Libertarian party, Green party,

6    Constitution party, Independent

7    candidates.  All would've circulated

8    the political body nomination paper

9    this year.

10                   (Plaintiff's Exhibit 2

11                   marked for

12                   identification.)

13   BY ATTORNEY ROSSI:

14   Q.    Okay.  Let me show you

15   Plaintiff's Exhibit Number 2.  And

16   describe that --- the exhibit to the

17   Court, please.  What is that document

18   I presented to you?

19   A.    It appears to be a page from

20   Rocky De La Fuente's nomination

21   petition for the Democratic primary

22   for the office of President of the

23   United States.

24   Q.    And again, on the back of the

25   exhibit, second page at the bottom,

21

1    drawing your attention to the

2    affidavit of circulator.  What is that

3    part of the form?

4    A.    The affidavit of circulator is

5    an affidavit executed by the

6    individual who circulated that

7    nomination petition page.

8    Q.    And what are the requirements

9    to execute the affidavit of

10   circulator?

11   A.    The individual has to execute

12   this is front of a notary public or

13   another officer who's authorized to

14   acknowledgements.

15   Q.    Now, comparing Plaintiff's

16   Exhibit 1 with Plaintiff's Exhibit 2,

17   the back of the page, other than the

18   notarization requirement, are there

19   any differences between the two?

20              ATTORNEY JOEL:

21              Just object to the form.

22   A.    Well, there are a number of

23   differences in the actual language of

24   the affirmation versus the affidavit.

25   The substantive difference is that the

22

1    nomination paper is an affirmation

2    versus the affidavit on the nomination

3    petition.  So it includes an area

4    where the official who's authorized to

5    acknowledge would complete the form.

6    I'm not sure what you're ---.

7    Differences in the language, so ---.

8                    ATTORNEY JOEL:

9                    Do you want him to read

10           both, both sets of languages in

11           it?

12                   ATTORNEY ROSSI:

13                   No, it's going to be in

14           the record, that's fine.  I

15           just want to get to one final

16           question on that.

17   BY ATTORNEY ROSSI:

18   Q.     Is the affirmation --- or the

19   statement of the circulator, is that

20   executed under a penalty of perjury?

21   A.     I believe it is and I believe

22   it says so here.  Specifically it

23   states that I state that the

24   information set forth in this section

25   is true and accurate and made subject

23

1    to the criminal penalties imposed by

2    law for violation of 18 Pa.C.S.

3    Section 4904 relating to unsworn

4    falsification to authorities.

5    Q.    During 2016, did you have any

6    --- strike that.

7          In 2016, did any allegation of

8    fraud in circulation of nominating

9    papers come to your attention?

10                ATTORNEY JOEL:

11                Object to the form.  Go

12         ahead.

13   A.    I don't know that any

14   allegation --- official allegations of

15   fraud came to our attention.

16   Typically, in the process of reviewing

17   nomination petitions and nomination

18   papers we may see something, for

19   example, somebody it appears filled

20   out several signature lines in the

21   same hand.  Other things --- and we'll

22   mention it to the candidate.  We're

23   looking at the --- we're assuming

24   everything on the nomination petitions

25   and nomination papers is facially

24

1    valid.  But there are things that

2    we've seen over the years and we

3    usually mention it to the filer just

4    to let them know.

5    BY ATTORNEY ROSSI:

6    Q.     So what is the process when

7    somebody files a nominating paper?

8    What is the process that your office

9    goes through in accepting that paper?

10   A.     Basically we do a line-by-line

11   --- we make sure all the required

12   information on each page is completed

13   about the candidates.  You know, make

14   sure that the candidate has identified

15   the office on each page that he or she

16   is seeking.

17          We also ensure that the

18   affirmation or the statement of

19   circulator or the affidavit of

20   circulator is completed.  And then we

21   look at each individual signature line

22   to ensure that all of the information

23   is completed, that there's a name, a

24   signature, an address and a date of

25   signing on each line.

25

1  Q.    And who actually does that for

2  your office?

3  A.    It would be Bureau staff we

4  have.  We do a lot of things in

5  addition to elections, so at

6  nomination petition, nomination paper

7  filing time we have our election

8  staff, as well as folks from other

9  areas in our Bureau reviewing the

10  nomination petitions and papers.

11  Q.    So you have specific staff

12  dedicated to reviewing election

13  petitions, both petitions and papers,

14  when they're filed with your office?

15  A.    Correct.  The nomination

16  petitions we actually --- it's pretty

17  much everyone.  Because we get ---

18  this year we had about, you know, I

19  guess 1,100 candidates, most of which

20  filed on the last two days.  So it is

21  folks from our own Bureau and even a

22  few volunteers for nomination

23  petitions.  Nomination papers, it's

24  our Bureau staff for the most part.

25  Q.    So more petitions are filed

26

1    than papers?

2    A.      Correct.  Yes.

3    Q.      In 2016 --- strike that.

4            In 2016, more nominating

5    petitions were filed than papers?

6    A.      Correct.

7    Q.      Okay.  So when nominating

8    papers are filed, if there is a

9    problem, are your staff members

10   instructed to alert you to the issue?

11   A.      Yes.  They would actually alert

12   the supervisor of admissions of

13   elections of voter registration.  I

14   guess it depends on what the problem

15   is.  If there's a problem with, you

16   know, an individual page or a problem

17   with the nomination paper as a whole.

18   Q.      And in 2016, were you called in

19   to review any of the nominating papers

20   that were filed?

21   A.      I was not.  Actually I did not

22   review any of them myself.

23   Q.      So if one of your staff members

24   detected what they believe would've

25   been a fraudulent statement of

27

1    circulator --- strike that.

2          Is it your instructions --- do

3    you have any instructions to your

4    staff that if they detect any kind of

5    fraud, any affidavit or a circulator

6    statement that you'd be made alert ---

7    aware of that problem?

8                    ATTORNEY JOEL:

9                    Just object to the form.

10   A.    And our staff is not trained to

11   detect fraud. I tried to make the

12   distinction, and maybe I didn't do a

13   good job. We don't assume anything as

14   fraud and we're not necessarily ---

15   our staff is not equipped to make a

16   determination there. But if we see

17   --- you know, and typically what we'll

18   see is it looks like the same person

19   has the same handwriting. We will

20   note of that to the candidate, because

21   it may be relevant to the candidate in

22   the coming days. But we do not train

23   them to detect fraud.

24   BY ATTORNEY ROSSI:

25   Q.    So your staff members are not

28

1    looking for instances of fraud, with
2    respect to nominating petitions or
3    papers?
4    A.    Right.   There's all kinds of
5    fraud, what they are trained to do is
6    notify the candidate.   If it appears
7    that somebody may have written a
8    number of signature lines in the same
9    hand ---- and there's case law on this
10   matter.   Sometimes it's okay.   I
11   believe the courts ruled in cases
12   where the individuals who are signing
13   it are disabled and they cannot write
14   out their information, that would be
15   appropriate.
16        But it would not be appropriate
17   for somebody to just simply fill it
18   out for each person.   So they're not
19   trained to detect fraud, they are
20   trained to notify the filer of
21   anomalies that they see in their
22   nomination papers or nomination
23   petitions.
24   Q.    Were any objections filed to
25   nominating papers filed with your

29

1    office in 2016?

2    A.      Yes.

3                    ATTORNEY JOEL:

4                    Object to the form.  I

5           don't think the objections are

6           filed with his office.

7                    ATTORNEY ROSSI:

8                    I'm sorry, what?

9                    ATTORNEY JOEL:

10                   I don't think the

11          objections are filed with his

12          office.  I think they're filed

13          in court.  You said objections

14          filed with his office.

15                   ATTORNEY ROSSI:

16                   Okay.  Fair enough,

17          correct.  Strike that.

18   BY ATTORNEY ROSSI:

19   Q.      To your knowledge, were any

20   objections filed to any nominating

21   papers that were filed with your

22   office?

23   A.      I believe there were a handful,

24   yes.

25   Q.      To your knowledge, were these

30

1    objections filed to papers for
2    president?
3    A.    I believe --- actually, no.  I
4    think it was Attorney General as I
5    recall.
6    Q.    Okay.  To your knowledge, were
7    there any allegations of fraud on that
8    case?
9    A.    To my knowledge, no.
10   Q.    Referring to Plaintiff's
11   Exhibit Number 1, when nominating
12   papers are filed with your office,
13   what are your staff members instructed
14   ---?  How are your staff members
15   instructed to deal with a statement of
16   circulator that is not fully executed?
17   A.    It would depend on the
18   circumstance.  Obviously, the page
19   cannot be accepted.  If it's on the
20   filing deadline, we would not count
21   the signatures on that page.  If
22   there's time for the candidate to
23   correct the defect, in other words
24   take ---.  If it's simply blank,
25   whoever circulated the nomination

31

1    paper page could still sign it.  And

2    we'll accept it up to the deadline.

3    Q.     Okay.

4    A.     So it really depends on the

5    time, you know, if it's on the

6    deadline and there's not time to get

7    to the circulator and have them sign

8    it we would just simply not count the

9    signatures in our tally.

10    Q.     And with respect to Plaintiff's

11    Exhibit 2, the nominating petition, if

12    the affidavit is --- strike that.

13           With respect to the affidavit

14    of circulator on a nominating

15    petition, when they are filed with

16    your office, does your staff review

17    that for completeness?

18    A.     They do, yes.

19    Q.     And if an affidavit of

20    circulator's not completed,

21    completely executed, what does your

22    staff do with that paper?

23    A.     Well, the same rule would apply

24    as with the nomination paper.  It

25    would depend if it's on the deadline

32

1    and there's not time to get to the

2    circulator of the nomination petition

3    page, we would simply not count the

4    signatures on that page.  If they were

5    filing it two days before the deadline

6    or ever two hours and they have time

7    to get to the circulator, then we

8    would give it back to them and let

9    them correct the defect and bring it

10   back before the filing deadline.

11   Q.     Thank you.

12   A.     So it's a really a situational

13   decision.

14   Q.     But if the affidavit is not

15   properly executed, the signatures

16   don't count?

17   A.     Right.  We would not count the

18   signatures and we would instruct the

19   candidates ---.  If for whatever

20   reason that we had to reject the

21   nomination petition or nomination

22   paper for that basis, we would

23   instruct them to go to the

24   Commonwealth court, file a mandamus

25   action seeking leave to make the

33

1    amendment after the deadline.

2    Q.    Did that occur in --- to your

3    knowledge, did that occur in 2016,

4    with respect to nominating petitions?

5    A.    I believe it did occur in a few

6    cases with nomination petitions.

7    Q.    So because the affidavit was

8    not executed, the ---?  Is it your

9    testimony that in 2016 there were

10   candidates who filed nominating

11   petitions that were not accepted ---

12   initially accepted because the

13   affidavit was not properly executed?

14   A.    I want to be clear.  I do

15   recall --- this is a two-sided form.

16   There were nomination petitions.  I

17   clearly recollected there were

18   nomination petition pages, where the

19   front side and the back side were not

20   attached.  The affidavit itself may

21   have been completed, but they were not

22   submitted as a one-page form.  So they

23   were rejected and candidates went into

24   court requesting leave to amend those

25   nomination petitions.  There were

34

1    probably --- I can't say for sure,

2    there were probably some circumstances

3    where there may have also been other

4    defects in the affidavit.  You know,

5    it's a fairly common occurrence during

6    filing that you'll have a handful of

7    those.

8    Q.    Did the defects in the

9    affidavit of circulator for nominating

10   petitions in 2016 prevent a candidate

11   from being able to file enough

12   signatures to get onto the ballot?

13   A.    I don't recall that that was

14   the case, no.

15   Q.    So when you're saying that

16   petition pages were rejected because

17   of a defective affidavit, you're

18   referring to individual pages and not

19   the entire petition?

20   A.    If there are enough pages,

21   enough signatures on those pages that

22   you have to reject the entire

23   petition.  Because again, we're not

24   counting the signatures on those pages

25   that are not correctly executed.  So

35

1    there were candidates whose nomination

2    petitions were rejected.  And they

3    went in to Commonwealth Court,

4    requesting leave to amend the --- and

5    they made those amendments and had

6    their names placed on the ballot.

7    Q.    And circle back, when a

8    candidate files a nominating petition,

9    what are the tasks that your staff

10   goes through before they accept the

11   filing?

12   A.    It's very similar to nomination

13   papers.  They are looking at the

14   preamble on the front and making sure

15   that all the candidate information,

16   the office, all of that is completed.

17   They're also verifying that the

18   candidate affidavit --- or the

19   affidavit of circulator --- excuse me,

20   is executed and completed by the

21   circulator.  And then they're doing

22   the same individual line examination,

23   to ensure that each line has all of

24   the required elements completed for

25   the signer.

36

1    Q.     And do they review the

2    signatures in any manner, before

3    they're filed?

4    A.     They review them for

5    completeness.  They make sure that the

6    signature of the elector, the printed

7    name of the voter is there as well as

8    the address and the date of signing.

9    So they don't do any review beyond

10   making sure all of the information is

11   there.  And they count up to the

12   threshold, whatever the statutory

13   signature threshold is, they would

14   count up to that number to ensure that

15   the candidate has enough signatures on

16   the nomination ---.

17   Q.     So your staff does a running

18   total of facially valid signatures up

19   to the total that they're required to

20   file?

21   A.     Correct, yes.

22   Q.     And once you've reached that

23   number, do you continue to review any

24   further petition pages?

25   A.     We do not, we accept them at

37

1    that moment.

2    Q.    So if an individual page is

3    defective in any way, those signatures

4    are not counted, they're set aside?

5    A.    They are --- if we accept the

6    nomination petition, they're not set

7    aside.  We typically move them --- in

8    practice we move them to the back of

9    the nomination petition, you know.

10   But if the nomination petition or

11   nomination paper as a whole is

12   accepted we will take everything,

13   including those pages that may not

14   have been executed completely.

15   Q.    But for purposes of your

16   initial review to determine whether or

17   not a petition has sufficient

18   signatures ,a defective petition page,

19   those signatures are not counted?

20   A.    Correct.

21   Q.    Okay.

22   A.    Yes.

23   Q.    But then if other papers

24   contain enough signatures, the

25   defective pages are added to the back

38

1    of the petition and they're all filed

2    together?

3    A.      Correct.

4    Q.      Now, with respect to nominating

5    petitions for president, who files

6    nominating petitions in a presidential

7    election?

8    A.      In a presidential election ---?

9    Q.      In the Commonwealth of

10   Pennsylvania, who appears on the

11   ballot for presidential elections in a

12   primary election?

13   A.      Well, it would depend on the

14   primary, and certainly there would be

15   candidates for the office of President

16   on the ballot.  This year there was

17   also US Senate candidates, you always

18   have congressional candidates on the

19   ballot as well.  And typically you

20   have State Senate and State House

21   candidates on the ballot.

22   Q.      Are the names of the

23   presidential candidates the only names

24   that appear on the ballot for the

25   office of the President?

39

1    A.      Yes.

2    Q.      Are delegates and alternate

3    delegates elected at the primary

4    election?

5    A.      They are, yes.

6    Q.      And these are delegates to the

7    major party's national nominating

8    convention?

9    A.      Correct, yes.

10   Q.      How are delegates and

11   alternates to major party nominating

12   conventions elected in Pennsylvania?

13   A.      Well, I'm not an expert on

14   either party's rules.  But there are

15   district level delegates elected by

16   both parties at the primary election.

17   So each of those candidates would

18   circulate a nomination petition to

19   gain access to the primary ballot. And

20   then they would be voted on by the

21   registered and enrolled members of

22   their political party.  But each party

23   also has other delegates that are

24   elected by the State committee or

25   appointed by State committee.

40

1    Q.    Let's take each party

2    separately.  For the Republican party,

3    how are their delegates and alternate

4    delegates allocated?

5    A.    I believe for both parties

6    actually they're allocated based on

7    the performance of the candidate for

8    President.  The rules are different in

9    terms of how they're allocated.  I

10   believe the Republicans --- and again,

11   I'm going to qualify my remarks.  I am

12   not an expert on either party's inner

13   workings.

14        But I believe the Republican

15   party, it's a winner-take-all system

16   based on the results of the

17   Presidential primary.  And the

18   Democratic party, I believe they are

19   allocated by congressional district

20   based on the performance of the

21   presidential candidate in each

22   congressional district.

23   Q.    For the Republican party, you

24   testified that they were allocated by

25   district?

41

1    A.     I didn't.  I think the

2    Republican party it's a

3    winner-take-all system.  They are

4    elected by congressional district,

5    they run each of the district level

6    delegates.  In both parties, they're

7    elected at the congressional district

8    level.  So they are voted upon.  So

9    each candidate would file a nomination

10   petition.

11                    ATTORNEY JOEL:

12                    To be clear, when you're

13           talking about each candidate,

14           I just want to make sure it's

15           clear you're talking about

16           whatever candidate is running

17           for the position of delegate?

18   A.     Correct, yes.

19                    ATTORNEY JOEL:

20                    Or alternate delegate?

21   A.     Correct.

22                    ATTORNEY JOEL:

23                    Okay.

24   BY ATTORNEY ROSSI:

25   Q.     Yeah, we're talking about

42

1    delegates and alternates right now.

2    Not the Presidential level candidate.

3    We're boring down to the delegate and

4    alternate delegate level.

5    A.    Right.  So the ones that are

6    elected at the primary in both parties

7    are elected in congressional

8    districts.  So they circulate their

9    nomination petitions in their assigned

10   congressional district and collect

11   signatures from registered and

12   enrolled members of the party within

13   that congressional district.

14   Q.    To your knowledge, how many

15   delegates are elected for the

16   Republicans in each congressional

17   district?

18   A.    I believe, without looking at

19   the delegate selection plan, I believe

20   it was three delegates and three

21   alternates in each congressional

22   district.  I know it was the same

23   number in each district.

24   Q.    How many congressional

25   districts are there in Pennsylvania?

43

1    A.      Eighteen (18).

2    Q.      How many signatures does a

3    delegate need to --- how many

4    signatures are a nominating petition

5    does each delegate need to appear on

6    the primary ballot?

7    A.      Well, a delegate would have to

8    collect 250 signatures, I believe.

9    Q.      And how many signatures does an

10   alternate need to collect on a

11   petition?

12   A.      It's also 250.  I was

13   questioning myself and I was right.

14   Q.      Now, beyond delegates and

15   alternates at the congressional

16   district level, are there delegates

17   and alternates elected at a statewide

18   election level?

19   A.      I believe there are at-large

20   delegates for both parties.  But

21   again, I'm going to qualify at this

22   point that I am not an expert on

23   either party's rules.  But I know

24   there are at-large delegates, don't

25   ask me exactly how they're elected.  I

44

1     believe they're either elected or

2     somehow appointed through some

3     mechanism by the State Committees.

4     Q.     So those delegates and

5     alternate delegates are determined

6     pursuant to an allocation that is

7     determined by the party, not by the

8     State?

9     A.     Correct.

10    Q.     Okay.  Are the delegate ---

11    circling back, does the party --- do

12    the major political parties determine

13    how many delegates and alternates are

14    elected at the congressional district

15    level?

16    A.     Yes, they determine how many

17    vacancies there are for ---.

18    Q.     Okay.

19    A.     For delegates and thus how many

20    will be elected.

21    Q.     And the total number of

22    delegates and alternates are

23    determined by the major political

24    parties themselves?

25    A.     Correct, yes.

45

1    Q.    And then are the major

2    political parties required to elect

3    their delegates and alternate

4    delegates at the primary election?

5    A.    If their party rules provide

6    for the election of delegates and the

7    same is true of State committee

8    members then, yes, they would do it at

9    the primary.

10   Q.    And they are required by

11   statute to do that?

12   A.    Correct, yes.

13   Q.    And do you know how many

14   at-large delegates there were for the

15   Republicans?

16   A.    I do not, no.

17   Q.    Okay.  Is that information

18   contained in the documents filed with

19   your office?

20   A.    I believe it would be

21   enumerated in the delegate selection

22   plan or the party rules.

23   Q.    And have you produced that

24   delegate selection plan for the

25   Republican party?

46

1    A.      Yeah, I believe we produced it

2    for both parties.

3    Q.      So whatever number of delegates

4    and alternate delegates that the party

5    rules reserve for at-large election,

6    that is specified in the delegate

7    allocation procedures that you have

8    provided to us through a docket

9    request?

10   A.      Correct.  Just to be --- to be

11   clear how the process works, the

12   parties are required to file those

13   documents with us by a certain date.

14   And that's how we know how many

15   vacancies there are for delegates and

16   state committee members as well.

17   Q.      So the at congressional level,

18   the names of the alternate --- the

19   delegates appear on the ballot

20   themselves; correct?

21   A.      Correct, yes.

22   Q.      And say for the alternate

23   delegates, the name of the alternate

24   delegate appears on the ballot for

25   each congressional district?

47

1    A.      Correct, yes.

2    Q.      And statewide, the at-large

3    delegates.  Do their names appear on

4    the statewide ballot?

5    A.      No, they're --- I believe as I

6    said, I believe both parties actually

7    select their at-large delegates

8    through some other mechanism, not the

9    primary.

10   Q.      Well, whose name appears on the

11   statewide election ballot, in the

12   primary election for the major

13   political parties?

14   A.      For ---?

15   Q.      Does the name of the

16   presidential candidate actually appear

17   on the statewide ballot?

18   A.      Well, whoever submitted

19   nomination petitions ---

20   Q.      Okay.

21   A.      --- for the office of President

22   would have their name on the ballot,

23   yes.

24   Q.      So if I want to run for

25   President and I want to appear on the

48

1    Commonwealth's ballot, the primary
2    election ballot, I myself have to
3    circulate nominating petitions to get
4    on the Statewide ballot?
5    A.      Yes, correct.
6    Q.      And how many signatures does it
7    take for me --- for a person to appear
8    on Pennsylvania's primary election
9    ballot for the office of President of
10   the United States?
11   A.      It's 2,000 signatures.
12   Q.      Do the presidential candidates
13   --- let's talk about the Republican
14   party first.  Do the presidential
15   candidates for the Republican party
16   select delegates to appear on the
17   ballot?
18   A.      No.
19   Q.      Any registered and enrolled
20   member of a party may appear on ---
21   may circulate petitions to appear as
22   to --- appear on the ballot as a
23   delegate and alternate delegate?
24   A.      Correct, yes.
25   Q.      Okay.  For the Democrats, do

49

1    the presidential candidates, to your

2    knowledge, have any control over who

3    appears on the ballot as their

4    delegates and alternate delegates?

5    A.    They do have right of review,

6    yes.

7    Q.    Okay.

8    A.    As I understand it, the

9    individuals who wish to ---.  The

10   Democratic party has a committed

11   delegate rule.

12   Q.    Okay.

13   A.    Delegate candidates have to

14   commit to a specific presidential

15   candidate.  And those delegate

16   candidates are required to file

17   paperwork with the state party.  And

18   then the presidential candidates are

19   given right of review essentially.

20   Q.    Okay.  I never voted in

21   Democrat primary, so I don't know the

22   answer to this question.  Is the name

23   underneath --- the name of the

24   alternate delegate that appears on the

25   ballot in the primary election, does

50

1    the name of the candidate to whom

2    they're committed to appear with them

3    or is --- do they not appear?

4    A.    It does appear.  So each

5    candidate in the Democratic primary,

6    each candidate for delegate and each

7    candidate for alternate delegate will

8    have a notation either next to their

9    name or underneath their name

10   identifying which presidential

11   candidate they're committed to.

12   Q.    And are Democrat presidential

13   candidates allowed to have more

14   delegates on the congressional ballot

15   than they are allowed to elect?

16                   ATTORNEY JOEL:

17                   Object to the form.  You

18        said congressional ballot.

19                   ATTORNEY ROSSI:

20                   Yeah.  That was a lousy

21        question.  Strike that.

22   BY ATTORNEY ROSSI:

23   Q.    How may presidential candidates

24   for the Democrats ran in 2016?

25   A.    You mean ran or were on the

51

1    ballot?

2    Q.    Were on the ballot.

3    A.    Okay.

4    Q.    On the primary ballot?

5    A.    I believe ultimately it was

6    three.

7    Q.    And who were they?

8    A.    Hillary Clinton, Bernie Sanders

9    and Rocky De La Fuente.

10   Q.    And you testified earlier that

11   delegates were selected at large at

12   the statewide level and at the

13   congressional level for the Democrats?

14   A.    Right.  I believe they're

15   selected at large based on my reading

16   and understanding of the party rules,

17   that they're selected by the state

18   committee, the at-large delegates.

19   Q.    Okay.

20   A.    The district level delegates

21   are elected at the primary.

22   Q.    Okay.  And Hillary Clinton was

23   a candidate in 2016 on the Democratic

24   presidential preference primary

25   ballot; correct?

52

1    A.    Correct, yes.

2    Q.    And she had her name attached

3    to delegates and alternate delegates

4    at the congressional district level?

5    A.    Right.  Those delegates

6    committed themselves to her, so her

7    name would've appeared next to theirs.

8    Q.    Is a Democrat presidential

9    candidate allowed to have an unlimited

10   number of delegates on the

11   congressional ballot dedicated to

12   them?

13   A.    I don't believe so.  I think

14   they --- up to a number of ---.

15   Q.    Okay.  And do you know how many

16   delegates and alternate delegates for

17   the Democrats were allowed at the

18   congressional level for each

19   candidate?

20   A.    I don't.  Each congressional

21   district is different.

22   Q.    Oh, okay.

23   A.    The way the Democratic party

24   apportions vacancies for delegate is

25   based on a calculation, it's not ---.

53

1   So it's a different number for each

2   congressional district and I do not

3   have them committed to memory.

4   Q.      So unlike the Republicans that

5   have a three delegate and three

6   alternate for congressional level per

7   your testimony, Democrats differ by

8   congressional?

9   A.      They do, yes.  Do you mind if

10  I, I need to ---?

11  Q.      Absolutely, let's take a break.

12  A.      Thank you.

13  SHORT BREAK TAKEN

14  BY ATTORNEY ROSSI:

15  Q.      Aside from --- you testified

16  that you have many duties as a

17  Commissioner.  What other functions do

18  you oversee as part of your job as

19  Commissioner with respect to

20  elections?

21  A.      Related to elections, campaign

22  finance as well.  Lobbying disclosure

23  is tangentially related to elections

24  in that lobbyists have to file

25  campaign finance reports if they're

54

1    contributing to candidates.  So I
2    would say those are the ---.  And the
3    division of --- we have a division of
4    the statewide registry of electors
5    which is the statewide voter
6    registration database.  Those are the
7    election-related divisions within the
8    Bureau.
9    Q.    With respect to voter
10   registration, does your office
11   promulgate the form used to register
12   voters in Pennsylvania?
13   A.    We do, the official voter
14   registration mail applications.
15   Q.    And is it correct now that
16   individuals can register to vote
17   online?
18   A.    It is, yes.
19   Q.    Okay.  When did that change
20   take place?
21   A.    It was deployed in August of
22   last year, August 2015.
23   Q.    How does an online registration
24   differ than a paper registration?
25   A.    Well, it differs in form

55

1    obviously, because it's coming to the

2    counties electronically.  And I mean,

3    that's the substantial difference.

4    The statutory requirements are the

5    same, the individual has to submit

6    certain information.  The online form

7    is designed in such a way as to

8    capture from the Department of Motor

9    Vehicles, PennDOT, digitized signature

10   of the voter, of the registrant if

11   they're a --- have a PennDOT ID or a

12   driver's license.  Otherwise, they can

13   upload a digitized signature.

14   Q.    When somebody registers to vote

15   on a paper format that you've

16   promulgated, not online but on paper,

17   when they sign that paper, is that

18   signature subject to any kind of

19   penalty of perjury?

20   A.    I believe it would be subject

21   to the same unsworn falsification

22   provisions of Title 18.

23   Q.    Okay.  And when you say the

24   same unsworn provisions ---?

25   A.    I think it's similar to the

56

1    language on the nomination paper.

2    Q.     Okay.

3    A.     Affirmation.

4    Q.     Is that affirmation the same

5    for the online signature?

6    A.     Yes, the --- essentially the

7    registrant checks a box next to the

8    affirmation, the statements and

9    affirmation, saying that they agree

10   with those statements before they

11   sign.

12   Q.     How does somebody sign a voter

13   registration form online?

14   A.     Well, as I said, they can

15   upload a signature.  They also have

16   the option of having their digitized

17   signature brought over from the

18   Department of Transportation.  If for

19   whatever reason they cannot do either

20   one of those, their application is not

21   complete.  The data is sent to the

22   county, their application is placed in

23   a pending status.  And actually a

24   signature form is mailed out that they

25   would physically sign and return

57

1    before they're ---.

2    Q.    So if I wanted to register to

3    vote online, I would have to

4    physically upload a signature onto the

5    form and then send it to you?

6    A.    You wouldn't have to if you

7    have a PennDOT ---.

8    Q.    Okay.

9    A.    So that's the alternative if

10   you don't.

11   Q.    Okay.  So if I'm not a licensed

12   driver in Pennsylvania ---?

13   A.    Right.

14   Q.    Or I don't have a State ID?

15   A.    Correct.

16   Q.    I have to somehow sign the form

17   digitally myself?

18   A.    Actually, you would upload an

19   image of your signature.

20   Q.    Okay.

21   A.    Because the voter record has to

22   contain an image of your actual

23   signature.  You are able to

24   essentially clip and upload --- an

25   image ---

58

1    Q.      Okay

2    A.      --- of your signature and add

3    it.  If you cannot do either, then

4    your application is placed in pending

5    status until you submit a signature to

6    the county voter registrar.

7    Q.      And that's on a physical piece

8    of paper?

9    A.      Correct, yes.

10   Q.      Now, with respect to voter

11   registration forms, are individuals

12   allowed to take a voter registration

13   form to an individual and ask them to

14   sign it?

15   A.      They can, yes.

16   Q.      After a voter registration form

17   is signed by a prospective voter, is

18   that --- can the person who presented

19   the form, take the form back and file

20   it with your office?

21   A.      They can, yes.

22   Q.      First of all, are voter

23   registration forms filed with your

24   office?

25   A.      They are not filed with our

59

1     office.  They can be submitted to our

2     office and we will forward ---

3     Q.     All right.

4     A.     --- them on to the county voter

5     registration office.

6     Q.     Or they can be filed directly

7     with the county registration office;

8     correct?

9     A.     Correct, yes.

10    Q.     So if I wanted to register

11    somebody to vote, I'm allowed to hand

12    them that form to fill out?

13    A.     You are, yes.

14    Q.     I'm allowed to take the form

15    back from the voter?

16    A.     Yes.

17    Q.     And then I'm allowed to file it

18    in the county?

19    A.     Correct, yes.

20    Q.     Or with you?

21    A.     Right.

22    Q.     Or with your office?

23    A.     Yes.  If the voter allows you

24    to take their form back you --- you

25    know, of course then you're

60

1    responsible for it.  And you have to

2    submit it to the appropriate county or

3    to the Department of State.

4    Q.    Okay.  If I take custody and

5    control of a voter registration form

6    and file it with your office, do I

7    have to execute any kind of document

8    that I witnessed a signature being

9    taken on the voter registration form?

10   A.    No, the voter is signing the

11   affirmation, but if you provide any

12   kind of assistance, yes, then you

13   would have to sign your name.  So if

14   you help the voter fill the form out,

15   there is an area on the paper form

16   where you would have to identify

17   yourself.

18   Q.    So if I'm asking somebody to

19   register to vote and I actually fill

20   in part of the form for them, then

21   what do I have to do as part of that

22   form?

23   A.    You have to provide your name

24   and I believe address and telephone

25   number, contact information if you

61

1    assisted them with the completion of

2    the form.

3    Q.    Does that part of the voter

4    registration form that I have to fill

5    out as someone who has helped somebody

6    register to vote, does that need to be

7    notarized?

8    A.    It does not, no.

9    Q.    If I help somebody to fill out

10   a voter registration form and I

11   execute that portion that I'm required

12   to execute, is that subject to the

13   penalties of perjury?

14   A.    If you're assisting the ---?

15   Q.    Correct.

16   A.    I don't have the form in front

17   of me, I don't know if there's a small

18   affirmation for the person who

19   assisted.  I think it's really there

20   just to identify that the individual

21   did not complete the form themselves.

22   But I can't recall exactly what that

23   area of the form looks like.  I know

24   there's an area for that purpose.

25   Q.    Okay.  But you don't know ---

62

1    you do know it does not need to be

2    notarized?

3    A.    Correct.

4    Q.    Is that your testimony?  But

5    you don't know if it's subject to

6    penalties of perjury?

7    A.    I don't know, I don't know if

8    there's explicit language on the form

9    ---

10   Q.    Fair enough.

11   A.    --- that says that for the

12   person who assisted.

13   Q.    If I don't help the voter

14   actually complete the form, I don't

15   have to execute any part of the

16   document; is that your testimony?

17   A.    Correct, yes.

18   Q.    So I can ask my mother to

19   register to vote, give her the form;

20   correct?

21   A.    Yes, correct.

22   Q.    She then has to execute the

23   voter registration form herself?

24   A.    Correct, yes.

25   Q.    She has to sign it?

63

1    A.      Correct.

2    Q.      Right?  That signature is

3    subject to the penalty of perjury?

4    A.      Correct.

5    Q.      But does the voter need to

6    notarize her signature?

7    A.      No, she does not.

8    Q.      After my mother registers to

9    vote by paper, she can hand the form

10   back to me; correct?

11   A.      She can if she wishes to.

12   Q.      Okay.  And then I can file it

13   with the county registration office;

14   correct?

15   A.      Yes.

16   Q.      And I don't need to execute any

17   part of that form?

18   A.      Correct.

19   Q.      Okay.  You testified earlier

20   that you promulgate the nominating

21   petition forms and nominating papers;

22   correct?

23   A.      Correct, yes.

24   Q.      Who ultimately determines what

25   that form looks like?

64

1    A.     Well, ultimately the content of

2    the form is determined by the General

3    Assembly.

4    Q.     Okay.  But you are authorized

5    to draft the form?

6    A.     Correct, we're authorized to

7    basically draft the format of the

8    form, provided that it includes all of

9    the statutorily-mandated information,

10   yes.

11   Q.     And with respect to voter

12   registration forms, you have the same

13   authority to determine what goes into

14   that form?

15   A.     Correct, yes.

16   Q.     When you moved to online voter

17   registration, did you require an act

18   of the Legislature to prove that?

19   A.     Actually, the statute already

20   provided for it, an electronic version

21   of voter registration.

22   Q.     Just to square the corners,

23   does the statute allow for nominating

24   petitions and papers to be placed

25   online?

65

1    A.    The statute doesn't explicitly

2    speak to it being placed online.  It

3    does require that copies of the

4    nomination petitions and nomination

5    papers that are filed with our office,

6    be made available for inspection,

7    so ---.

8    Q.    Okay.  If you decided to put

9    --- to allow people to sign nominating

10   petitions and papers online, would you

11   have the authority to do that?

12   A.    Yeah, I think we would still

13   need to --- I mean, that's a

14   complicated question.

15   Q.    I understand.

16   A.    Signing, you know, actually

17   signing online I suppose if the

18   technology gets to that point.  I

19   don't know that there's anything in

20   the statute that would bar us from

21   doing that.  We would still at the end

22   of the day have to have a nomination

23   petition or nomination paper that

24   included all of the requirements, as

25   set forth in the election code.

66

1    Q.    So you're not ---?

2    A.    It's just the written name and

3    the signature of each signer as well

4    as the signature of the circulator.

5    Q.    So you do not believe that the

6    statute would allow you to borrow

7    signatures from PennDOT for a

8    nominating petitioner paper?

9    A.    It's an interesting question, I

10   don't know that the statute explicitly

11   bars that.  It provides for what must

12   be on the nomination petition.  How it

13   gets there, I suppose we could ---

14   we'd have a little bit of discretion

15   in that matter.

16   Q.    I'm just trying to, for the

17   record, to establish your limits with

18   respect to petitions and papers versus

19   other areas of your responsibilities.

20   A.    And keep in mind doing an

21   online process for this, you know,

22   this ---.  The individual who is

23   signing as the circulator has to

24   attest to the fact that they

25   essentially know and witnessed the

67

1   signature of each of the signers on

2   that.  Doing this online, you know,

3   makes that --- probably makes that a

4   little more complicated.  You know, I

5   can certainly imagine a process where

6   you walk around with a tablet and you

7   have people signing.  But you still

8   have to meet the requirements of the

9   election code in any event.

10   Q.     Or you can bypass circulators

11   all together; correct?  Somebody could

12   just walk in --- if you were allowed

13   to put these online?  And they could

14   just sign themselves, without any kind

15   of circulator involved?

16                  ATTORNEY JOEL:

17                  Objection.

18   A.     If the statute were to be

19   amended, yes.

20   BY ATTORNEY ROSSI:

21   Q.     But you don't have that

22   authority now to put that online?

23   A.     Correct.

24   Q.     Okay.

25   A.     Right.

68

1    Q.    So we're not dealing with an

2    analogous situation between voter

3    registration and election petitions?

4    A.    Correct.

5    Q.    You have the statutory

6    authority to place voter registration

7    online; correct?

8    A.    Correct.

9    Q.    And you don't have the

10   statutory authority to put these

11   online for election petitions?

12   A.    Right.  Like I said, I don't

13   know that we're explicitly barred but

14   we have to ---.  What the statute

15   requires would make it difficult to

16   put it online and make it an anonymous

17   process.

18   Q.    What documents do major

19   political parties need to file with

20   your office?

21   A.    Well, as I stated earlier, they

22   have to file a copy of their party

23   rules.  So in a presidential election

24   year they also have to file a copy of

25   their delegate selection plan.  It

69

1    usually accompanies the party rules.

2    Even in an off-year election, they

3    have to certify to us.

4         So for example, in the next

5    gubernatorial election, the state

6    parties will be electing State

7    committee members.  So they would have

8    to submit to us their --- basically

9    their plan for electing State

10   committee members and tell us how many

11   vacancies there are for each county or

12   each district within a county.

13   Q.    So it's your testimony that

14   there's essentially two documents that

15   the parties are required to file with

16   your office, their party rules and

17   their delegate selection plans?

18   A.    Right.  Delegate or state

19   committee.  They have to file with us

20   vacancies for party offices that are

21   going on with primary ballot.

22   Q.    Okay.  Going back to the part

23   that --- when you say party rules, are

24   you saying the party bylaws need to be

25   filed with your office?  Is that the

70

1    document that needs to be filed?

2    A.    Correct, yes.

3    Q.    Okay.  And to your knowledge

4    --- strike that.

5          When they file these, when

6    major political parties file their

7    bylaws, do you review them?

8    A.    We do not.

9    Q.    Okay.

10   A.    I read them because I'm weird.

11   Q.    Fair enough.

12   A.    But no, we do not.

13   Q.    No, it's an interesting area.

14   To your knowledge, do the bylaws

15   address who may circulate election

16   petitions for their party?

17   A.    I don't know that the bylaws

18   address it.  I think there may be ---

19   I know each party certainly limits

20   candidates for their party offices to

21   those who are registered and enrolled

22   members of the party.  I don't know

23   whether they speak to the circulators

24   directly or not, I don't recall.

25   Q.    And you have produced the

71

1    bylaws for both the Republican and
2    Democrat parties?
3    A.      Correct.
4    Q.      And the Republican and Democrat
5    parties are the only two major
6    political parties in Pennsylvania?
7    A.      Correct, yes.
8    Q.      Have you had any discussions
9    with officials of the major political
10   parties with respect to the rules
11   regarding circulators?
12   A.      Over the years, yes.  We've
13   answered questions regarding that.
14   Q.      Do you remember any of those
15   conversations?
16   A.      Well, I don't remember them in
17   great detail.  When we --- for
18   example, when we put the nomination
19   petition form online a few years ago
20   and allowed candidates to submit their
21   information electronically and create
22   the forms themselves, we did talk to
23   officials from each of the parties.
24   We also met with the members of the
25   campaign committees just to unroll ---

72

1    you know, unveil this and tell them
2    how it worked, et cetera.  We
3    frequently get questions from, you
4    know, state committees --- and not
5    just the major parties, also the Green
6    party, Libertarian party.  We get
7    questions about the rules for
8    circulating and we answer them as a
9    matter of course.  So I don't
10   remember, I remember the presentations
11   we did when we unveiled the online
12   petition form for the parties.
13   Because that was something we wanted
14   to get --- you know, we wanted them to
15   be familiar with it before we launched
16   it.
17   Q.    The online --- and you're
18   referring to the fact that --- is 2016
19   the first time that nominating
20   petitions were printed off the
21   internet?
22   A.    No, actually 2014 I believe was
23   ---.
24   Q.    Oh, it was 2014?
25   A.    Yeah, or it might've even been

73

1    2013.  I think we might've done it

2    first in 2013.  But in 2014 it was the

3    first general election and we

4    optimized the form.  It has a QR codes

5    on it, et cetera.  All the things you

6    see on the current version of the

7    nomination petition were implemented

8    in 2014.

9    Q.    So candidates who want to

10   circulate petitions must --- are they

11   required to print them off the

12   internet?

13   A.    They're not required to.  If a

14   candidate wishes to obtain hard copies

15   of the forms, our staff is trained to

16   actually enter their information and

17   submit.  We still create the forms

18   from the system.

19   Q.    Okay.

20   A.    But if somebody, you know,

21   comes in and asks for the forms we

22   either have them sit down and go

23   online themselves or one of our staff

24   will do it and then provide them with

25   hard copies.

74

1    Q.      You testified that in 2014, you

2    changed the affidavit of circulator

3    from paper to a statement of

4    circulator?

5    A.      Yeah.

6    Q.      Can I see that?  Can I see the

7    exhibit too?  So for a nominating

8    paper, it's now a statement of

9    circulator?

10   A.      Correct.

11   Q.      Okay.  But for petitions, it's

12   still an affidavit of circulator?

13   A.      Correct, yes.

14   Q.      Do those --- does the

15   information required for a statement

16   of circulator on paper provide all the

17   information that you need to

18   understand who is circulating that

19   paper?

20                   ATTORNEY JOEL:

21                   Object to the form.

22   BY ATTORNEY ROSSI:

23   Q.      Strike that.  Let me start

24   over.

25           Let me see the exhibit, please.

75

1    Does the statement of circulator

2    provide the same information as the

3    affidavit of circulator?

4                    ATTORNEY JOEL:

5                    Object to form.

6    A.    For the individual who

7    circulated?

8    BY ATTORNEY ROSSI:

9    Q.    Correct.

10   A.    Yes, it would provide the name

11   and address for the individual who

12   either circulated the petition or the

13   nomination ---.

14   Q.    What is the purpose of an

15   affidavit of circulator?

16                   ATTORNEY JOEL:

17                   Object to the form.  Go

18          ahead.

19   A.    The purpose of the affidavit of

20   circulator is basically the

21   affirmation that the individual who

22   signed as circulator has personal

23   knowledge that the individuals signing

24   that are qualified and that they

25   signed the nomination petition page.

76

1    BY ATTORNEY ROSSI:

2    Q.    And does the statement of

3    circulator on a paper provide the same

4    information to you?

5                    ATTORNEY JOEL:

6                    Object to the form.

7    A.    Right.  Again the individual

8    who signs the statement of circulator

9    would be basically affirming the same

10   information.  In other words, that

11   they have personal knowledge of the

12   signers of the nomination paper page.

13   BY ATTORNEY ROSSI:

14   Q.    Do you believe that the

15   statement of circulator is identical

16   to the affidavit of circulator?

17                    ATTORNEY JOEL:

18                    Object to the form.

19   BY ATTORNEY ROSSI:

20   Q.    Is there any information on the

21   statement of circulator --- strike

22   that.

23         Is there any information on the

24   affidavit of circulator that is not

25   present in the statement of

77

1   circulator?

2                   ATTORNEY JOEL:

3                       Object to the form.  Go

4           ahead.

5   A.      I'm sure there is.  Again,

6   there are differences in the language.

7   If you're asking if they serve similar

8   purposes, the answer is yes.

9   BY ATTORNEY ROSSI:

10  Q.      Okay.  And is there any purpose

11  that the affidavit of circulator

12  provides you, that is not served by

13  the statement of circulator?

14                  ATTORNEY JOEL:

15                      Object to the form.

16  A.      I think as a practical matter,

17  it provides the same information about

18  the circulator.  There are differences

19  between the two processes, obviously,

20  that make them apples and oranges in

21  some ways.

22  BY ATTORNEY ROSSI:

23  Q.      Okay.  Other than the

24  notarization requirement for a

25  petition --- affidavit of circulator,

78

1    does the statement of circulator on a

2    paper provide you the same

3    information?

4    A.    It does.  For us as the

5    administrator it gives us the

6    information we need, the name and

7    address of the person who circulated

8    the page.

9    Q.    Does your office investigate

10   --- strike that.

11        Does your office involve ---

12   strike that.

13        Voter registration fraud, do

14   you have any area of responsibilities

15   --- strike that.

16        Have you been made aware of any

17   allegations of voter registration

18   fraud during your tenure ---?

19   A.    Ever?

20   Q.    During your tenure.

21   A.    Yes, we have been made aware of

22   prosecutions over voter registration

23   fraud over the years.

24   Q.    Have you ever testified in any

25   of those cases?

79

1    A.     I have not, I have not

2    testified in any criminal cases.  I

3    did testify in a civil case in

4    Commonwealth Court several years ago

5    where ACORN was a named defendant, I

6    believe that was 2008.

7    Q.     Okay.  How are you made aware

8    of prosecutions of voter registration

9    fraud?

10   A.     There's no official process,

11   district attorneys are not required to

12   submit any information to us.  But we

13   will hear from election directors if

14   someone was prosecuted within their

15   county, so ---.

16   Q.     Are you aware of any

17   prosecutions of election petition

18   fraud?

19   A.     Yes, over the years there have

20   been a number of those either

21   prosecuted by the Attorney General's

22   office or district attorneys

23   throughout the Commonwealth.

24   Q.     Have any prosecutions come to

25   your awareness for 2016?

80

1    A.      I'm not aware of any in 2016.

2    Q.      And that's for petitions or

3    papers?

4    A.      Correct, yes.

5    Q.      And do you --- with respect to

6    election petition fraud, issues that

7    have come to your attention, do you

8    have any --- are you able to testify

9    as to your memory as to what those

10   issues involved?

11   A.      I think, you know, there were a

12   few cases that come to mind because

13   they were actually legislators,

14   incumbent legislators who were

15   prosecuted.  Or at least individuals

16   who worked for their campaign were

17   prosecuted.  A lot of it was on the

18   validity of signatures.  I think in

19   two different incidences, individuals

20   purportedly signed a nomination

21   petition and then that testified under

22   oath that they actually did not sign

23   the nomination petition.

24   Q.      And to your knowledge, were

25   these prosecutions for petitions or

81

1    for papers?

2    A.    I believe they were for --- the

3    ones that I recollect were for

4    nomination petitions, specifically.

5    Q.    Okay.  Do you know how many

6    registered voters there are in

7    Pennsylvania?

8    A.    Currently it's about 8.6

9    million.

10   Q.    Do you know the breakdown by

11   major political party?

12   A.    Oh, gosh, no.  I haven't

13   looked.  The number has actually gone

14   up by several hundred thousand just in

15   the last several weeks.  So it's a

16   moving target.

17   Q.    Do you know what percentage of

18   voters are registered with the major

19   political parties?

20   A.    I believe between the two of

21   them, probably I would say about 80

22   percent, if not more, are registered

23   with major parties.

24   Q.    Either Republicans or

25   Democrats?

82

1   A.      Correct, yes.

2   Q.      Do you get reports with respect

3   to voter registration numbers by

4   county?

5   A.      We do a variety of things.

6   Q.      Are voter registrations for

7   Republicans and Democrats evenly

8   spread out throughout the State?  Or

9   do Republicans usually predominate one

10  county or Democrat registration

11  predominate one county?

12  A.      If you look at the

13  demographics, I guess, of voter

14  registration, you have individual

15  regions actually that favor one party

16  more than another and certainly

17  counties where you'll have a

18  significant edge.  And then you also

19  have counties where the parties are

20  pretty evenly split.  So it really

21  depends on exactly where you are in

22  the state.

23  Q.      But it's your testimony that in

24  some areas of the state, there will be

25  more Republicans than Democrats?

83

1    A.    Correct, yes.

2    Q.    And other parts of the state,

3    there will be more Democrats than

4    Republicans ---?

5    A.    Correct.

6    Q.    In a county?

7    A.    Yes.

8    Q.    Okay.  But then there's also

9    counties then that actually have equal

10   ---?

11   A.    Pretty evenly split, yeah.

12   Q.    Do you know what counties?

13   A.    Gosh, now you're quizzing me.

14   Q.    I don't mean to ---.

15   A.    Numbers that you know, Delaware

16   County is pretty close.  I know

17   Montgomery County in recent years the

18   split is much narrower.  And I think

19   the same is true in a county like

20   Lycoming County.  You know, obviously,

21   one party will have an advantage but

22   it's not necessarily a significant

23   advantage.

24   Q.    But there are counties where

25   one party is more dominant than other

84

1    parties?

2    A.      Yes.

3    Q.      The other party.

4    A.      Correct.

5    Q.      And is there any way for an

6    individual to determine which counties

7    that there are more Republicans in

8    than Democrats?

9    A.      Sure.  We have the statistics

10   posted on our website.  We actually

11   update them on a weekly basis.

12   Q.      So that information ---?

13   A.      That would show that breakdown

14   by county, by party.

15   Q.      So you actually have online

16   party registration breakdown by

17   county?

18   A.      Yeah, correct.

19   Q.      Okay.  And that's available to

20   everybody?

21   A.      It is.

22   Q.      Do you provide information down

23   to the voter as to their registration

24   status?

25   A.      We do, yes.

85

1    Q.    Okay.  How does somebody find

2    out if I am a registered Republican or

3    Democrat?

4    A.    Well, there's a variety of

5    ways.  You can call in to our toll

6    free number.  You can go onto our

7    website and actually search for your

8    --- confirm your voter registration

9    record by entering your name, address

10   information, date of birth.

11   Q.    But is there any form that is

12   available to the public that in ---

13   strike that.

14         How are the voter registration

15   numbers broken down, for purposes of

16   the election?

17   A.    Broken down?

18   Q.    Yeah.  Strike that question.

19         I'm trying to get --- if I

20   wanted to know if my neighbor was a

21   registered voter, am I able to find

22   out that information?

23   A.    You are.  You could get from

24   --- you can get a list of all

25   registered voters from either the

86

1    county or the Department of State.

2    Q.    So voter registration

3    information for everyone, is available

4    at the county level?

5    A.    Correct.  For everyone in the

6    county, you can get everyone in the

7    Commonwealth at the state level.

8    Q.    Oh, okay.  So I can get the

9    entire state --- every registered in

10   the Commonwealth of Pennsylvania I'm

11   able to determine if they registered

12   Republican or Democrat?

13   A.    Right, you would get a list

14   from our office.  We call it full

15   voter export.  You'd get a list of

16   every registered voter and it would

17   include basic information, obviously,

18   not any personal you know, secure

19   information.  But it will provide

20   basic information about name, address,

21   date of birth and party registration.

22   Q.    Date of birth as well?

23   A.    Yes, it's actually required in

24   the election code to be included on

25   the public information list.

87

1    Q.    So if I'm going down --- if I

2    wanted to figure out --- for instance,

3    I live on Hill Street, in Milford,

4    Pennsylvania.  And if I wanted to find

5    out the registration status of all my

6    neighbors, I'm able to do that through

7    these voter export lists?

8    A.    Right.

9    Q.    Okay.  And they're available to

10   the public?

11   A.    They are.  If you were doing it

12   on a municipal level or at the town

13   level it may be better to go to the

14   county and get a street list that's

15   actually organized by street and house

16   number.

17   Q.    The street lists, are they

18   available in hard format?

19   A.    Yes, I believe the counties

20   still print them out on paper.

21   Q.    On paper.

22   A.    Right.  You can probably also

23   get an extract of the same data.

24   Q.    And that will indicate if

25   somebody's registered Republican or

88

1    Democrat?

2    A.       Correct, yes.  Provide their

3    party affiliation.

4    Q.          How many notary public --- to

5    your knowledge, how many notary

6    publics are there in Pennsylvania?

7    A.       Active, I think about roughly

8    80,000.

9    Q.       I'm learning that number in my

10   sleep, by the way.

11   A.       It is also a fluid number.

12   Q.       How does someone become a

13   notary public?

14   A.       They submit an application to

15   the Department of State, along with

16   --- currently it's $40.  It will go up

17   to $42 sometime next year after the

18   new law becomes completely effective.

19   And basically there is a --- the form

20   includes ---.  They have to provide

21   information about whether they've been

22   convicted of a felony, et cetera.

23   They provide background information,

24   but it's basically a form and a filing

25   fee.  They do have to have training

89

1    completed; they have to complete a

2    training course.  And in the very near

3    future, they will take a test as well.

4    Q.    What is involved in the

5    training for a notary public?

6    A.    I do not have the number of

7    hours committed to --- it's a few

8    hours of training.  You know, it's

9    something that you could probably do

10   in an afternoon.

11   Q.    Where does that training take

12   place?

13   A.    There are a number of

14   organizations that are certified or

15   authorized to provide training.  So

16   there are locations all over the

17   Commonwealth.

18   Q.    Who certifies an individual to

19   train potential notaries?

20   A.    The Department of State.

21   Q.    So does your office certify

22   these?

23   A.    Correct.

24   Q.    These instructors?

25   A.    They would come to us and we

90

1    would review their lesson plan or

2    curriculum or whatever and certify

3    them as being qualified to provide

4    training.

5    Q.    What are these people called

6    that are allowed to train potential

7    notaries?

8    A.    I don't know that we've come up

9    with a term of art.

10    Q.    Okay.

11    A.    But some of them are

12    professional, you know, educational

13    institutions that do a lot of

14    training.  Notary training is not the

15    only thing they do, they train people

16    in other things.  Others like the

17    notaries associations, the statewide

18    associations are, you know, more

19    designed more around training

20    notaries.

21    Q.    Are the people who train

22    potential notary publics allowed to

23    charge a fee for the instruction they

24    provide?

25    A.    Yes, I believe they are.

91

1    Q.    Is there a maximum amount that

2    they're allowed to charge?

3    A.    I don't recall all of the

4    regulations.  I think there may be ---

5    I don't know that there's a maximum

6    necessarily.  I can't recall whether

7    there's a cap or not.

8    Q.    To your knowledge, is there a

9    typical fee that's charged for this

10   training?

11   A.    Yeah, I would say that to my

12   knowledge, it's a nominal fee.  Again,

13   it's something you can take in a few

14   hours so you're talking $50, $100

15   maybe.

16   Q.    Okay.

17   A.    But I don't --- we have a list

18   of them, you know, available to

19   individuals so they know who they can

20   go to.

21   Q.    And there fees are ---?

22   A.    I believe we also the fee

23   information --- don't quote me on

24   that.  But I believe we also provide

25   the fee information or at least

92

1    contact information so that they can

2    find out what the fee is.

3    Q.     And that form is available to

4    the public, so I can get it ---?

5    A.     Correct, the list, yes.

6    Q.     Okay.

7    A.     The list of authorized

8    educators, notary educators.

9    Q.     Currently there's no actual

10   test that they need to take after the

11   training?

12   A.     Correct.  They're required to

13   take training, there's no statutorily

14   mandated test.  There will be next

15   year, a new notary public law that was

16   passed a few years ago will be fully

17   effective beginning next year.

18   Q.     And you said next year?

19   A.     Yes.

20   Q.     Are notaries authorized to

21   charge a fee for their services?

22   A.     They are, yes.

23   Q.     Is there a maximum amount that

24   they are allowed to charge?

25   A.     I believe there is actually.  I

93

1    think that is something defined either

2    in statute or regulation, the maximum

3    they can charge for the act of doing a

4    notarization.

5    Q.    Do you recall you testified in

6    January in this case with respect to

7    our request for emergency relief from

8    certain rules that we're challenging?

9    A.    Are you referring to the Green

10   party case or the --- Benezet?

11   Q.    Benezet Consulting.

12   A.    Yes, I do recall testifying.

13   Q.    At that time, do you recall

14   testifying that there was not a

15   maximum fee but that there was instead

16   --- as long it was reasonable that

17   they could charge?

18   A.    Are you talking about a fee for

19   doing the notarization?

20   Q.    Correct.

21   A.    Or a fee for services in

22   addition to that?

23   Q.    I'm sorry, fee to notarize ---

24   to provide a notarized affidavit on a

25   petition?

94

1    A.      The fee for executing the

2    notary I believe is capped.

3    Q.      It is?

4    A.      There is a maximum for that.

5    Q.      And do you know what that

6    maximum cap ---?

7    A.      It's the service fees that have

8    to be reasonable.

9    Q.      A service fee needs to

10   reasonable, ---.

11   A.      Correct.  That's my

12   recollection.

13   Q.      But there's a cap on the actual

14   stamp?

15   A.      Yeah, I believe that the actual

16   --- the act of doing the notarization

17   is the amount they can charge is

18   statutory.

19   Q.      And do you know what that fee

20   is?

21   A.      I don't recall off the top of

22   my head.  It's less than $10, I know

23   that much.  And I recall that because

24   our associations wanted us to raise

25   the amount they can charge.

95

1    Q.    Okay.  So the Notary Statute

2    provides for a maximum fee to actually

3    stamp the ---?

4    A.    Correct.

5    Q.    The page?  What are the service

6    fees that they can charge up to a

7    reasonable amount?  What does that

8    involve?

9    A.    Yeah, I'm not the expert on

10   this.

11   Q.    Okay.

12   A.    You know, I think that would be

13   if they're doing it --- for example,

14   if the notarization is part of a

15   package of papers for a mortgage or

16   something like that, there would be

17   other services provided by the notary

18   in addition to just notarizing the

19   forms.  So there might be legal

20   services or other services that are

21   being provided along with them.

22   Q.    If a notary public drove out to

23   provide notarization service for a

24   petition, while they could --- your

25   testimony is that there is a cap on

96

1    the actual stamp that they provide to
2    the paper?
3    A.      Right.
4    Q.      They could charge fees for
5    coming out to the individual to
6    notarize?
7    A.      I don't know that there's
8    anything that bars them if they have
9    to travel to do the notarization. With
10   80,000 of them, typically there's one
11   --- not a lengthy drive to find one.
12   Q.      Are notaries required to
13   provide you with services --- strike
14   that.
15          Are notary publics allowed to
16   set their hours with respect to when
17   they will notarize a paper?
18   A.      I believe so, yes.
19   Q.      They're not required to
20   notarize any paper that somebody
21   knocks on their door at midnight?
22   A.      Right.  They can deny service
23   for legitimate reasons.
24   Q.      Are there regulations on that
25   issue with respect to ---?

97

1     A.     There are draft regulations.

2    There are probably current regulations

3    as well.  I know there are draft

4    regulations with the new notary law as

5    well.  I'll give you an example, if

6    somebody works for a bank as a notary,

7    they're not necessarily required to

8    notarize documents for anybody.

9     Q.     Okay.

10    A.     If the bank's rules are that

11    they only notarize for customers of

12    the bank, then ---.

13    Q.     So employers can limit the

14    kinds of documents that their

15    employees will notarize during

16    business hours?

17    A.     Correct, yes.

18    Q.     Okay.  So if a notary is hired,

19    is an employee of a business, their

20    conduct can be constrained by the

21    business?

22    A.     Correct.

23    Q.     When they go home, are they

24    required to notarize documents of

25    anybody that comes to their door?

98

1    A.      They're not, no.

2    Q.      And all of this is part of the

3    training process that they go through,

4    all these rules?

5    A.      Yes.

6    Q.      And businesses presumably, a

7    notary --- strike that.

8            A notary who is deployed by

9    business is subject to the same rules

10   with respect to how much they can

11   charge for ---?

12   A.      Correct, they would ---.

13   Q.      Right.

14   A.      They would fall under ---

15   Q.      So the business can't ---?

16   A.      --- statutory requirements,

17   right.

18   Q.      So the business can't override

19   the statutory maximum imposed on the

20   notary fee?

21   A.      Right.

22   Q.      Okay.  Now, you just testified

23   that there's always a notary somewhere

24   around the next corner.  There's

25   80,000 notaries in Pennsylvania;

99

1    correct, roughly?

2    A.     Correct, yes.

3    Q.     Is there a listing of notary

4    publics anywhere?

5    A.     Yes, you can get a list on our

6    website.  The Department, we actually

7    keep a hard copy of the list out front

8    at our front desk of those that are in

9    the in the City of Harrisburg and

10   Harrisburg area.

11   Q.     So every notary public is on a

12   list online?

13   A.     Correct.  You can look up and

14   find a notary public in your location.

15   Q.     Does that list include the

16   hours that they are willing to

17   notarize?

18   A.     No.  I think the list just

19   includes the name and it might include

20   phone number as well.  I don't recall,

21   I haven't looked on our website

22   recently.

23   Q.     What is the website address for

24   looking up notaries?

25   A.     It's on our notaries page on

100

1    our website.  I don't recall the URL

2    off the top of my head.

3    Q.    Okay.

4    A.    Can we take a break?

5    Q.    Yes, absolutely.

6    SHORT BREAK TAKEN

7    BY ATTORNEY ROSSI:

8    Q.    Let's go back on the record.

9    Each county --- is it true that each

10   county develops their own ballots for

11   election --- for the primary election

12   of 2016?

13   A.    Correct, each county board is

14   required, yes, to print their own

15   balloting materials and set up their

16   ballot.

17   Q.    Are they required to file a

18   copy of their ---?  Do they produce a

19   specimen for each election district?

20   A.    They are required to provide

21   specimen ballots to the political

22   parties and candidates within their

23   county.  And they also --- we request

24   a copy be submitted to us so we can

25   look at it.

101

1    Q.    So you request a copy?

2    A.    Yes.

3    Q.    It's not mandated that they

4    provide the copy?

5    A.    Correct.  They are only

6    mandated --- the election code only

7    requires them to provide sample

8    ballots to candidates and political

9    parties.  We request a copy so that we

10   can look at the state level

11   information just to make sure they

12   printed it correctly, there are no

13   misspellings ---.

14   Q.    To your knowledge, in 2016, did

15   any county not provide all their

16   specimens to you?

17   A.    And first of all, we don't ask

18   for all their specimens.  So we're not

19   asking for a ballot for every single

20   precinct in their county.

21   Q.    Okay.

22   A.    We're asking for, you know,

23   samples from each primary and the

24   primary ---.  So we don't --- like

25   we're not going to get 9,300 ballots

102

1    to our office.  And if we did, we

2    wouldn't have time to review them.

3    There may have been a couple of

4    counties that didn't supply a copy.

5    But usually we're pretty good at

6    following up with them until they do,

7    so ---.

8    Q.    Do you maintain those copies on

9    file?

10   A.    We do, we do keep copies of

11   them on file.

12   Q.    When you say you don't ask for

13   every election district, but every ---

14   what was your testimony?

15   A.    We ask each county to provide.

16   So when the primary, we will ask for a

17   sample Democrat and a sample

18   Republican primary ballot.  But we

19   don't ask them to provide every single

20   ballot style in their county.

21   Q.    Do you have --- if I appear as

22   an alternate delegate on a ballot,

23   will you have somewhere --- and

24   assuming my county provides to you all

25   the sample ballots that you requested,

103

1   would I appear on one of those

2   specimens?

3   A.      Likely, yes.  You know, in

4   Philadelphia County if they provided

5   us, you know, one for each

6   congressional district.  In most

7   counties you have one congressional

8   district, maybe two.  But you know,

9   Philly and your population centers,

10  you may have, you know, more than one.

11  I can't guarantee that we have a copy

12  of every single --- or that we have a

13  sample ballot from the counties that

14  has every single delegate candidate on

15  it.

16  Q.      So then your testimony is that

17  you don't know that you have on file a

18  sample ballot for each congressional

19  district?

20  A.      Correct.

21  Q.      And you don't know that.  You

22  could ---?

23  A.      I do not know that.  We could,

24  but I don't know that we do.

25  Q.      And to be clear, delegates and

104

1    alternate delegates for Republican and

2    Democrat party that elected at large,

3    they don't file any kind of nominating

4    petition with your office; correct?

5    A.    Correct.  The ones that are

6    elected by the State committee or

7    otherwise appointed or chosen are not

8    --- they do not file petitions with

9    the Department.

10   Q.    So the only signatures that are

11   circulated and filed with your office

12   for presidential candidates for the

13   statewide ballot are the actual

14   candidates themselves?

15   A.    Right.  The district level

16   delegate and alternate delegate

17   candidates that are required to file

18   with the Secretary.

19   Q.    Okay.  Have you had any

20   conversations about this case with

21   officials in the Republican or

22   Democrat party?

23   A.    I don't believe so, about the

24   case, no.

25   Q.    So they haven't taken any kind

105

1    of interest in these proceedings to

2    your knowledge?

                    ATTORNEY JOEL:

4              Object to the form.  Go

5         ahead.

6    A.    I'm not even sure how aware

7    they are of these proceedings, to be

8    honest.

9    BY ATTORNEY ROSSI:

10   Q.    But you have not had any

11   conversations with any Republican

12   official about this case?

13   A.    Correct.

14   Q.    And you have not had any

15   conversations with any Democrat

16   official about this case?

17   A.    Correct.

18   Q.    Have you discussed this case

19   with anyone aside from your legal

20   counsel?

21   A.    Sure, I've discussed it with my

22   staff, probably back in January and

23   over the months.  But I actually

24   forgot about it shortly after that.

25   After the first hearing and I was

106

1   reminded when I got the request for
2   the deposition.
3   Q.     It was like a deer in the
4   headlights, oh, this.
5   A.     I was like, oh, yeah.  Okay.  I
6   was busy in the intervening months.
7   Q.     You have the authority to
8   change the format of nominating
9   petitions and papers; correct?  That's
10  your testimony?
11  A.     Correct.  To the extent that
12  it's still complies with the ---
13  Q.     Correct.
14  A.     --- clear statutory mandates.
15  Q.     Do you authorize that change or
16  does the Secretary of the Commonwealth
17  authorize that change?
18  A.     It would probably depend on how
19  earth-shattering the change is.  I
20  would certainly have to run it by the
21  Deputy Secretary, my boss.  Whether
22  the Secretary would need to review it
23  would depend on why we're making the
24  change and what the change is.
25  Q.     Okay.  That's all my questions.

107

1    I appreciate it, thank you for your

2    testimony.

3    A.      Sure, you're welcome.

4                    ATTORNEY ROSSI:

5                    I'm sure you're ---.

6                    ATTORNEY JOEL:

7                    I don't have any.

8              *  *  *  *  *  *  *  *

9      DEPOSITION CONCLUDED AT 12:15 P.M.

10             *  *  *  *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

108

1    COMMONWEALTH OF PENNSYLVANIA  )

2    COUNTY OF BEDFORD             )

3                    CERTIFICATE

4         I, Bernadette M. Black, a Notary

5    Public in and for the Commonwealth of

6    Pennsylvania, do hereby certify:

7         That the witness whose testimony

8    appears in the foregoing deposition, was duly

9    sworn by me on said date, and that the

10   transcribed deposition of said witness is a

11   true record of the testimony given by said

12   witness;

13        That the proceeding is herein recorded

14   fully and accurately;

15        That I am neither attorney nor counsel

16   for, nor related to any of the parties to the

17   action in which these depositions were taken,

18   and further that I am not a relative of any

19   attorney or counsel employed by the parties

20   hereto, or financially interested in this

21   action.

22   COMMONWEALTH OF PENNSYLVANIA
     Notarial Seal
23   Bernadette M. Black, Notary Public        _Bernadette M. Black_
     Everett Boro, Bedford County              _____
24   My Commission Expires Jan. 17, 2017
     MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES    Bernadette M. Black,

25                                             Court Reporter