**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \*

BENEZET CONSULTING, LLC \*

and TRENTON POOL, \*

    Plaintiffs \*  Case No.

    vs. \*  1:16-CV-0074

PEDRO A. CORTES and \*

JONATHAN MARKS, \*

    Defendants \*

\* \* \* \* \* \* \* \*

TELEPHONE DEPOSITION OF

MIKE JENNINGS

September 29, 2016



Any reproduction of this transcript is prohibited

without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

1              TELEPHONE DEPOSITION

2                      OF

3     MIKE JENNINGS, taken on behalf of the Defendants

4     herein, pursuant to the Rules of Civil Procedure, taken

5     before me, the undersigned, Bernadette M. Black, a

6     Court Reporter and Notary Public in and for the

7     Commonwealth of Pennsylvania, at the offices of

8     Attorney General, 15th Floor, Strawberry Square,

9     Harrisburg, Pennsylvania, on Thursday, September 29,

10    2016 beginning at 2:30 p.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                     A P P E A R A N C E S

2

3    PAUL ANTHONY ROSSI, ESQUIRE

4    Office of Paul Rossi

5    316 Hill Street

6    Mountville, PA  17554

7         COUNSEL FOR BENEZET CONSULTING, LLC

8

9    KENNETH L. JOEL, ESQUIRE

10   NICOLE RADZIEWICZ, ESQUIRE

11   Chief Deputy Attorney General

12   Office of Attorney General Litigation Section

13   15th Floor, Strawberry Square

14   Harrisburg, PA  17120

15        COUNSELS FOR DEFENDANTS

16

17

18

19

20

21

22

23

24

25

4

1                          I N D E X

2

3    WITNESS: MIKE JENNINGS

4    DIRECT EXAMINATION

5        By Attorney Joel                    7 - 53

6    CROSS EXAMINATION

7        By Attorney Rossi                  53 - 58

8

9    CERTIFICATE                                 61

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1

<u>EXHIBIT PAGE</u>

2

3                                                        PAGE

4    <u>NUMBER</u>   <u>DESCRIPTION</u>                      <u>IDENTIFIED</u>

5                          NONE OFFERED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

<u>OBJECTION PAGE</u>

<u>ATTORNEY</u>                                        <u>PAGE</u>

NONE MADE

7

1                        P R O C E E D I N G S

2    ------------------------------------------------------------

3    MIKE JENNINGS, HAVING FIRST BEEN DULY SWORN, TESTIFIED

4    AS FOLLOWS:

5    ------------------------------------------------------------

6    DIRECT EXAMINATION

7    BY ATTORNEY JOEL:

8    Q.   Can you hear us okay here?

9    A.   It's a little bit muffled, but I can hear you

10   okay.

11   Q.   All right.  Mr. Jennings, as I said, my name is

12   Kenneth Joel.  I'm with the office of Attorney General.

13   I'm here with my colleague Nicole Radziewicz and we

14   represent the Defendants in this case.  Have you ever

15   been deposed before?

16   A.   So you said have I ever been what before?

17   Q.   Have you ever been deposed before?

18   A.   This is my first time, so, no.

19   Q.   Let me give you some instructions and ground rules

20   and it will make this go a lot smoother.  First of all,

21   if you could try your hardest to wait for me to finish

22   my question and I will try my hardest to wait for you

23   to finish your answer.  Is that okay?

24   A.   That's fine.

25   Q.   Please answer everything verbally.  That includes

8

1   staying away from the uh-huh or uh-uhs.  Yes, no,

2   whatever the answer, is fine.  But just make sure it's

3   in words; okay?

4   A.   That's okay.  That's fine.

5   Q.   If at any point you don't hear me, just ask me to

6   repeat the question.  I would be happy to do so; okay?

7   A.   Okay.

8   Q.   And if at any point you don't understand a

9   question, tell me what your confusion is and I will

10  rephrase it so you understand it; all right?

11  A.   Okay.

12  Q.   Can we agree, then, that if you do answer, you

13  have heard me, understood me, and answered truthfully

14  to the best of your knowledge?

15  A.   Yes.  We can agree on that.

16  Q.   Are you on medication or for any other reason that

17  you wouldn't be able to hear me or understand me or

18  answer truthfully?

19  A.   No.  I'm not on medication.  I can hear you,

20  truthfully.  Yes.

21  Q.   Very good  All right.  Can you please state your

22  full name?

23  A.   My name is Michael, middle name Elmer, my last

24  name is Jennings, J-E-N-N-I-N-G-S.

25  Q.   Could you repeat the middle name, please?

9

1    A.    Middle name is Elmer.

2    Q.    Elmer.

3    A.    Elmer.

4    Q.    Thank you.

5    A.    Yes.

6    Q.    What's your address?

7    A.    My mailing address is 111 West 7th Street.  That's

8    apartment 814 in Los Angeles, California 90014.

9    There's also my other building registration that's

10   9829, that's Dauphine Drive, Charlotte, North Carolina

11   28216.  That's C/O Mary Oute (phonetic).

12   Q.    What's that?

13   A.    C/O Mary Oute.

14   Q.    Oh, care of.  Okay.  I understand.

15   A.    Exactly, Mary Oute.

16   Q.    Okay.  Where do you physically actually live?

17   A.    Right now?  Okay.  I'm living in the US --- when

18   I'm in the US --- I'm living with my parents right now.

19   I'm specifically in Sweden right now.  Sweden, Europe.

20   Q.    Where in the US do you presently live with your

21   parents, where's that?

22   A.    You said with my parents?  They live in North

23   Carolina.  That's at 9829 Dauphine Drive, Charlotte,

24   North Carolina address.  ZIP Code is 28216.

25                     ATTORNEY RADZIEWICZ:

10

1        Thank you, Michael.  One second.  Mr.

2  Rossi, are you still on the phone?  We lost him.

3  BRIEF INTERRUPTION

4  BY ATTORNEY JOEL:

5  Q.  How long has your living address been with your

6  parents in North Carolina?

7  A.  It's basically my standard address and I had moved

8  back there.   Let me see because I worked across the

9  whole United States also. But I moved back --- let me

10  look at a calendar real quick.  It was tentatively

11  January of last year. But like I said, I worked all

12  across the United States, though, again, like one side

13  and switching over because I remember I had started

14  traveling again all over the United States.

15  Q.  Just give me a little bit about your educational

16  background.

17  A.   Okay.  A while back I went to North Carolina A & T

18  State University, moved over to Kent State University

19  and finished my Bachelor's degree at Cal State

20  Northridge.  And I went to grad school overseas at the

21  University of Groningen in the Netherlands where I got

22  one Master degree and then another Master degree at

23  Uppsala University.  That's here in Sweden.  So two

24  Master degrees, one Bachelor degree and of course high

25  school.

11

1   Q.   When did you get your Bachelor's degree from Cal

2   State?

3   A.   I got my Bachelor's degree in 2005.

4   Q.   And what was your degree in?

5   A.   It was in international business.

6   Q.   When did you get your first Master's degree?

7   A.   I finished my first Master's degree, I believe it

8   was in the summer of 2012 in the Netherlands.   The

9   University of Groningen in the Netherlands.

10   Q.   And what was that degree in?

11   A.   It was a double degree program.   So specifically,

12   it was international business and management. But under

13   the double degree program, the one program was called

14   international financial management.   And so the one in

15   Groningen was international business and management and

16   then the one in Uppsala was business and economics.

17   But again, it's all under one core program which is

18   IFM, international financial management.

19       I graduated from Uppsala --- I'm sorry, go ahead.

20   Q.   No.   That was going to be my next question.   When

21   did you get the degree from Uppsala?

22   A.   The one from the University of Groningen was in

23   2012.   The one from here in Uppsala University was in

24   2013.

25   Q.   Okay.   Thank you.  Can you tell me about your work

12

1  history, please?

2  A.   So I mainly work with Goldstein Ostic and

3  Associates on and off for the past two years.  It's a

4  petitioning company where, mainly, I just set up tables

5  around different parts of Los Angeles.  I collect

6  signatures.  And if you get enough signatures to

7  qualify, and they're sufficient to qualify and get on

8  the ballot.

9      And then, this past November, that was when

10  somebody informed me of somebody else whose name was

11  Trent Pool so I flew to Chicago to meet him and then

12  from November on, I worked for Trent Pool.  And that

13  was when I met him in Chicago.  And then from that

14  point on, I basically traveled across the United States

15  working for Trent Pool.

16      I've been working on petitions, candidates to get

17  on the presidential ballot.  And that's what I did all

18  the way until a few weeks ago.  In Kentucky, that's

19  when I ended.

20  Q.   Okay.  Great.  Let me go back a little bit, then.

21  Can you repeat the name of the company that you worked

22  for in Los Angeles?

23  A.   It was Goldstein, Ostic and Associates and when I

24  say worked for, I mean I was an independent contractor.

25  Q.   Yes.

13

1   A.   So I worked there as an independent contractor.

2   So that means I can work how many hours I want and

3   where I want.  So, just basically have to abide by what

4   they want.  And that was where I mainly worked.

5       That's where I worked this past ten years on and

6   off.  And that's in Reseda, California.

7   Q.   So, just to make sure I understand, you worked for

8   this Goldstein --- or you were an independent

9   contractor for this Goldstein group for about ten years

10  ending then some time in 2015?

11  A.   Yes.

12  Q.   And the nature of that work was to collect

13  signatures on various petitions?

14  A.   Right.  And the difference is, mainly when I

15  worked for them it was mainly initiative seeking on the

16  ballot.  Not much presidential campaigns, but mainly

17  initiatives.  So you know, one, for example, was to

18  keep the Malibu Santa Monica School District.  It was

19  to keep the two school districts the same for Malibu

20  and Santa Monica, California.  That's like one example

21  of it.

22  Q.   And did you solely perform the signature gathering

23  functions in California for that group?

24  A.   I solely performed all the signature gathering in

25  California for that group.

14

1   Q.   So you didn't go to any other states for that

2   group to collect signatures?

3   A.   Exactly.

4   Q.   And then how is it that you heard of Trent Pool?

5   A.   Well, I kind of know somebody in Los Angeles.  His

6   name is Mark.  He basically just gave me a referral to

7   like call this guy up whose name was Trent Pool.  And

8   so I took his advice.  I called him up and I was not

9   going to go up, first, to Chicago.  But I was speaking

10  with Trent and I figured that working about Los

11  Angeles, no matter how hard I work or how much money I

12  make, it's very stressful.

13       So I said well what do I have to do lose, I'll

14  just give it a shot anyway.  And then I moved to

15  Chicago shortly after I had spoke with him on the

16  phone.  Like in a matter of days.  And then, that's

17  when I met him.  We sat down and ate and drank.

18  Shortly after that, like the very next day, he put me

19  to work in the Chicago area.

20  Q.   Let's start then, back --- and that was about

21  November of 2015?

22  A.   Yes.  Mostly around November the 14th or 15th,

23  around that time.

24  Q.   So where was the first place that you went to work

25  for Trent Pool?

15

1   A.   The first place that I went to work, it was like a

2   town North of Chicago.  I believe it's called Dearborn,

3   if I'm not mistaken.  It was like in the Dearborn

4   Waukegan area.  That was like around the time when I

5   first, first started.  And then, I tried to work in

6   Gurnee.  That's like further North of Chicago, but not

7   up towards, of course, of the Wisconsin border.  But

8   North of Chicago.

9        Keep in mind, I was going to different locations

10  throughout the day.

11  Q.   What were you doing --- what was the first ---

12  strike that. Let's ask it this way.

13       The first --- strike it. Let's ask it this way.

14       All of the work you did for Trent Pool, do you

15  understand that it was for his company, Benezet?

16  A.   Yes.

17  Q.   All right.  So all the work that you did for

18  Benezet, was it all collecting signatures?

19  A.   Yes.

20  Q.   Now, this first place you went in Dearborn, what

21  were you collecting for?  Was it a candidate?  Was it a

22  party?  Was it an initiative?  What was it?

23  A.   They were all for candidates representing their

24  own party.  I know one was, I believe --- I'm going to

25  have to look it up on my cell phone because it's been

16

1   so long and I worked on so many issues.  I kind of

2   like, you know, forgot.  But I believe one was called

3   Kirk --- okay, I'm going to have to look for it in my

4   cell phone.  Because they were all like statewide

5   initiatives for candidates to get on the ballot.  But I

6   forgot the actual order of them.  So can you hold on

7   real quick?

8   Q.   Sure.

9   A.   Okay.

10  BRIEF INTERRUPTION

11  BY ATTORNEY JOEL:

12  Q.   Why don't we ask it this way?  The first state you

13  worked in was Illinois?

14  A.   Yes.

15  Q.   And you started there the middle of November,

16  2015?

17  A.   Yes.

18  Q.   How long were you in Illinois collecting

19  signatures?

20  A.   I was only there for like a few weeks and then, I

21  believe, from there I went to Indiana.

22  Q.   So before we get to Indiana, I just want to make

23  sure that we're clear . So for a few weeks beginning in

24  mid-November, 2015, you collected signatures in

25  Illinois; correct?

17

1    A.    Yes.

2    Q.    And when you were in Illinois collecting these

3    signatures, am I correct that you went to different

4    locations around the state to collect them?

5    A.    Yes, because it was a little bit hard, sometimes.

6    Like, I would go to one spot, like maybe at a Whole

7    Foods.   Like in the Deerfield area and like they would

8    tell me it's okay.   You can do petitions here.   And

9    then like, the very next day, like another manager, he

10   was just lower-end, they would just give me a very hard

11   time and tell me that I cannot be there at this

12   location.

13         And so it kind of went around like that in this

14   area.   And so I went to another CVS which was --- like

15   I know the areas, but I don't know them by name.   But

16   it's not too far from the lake.   And again, the same

17   issue where it's like I went to a CVS.   The manager

18   said it was okay but somehow the cops came anyway.   One

19   cop was okay with it 'cause he saw that I really wasn't

20   breaking any laws and I was being legitimate

21   basically about it.

22         But then another cop was like --- he didn't kick

23   me out but he just --- you know, he kind of gave me a

24   hard time saying if any of you crosses this line right

25   here, then you're going to jail and things like that.

18

1   But that was when I was in the Chicago area.

2   Q.   And when you were Illinois collecting these

3   signatures, did you stay at different hotels depending

4   on where you were collecting?

5   A.   Yes.   I tried to.   First, I stayed at the Red Roof

6   and then from there we kind of scattered about.

7   Q.   Now, when you were in Illinois collecting, that

8   was for a candidate?

9   A.   If I'm not mistaken, it was for multiple

10  candidates. I was here trying to figure out, in my

11  e-mail, which ones they were because I believe they

12  were for like Rand Paul.  And then another one was ---

13  man, I can't think of the other guy's name.

14  Q.   Ted Cruz?

15  A.   One was for Rand Paul.

16  Q.   Was the other one ---?

17  A.   I believe it was for Ted Cruz, also.

18  Q.   Okay.

19  A.   I think there was another senator for one of the

20  state --- either Mark or Kirk, something.

21  Q.   Oh, okay. So the Illinois senator.

22  A.   Yes.

23  Q.   The Illinois senator, Mark Kirk. Okay.

24  A.   Exactly.   Yeah.

25  Q.   So from Illinois, did you then go straight to

19

1    Indiana?

2    A.   I believe I went to Lafayette, Indiana.   I

3    believe, if I recall.

4    Q.   And was that to collect signatures in Indiana on

5    behalf of Benezet?

6    A.   Yes.

7    Q.   How long were you in Indiana for?

8    A.   I want to say I was there for like a month, but

9    that might be pushing it.

10   Q.   Okay.

11   A.   But at least a few weeks for sure.

12   Q.   When you were in Indiana, did you move about the

13   state and collect in different locations?

14   A.   Yes, I did.  At first, I was in Lafayette and that

15   was my first time period.  And then after that, I went

16   all over the state.  I went to Indianapolis.  I worked

17   in the Indianapolis area.  I also worked a district

18   north of Indianapolis, and I went to Fort Wayne.   I

19   went to Bloomington.

20       Let me see.  Lafayette, Indianapolis, Bloomington,

21   Fort Wayne and Elkhart, of course.

22   Q.   Okay.

23   A.   And then, I believe, whatever city that has the

24   school.  Notre Dame's area, that area also.

25   Q.   It's South Bend.

20

1  A.   South Bend, of course.  Yeah.

2  Q.   When you were traveling around Indiana collecting

3  all of these signatures, did you stay in different

4  hotels depending on the location you were at?

5  A.   Yes, I had to.  Otherwise it would have been

6  extremely complicated if I did not.

7  Q.   Fair enough.  And who were you collecting

8  signatures for when you were in Indiana?

9  A.   Let me see.  I just have to go back to my phone.

10  I was working late earlier today and I just need to get

11  them out in front of me so let me check right now.

12  Q.   Sure.

13  A.   Because these should all be inside of my e-mail,

14  right now.

15      I'm looking at my e-mails. I believe it was for

16  Rick Santorum and Rockie De La Fuente.  And there was

17  most likely more, also.

18  Q.   It was most likely what?

19  A.   It was most likely other candidates also.  I'm

20  just trying to find my invoices to ---.

21  Q.   Was the collection for Rocky De La Fuente, was

22  that for him as a democrat to get on the democratic

23  primary ballot?

24  A.   I believe so.

25  Q.   And for Rick Santorum, that would have been for

21

1   him to get on the republican primary ballot?

2   A.   Yes.   If you could just bear with me as I, like,

3   just check.   My phone's a little bit slow right now.

4   But I'm just trying to like get into my e-mail.

5   Q.   That's fine.   Any luck, Mr. Jennings?

6   A.   I'm sorry.   What was that?

7   Q.   Any luck with finding the other candidates?

8   A.   My phone is going very, very slow. Right now, I'm

9   just going to have to say, yeah.   Rick Santorum and

10  Rocky De La Fuente.

11  Q.   Okay.

12  A.   I shall say that for right now.

13  Q.   That's fine.   As we move ---.

14  A.   I believe that's on my phone.

15  Q.   As we move forward, if any of them come back to

16  you, just let me know and we'll circle back; okay?

17  A.   Okay.   Thanks.

18  Q.   All right. Where did you go from Indiana?

19  A.   From Indiana, if I'm not mistaken, I went to

20  Wisconsin.   What town was it called?   It was Wausau.

21  Q.   And did you go straight from Indiana to Wisconsin

22  to collect signatures?

23  A.   Yes. I drove there.

24  Q.   And how long were you in Wisconsin for?

25  A.   I believe I was there for three weeks.   It might

22

1    have been two weeks, though.

2    Q.    And who did you collect signatures for in

3    Wisconsin?

4    A.    I believe it was for Rocky De La Fuente, also.

5    Q.    Anybody else or just Rocky De La Fuente?

6    A.    I could check right now.  I'm trying to check

7    right now.

8    Q.    Was the collection for Rocky De La Fuente as Rocky

9    as a democrat to get on the democratic primary in

10   Wisconsin?

11   A.    I believe it was for him in as democrat, but I'm

12   not 100 percent sure because it could have been for the

13   American Delta party in Wisconsin, also.

14   Q.    When you were in Wisconsin collecting signatures,

15   did you collect at various locations throughout the

16   state?

17   A.    Yes.  It was very hard in Wisconsin, for me.

18   Q.    Why is that?

19   A.    I went to colleges because it was just --- a lot

20   of people were very, very quick to tell me to leave.

21   And I would try to explain to them, you know, what my

22   job was.  But a lot of people really did not care.  And

23   they were quick to call the police on me.  If I'd just

24   try to even explain to them a little bit of what it was

25   about and they would all say, no, you have to go right

23

1    now.  We'll call the police on you right now if you

2    don't leave right now.

3        And so even when I went to the university and got

4    permission to be at the university.  But even then,

5    again, one of the faculty members called the police on

6    me.  And, in my opinion, fabricated the story to say

7    that I was harassing.  Which, in my opinion, I was not

8    at all.  I was just waving at people.  And then waving

9    at them, that didn't work.  So they came over to me.  I

10   explained to them what I was doing was just collecting

11   signatures.  But that was all in Wisconsin.  It was a

12   tough environment.

13   Q.   When you were collecting signatures in Wisconsin,

14   were you working alone?

15   A.   I worked independently, yes, but there was other

16   workers also throughout the city.

17   Q.   But when you were out collecting signatures, you

18   were collecting them independently on your own.  You

19   were walking your own location.  You were contacting

20   your own people, whoever you came with.  You didn't

21   have somebody there with you; is that correct?

22   A.   Right.

23   Q.   And when you worked these different locations in

24   the State of Wisconsin, did you stay at various hotels

25   throughout the state?

24

1   A.   Yes.   No, no, sorry.   I believe I said I worked

2    --- it was only one city. And so I stayed at the La

3   Quinta Inn, if I'm not mistaken and a Quality Inn.

4   Q.   Do you know how many signatures you collected in

5   Wisconsin?

6   A.   I do not, off the top of my head, unfortunately.

7   Q.   Do you know how many signatures you collected ---?

8   A.   I guess I could find out if --- if I would be on

9   my computer, then I could find out exactly.

10   Q.   That's fine.

11   A.   So it's frustrating like, my computer is acting up

12   today.   I honestly have no idea how many I got in

13   Wisconsin.

14   Q.   Do you have any estimate how many signatures you

15   got in Indiana for either Rocky or Santorum?

16   A.   I can't say anything because I was there for a

17   long time.

18   Q.   How about in Illinois?   Can you give me any

19   estimate as to the number of signatures you got for any

20   of the folks you collected for?

21   A.   No.   Not at this time.

22   Q.   All right.   Any further recollection who you

23   collected for in Wisconsin?

24   A.   No.

25   Q.   From Wisconsin, where did you go to collect

25

1   signatures for Benezet?

2   A.   I believe I went to Pittsburgh, Pennsylvania after

3   Wisconsin.

4   Q.   Do you know how long you were in Pennsylvania for?

5   A.   I was there in Pennsylvania for weeks, about a few

6   weeks.

7   Q.   Did you go straight from Wisconsin to

8   Pennsylvania?

9   A.   I believe so.

10   Q.   Did you drive there?

11   A.   Yes.   I drove there.

12   Q.   Who did you collect signatures for in

13   Pennsylvania?

14   A.   I'm pretty sure I collected signatures for Rocky

15   De La Fuente in Pennsylvania.   Other than Rocky, I

16   believe I worked for Ted Cruz, also.   And I believe

17   that was it.   Again, without my computer it's kind of

18   hard for me to know or remember because I was in too

19   many states.

20   Q.   We'll get there.   I appreciate it.   The Rocky De

21   La Fuente signature collecting in Pennsylvania, was

22   that for Rocky as a democrat to get on the democratic

23   ballot this first time?

24   A.   I thought it was for the American Delta Party, but

25   again, I'm not 100 percent sure.

26

1    Q.    The Cruz collection, was that for Cruz as a

2    republican to get on the republican primary ballot?

3    A.    Yes.

4    Q.    Can you give me any ---?

5    A.    I think I have this right.   I hope I have the

6    order rights for the states, though, 'cause ---.

7    Q.    That's okay. Can you give me any estimate as to

8    how many signatures you collected for either Rocky or

9    Cruz?

10   A.    Off the top of my head, I cannot.   I can't really

11   say.

12   Q.    Okay.

13   A.    I actually don't know, off the top of my head.

14   because there was times where I got some and then I got

15   more afterwards and --- yeah.   I would have to look.   I

16   have the numbers but they're inside my computer.

17   Q.    When you were in Pennsylvania, do you remember if

18   it was the wintertime?

19   A.    It was definitely the wintertime; it was very

20   cold.

21   Q.    That's very helpful, actually, that you remember

22   it was the wintertime and cold.   That's actually very

23   helpful.   When you were in Pennsylvania collecting

24   signatures for Rocky De La Fuente and Ted Cruz, did you

25   go to various locations throughout the state?

27

1    A.   I went to various locations throughout the

2    metropolitan of Pittsburgh.

3    Q.   So you were collecting for both of those in the

4    Pittsburgh area?

5    A.   Yes.

6    Q.   Did you stay at different hotels in the Pittsburgh

7    area or just one hotel?

8    A.   I stayed, mainly, at a house provided by Trent as

9    I recall.  I don't recall --- I went there twice, of

10   course.  But the second time I stayed at a hotel and if

11   I'm not mistaken, I stayed at this house for like, the

12   majority of the time, if not all of the time.

13   Q.   Where did you go from Pennsylvania to collect

14   signatures?

15   A.   I believe I quit working with Benezet for a while

16   or for a little bit.

17   Q.   Why did you ---?

18   A.   I mean, Trent, he called me for other people.  And

19   if I'm not mistaken, this is the order that it went in.

20   I left Pennsylvania.  If I'm not mistaken, I went to

21   Boston to work in the Massachusetts area.  And then

22   from there I went to the Seattle area and I even went

23   back to Los Angeles, briefly, to work on the Goldstein

24   Ostic Associates because there was a lot of work in Los

25   Angeles.

28

1     See, I kind of felt like with Trent, he's a good
2  guy, though --- but I felt like I was missing out
3  because if I had stayed with my Goldstein Ostic and
4  Associates the whole time, a nice winter was on the
5  table in California into the spring and into the summer
6  and so ---.  And I was cool with Trent, so he let me do
7  it for the summer and said that I couldn't called.
8  Then I resumed working with Trent once, I believe ---
9  oh, yeah.  So once I left Boston that was when I was
10  back working with Trent when I came down to Atlanta.
11  Q.   Let me stop you there for a second.  I want to
12  make sure I got this.  So after Pennsylvania, in the
13  winter time, you stopped working for Benezet; correct?
14  A.   Yes.  For like, some time.  Little bit of time.
15  Yes.
16  Q.   And then you went to Massachusetts and signature
17  collected in Massachusetts?
18  A.   Yes.
19  Q.   And was that for a candidate or what was that for?
20  A.   It was for --- wait a minute.  I think that was
21  for initiatives only or one was to legalize marijuana.
22  Something of that sorts and then there were three other
23  ones but I just cannot remember the ones off the top of
24  my head --- another one was charter schools.  Yeah, I
25  forgot the others, too.

29

1    Q.   How long were you in Massachusetts for?

2    A.   I was there for a few weeks or maybe three weeks.

3    Q.   And when you were in Massachusetts ---?

4    A.   This is when it's already getting warm, though.

5    So wait a minute.  I must have gotten that wrong.

6    Maybe I went to Los Angeles and then I went ---.  So

7    maybe once I stopped working with Trent, I went to Los

8    Angeles and then went to Boston.  I think that's how it

9    went.  Yes.

10       So then, by the time I went to Boston it was

11   already spring I guess because it was like already

12   warm.

13   Q.   So let's back up a second.  So you left

14   Pennsylvania.  After that winter collection for Rocky

15   and Cruz your testimony is that you then went back to

16   Los Angeles and collected signatures for Goldstein

17   Associates?

18   A.   Yes.

19   Q.   How long were you in Los Angeles doing that?

20   A.   I believe I was there for like six weeks or so.

21   Q.   Did you collect signatures for candidates or was

22   it for initiatives?  What was the nature of your work

23   in Los Angeles?

24   A.   I believe it was all for initiatives and it was

25   not just for Los Angeles.  I believe I was in San Diego

30

1    also working on the petition to keep the San Diego

2    Chargers in San Diego. Keep the stadium, you know ---

3    enhanced the way it was. So I was in Los Angeles and I

4    was in San Diego back and forth also.

5         And from there, when I was in San Diego, I worked

6    with Ron.  I forgot his last name.  It was something

7    like Isaac (phonetic) or something like that.  I worked

8    for another company, though, briefly in San Diego also.

9    It was like back and forth between them and Goldstein

10   Ostic Associates when I was in California or during

11   this brief time period.

12   Q.   And then if I understand your testimony, after

13   California, when you were there for six weeks, you then

14   went to Massachusetts and you were in Massachusetts for

15   a few weeks?

16   A.   Yes.

17   Q.   And while in Massachusetts you were collecting

18   signatures for initiatives, ballot initiatives?

19   A.   Yes, yes.

20   Q.   And did you go straight from Pennsylvania to Los

21   Angeles to do that one?

22   A.   I probably collected for Rocky also in

23   Massachusetts also but I'm not 100 percent sure.  I

24   believe we added him to the board around the time that

25   I was leaving, if I'm not mistaken.

31

1   Q.   So when you left Pennsylvania, did you go right to

2   Los Angeles to do that work?

3   A.   Yeah. I believe so, yes.

4   Q.   And then when you left the California work, did

5   you go straight to Massachusetts for that work?

6   A.   Yes.

7   Q.   And then after Massachusetts, did you then go to

8   Seattle, Washington to collect signatures?

9   A.   In the Seattle metropolitan, yes.

10  Q.   And was that for Benezet or was that for somebody

11  else?

12  A.   That's for somebody else.  Your way petitions with

13  Brett Johnson (phonetic).

14  Q.   Was the Massachusetts work for Benezet or for

15  somebody else?

16  A.   It was for Alex Arsenault (phonetic).

17  Q.   And how long were you in the Seattle metropolitan

18  area?

19  A.   I'm sorry.  What was that?

20  Q.   How long were you in the Seattle, Washington

21  metropolitan area?

22  A.   I believe for like another I want to say four

23  weeks or so.

24  Q.   What were you collecting signatures for?

25  A.   Let me think.  Yeah, it's just not coming to me.

32

1   As soon as I find out on my cell phone.  It was like I

2   think four issues and --- yeah, it's just not coming to

3   me right now.

4   Q.   Did you move around the Seattle area and collect

5   signatures in different locations?

6   A.   Yeah.  I collected in Kid.  I collected in Tacoma.

7   I collected in the Bellvue area and another town that's

8   nice on the eastern side of the countryside.  And then

9   I collected in kind of like a city that's like in

10  between Seattle and Vancouver Canada, like towards the

11  border.  It's Mount something.  Yeah.  I was definitely

12  all over the place in the Washington area also.

13  Q.   Did you stay in different locations at different

14  hotels when you were all over the place in Washington?

15  A.   I stayed at different hotels, yes.  From what I

16  know, the expenses were not paid so that was out of

17  pocket, also.

18  Q.   Where did you go after Seattle, Washington to

19  collect signatures?

20  A.   After Seattle, I briefly went back to Benezet

21  consulting which was when I flew down to Atlanta.  And

22  then when I went back to Seattle, then I went back to

23  Pennsylvania and this time it was the summertime.  So

24  it was much hotter out there this time --- yeah.  I

25  worked out there in Pennsylvania again.

33

1   Q.   When you were in Atlanta, you were collecting

2   signatures on behalf of Benezet?

3   A.   Yes.

4   Q.   And who were you collecting for?  Candidates

5   or ---?

6   A.   I believe it was for Jill Stein.  I believe they

7   was for Jill Stein and Rocky De La Fuente.

8   Q.   Do you know how many signatures you collected for

9   either Jill Stein or Rocky De La Fuente?

10  A.   I believe it was 205 but they did not count

11  because of something that happened where, I guess,

12  Trent had messed up with something.  If I'm not

13  mistaken, it was a collection for like 205 for Rocky

14  and 175 for Jill Stein.

15  Q.   How long were you in Atlanta collecting for Jill

16  Stein and Rocky?

17  A.   It was only for like two and a half days.

18  Q.   Did you only collect in Atlanta or did you go to

19  other parts of the state?

20  A.   It was only the Atlanta metropolitan area.  So

21  like Atlanta and also maybe a little bit of DeKalb

22  County, maybe.

23  Q.   Did you stay in just one hotel there or did you

24  move around?

25  A.   I would say I moved around.  First at some hotel

34

1   in downtown.  I forgot the name.  The second one was

2   either at the Sheraton or the Marriott or something

3   like that.

4   Q.   And did you go --- your previous one in Seattle,

5   Washington area --- did you go straight from there to

6   the Atlanta job?

7   A.   Yes.  I did.  After that I went back to Seattle

8   because I still had my other rental car in Seattle the

9   whole time.  I went back to Washington like right after

10  that.

11      And then shortly after that ---.

12  Q.   So just to make sure I --- so right after Atlanta,

13  you went back to Seattle to collect signatures?

14  A.   If I'm not mistaken, that's how it went.  But then

15  a little bit later ---.

16  Q.   Hold on.  When you went back to Seattle, was that

17  collecting signatures on behalf of Benezet or somebody

18  else?

19  A.   Well that was for your way petitions with Brett

20  Johnson.

21  Q.   And how long were you in Seattle that second time?

22  A.   I believe I was just there for like a few more

23  days.

24  Q.   And did you move around to different parts of the

25  Seattle area?

35

1    A.   The whole time I was there, I moved around to

2    different parts of the Seattle area.

3    Q.   Did you stay in different hotels while you were

4    there?

5    A.   Yes.

6    Q.   Then after Seattle, did you then go to

7    Pennsylvania to work?

8    A.   Yes.

9    Q.   And was that for Benezet?

10   A.   Yes.

11   Q.   How long were you in Pennsylvania the second time?

12   A.   Only for a little bit.  I guess like a week or so

13   or maybe two weeks.

14   Q.   And do you remember what candidate or issue you

15   were collecting for?

16   A.   I believe it was only for Rocky.

17   Q.   Do you know if that was Rocky De La Fuente as an

18   independent third party candidate?

19   A.   I believe it was for the American Delta Party, but

20   I'm not 100 percent sure.

21   Q.   Do you know how many signatures you got for Rocky?

22   A.   Man, I was just there.  Let me see.  Let me just

23   think back.  It's not coming to me right now, so I'd

24   better not say.

25   Q.   That's fine.  When you were collecting signatures

36

1   this second time in Pennsylvania for Benezet, did you

2   move around to different areas and different parts of

3   the state?

4   A.   No.   Only Pittsburgh.

5   Q.   Did you stay in different hotels in the Pittsburgh

6   area?

7   A.   Yes.

8   Q.   Where did you go after Pennsylvania to work?

9   A.   After Pennsylvania, I went down to Birmingham,

10   Alabama.   No.   Sorry.   Hold on.   I missed a whole

11   chunk. I went to Columbus, Ohio, also.

12   Q.   After Pennsylvania?

13   A.   I believe so.   Yes.

14   Q.   How long were you in Ohio?

15   A.   Maybe like ten days or so.

16   Q.   Did you go straight from Pennsylvania to work to

17   Ohio to work?

18   A.   I might have gotten everything mixed up, but I

19   believe so.   Yes.   I drove to Ohio from Pittsburgh.

20   Q.   Were you working in Ohio on behalf of Benezet?

21   A.   Yes.

22   Q.   Who were you collecting for in Ohio? What

23   candidates or issues?

24   A.   I want to say it was for Rocky De La Fuente in

25   Ohio ---.

37

1   Q.   And was that for the American ---?

2   A.   I believe so.  And I believe I also worked for

3   Darrell Castle in Ohio also, but I can't say for sure.

4   Q.   Was the Rocky work for Rocky as an independent or

5   the American Delta Party?

6   A.   Well I thought I was.  When he was working for

7   the American Delta Party, it's the same as him being an

8   independent candidate.  Yes.

9   Q.   Do you know how many signatures you got for either

10  Rocky or Mr. Castle?

11  A.   I do not know off the top of my head.

12  Q.   Did you move around to different parts of Ohio to

13  collect these signatures?

14  A.   I was not able to.  I only worked in the Columbus

15  area.

16  Q.   Did you stay in different hotels in the Columbus

17  area or one hotel?

18  A.   Yes.  Different hotels.

19  Q.   Where did you go from Ohio to collect signatures?

20  A.   If I'm not mistaken, from Ohio I went back to

21  Pittsburgh, if I'm not mistaken, to briefly work for

22  Rocky.  Oh no, sorry.  I think I know what happened

23  last.  So I went to Pittsburgh, went to Columbus and

24  then I believe I went back to Pittsburgh and also ---

25  no.  Okay.  I've got it.

38

1    When I went to Pittsburgh, I believe I went to

2  Haysburg (sic), if I'm not mistaken, Pennsylvania.  And

3  then I worked a little bit out there in Haysburg  and

4  then I went to Ohio.  And then I had returned to

5  Pittsburgh but then I flew down to Atlanta.  I'm sorry.

6  Not Atlanta.  Birmingham, Alabama.

7  Q.   So let me make sure I've got this straight.

8  A.   Hope I'm not going too fast.

9  Q.   No.  That's okay.  Let me just make sure I've got

10  this straight.  So when you resumed with Benezet, you

11  went to Atlanta, Georgia for about two and a half days

12  to collect signatures; correct?

13  A.   Yes.

14  Q.   You then went back to Seattle, Washington and

15  worked for a different company to collect signatures;

16  correct?

17  A.   Correct.

18  Q.   After a few days in Seattle, you then went to

19  Pennsylvania and collected signatures as an independent

20  contractor for Benezet for a week or two; correct?

21  A.   Correct.

22  Q.   And that was for Rocky De La Fuente as an American

23  Delta Party candidate; correct?

24  A.   Correct.

25  Q.   And then after Pennsylvania, you went straight to

39

1    Ohio as an independent contractor for Benezet and

2    worked there for about ten days in the Columbus area

3    collecting signatures; correct?

4    A.   I believe so.  Correct.

5    Q.   And then from Ohio, you went back to Pittsburgh,

6    or Pennsylvania and collected more signatures for Rocky

7    De La Fuente?

8    A.   I believe so.  But I know at some point I went to

9    Haysburg.  So let me think.  Damn, I can't give you the

10   strategy as to the order that I worked in.

11   Q.   Well, did you ever go to Mississippi to work?

12   A.   I did not go to Mississippi.  I went to Wyoming.

13   Some people went to Mississippi.  I went to Casper,

14   Wyoming.  But before that, I flew to Birmingham,

15   Alabama.

16   Q.   All right.  So from Ohio, you went back to

17   Pennsylvania.  How long were you in Pennsylvania that

18   time?

19   A.   The last time, I think that's the way it was that

20   it was only for very few days.

21   Q.   And were you collecting for Rocky again that time

22   or were you collecting for the OpenPittsburgh.org

23   initiative?

24   A.   It was for Rocky.  I never worked for --- I don't

25   recall working for the OpenPittsburgh.org initiative.

40

1    Q.   Okay.  When you were in Pennsylvania that next

2    time, did you go to different locations of the state?

3    A.   No.

4    Q.   Did you stay in one hotel or did you switch around

5    hotels?

6    A.   I believe I stayed at a friend's place.  It was

7    like a few days, if I'm not mistaken.

8    Q.   Then from that Pennsylvania trip, did I understand

9    the next place you went was Alabama?

10   A.   Yes.

11   Q.   How long were you in Alabama for?

12   A.   If I'm not mistaken, it was only for like a week

13   or so.

14   Q.   Did you go straight from Pennsylvania to Alabama?

15   A.   Yes.

16   Q.   Were you collecting in Alabama as an independent

17   contractor for Benezet?

18   A.   Yes.

19   Q.   Were you collecting for candidates or issues in

20   Alabama?  Mr. Jennings, in Alabama, were you collecting

21   for a candidate or an issue?

22   BRIEF INTERRUPTION

23   BY ATTORNEY JOEL:

24   Q.   Mr. Jennings, I think the question that I had

25   asked that you got cut off on was when you went from

41

1    Pennsylvania this next time, to Alabama, did you go

2    straight there?

3    A.   Yes.   I flew straight from Pennsylvania to

4    Alabama.

5    Q.   And who did you collect for in Alabama?

6    A.   In Alabama, I believe it was for Rocky and I

7    thought it was for one other person, also.   I'm

8    checking the thing right now.   Hopefully my phone is

9    working better right now.   I'll see if it will come up.

10   I see it but I can't pull it up. But I believe it was

11   --- yeah, let me see.   I want to say it was for Rocky

12   and Darrell Castle but I can't help you confirm that at

13   this time, though.

14   Q.   Okay.

15   A.   I tried finding it while I had you on

16   speakerphone.   I have you on speakerphone and I tried

17   to access my e-mail.

18   Q.   So, in any event, I think you told me that you

19   were in Alabama working for Benezet for about a week;

20   is that right?

21   A.   I believe so. Yes.

22   Q.   Do you have any estimate as to how many signatures

23   you collected for either Rocky or Castle?

24   A.   See, I don't.   Without looking at an invoice, I

25   can't really say anything 'cause I could get it mixed

42

1    up with everything else.

2    Q.   Do you know how many you collected for any of the

3    candidates when you were in Ohio?

4    A.   At this time, no.

5    Q.   During your first summertime stint in Pennsylvania

6    when you were collecting for Rocky, do you know how

7    many signatures you got that time?

8    A.   No.

9    Q.   So when you were in Alabama, did you collect

10   signatures around different parts of the state?

11   A.   Yes.   No, only around Birmingham, Alabama.

12   Q.   Only around Birmingham?

13   A.   Yes.

14   Q.   Did you stay in different ---?

15   A.   No. Sorry. I went to different parts of the state.

16   It was for DC and Mobile also.

17   Q.   Okay.

18   A.   I got a few signatures in Mobile, also.

19   Q.   Did you stay in different locations at different

20   hotels around the State of Alabama?

21   A.   I cannot recall if I stayed --- I would say that

22   most time I stayed in Birmingham, but I cannot recall

23   if I spent the night in Montgomery or Mobile after I

24   drove there.

25   Q.   Where did you go after Alabama?

43

1    A.   I went to Casper, Wyoming.

2    Q.   And was that as an independent contractor for

3    Benezet?

4    A.   Yes.  I guess, technically --- I thought it was at

5    first.  So I guess, technically, I worked for Your Way

6    petitions which was through Brett Johnson.

7    Q.   Which is who?

8    A.   It was through --- I don't know what his last name

9    is.  But I know Brett Johnson is above Doug.

10                    ATTORNEY RADZIEWICZ:

11                    It was through Brett Johnson but he was

12   just being an intermediate person.  His first name was

13   Doug.  So, it was through Doug, but ultimately through

14   Brett Johnson.

15   BY ATTORNEY JOEL:

16   Q.   So the middle person was Doug and the ultimate

17   person was Brett Johnson?

18   A.   Yes.

19   Q.   How long were you ---?

20   A.   It was still coordinated by Brett.  Then, I went

21   to Wyoming for, I guess, about three weeks or so.

22   Q.   Three weeks?

23   A.   Or two and a half weeks or something like that.

24   Q.   Did you go straight from Alabama to Wyoming?

25   A.   Yes.

44

Q.   Who did you collect signatures for in Wyoming?

A.   I'd have to look at my phone. I want to say Rocky and Jill Stein but I wish I could pull this up now.

Q.   Do you know how many signatures you collected for either Rocky or Jill Stein?

A.   Actually, I do.  I'm going to try to find this out real quick.  I can't.

Q.   Okay.

A.   It was multiple turn-ins so I wouldn't know.

Q.   Did you collect signatures in various parts of the state of Wyoming?

A.   No.  I was only in the Casper area.

Q.   Did you stay in different hotels or just in a hotel in Casper?

A.   I just stayed in a hotel in Casper that I kept on extending periodically throughout the whole time there.

Q.   Where did you go after Wyoming?

A.   After Wyoming, I went to North Dakota.

Q.   How long were you in North Dakota for?

A.   I believe for like a week or so.

Q.   Did you go straight from Wyoming to North Dakota?

A.   Yes. I drove there.

Q.   Were you in North Dakota as an independent contractor for Benezet?

A.   Yes.

45

1   Q.   Who did you collect signatures on behalf of ---?

2   A.   I was.  But Andy Jacob was the middle man.

3   Q.   Okay.  Who did you collect signatures for when you

4   were in North Dakota?

5   A.   I'm sorry.  You said who did I collect for in

6   North Dakota?

7   Q.   Yeah.

8   A.   I believe it was for Rocky and --- I cannot recall

9   if there was anybody else also.

10  Q.   Do you know how many signatures you got for Rocky?

11  A.   In North Dakota --- I should know this 'cause I

12  just turned this in.  Man, now I'm getting this mixed

13  up with Wyoming.  Let me see for a quick second.  I

14  want to say roughly like 475.  But again, I'm not 100

15  percent sure, though.

16  Q.   Okay.

17  A.   I think it was for Rocky De La Fuente and Darrell

18  Castle.  Oh, no.  Rocky De La Fuente --- I guess it's

19  for Rocky and maybe Darrell Castle.  And I believe it

20  was for something like 455 or 465 or something like

21  that.

22  Q.   For Rocky De La Fuente?

23  A.   Yeah.

24  Q.   When you were in North Dakota, did you collect

25  signatures around various parts of the state?

46

1   A.   Yes.

2   Q.   And did you stay in hotels around various parts of

3   the state?

4   A.   Yes.

5   Q.   Where did you go from North Dakota?

6   A.   And then, my last route was in Kentucky.

7   Q.   How long were you in Kentucky for?

8   A.   I was only there for like a day and a half.

9   Q.   And was that as an independent contractor for

10  Benezet?

11  A.   Yes.

12  Q.   Who were you collecting for in Kentucky?

13  A.   For Rocky.

14  Q.   Do you remember how many signatures you got?

15  A.   I believe it was like 166 or 160 or something like

16  that.

17  Q.   And did you go to different parts of the

18  Commonwealth of Kentucky?

19  A.   No. I believe I just went to --- okay, it was only

20  in the Louisville area.  And I only worked like the

21  college campus and one other spot also.

22  Q.   Did you stay in different hotels or just one

23  hotel?

24  A.   I stayed at different hotels for the two weeks

25  that I was there.

47

1   Q.   And did I understand you correctly that Kentucky

2   was your last signature collecting job for the 2016

3   season?

4   A.   Yes.

5   Q.   Do you get paid by Benezet per signature?

6   A.   Yes.

7   Q.   Do you know if you have any written contract with

8   Benezet to provide independent contracting services?

9   A.   I signed one earlier when I first met Trent, so,

10  yes.

11  Q.   Did Benezet or Trent provide you with any sort of

12  script or what you were supposed to say to try to get

13  people to sign petitions?

14  A.   I believe he might have showed me something.  But

15  the best way for me is to go at it by myself, and so

16  that's how it was when I first met Trent.  And that's

17  the way he understands it also.

18  Q.   Okay.

19  A.   He's worked with me with the scripts in the past.

20  Yes.

21  Q.   How did you --- what was your --- strike that.

22       What was your methodology for trying to get people

23  to sign?

24  A.   My whole methodology to read whatever their facial

25  expressions are right when I first glance at them.  You

48

1    know, like, if they're down then try to come at them at
2    like a more calmer level.  If they seem very energetic,
3    then seem energetic also.  When I first try to explain
4    to them what exactly I am doing in their area.
5    Q.   And am I correct that since you get paid by
6    signature, the more signatures you get, the more money
7    you make?
8    A.   Yes.
9    Q.   And am I correct --- we've heard some testimony
10   from others in this case about people using more than
11   one board for signatures.  How many boards do you
12   usually use?
13   A.   I only have six, but I know we never get six at
14   the same time.  But I always try to have at least six,
15   so that way if I get lucky, I can get six people to
16   sign at the same time while I quickly look at
17   everybody's signatures to make sure that they're
18   actually writing down everything correct.
19   Q.   The various times when you were in Pennsylvania,
20   am I correct that you actually were successful in
21   getting people to sign petitions?
22   A.   Yes.  I got signatures.  Pennsylvania, so, yeah.
23   I would consider myself somewhat successful.  It was
24   very hard also, though.  It was probably one of the
25   most tougher areas.                                    .

49

1   Q.   Why do you say that?

2   A.   Because for me, at least, I did not find any

3   spots. So I just had to deal with whatever I can.

4   Whether that's at a gas station --- when I have a

5   harder time finding a spot, then I have to go to slower

6   spots where there's less traffic.  Where's there's less

7   of a chance of me getting complaints or getting kicked

8   out.

9   Q.   Can you give me any sense --- how long do you

10  interact with a person, on average --- or what's the

11  range of time that you interact with a person from when

12  you first approach him or her until you get a signature

13  or they walk away from you?

14  A.   My entire purpose, up front, is that I try to get

15  them to sign up front.  I don't want to deter people

16  once they're already signing.  So it's very quick, like

17  in a matter of seconds flat because we still try to get

18  the candidate on ballot, can you help us out, please?

19  They're a very good guy.

20       And I might say like a few things about him.  Give

21  me any mirror, reading a hint that they're not going to

22  sign, then I go on to the next person or I don't even

23  talk any further.  This is kind of contrary to what

24  Trent taught me because it's like don't take no for an

25  answer unless it's a real no.  But I'm kind of

50

```
 1   different.  It's a lot of people, so, talk to other
 2   people.
 3   Q.   So your methodology is to try to get through
 4   people as quickly as possible ---?
 5   A.   Exactly.
 6   Q.   And if they give you a no, you move on to the next
 7   one to try to get the next person.  So you're all about
 8   trying to get the signatures as fast as you can?
 9   A.   Right.  But also, a lot of times, you know, when I
10   get somebody to sign it's like I'll just build a
11   conversation with them as they're signing.  I just feel
12   like by doing that even though if I'm missing
13   signatures which a lot of times, I do miss signatures
14   by continuing a conversation during and after the
15   signature --- for me, it's worth it because it gives me
16   like a positive vibe.  It just helps me out you know
17   with positive energy, so ---.
18   Q.   Okay.
19   A.   I don't always like just, you know, end it.  Like
20   I'll quickly get a signature, but after that I kind of
21   drag it out afterwards.  I don't strictly just focus on
22   the opportunity just my whole time working.  'Cause I
23   feel like if I build a rapport, other people around me
24   can sense that and then I build it in from there.
25   Q.   And when you approach somebody, what do you tell
```

51

1    them?  Do you tell them I'm trying to get this person

2    on the ballot or what kind of interaction do you have

3    with them?

4    A.   Well it depends on the neighborhood and it depends

5    on, typically, the type of people that I'm dealing

6    with.  A lot of times I just tell the people, you know,

7    like I'll compliment them or I'll see like a sports

8    team and be like hey I saw the game last night.  Just

9    real quick, can you help us out?  Are you registered to

10   vote?  I always ask, first, if they're registered to

11   vote.  And then from there, I'll take it for whatever I

12   feel is necessary to get them interested into signing

13   the petition, so ---.  And that's what I typically do.

14   SHORT BREAK TAKEN

15   BY ATTORNEY JOEL:

16   Q.   Thank you.  Mr. Jennings, just a couple questions.

17   In all of the states that you've worked, am I correct

18   that --- how to frame this --- you don't get every

19   person you approach does not sign your petition; is

20   that correct?

21   A.   Of course not.  Most people don't sign it.

22   Q.   And that's happened to you in all of the states

23   you've collected; correct?

24   A.   Of course.  You're right.  I really have to like

25   fight for my signatures a lot of times.  And like I

52

1    said, a lot of it is built off trust on first

2    impression.  So it's definitely not that easy.  It's

3    not as easy as it seems, at least.  Plus, I get a lot

4    of signatures 'cause I work like 18 hours a day,

5    sometimes.  And I'm willing to put in that kind of

6    work.  And that's why it's like I tell you.

7    Q.   When you were in Pennsylvania any of those times

8    collecting signatures, I'm assuming that that at least

9    some of those collections required you to have a notary

10   to have the signatures notarized?

11   A.   Yes.

12   Q.   And am I correct that if you were required to get

13   a notarization, you were able to do that?

14   A.   Yes.  And in the times that I did not, at least

15   for the first time, I did not have a notary then I

16   cannot work.  And that's how it was.

17   Q.   And for some of the times that you've collected in

18   Pennsylvania, did you have a Pennsylvania resident

19   coming along with you to witness the signatures?

20   A.   Yes, I have to.

21   Q.   And how did that work out?

22   A.   I mean, that was probably one of the most

23   aggravating things about it.  Now that I'm speaking

24   with you, I realize now I forgot to mention Connecticut

25   and I don't know if I worked for --- I'm trying to

53

1    recall because I worked for Connecticut also.  They

2    required witnesses also in Connecticut.  I believe I

3    worked on the Alex Arsenault when I was in Connecticut

4    which I just forgot to tell you.  But somehow, I missed

5    that one.  And I believe that was when I first left

6    Pittsburgh.  Yeah.

7        When I first left Pittsburgh in the wintertime, I

8    went to Connecticut before going back to Los Angeles.

9    That was before going back to Los Angeles.

10   Q.   Who did you collect for ---?  And was that working

11   for Alex Arsenault?

12   A.   I was working for Alex Arsenault also.

13   Q.   And who did you collect signatures for when you

14   were in Connecticut?

15   A.   When I was in Connecticut, I believe it was for

16   Rocky De La Fuente and I believe it was for only Rocky

17   De La Fuente.  And that's just the best that I can

18   recall.

19   Q.   Do you remember how many signatures you collected

20   in Connecticut for Rocky?

21   A.   I want to say 900, but I'm not sure.

22   Q.   How long were you in Connecticut for?

23   A.   I believe I was in Connecticut for like three and

24   a half weeks or so.

25   Q.   Did you move about and go to different locations

54

1   within Connecticut?

2   A.   For the most part, I had only worked in the New

3   Haven area.   I don't recall actually working in

4   Hartford.   I know that I had to go there sometimes but

5   I believe I had only worked in New Haven.

6   Q.   Did you stay in different hotels in the New Haven

7   area?

8   A.   Yes.

9   Q.   So if I understand correctly, you went from

10  Pennsylvania directly to Connecticut and then from

11  Connecticut, directly back out to Los Angeles?

12  A.   Yes.

13  Q.   Thank you.   And it's getting back --- so the

14  notary --- you were able to get the affidavit's

15  notarized, is that correct, when you were in

16  Pennsylvania?

17  A.   Yes.

18  Q.   I think that's all I have.   Mr. Rossi may have

19  some questions for you and that may spark a few more

20  questions from me.   But at this point, I'm finished.

21  Thank you.   I appreciate you calling in.

22  A.   All right.   Thank you.

23  CROSS EXAMINATION

24  BY ATTORNEY ROSSI:

25  Q.   Hey, Mike, this is Paul.   How are you doing?

55

```
 1    A.   Hi.  I'm doing okay.
 2    Q.   I guess I should get to say good evening instead
 3    of good afternoon.
 4    A.   It already is kind of late here, but it's okay.
 5    Q.   Okay.  You noted that in several states, when you
 6    were working in parking lots, that police would harass
 7    you or people would threaten to call the police on you;
 8    is that correct?
 9    A.   Yes.  They gave me a very hard time.  And in
10    Chicago, there was one cop in particular who just
11    really tried to get under my skin.  But yes, I had a
12    hard time in the parking lots for sure.  That was
13    pretty much in almost every state, though.
14    Q.   Did you have any such incidents in Pennsylvania?
15    A.   I did have a few interactions with the police, but
16    for the most part, in Pennsylvania they were --- I
17    would aim to resolve it.  You know, by just going to
18    another location.  Yeah, it was very hard in
19    Pennsylvania, also because I had to hop around a lot.
20    Q.   So you had to move around from location to
21    location?
22    A.   Yes.  And of course, when that happens, it
23    minimizes the amount of signatures that I can get
24    because I'm wasting time going from one spot to another
25    spot.  I likely had a witness or whatever.  It's not so
```

56

1   bad if she suggests that just go inside the clubs,

2   then.

3       Actually, that's what we did at one point because

4   they have, like, these bars that are open, I guess,

5   like, in the daytime, also.  And so this is one of my

6   witnesses, because she's a much older lady.  But she

7   told me to just take her advice, and then I did and

8   ironically, it worked for the latter part that I was

9   there in the wintertime.

10      So we would just go from, you know --- inside of

11  clubs, she would talk to the security guard, like,

12  flirt with the security guard.  Then we would just have

13  to go inside to collect signatures.

14  Q.   In response to one of Mr. Joel's last questions,

15  where you started talking about Connecticut, you raised

16  the intake witness here in Pennsylvania.  And you said

17  that was one of your most aggravating aspects of

18  circulating in Pennsylvania.  Can you expound on that,

19  please?

20  A.   I mean, one of those aggravating things number

21  one, they don't really want to --- they want the money

22  of course but they --- a lot of my witnesses, they did

23  not work to work.  And it didn't matter about the pay

24  stub they did not want to work.  They would hinder my

25  efforts.  They would give off negative energy out in

57

1   the field sometimes and it's my opinion it would turn

2   people away.  And second of all and most importantly,

3   is that if they cannot work, I could not work.  And for

4   me, that was a killer because for me I was never really

5   certain if I could work or not.  Because if they do not

6   show up for work they're not going to work and because

7   they quit work early and I was having a good day then

8   it was my numbers because I can't work anymore 'cause

9   they're leaving.

10  Q.  So you lost signatures because you didn't have a

11  witness available?

12  A.   That happened a few days, yes.

13  Q.  Were there days that you couldn't work because

14  there was no witnesses?

15  A.   There was days that I could not work because there

16  was no witnesses, yes.  Like, I did not have a witness

17  or my witness would cancel and then I could not work.

18  Q.  Wasn't there anybody --- strike that.

19      You circulated in the Pittsburgh area; is that

20  correct?

21  A.   Yes.

22  Q.  Do you know anybody, personally, in Pittsburgh

23  that you could call to be a witness?

24  A.   I mean my closest one, I guess, was Jevron

25  (phonetic).  I know Justin (phonetic).  I had a witness

58

1  named Charles Ostoe (phonetic) at times, Collette

2  (phonetic) of course.  I'm kind of picky so I went to a

3  location day by day.  There were times when they let me

4  down and I was hardly working, you know.  I have their

5  phone numbers.

6                    ATTORNEY RADZIEWICZ:

7                    Excuse me, Mr. Jennings.

8                    ATTORNEY JOEL:

9                    Mr. Jennings, can you repeat that and

10  speak up?  You broke up a little bit there.

11  BY ATTORNEY ROSSI:

12  A.   Okay.  Sorry.   I have the phone numbers. Yes.   I

13  have the phone numbers somewhere.  I have Javron's

14  phone number.  He was my witness.  Justin's phone

15  number, he was my witness.  Collette, she was my

16  witness but it ended very badly with her.  Charles

17  (phonetic) was my witness also.  We always had to find

18  more witnesses in case they were to cancel.

19  Q.   And how did you find them?

20  A.   Trent found them for me.

21  Q.   But despite having four or five witnesses

22  available, it's your testimony that you were not able

23  to work as long as you wanted to work?

24  A.   Right.  I was lucky to even get what I got because

25  if I dare say that I want to work later, then they

59

1   could cancel the next day and it happened in the past.

2   You know, I would say well tomorrow can we work?  Like,

3   you know what, as a matter of fact, I don't want to

4   work anything tomorrow.  And so I was almost to the

5   point where I was scared to ask for more.

6   Q.   Can you repeat that?  I didn't understand that.

7   You're getting some feedback.  You what?

8   A.   I was scared to ask for more because in the past,

9   if they work a little bit of hours one day and then I

10  ask them to work more hours the next day, like in a

11  nice, friendly way.  Like, you know what?  It would be

12  a huge help for me if you could work like 12 hours

13  tomorrow.  Then, they would get upset in the past and

14  then they would not work at all the next day, basically

15  because I asked to work more hours.

16  Q.   And is it your testimony, you'd like to work 18

17  hours a day if possible?

18  A.   Yes.

19                ATTORNEY ROSSI:

20                Okay.  I have no further questions.

21  SHORT BREAK TAKEN

22  REDIRECT EXAMINATION

23  BY ATTORNEY JOEL:

24  Q.   I think you testified something about some witness

25  who helped you get into a bar.  What was her name?

60

1   A.   Her name was Collette.

2   Q.   Collette.

3   A.   And the reason why we got inside bars was because

4   we had --- I mean, she had a better connection than I

5   because she was much older.  So I guess they felt more

6   trust with her.  But at the same time, it was very hard

7   in Pennsylvania.  With all those fails we would either

8   go --- she would try to talk to other managers in slow

9   traffic stores or we would go inside bars, and that's

10  what we did sometimes, also.

11  Q.   Let me ask you this.  Is it your understanding

12  that when you were collecting signatures for Rocky De

13  La Fuente as a democrat in Pennsylvania or Ted Cruz as

14  a republican in Pennsylvania, you needed to have a

15  witness with you?

16  A.   Yes.

17  Q.   Is it your understanding that when you were

18  collecting for Rocky De La Fuente as a democrat in

19  Pennsylvania and Ted Cruz as a republican in

20  Pennsylvania, you needed to have the affidavit of the

21  witness --- of the circulator notarized?

22  A.   Yes.  And if I'm not mistaken, the second time I

23  went to Pennsylvania, we did not have to have that to

24  the best of my knowledge.  But I know for the first

25  time for sure, we definitely had to have the witnesses

61

1    in everything.

2    Q.   And is it also your understanding when you were

3    collecting signatures for Rocky De La Fuente as a

4    democrat and Ted Cruz as a republican in Pennsylvania,

5    you had to make sure that whoever signed your petition

6    hadn't already signed a petition for a competing

7    candidate?

8    A.   Yes.  At least for the first time, for certain.

9    And then, the second time, I believe it was the same

10   way also.

11   Q.   And notwithstanding that, you were still able to

12   collect signatures in Pennsylvania for Rocky De La

13   Fuente as a democrat and Ted Cruz as a republican;

14   correct?

15   A.   Correct.

16   Q.   And you were still able to approach people and

17   talk to them about what you were doing and what you

18   wanted them to do signing the petitions; correct?

19   A.   Correct.  And I asked them if they were registered

20   to vote and is the first time signing for this person.

21   I asked them that, also.  And there was the one for,

22   you know, it's my first time signing.

23                   ATTORNEY JOEL:

24             Okay.  That's all I have.  Thank you.

25        *  * DEPOSITION CONCLUDED AT 2:30 P.M.* *

62

```
 1   COMMONWEALTH OF PENNSYLVANIA  )

 2   COUNTY OF BEDFORD                )

 3                    CERTIFICATE

 4        I, Bernadette M. Black, a Notary Public in

 5   and for the Commonwealth of Pennsylvania, do hereby

 6   certify:

 7        That the foregoing proceedings, deposition of

 8   Mike Jennings was reported by me on 09/29/2016 and

 9   that I, Bernadette M. Black, read this transcript, and

10   that I attest that this transcript is a true and

11   accurate record of the proceeding.

12        That the witness was first duly sworn to

13   testify to the truth, the whole truth, and nothing but

14   the truth and that the foregoing deposition was taken

15   at the time and place stated herein.

16        I further certify that I am not a relative,

17   employee or attorney of any of the parties, nor a

18   relative or employee of counsel, and that I am in no

19   way interested directly or indirectly in this action.

20

21                                   _Bernadette M. Black_

22   COMMONWEALTH OF PENNSYLVANIA     Bernadette M. Black,
         Notarial Seal
22   Bernadette M. Black, Notary Public
        Everett Boro, Bedford County            Court Reporter
23   My Commission Expires Jan. 17, 2017
     MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

24

25
```

**A**

abide 13:3
able 8:17
  37:14
  52:13
  54:14
  58:22
  61:11,16
access 41:17
accurate
  62:11
acting 24:11
action 62:19
actual 16:6
added 30:24
address 9:6
  9:7,24
  10:5,7
advice 14:8
  56:7
affidavit
  60:20
affidavit's
  54:14
afternoon
  55:3
agency 1:25
aggravating
  52:23
  56:17,20
ago 12:18
agree 8:12
  8:15
ahead 11:19
aim 55:17
Alabama
  36:10 38:6
  39:15 40:9
  40:11,14
  40:16,20
  40:20 41:1
  41:4,5,6
  41:19 42:9
  42:11,20
  42:25
  43:24
Alex 31:16
  53:3,11,12
American
  22:13

25:24
35:19 37:1
37:5,7
38:22
amount 55:23
Andy 45:2
Angeles 9:8
  12:5,22
  14:5,11
  27:23,25
  29:6,8,16
  29:19,23
  29:25 30:3
  30:21 31:2
  53:8,9
  54:11
answer 7:23
  7:25 8:2
  8:12,18
  49:25
answered
  8:13
ANTHONY 3:3
anybody 22:5
  45:9 57:18
  57:22
anymore 57:8
anyway 14:14
  17:18
apartment
  9:8
appreciate
  25:20
  54:21
approach
  49:12
  50:25
  51:19
  61:16
area 14:19
  15:4 17:7
  17:14 18:1
  19:17,24
  19:24 27:4
  27:7,21,22
  31:18,21
  32:4,7,12
  33:20 34:5
  34:25 35:2
  36:6 37:15

37:17 39:2
44:12
46:20 48:4
54:3,7
57:19
areas 17:15
  36:2 48:25
Arsenault
  31:16 53:3
  53:11,12
asked 40:25
  59:15
  61:19,21
aspects
  56:17
Associates
  12:3,23
  27:24 28:4
  29:17
  30:10
assuming
  52:8
ate 14:17
Atlanta
  28:10
  32:21 33:1
  33:15,18
  33:20,21
  34:6,12
  38:5,6,11
attest 62:10
attorney 2:9
  3:11,12
  4:5,7 6:3
  7:7,12
  9:25 10:4
  16:11
  40:23
  43:10,15
  51:15
  54:24 58:6
  58:8,11
  59:19,23
  61:23
  62:17
authoriz...
  1:25
available
  57:11
  58:22

average
  49:10

**B**

Bachelor
  10:24
Bachelor's
  10:19 11:1
  11:3
back 10:8,9
  10:17
  12:20
  14:20 20:9
  21:15,16
  27:23
  28:10
  29:13,15
  30:4,9
  32:20,22
  32:22 34:7
  34:9,13,16
  35:23
  37:20,24
  38:14 39:5
  39:16 53:8
  53:9 54:11
  54:13
background
  10:16
bad 56:1
badly 58:16
ballot 12:8
  12:17
  13:16 16:5
  20:23 21:1
  25:23 26:2
  30:18
  49:18 51:2
bar 59:25
bars 56:4
  60:3,9
basically
  10:7 12:14
  13:3 14:6
  17:21
  59:14
bear 21:2
BEDFORD 62:2
beginning
  2:11 16:23

behalf 2:4
  19:5 33:2
  34:17
  36:20 45:1
believe 11:7
  15:2,24
  16:2,21
  18:11,17
  19:2,3,23
  20:15,24
  21:14,25
  22:4,11
  24:1 25:2
  25:9,16,16
  27:15 28:8
  29:20,24
  29:25
  30:24 31:3
  31:22 33:6
  33:6,10
  34:22
  35:16,19
  36:13,19
  37:2,2,24
  38:1 39:4
  39:8 40:6
  41:6,10,21
  44:20 45:8
  45:19
  46:15,19
  47:14 53:2
  53:5,15,16
  53:23 54:5
  61:9
Bellvue 32:7
Bend 19:25
  20:1
Benezet 1:5
  3:7 15:15
  15:18 19:5
  25:1 27:15
  28:13
  31:10,14
  32:20 33:2
  34:17 35:9
  36:1,20
  38:10,20
  39:1 40:17
  41:19 43:3
  44:24

46:10 47:5
47:8,11
**Bernadette**
2:6 62:4,9
62:21
**best** 8:14
47:15
53:17
60:24
**better** 35:24
41:9 60:4
**Birmingham**
36:9 38:6
39:14
42:11,12
42:22
**bit** 7:9
10:15
12:20 17:5
21:3 22:24
27:16
28:14
33:21
34:15
35:12 38:3
58:10 59:9
**Black** 2:6
62:4,9,21
**Bloomington**
19:19,20
**board** 30:24
48:11
**boards** 48:11
**border** 15:7
32:11
**Boston** 27:21
28:9 29:8
29:10
**BREAK** 51:14
59:21
**breaking**
17:20
**Brett** 31:13
34:19 43:6
43:9,11,14
43:17,20
**brief** 10:3
16:10
30:11
40:22

**briefly**
27:23 30:8
32:20
37:21
**broke** 58:10
**build** 50:10
50:23,24
**building** 9:9
**built** 52:1
**business**
11:5,12,15
11:16

---
        **C**
**C** 3:1 7:1
**Cal** 10:19
11:1
**calendar**
10:10
**California**
9:8 13:6
13:20,23
13:25 28:5
30:10,13
31:4
**call** 14:7
22:23 23:1
55:7 57:23
**called** 11:13
14:8 15:2
16:2 21:20
23:5 27:18
28:7
**calling**
54:21
**calmer** 48:2
**campaigns**
13:16
**campus** 46:21
**Canada** 32:10
**cancel** 57:17
58:18 59:1
**candidate**
15:21 18:8
28:19
35:14,18
37:8 38:23
40:21
49:18 61:7
**candidates**

12:16
15:23 16:5
18:10
20:19 21:7
29:21 33:4
36:23
40:19 42:3
**can't** 18:13
24:16
26:10 37:3
39:9 41:10
41:12,25
44:7 57:8
**car** 34:8
**care** 9:14
22:22
**Carolina**
9:10,23,24
10:6,17
**case** 1:7
7:14 48:10
58:18
**Casper** 39:13
43:1 44:12
44:14,15
**Castle** 37:3
37:10
41:12,23
45:18,19
**cause** 17:19
26:6 41:25
45:11
50:22 52:4
57:8
**cell** 15:25
16:4 32:1
**certain** 57:5
61:8
**CERTIFICATE**
4:9 62:3
**certify** 62:6
62:16
**certifying**
1:25
**chance** 49:7
**Chargers**
30:2
**Charles** 58:1
58:16
**Charlotte**

9:10,23
**charter**
28:24
**check** 20:11
21:3 22:6
22:6
**checking**
41:8
**Chicago**
12:11,13
14:9,15,19
15:2,6,8
18:1 55:10
**Chief** 3:11
**chunk** 36:11
**circle** 21:16
**circulated**
57:19
**circulating**
56:18
**circulator**
60:21
**city** 19:23
23:16 24:2
32:9
**Civil** 2:5
**clear** 16:23
**closest**
57:24
**clubs** 56:1
56:11
**Code** 9:24
**cold** 26:20
26:22
**colleague**
7:13
**collect** 12:5
13:12 14:2
17:4 19:4
19:13
21:22 22:2
22:15
24:25
25:12
27:13
29:21 31:8
32:4,19
33:18
34:13
37:13,19

38:12,15
41:5 42:9
44:1,10
45:1,3,5
45:24
53:10,13
56:13
61:12
**collected**
16:24 24:4
24:7,20,23
25:14 26:8
28:17
29:16
30:22 32:6
32:6,7,9
33:8 38:19
39:6 41:23
42:2 44:4
51:23
52:17
53:19
**collecting**
15:18,21
16:18 17:2
18:2,4,7
20:2,7
22:14
23:10,13
23:17,18
25:21
26:23 27:3
30:17
31:24 33:1
33:4,15
34:17
35:15,25
36:22 39:3
39:21,22
40:16,19
40:20 42:6
46:12 47:2
52:8 60:12
60:18 61:3
**collection**
20:21 22:8
26:1 29:14
33:13
**collections**
52:9

college
46:21
colleges
22:19
Collette
58:1,15
60:1,2
Columbus
36:11
37:14,16
37:23 39:2
come 21:15
41:9 48:1
coming 31:25
32:2 35:23
52:19
Commonwe...
2:8 46:18
62:1,5
company 12:4
12:21
15:15 30:8
38:15
competing
61:6
complaints
49:7
complicated
20:6
compliment
51:7
computer
24:9,11
25:17
26:16
CONCLUDED
61:25
confirm
41:12
confusion
8:9
Connecticut
52:24 53:1
53:2,3,8
53:14,15
53:20,22
53:23 54:1
54:10,11
56:15
connection

60:4
consider
48:23
consulting
1:5 3:7
32:21
contacting
23:19
continuing
50:14
contract
47:7
contracting
47:8
contractor
12:24 13:1
13:9 38:20
39:1 40:17
43:2 44:24
46:9
contrary
49:23
conversa...
50:11,14
cool 28:6
coordinated
43:20
cop 17:19,22
55:10
cops 17:18
core 11:17
correct
16:25 17:3
23:21
28:13
38:12,16
38:17,20
38:21,23
38:24 39:3
39:4 48:5
48:9,18,20
51:17,20
51:23
52:12
54:15 55:8
57:20
61:14,15
61:18,19
correctly
47:1 54:9

CORTES 1:9
couldn't
28:7 57:13
counsel 3:7
62:18
COUNSELS
3:15
count 33:10
countryside
32:8
County 33:22
62:2
couple 51:16
course 10:24
15:7 19:21
20:1 27:10
51:21,24
55:22
56:22 58:2
Court 1:1
2:7 62:22
CROSS 4:6
54:23
crosses
17:24
Cruz 18:14
18:17
25:16 26:1
26:1,9,24
29:15
60:13,19
61:4,13
cut 40:25
CVS 17:14,17
C/O 9:11,13

─── D ───
D 4:1 7:1
Dakota 44:18
44:19,21
44:23 45:4
45:6,11,24
46:5
Dame's 19:24
Damn 39:9
dare 58:25
Darrell 37:3
41:12
45:17,19
Dauphine

9:10,23
day 14:18
15:10 17:9
46:8 52:4
57:7 58:3
58:3 59:1
59:9,10,14
59:17
days 14:16
33:17
34:23
36:15
38:11,18
39:2,20
40:7 57:12
57:13,15
daytime 56:5
DC 42:16
De 20:16,21
21:10 22:4
22:5,8
25:15,20
26:24 33:7
33:9 35:17
36:24
38:22 39:7
45:17,18
45:22
53:16,17
60:12,18
61:3,12
deal 49:3
dealing 51:5
Dearborn
15:2,3,20
Deerfield
17:7
Defendants
1:11 2:4
3:15 7:14
definitely
26:19
32:11 52:2
60:25
degree 10:19
10:22,22
10:24 11:1
11:3,4,6,7
11:10,11
11:13,21

degrees
10:24
DeKalb 33:21
Delta 22:13
25:24
35:19 37:5
37:7 38:23
democrat
20:22 22:9
22:11
25:22
60:13,18
61:4,13
democratic
20:22 22:9
25:22
depending
18:3 20:4
depends 51:4
51:4
deposed 7:15
7:17
deposition
1:14 2:2
61:25 62:7
62:14
Deputy 3:11
DESCRIPTION
5:4
despite
58:21
deter 49:15
didn't 14:1
17:22 23:9
23:20
56:23
57:10 59:6
Diego 29:25
30:1,2,4,5
30:8
difference
13:14
different
12:5 15:9
17:3 18:3
19:13 20:3
23:23 27:6
32:5,13,13
32:15
34:24 35:2

35:3 36:2
36:2,5
37:12,16
37:18
38:15 40:2
42:10,14
42:15,19
42:19
44:13
46:17,22
46:24 50:1
53:25 54:6
DIRECT 4:4
7:6
directly
54:10,11
62:19
district 1:1
1:2 13:18
19:17
districts
13:19
doing 15:11
23:10
29:19 48:4
50:12
54:25 55:1
61:17
don't 8:5,8
16:12
17:15 23:2
26:13 27:9
39:24
41:24 43:8
49:15,22
49:24
50:19,21
51:18,21
52:25 54:3
56:21 59:3
double 11:11
11:13
Doug 43:9,13
43:13,16
downtown
34:1
drag 50:21
drank 14:17
drive 9:10
9:23 25:10

drove 21:23
25:11
36:19
42:24
44:22
duly 7:3
62:12
_____
E
E 3:1,1 4:1
7:1,1
earlier
20:10 47:9
early 57:7
eastern 32:8
easy 52:2,3
economics
11:16
educational
10:15
efforts
56:25
either 18:20
24:15 26:8
33:9 34:2
37:9 41:23
44:5 60:7
Elkhart
19:21
Elmer 8:23
9:1,2,3
employee
62:17,18
ended 12:19
58:16
energetic
48:2,3
energy 50:17
56:25
enhanced
30:3
entire 49:14
environment
23:12
ESQUIRE 3:3
3:9,10
estimate
24:14,19
26:7 41:22
Europe 9:19

evening 55:2
event 41:18
everybody's
48:17
exactly 9:15
14:3 18:24
24:9 48:4
50:5
EXAMINATION
4:4,6 7:6
54:23
59:22
example
13:17,20
Excuse 58:7
EXHIBIT 5:1
expenses
32:2
explain
22:21,24
48:3
explained
23:10
expound
56:18
expressions
47:25
extending
44:16
extremely
20:6
e-mail 18:11
20:13 21:4
41:17
e-mails
20:15
_____
F
fabricated
23:6
facial 47:24
fact 59:3
faculty 23:5
fails 60:7
Fair 20:7
far 17:16
fast 38:8
50:8
feedback
59:7

feel 50:11
50:23
51:12
felt 28:1,2
60:5
field 57:1
fight 51:25
figure 18:10
figured
14:10
financial
11:14,18
find 20:20
24:8,9
32:1 44:6
49:2 58:17
58:19
finding 21:7
41:15 49:5
fine 7:24
8:2,4 21:5
21:13
24:10
35:25
finish 7:21
7:23
finished
10:19 11:7
54:20
first 7:3,18
7:20 11:6
11:7 14:9
14:24 15:1
15:5,5,11
15:13,20
16:12 18:5
19:14,15
25:23
33:25 42:5
43:5,12
47:9,16,25
48:3 49:12
51:10 52:1
52:15 53:5
53:7 60:24
61:8,20,22
62:12
five 58:21
flat 49:17
flew 12:11

32:21 38:5
39:14 41:3
flirt 56:12
Floor 2:9
3:13
focus 50:21
folks 24:20
FOLLOWS 7:4
Foods 17:7
foregoing
62:7,14
forgot 16:2
16:6 28:25
30:6 34:1
52:24 53:4
Fort 19:18
19:21
forth 30:4,9
forward
21:15
found 58:20
four 31:22
32:2 58:21
frame 51:18
friendly
59:11
friend's
40:6
front 20:11
49:14,15
frustrating
24:11
Fuente 20:16
20:21
21:10 22:4
22:5,8
25:15,21
26:24 33:7
33:9 35:17
36:24
38:22 39:7
45:17,18
45:22
53:16,17
60:13,18
61:3,13
full 8:22
functions
13:23
further 15:6

24:22
49:23
59:20
62:16

**G**

G 7:1
**game** 51:8
**gas** 49:4
**gathering**
13:22,24
**General** 2:9
3:11,12
7:12
**Georgia**
38:11
**getting** 29:4
45:12
48:21 49:7
49:7 54:13
59:7
**give** 7:19
10:15
14:14
17:10
24:18 26:4
26:7 39:9
49:9,20
50:6 56:25
**gives** 50:15
**glance** 47:25
**go** 7:20
11:19
12:20 14:1
14:9 17:6
18:25 20:9
21:18,21
22:25
24:25 25:7
26:25
27:13
30:20 31:1
31:5,7
32:18
33:18 34:4
34:5 35:6
36:8,16
37:19
39:11,12
40:2,14

41:1 42:25
43:24
44:17,21
46:5,17
47:15 49:5
49:22
53:25 54:4
56:1,10,13
60:8,9
**going** 11:20
14:9 15:9
15:24 16:3
17:25 21:8
21:9 38:8
44:6 49:21
53:8,9
55:17,24
57:6
**Goldstein**
12:2,23
13:8,9
27:23 28:3
29:16 30:9
**good** 8:21
28:1 49:19
55:2,3
57:7
**gotten** 29:5
36:18
**grad** 10:20
**graduated**
11:19
**Great** 12:20
**Groningen**
10:21 11:9
11:15,22
**ground** 7:19
**group** 13:9
13:23,25
14:2
**guard** 56:11
56:12
**guess** 24:8
29:11
33:11
35:12 43:4
43:5,21
45:18 55:2
56:4 57:24
60:5

**Gurnee** 15:6
**guy** 14:7
28:2 49:19
**guy's** 18:13

**H**

**hadn't** 61:6
**half** 33:17
38:11
43:23 46:8
53:24
**happened**
33:11
37:22
51:22
57:12 59:1
**happens**
55:22
**happy** 8:6
**harass** 55:6
**harassing**
23:7
**hard** 14:11
17:5,10,24
22:17
25:18
48:24 55:9
55:12,18
60:6
**harder** 49:5
**hardest** 7:21
7:22
**Harrisburg**
2:10 3:14
**Hartford**
54:4
**Haven** 54:3,5
54:6
**Haysburg**
38:2,3
39:9
**head** 24:6
26:10,13
28:24
37:11
**hear** 7:8,9
8:5,17,19
**heard** 8:13
14:4 48:9
**help** 41:12

49:18 51:9
59:12
**helped** 59:25
**helpful**
26:21,23
**helps** 50:16
**hey** 51:8
54:25
**he's** 28:1
47:19
**Hi** 55:1
**high** 10:24
**Hill** 3:5
**hinder** 56:24
**hint** 49:21
**history** 12:1
**hold** 16:6
34:16
36:10
**honestly**
24:12
**hop** 55:19
**hope** 26:5
38:8
**Hopefully**
41:8
**hotel** 27:7
27:10
33:23,25
37:17 40:4
44:14,15
46:23
**hotels** 18:3
20:4 23:24
27:6 32:14
32:15 35:3
36:5 37:16
37:18 40:5
42:20
44:13 46:2
46:22,24
54:6
**hotter** 32:24
**hours** 13:2
52:4 59:9
59:10,12
59:15,17
**house** 27:8
27:11
**huge** 59:12

**I**

**idea** 24:12
**IDENTIFIED**
5:4
**IFM** 11:18
**Illinois**
16:13,18
16:25 17:2
18:2,7,21
18:23,25
24:18
**importantly**
57:2
**impression**
52:2
**incidents**
55:14
**includes**
7:25
**independent**
12:24 13:1
13:8 35:18
37:4,8
38:19 39:1
40:16 43:2
44:23 46:9
47:8
**independ...**
23:15,18
**Indiana**
16:21,22
19:1,2,4,7
19:12 20:2
20:8 21:18
21:19,21
24:15
**Indianap...**
19:16,17
19:18,20
**indirectly**
62:19
**informed**
12:10
**initiative**
13:15
15:22
39:23,25
**initiatives**
13:17 16:5
28:21

Page 6

29:22,24
30:18,18
**Inn** 24:3,3
**inside** 20:13
26:16 56:1
56:10,13
60:3,9
**instruct...**
7:19
**intake** 56:16
**interact**
49:10,11
**interaction**
51:2
**interact...**
55:15
**interested**
51:12
62:19
**intermed...**
43:12
**internat...**
11:5,12,14
11:15,18
**INTERRUP...**
10:3 16:10
40:22
**invoice**
41:24
**invoices**
20:20
**ironically**
56:8
**Isaac** 30:7
**issue** 17:17
35:14
40:21
**issues** 16:1
32:2 36:23
40:19
**it's** 7:9 8:2
10:7 11:17
12:3 14:12
15:2,25
17:8,16,17
19:25
24:11
25:17 29:4
31:25 32:2
32:11

35:23 37:7
45:18
49:16,24
49:25 50:1
50:10,15
52:2,2,6
54:13 55:4
55:25 57:1
58:22
61:22
**I'd** 22:23
35:23 44:2
**I'll** 14:13
41:9 50:10
50:20 51:7
51:7,11
**I'm** 7:12,13
8:19 9:17
9:18,18,19
11:19 15:3
15:24 16:3
18:9 20:15
20:19 21:4
21:6,8,19
22:6,11
24:3 25:14
25:25
27:11,19
27:20
30:23,25
31:19
33:12
34:14
35:20
37:20,21
38:2,5,8
40:7,12
41:7 44:6
45:5,12,14
49:25
50:12 51:1
51:5 52:5
52:8,23,25
53:21
54:20 55:1
55:24 58:2
60:22
**I've** 12:16
37:25 38:7
38:9

**J**

**Jacob** 45:2
**jail** 17:25
**January**
10:11
**Javron's**
58:13
**Jennings**
1:15 2:4
4:3 7:3,11
8:24 21:5
40:20,24
51:16 58:7
58:9 62:8
**Jevron** 57:24
**Jill** 33:6,7
33:9,14,15
44:3,5
**job** 22:22
34:6 47:2
**Joel** 3:9 4:5
7:7,12
10:4 16:11
40:23
43:15
51:15 58:8
59:23
61:23
**Joel's** 56:14
**Johnson**
31:13
34:20 43:6
43:9,11,14
43:17
**JONATHAN**
1:10
**Justin** 57:25
**Justin's**
58:14
**J-E-N-N-...**
8:24

**K**

**keep** 13:18
13:19 15:9
30:1,2
**Kenneth** 3:9
7:12
**Kent** 10:18
**Kentucky**

12:18 46:6
46:7,12,18
47:1
**kept** 44:15
**kick** 17:22
**kicked** 49:7
**Kid** 32:6
**killer** 57:4
**kind** 14:5
16:1 17:13
17:23 18:6
25:17 28:1
32:9 49:23
49:25
50:20 51:2
52:5 55:4
58:2
**Kirk** 16:3
18:20,23
**know** 13:17
14:5 15:24
16:2 17:15
17:15,23
21:16
22:21 24:4
24:7 25:4
25:18
26:13 30:2
32:16 33:8
35:17,21
37:9,11,22
39:8 42:2
42:6 43:8
43:9 44:4
44:9 45:10
45:11 47:7
48:1,13
50:9,16,19
51:6 52:25
54:4 55:17
56:10
57:22,25
58:4 59:2
59:3,11
60:24
61:22
**knowledge**
8:14 60:24

**L**

**L** 3:9
**La** 20:16,21
21:10 22:4
22:5,8
24:2 25:15
25:21
26:24 33:7
33:9 35:17
36:24
38:22 39:7
45:17,18
45:22
53:16,17
60:13,18
61:3,12
**lady** 56:6
**Lafayette**
19:2,14,20
**lake** 17:16
**late** 20:10
55:4
**laws** 17:20
**leave** 22:20
23:2
**leaving**
30:25 57:9
**left** 27:20
28:9 29:13
31:1,4
53:5,7
**legalize**
28:21
**legitimate**
17:20
**let's** 14:20
15:12,13
29:13
**level** 48:2
**line** 17:24
**Litigation**
3:12
**little** 7:9
10:15
12:20 17:5
21:3 22:24
27:16
28:14
33:21
34:15
35:12 38:3

58:10 59:9
**live** 9:16,20
9:22
**living** 9:17
9:18 10:5
**LLC** 1:5 3:7
**location**
17:12 20:4
23:19
55:18,20
55:21 58:3
**locations**
15:9 17:4
19:13
22:15
23:23
26:25 27:1
32:5,13
40:2 42:19
53:25
**long** 10:5
16:1,18
19:7 21:24
24:17 25:4
29:1,19
31:17,20
33:15
34:21
35:11
36:14
39:17
40:11
43:19
44:19 46:7
49:9 53:22
58:23
**look** 10:10
15:25 16:3
26:15 44:2
48:16
**looking**
20:15
41:24
**Los** 9:8 12:5
12:22 14:5
14:10
27:23,24
29:6,7,16
29:19,23
29:25 30:3

30:20 31:2
53:8,9
54:11
**lose** 14:13
**lost** 10:2
57:10
**lot** 7:20
22:19,22
27:24 50:1
50:9,13
51:6,25
52:1,3
55:19
56:22
**lots** 55:6,12
**Louisville**
46:20
**lower-end**
17:10
**luck** 21:5,7
**lucky** 48:15
58:24

**M**

**M** 2:6 62:4,9
62:21
**mailing** 9:7
**majority**
27:12
**Malibu** 13:18
13:19
**man** 18:13
35:22 45:2
45:12
**management**
11:12,14
11:15,18
**manager** 17:9
17:17
**managers**
60:8
**marijuana**
28:21
**Mark** 14:6
18:20,23
**MARKS** 1:10
**Marriott**
34:2
**Mary** 9:11,13
9:15

**Massachu...**
27:21
28:16,17
29:1,3
30:14,14
30:17,23
31:5,7,14
**Master** 10:22
10:22,24
**Master's**
11:6,7
**matter** 14:11
14:16
49:17
56:23 59:3
**mean** 12:24
27:18
52:22
56:20
57:24 60:4
**means** 13:2
**medication**
8:16,19
**meet** 12:11
**members** 23:5
**mention**
52:24
**messed** 33:12
**met** 12:13
14:17 47:9
47:16
**methodology**
47:22,24
50:3
**metropol...**
27:2 31:9
31:17,21
33:20
**Michael** 8:23
10:1
**middle** 1:2
8:23,25
9:1 16:15
43:16 45:2
**mid-Nove...**
16:24
**Mike** 1:15
2:4 4:3
7:3 54:25
62:8

**mind** 15:9
**minimizes**
55:23
**minute** 28:20
29:5
**mirror** 49:21
**missed** 36:10
53:4
**missing** 28:2
50:12
**Mississippi**
39:11,12
39:13
**mistaken**
15:3 18:9
21:19 24:3
27:11,19
27:20
30:25
33:13
34:14
37:20,21
38:2 40:7
40:12
60:22
**mixed** 36:18
41:25
45:12
**Mobile** 42:16
42:18,23
**money** 14:11
48:6 56:21
**Monica** 13:18
13:20
**Montgomery**
42:23
**month** 19:8
**Mount** 32:11
**Mountville**
3:6
**move** 19:12
21:13,15
32:4 33:24
34:24 36:2
37:12 50:6
53:25
55:20
**moved** 10:7,9
10:18
14:14

33:25 35:1
**muffled** 7:9
**multiple**
18:9 44:9

**N**

**N** 3:1 4:1
7:1
**name** 7:11
8:22,23,23
8:24,25
9:1 12:10
12:21 14:6
14:7 17:15
18:13 30:6
34:1 43:8
43:12
59:25 60:1
**named** 58:1
**nature** 13:12
29:22
**necessary**
51:12
**need** 20:10
**needed** 60:14
60:20
**negative**
56:25
**neighbor...**
51:4
**Netherlands**
10:21 11:8
11:9
**never** 39:24
48:13 57:4
**New** 54:2,5,6
**nice** 28:4
32:8 59:11
**Nicole** 3:10
7:13
**night** 42:23
51:8
**north** 9:10
9:22,24
10:6,17
15:2,6,8
19:18
44:18,19
44:21,23
45:4,6,11

Page 8

45:24 46:5
**Northridge**
  10:20
**notariza...**
  52:13
**notarized**
  52:10
  54:15
  60:21
**notary** 2:7
  52:9,15
  54:14 62:4
**noted** 55:5
**Notre** 19:24
**notwiths...**
  61:11
**November**
  12:9,12
  14:21,22
  16:15
**number** 5:4
  24:19
  56:20
  58:14,15
**numbers**
  26:16 57:8
  58:5,12,13

**O**

**O** 7:1
**OBJECTION**
  6:1
**OFFERED** 5:5
**office** 3:4
  3:12 7:12
**offices** 2:8
**oh** 9:14
  18:21 28:9
  37:22
  45:18
**Ohio** 36:11
  36:14,17
  36:19,20
  36:22,25
  37:3,12,19
  37:20 38:4
  39:1,5,16
  42:3
**okay** 7:8,10
  7:23 8:3,4

8:6,7,11
9:14,16,17
10:17
11:25
12:20 16:3
16:9 17:8
17:18,19
18:18,21
18:23
19:10,22
21:11,16
21:17 26:7
26:12
37:25 38:9
40:1 41:14
42:17 44:8
45:3,16
46:19
47:18
50:18 55:1
55:4,5
58:12
59:20
61:24
**older** 56:6
  60:5
**once** 28:8,9
  29:7 49:16
**ones** 18:11
  28:23,23
**open** 56:4
**OpenPitt...**
  39:22,25
**opinion** 23:6
  23:7 57:1
**opportunity**
  50:22
**order** 16:6
  26:6 27:19
  39:10
**Ostic** 12:2
  12:23
  27:24 28:3
  30:10
**Ostoe** 58:1
**Oute** 9:11,13
  9:15
**overseas**
  10:20

**P**

**P** 3:1,1 7:1
**PA** 3:6,14
**PAGE** 5:1,3
  6:1,3
**paid** 32:16
  47:5 48:5
**parents** 9:18
  9:21,22
  10:6
**parking** 55:6
  55:12
**part** 54:2
  55:16 56:8
**particular**
  55:10
**parties**
  62:17
**parts** 12:5
  33:19
  34:24 35:2
  36:2 37:12
  42:10,15
  44:10
  45:25 46:2
  46:17
**party** 15:22
  15:24
  22:13
  25:24
  35:18,19
  37:5,7
  38:23
**Paul** 3:3,4
  18:12,15
  54:25
**pay** 56:23
**PEDRO** 1:9
**Pennsylv...**
  1:3 2:8,10
  25:2,4,5,8
  25:13,15
  25:21
  26:17,23
  27:13,20
  28:12
  29:14
  30:20 31:1
  32:23,25
  35:7,11

36:1,8,9
36:12,16
38:2,19,25
39:6,17,17
40:1,8,14
41:1,3
42:5 48:19
48:22 52:7
52:18,18
54:10,16
55:14,16
55:19
56:16,18
60:7,13,14
60:19,20
60:23 61:4
61:12 62:1
62:5
**people** 22:20
  22:22 23:8
  23:20
  27:18
  39:13
  47:13,22
  48:10,15
  48:21
  49:15 50:1
  50:2,4,23
  51:5,6,21
  55:7 57:2
  61:16
**percent**
  22:12
  25:25
  30:23
  35:20
  45:15
**perform**
  13:22
**performed**
  13:24
**period** 19:15
  30:11
**periodic...**
  44:16
**permission**
  23:4
**person** 41:7
  43:12,16
  43:17

49:10,11
49:22 50:7
51:1,19
61:20
**personally**
  57:22
**petition**
  30:1 51:13
  51:19 61:5
  61:6
**petitioning**
  12:4
**petitions**
  12:16
  13:13 17:8
  31:12
  34:19 43:6
  47:13
  48:21
  61:18
**phone** 10:2
  14:16
  15:25 16:4
  20:9 21:8
  21:14 32:1
  41:8 44:2
  58:5,12,13
  58:14,14
**phonetic**
  9:11 30:7
  31:13,16
  57:25,25
  58:1,2,17
**phone's** 21:3
**physically**
  9:16
**picky** 58:2
**Pittsburgh**
  25:2 27:2
  27:4,6
  36:4,5,19
  37:21,23
  37:24 38:1
  38:5 39:5
  53:6,7
  57:19,22
**place** 14:24
  15:1,20
  32:12,14
  40:6,9

62:15
**Plaintiffs**
1:7
**please** 7:25
8:21,25
12:1 49:18
56:19
**Plus** 52:3
**pocket** 32:17
**point** 8:5,8
12:14 39:8
54:20 56:3
59:5
**police** 22:23
23:1,5
55:6,7,15
**Pool** 1:6
12:11,12
12:15 14:4
14:7,25
15:14
**positive**
50:16,17
**possible**
50:4 59:17
**presently**
9:20
**presiden...**
12:17
13:16
**pretty** 25:14
55:13
**previous**
34:4
**primary**
20:23 21:1
22:9 26:2
**probably**
30:22
48:24
52:22
**Procedure**
2:5
**proceeding**
62:11
**proceedings**
62:7
**program**
11:11,13
11:13,17

**prohibited**
1:24
**provide** 47:8
47:11
**provided**
27:8
**Public** 2:7
62:4
**pull** 41:10
44:3
**purpose**
49:14
**pursuant** 2:5
**pushing** 19:9
**put** 14:18
52:5
**p.m** 2:11
61:25

_____
**Q**
**qualify** 12:7
12:7
**Quality** 24:3
**question**
7:22 8:6,9
11:20
40:24
**questions**
51:16
54:19,20
56:14
59:20
**quick** 10:10
16:7 22:20
22:23 44:7
45:13
49:16 51:9
**quickly**
48:16 50:4
50:20
**Quinta** 24:3
**quit** 27:15
57:7

_____
**R**
**R** 3:1 7:1
**Radziewicz**
3:10 7:13
9:25 43:10
58:6

**raised** 56:15
**Rand** 18:12
18:15
**range** 49:11
**rapport**
50:23
**read** 47:24
62:9
**reading**
49:21
**real** 10:10
16:7 44:7
49:25 51:9
**realize**
52:24
**really** 17:19
22:22
26:10
41:25
51:24
55:11
56:21 57:4
**reason** 8:16
60:3
**recall** 19:3
27:9,9
39:25
42:21,22
45:8 53:1
53:18 54:3
**recollec...**
24:22
**record** 62:11
**Red** 18:5
**REDIRECT**
59:22
**referral**
14:6
**registered**
51:9,10
61:19
**registra...**
9:9
**relative**
62:16,18
**remember**
10:13
25:18
26:17,21
28:23

35:14
46:14
53:19
**rental** 34:8
**repeat** 8:6
8:25 12:21
58:9 59:6
**rephrase**
8:10
**reported**
62:8
**Reporter** 2:7
62:22
**represent**
7:14
**represen...**
15:23
**reproduc...**
1:24
**republican**
21:1 26:2
26:2 60:14
60:19 61:4
61:13
**required**
52:9,12
53:2
**Reseda** 13:6
**resident**
52:18
**resolve**
55:17
**response**
56:14
**resumed** 28:8
38:10
**returned**
38:4
**Rick** 20:16
20:25 21:9
**right** 7:11
8:10,21
9:17,18,19
13:14
15:17
17:24
20:11,14
21:3,8,12
21:18 22:6
22:7,25

23:1,2,22
24:22 26:5
31:1 32:3
34:9,12
35:23
39:16 41:8
41:9,20
47:25 50:9
51:24
54:22
58:24
**rights** 26:6
**Rockie** 20:16
**Rocky** 20:21
21:10 22:4
22:5,8,8
24:15
25:14,15
25:20,22
26:8,24
29:14
30:22 33:7
33:9,13,16
35:16,17
35:21
36:24 37:4
37:4,10,22
38:22 39:6
39:21,24
41:6,11,23
42:6 44:2
44:5 45:8
45:10,17
45:18,19
45:22
46:13
53:16,16
53:20
60:12,18
61:3,12
**Ron** 30:6
**Roof** 18:5
**Rossi** 3:3,4
4:7 10:2
54:18,24
58:11
59:19
**roughly**
45:14
**route** 46:6

**rules** 2:5
  7:19

**S**
**S** 3:1  7:1
**San** 29:25
  30:1,2,4,5
  30:8
**Santa** 13:18
  13:20
**Santorum**
  20:16,25
  21:9  24:15
**sat** 14:17
**saw** 17:19
  51:8
**saying** 17:24
**scared** 59:5
  59:8
**scattered**
  18:6
**school** 10:20
  10:25
  13:18,19
  19:24
**schools**
  28:24
**script** 47:12
**scripts**
  47:19
**season** 47:3
**Seattle**
  27:22  31:8
  31:9,17,20
  32:4,10,18
  32:20,22
  34:4,7,8
  34:13,16
  34:21,25
  35:2,6
  38:14,18
**second** 10:1
  27:10
  28:11
  29:13  34:1
  34:21
  35:11  36:1
  45:13  57:2
  60:22  61:9
**seconds**

**49:17**
**Section** 3:12
**security**
  56:11,12
**see** 10:8
  19:20  20:9
  28:1  35:22
  41:9,10,11
  41:24
  45:13  51:7
**seeking**
  13:15
**senator**
  18:19,21
  18:23
**sense** 49:9
  50:24
**September**
  1:16  2:10
**services**
  47:8
**set** 12:4
**Sheraton**
  34:2
**she's** 56:6
**SHORT** 51:14
  59:21
**shortly**
  14:15,18
  34:11
**shot** 14:14
**show** 57:6
**showed** 47:14
**sic** 38:2
**side** 10:12
  32:8
**sign** 47:13
  47:23
  48:16,21
  49:15,22
  50:10
  51:19,21
**signature**
  13:22,24
  25:21
  28:16  47:2
  47:5  48:6
  49:12
  50:15,20
**signatures**

**12:6,6**
**13:13  14:2**
  15:18
  16:19,24
  17:3  18:3
  19:4  20:3
  20:8  21:22
  22:2,14
  23:11,13
  23:17  24:4
  24:7,14,19
  25:1,12,14
  26:8,24
  27:14
  29:16,21
  30:18  31:8
  31:24  32:5
  32:19  33:2
  33:8  34:13
  34:17
  35:21,25
  37:9,13,19
  38:12,15
  38:19  39:3
  39:6  41:22
  42:7,10,18
  44:1,4,10
  45:1,3,10
  45:25
  46:14  48:6
  48:11,17
  48:22  50:8
  50:13,13
  51:25  52:4
  52:8,10,19
  53:13,19
  55:23
  56:13
  57:10
  60:12  61:3
  61:12
**signed** 47:9
  61:5,6
**signing**
  49:16
  50:11
  51:12
  61:18,20
  61:22
**six** 29:20

**30:13**
  48:13,13
  48:14,15
**skin** 55:11
**slow** 21:3,8
  60:8
**slower** 49:5
**smoother**
  7:20
**solely** 13:22
  13:24
**somebody**
  12:10,10
  14:5  23:21
  31:10,12
  31:15
  34:17
  50:10,25
**somewhat**
  48:23
**soon** 32:1
**sorry** 11:19
  21:6  24:1
  31:19
  36:10
  37:22  38:5
  42:15  45:5
  58:12
**sort** 47:11
**sorts** 28:22
**South** 19:25
  20:1
**spark** 54:19
**speak** 58:10
**speakerp...**
  41:16,16
**speaking**
  14:9  52:23
**specific...**
  9:19  11:11
**spent** 42:23
**spoke** 14:15
**sports** 51:7
**spot** 17:6
  46:21  49:5
  55:24,25
**spots** 49:3,6
**spring** 28:5
  29:11
**Square** 2:9

**3:13**
**stadium** 30:2
**standard**
  10:7
**start** 14:20
**started**
  10:13  15:5
  16:15
  56:15
**state** 8:21
  10:18,18
  10:19  11:2
  16:12  17:4
  18:20
  19:13,16
  22:16
  23:24,25
  26:25
  33:19  36:3
  40:2  42:10
  42:15,20
  44:11
  45:25  46:3
  55:13
**stated** 62:15
**states** 1:1
  10:9,12,14
  12:14  14:1
  25:19  26:6
  51:17,22
  55:5
**statewide**
  16:4
**station** 49:4
**stay** 18:3
  20:3  23:24
  27:6  32:13
  33:23  35:3
  36:5  37:16
  40:4  42:14
  42:19
  44:13  46:2
  46:22  54:6
**stayed** 18:5
  24:2  27:8
  27:10,11
  28:3  32:15
  40:6  42:21
  42:22
  44:15

46:24
**staying** 8:1
**Stein** 33:6,7
  33:9,14,16
  44:3,5
**stint** 42:5
**stop** 28:11
**stopped**
  28:13 29:7
**stores** 60:9
**story** 23:6
**straight**
  18:25
  21:21 25:7
  30:20 31:5
  34:5 36:16
  38:7,10,25
  40:14 41:2
  41:3 43:24
  44:21
**strategy**
  39:10
**Strawberry**
  2:9 3:13
**Street** 3:5
  9:7
**stressful**
  14:12
**strictly**
  50:21
**strike** 15:12
  15:13
  47:21
  57:18
**stub** 56:24
**successful**
  48:20,23
**sufficient**
  12:7
**suggests**
  56:1
**summer** 11:8
  28:5,7
**summertime**
  32:23 42:5
**supposed**
  47:12
**sure** 8:2
  13:7 16:8
  16:23

19:11
20:12
22:12
25:14,25
28:12
30:23
34:12
35:20 37:3
38:7,9
45:15
48:17
53:21
55:12
60:25 61:5
**Sweden** 9:19
  9:19 10:23
**switch** 40:4
**switching**
  10:13
**sworn** 7:3
  62:12

─── **T** ───
**T** 10:17
**table** 28:5
**tables** 12:4
**Tacoma** 32:6
**take** 49:24
  51:11 56:7
**taken** 2:4,5
  51:14
  59:21
  62:14
**talk** 49:23
  50:1 56:11
  60:8 61:17
**talking**
  56:15
**taught** 49:24
**team** 51:8
**technically**
  43:4,5
**Ted** 18:14,17
  25:16
  26:24
  60:13,19
  61:4,13
**TELEPHONE**
  1:14 2:2
**tell** 8:9

11:25 17:8
17:11
22:20
50:25 51:1
51:6 52:6
53:4
**ten** 13:5,9
  36:15 39:2
**tentatively**
  10:10
**testified**
  7:3 59:24
**testify**
  62:13
**testimony**
  29:15
  30:12 48:9
  58:22
  59:16
**Thank** 9:4
  10:1 11:25
  51:16
  54:13,21
  54:22
  61:24
**Thanks** 21:17
**that's** 7:24
  8:4,4 9:7
  9:9,10,11
  9:23 10:23
  12:17,18
  13:5,6,20
  14:16 15:6
  21:5,13,14
  24:10 26:7
  26:21,22
  29:8 31:12
  32:7,9
  34:14
  35:25 38:9
  39:19
  47:16,16
  49:4 51:13
  51:22 52:6
  52:16
  53:17
  54:18 56:3
  60:9 61:24
**there's** 9:9
  49:6,6

**they're** 12:7
  26:16 48:1
  48:17
  49:16,19
  49:21
  50:11
  51:10 57:6
  57:9
**thing** 41:8
**things** 17:25
  49:20
  52:23
  56:20
**think** 18:13
  18:19 26:5
  28:20 29:8
  31:25 32:2
  35:23
  37:22 39:9
  39:19
  40:24
  41:18
  45:17
  54:18
  59:24
**third** 35:18
**thought**
  25:24 37:6
  41:7 43:4
**threaten**
  55:7
**three** 21:25
  28:22 29:2
  43:21,22
  53:23
**Thursday**
  2:10
**time** 7:18
  13:10
  14:23 15:4
  17:11,24
  19:15
  24:17,21
  25:23
  27:10,12
  27:12 28:4
  28:13,14
  28:14
  29:10
  30:11,24

32:23,24
34:9,21
35:1,11
36:1 39:18
39:19,21
40:2 41:1
41:13 42:4
42:7,22
44:16
48:14,16
49:5,11
50:22
52:15 55:9
55:12,24
60:6,22,25
61:8,9,20
61:22
62:15
**times** 26:14
  48:19 50:9
  50:13 51:6
  51:25 52:7
  52:14,17
  58:1,3
**today** 20:10
  24:12
**told** 41:18
  56:7
**tomorrow**
  59:2,4,13
**top** 24:6
  26:10,13
  28:23
  37:11
**tough** 23:12
**tougher**
  48:25
**town** 15:2
  21:20 32:7
**traffic** 49:6
  60:9
**transcript**
  1:24 62:9
  62:10
**traveled**
  12:14
**traveling**
  10:14 20:2
**Trent** 12:11
  12:12,15

14:4,7,10
14:25
15:14 27:8
27:18 28:1
28:6,8,10
29:7 33:12
47:9,11,16
49:24
58:20
**TRENTON** 1:6
**tried** 15:5
18:5 41:15
41:16
55:11
**trip** 40:8
**true** 62:10
**trust** 52:1
60:6
**truth** 62:13
62:13,14
**truthfully**
8:13,18,20
**try** 7:21,22
22:21,24
44:6 47:12
48:1,3,14
49:14,17
50:3,7
60:8
**trying** 18:10
20:20 21:4
22:6 47:22
50:8 51:1
52:25
**turn** 57:1
**turned** 45:12
**turn-ins**
44:9
**twice** 27:9
**two** 10:23
12:3 13:19
22:1 33:17
35:13
38:11,20
43:23
46:24
**type** 51:5
**typically**
51:5,13

**U**

**uh-huh** 8:1
**uh-uhs** 8:1
**ultimate**
43:16
**ultimately**
43:13
**undersigned**
2:6
**understand**
8:8,10,17
9:14 13:7
15:15
30:12 40:8
47:1 54:9
59:6
**understa...**
60:11,17
61:2
**understands**
47:17
**understood**
8:13
**unfortun...**
24:6
**United** 1:1
10:9,12,14
12:14
**university**
10:18,18
10:21,23
11:9,22,23
23:3,4
**Uppsala**
10:23
11:16,19
11:21,23
**upset** 59:13
**use** 48:12
**usually**
48:12

**V**

**Vancouver**
32:10
**various**
13:13
22:15
23:24
26:25 27:1

44:10
45:25 46:2
48:19
**verbally**
7:25
**vibe** 50:16
**vote** 51:10
51:11
61:20
**vs** 1:8

**W**

**wait** 7:21,22
28:20 29:5
**walk** 49:13
**walking**
23:19
**want** 13:2,3
13:4 16:22
19:8 28:11
31:22
36:24
41:11 44:2
45:14
49:15
53:21
56:21,21
56:24
58:25 59:3
**wanted** 58:23
61:18
**warm** 29:4,12
**Washington**
31:8,20
32:12,14
32:18 34:5
34:9 38:14
**wasn't** 17:19
57:18
**wasting**
55:24
**Waukegan**
15:4
**Wausau** 21:20
**waving** 23:8
23:8
**way** 12:18
15:12,13
16:12 30:3
31:12

34:19
39:19 43:5
47:15,17
48:15
59:11
61:10
62:19
**Wayne** 19:18
19:21
**week** 35:12
38:20
40:12
41:19
44:20
**weeks** 12:18
16:20,23
19:11
21:25 22:1
25:5,6
29:2,2,20
30:13,15
31:23
35:13
43:21,22
43:23
46:24
53:24
**went** 10:17
10:20
14:24 15:1
15:20
16:21 17:3
17:13,14
17:17 19:2
19:15,16
19:18,19
21:19
22:19 23:3
25:2 27:1
27:9,19,20
27:22,22
28:16 29:6
29:6,7,8,9
29:10,15
30:14
32:20,22
32:22 34:7
34:9,13,14
34:16 36:9
36:11

37:20,23
37:23,24
38:1,1,4
38:11,14
38:18,25
39:5,8,12
39:13,13
39:16 40:9
40:25
42:15 43:1
43:20
44:18
46:19 53:8
54:9 58:2
60:23
**West** 9:7
**we'll** 21:16
23:1 25:20
**we're** 16:23
**we've** 48:9
**what's** 9:6
9:12 49:10
**where's** 9:21
49:6
**willing** 52:5
**winter** 28:4
28:13
29:14
**wintertime**
26:18,19
26:22 53:7
56:9
**Wisconsin**
15:7 21:20
21:21,24
22:3,10,13
22:14,17
23:11,13
23:24 24:5
24:13,23
24:25 25:3
25:7
**wish** 44:3
**witness** 4:3
52:19
55:25
56:16
57:11,16
57:17,23
57:25

| | | | |
|---|---|---|---|
| 58:14,15 | 38:15  39:2 | 45:23 | 16:16,24 |
| 58:16,17 | 39:10,24 | 48:22  53:6 | **2016** 1:16 |
| 59:24 | 43:5  46:20 | 55:18 | 2:11  47:2 |
| 60:15,21 | 47:19 | **year** 10:11 | **205** 33:10,13 |
| 62:12 | 51:17 | **years** 12:3 | **28216** 9:11 |
| **witnesses** | 52:25  53:1 | 13:5,9 | 9:24 |
| 53:2  56:6 | 53:3  54:2 | **you'd** 59:16 | **29** 1:16  2:10 |
| 56:22 | 54:5  56:8 | **you're** 17:25 | |
| 57:14,16 | **workers** | 50:7  51:24 | **3** |
| 58:18,21 | 23:16 | 59:7 | **316** 3:5 |
| 60:25 | **working** | **you've** 51:17 | |
| **words** 8:3 | 12:15,16 | 51:23 | **4** |
| **work** 11:25 | 14:10 | 52:17 | **455** 45:20 |
| 12:2  13:2 | 20:10 | | **465** 45:20 |
| 13:12 | 23:14 | **Z** | **475** 45:14 |
| 14:11,19 | 27:15  28:8 | **ZIP** 9:24 | |
| 14:24  15:1 | 28:10,13 | | **5** |
| 15:5,14,17 | 29:7  30:1 | **0** | **53** 4:5,7 |
| 23:9  27:21 | 36:20  37:6 | **09/29/2016** | **58** 4:7 |
| 27:23,24 | 39:25  41:9 | 62:8 | |
| 29:22  31:2 | 41:19 | | **6** |
| 31:4,5,14 | 50:22 | **1** | **61** 4:9 |
| 35:7  36:8 | 53:10,12 | **1:16-CV-...** | |
| 36:16,17 | 54:3  55:6 | 1:8 | **7** |
| 37:4,21 | 58:4 | **100** 22:12 | **7** 4:5 |
| 39:11  52:4 | **worth** 50:15 | 25:25 | **7th** 9:7 |
| 52:6,16,21 | **wouldn't** | 30:23 | |
| 56:23,23 | 8:17  44:9 | 35:20 | **8** |
| 56:24  57:3 | **writing** | 45:14 | **814** 9:8 |
| 57:3,5,6,6 | 48:18 | **111** 9:7 | |
| 57:7,8,13 | **written** 47:7 | **12** 59:12 | **9** |
| 57:15,17 | **wrong** 29:5 | **14th** 14:22 | **900** 53:21 |
| 58:23,23 | **Wyoming** | **15th** 2:9 | **90014** 9:8 |
| 58:25  59:2 | 39:12,14 | 3:13  14:22 | **9829** 9:10,23 |
| 59:4,9,10 | 43:1,21,24 | **160** 46:15 | |
| 59:12,14 | 44:1,11,17 | **166** 46:15 | |
| 59:15,16 | 44:18,21 | **17120** 3:14 | |
| **worked** 10:8 | 45:13 | **175** 33:14 | |
| 10:11 | | **17554** 3:6 | |
| 12:12,21 | **X** | **18** 52:4 | |
| 12:24  13:1 | **X** 4:1 | 59:16 | |
| 13:4,5,7 | | | |
| 13:15  16:1 | **Y** | **2** | |
| 16:13 | **yeah** 18:24 | **2:30** 2:11 | |
| 19:16,17 | 20:1  21:9 | 61:25 | |
| 23:15,23 | 26:15  28:9 | **2005** 11:3 | |
| 24:1  25:16 | 28:24  31:3 | **2012** 11:8,23 | |
| 30:5,7 | 31:25  32:2 | **2013** 11:24 | |
| 32:25  37:2 | 32:6,11,24 | **2015** 13:10 | |
| 37:14  38:3 | 41:11  45:7 | 14:21 | |

RECEIVED

NOV 0 2 2016

Office of Attorney General
Litigation Section