**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \*

BENEZET CONSULTING, LLC      \*

and TRENTON POOL,            \*

    Plaintiffs               \*   Case No.

    vs.                      \*   1:16-CV-0074

PEDRO A. CORTES and          \*

JONATHAN MARKS,              \*

    Defendants               \*

        \* \* \* \* \* \* \* \*

DEPOSITION OF

MICHAEL ALEXANDER

September 26, 2016

ORIGINAL

Any reproduction of this transcript is prohibited

without authorization by the certifying agency.

1               DEPOSITION

2                   OF

3    MICHAEL ALEXANDER, taken on behalf of the Defendants

4    herein, pursuant to the Rules of Civil Procedure, taken

5    before me, the undersigned, Bernadette M. Black, a

6    Court Reporter and Notary Public in and for the

7    Commonwealth of Pennsylvania, at the Office of Attorney

8    General, 13th Floor, Strawberry Square, Harrisburg,

9    Pennsylvania, on Monday, September 26, 2016, beginning

10   at 10:30 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                      A P P E A R A N C E S

2

3     PAUL ANTHONY ROSSI, ESQUIRE

4     Office of Paul Rossi

5     316 Hill Street

6     Mountville, PA  17554

7          COUNSEL FOR PLAINTIFFS

8

9     KENNETH L. JOEL, ESQUIRE

10    NICOLE RADZIEWICZ, ESQUIRE

11    Office of Attorney General

12    Litigation Section

13    15th Floor

14    Strawberry Square

15    Harrisburg, PA  17120-0001

16         COUNSEL FOR DEFENDANTS

17

18

19

20

21

22

23

24

25

4

I N D E X

WITNESS: MICHAEL ALEXANDER

EXAMINATION

   By Attorney Joel                              7 - 76

EXAMINATION

   By Attorney Rossi                            76 - 97

RE-EXAMINATION

   By Attorney Joel                             97 - 105

CERTIFICATE                                        106

5

1                              EXHIBIT PAGE

2

3                                                PAGE

4   NUMBER      DESCRIPTION                   IDENTIFIED

5   Defendant:

6   Exhibit 1 E-mail String                      48

7   Exhibit 2 Production                         50

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

# OBJECTION PAGE

| ATTORNEY | PAGE |
|----------|------|
| Joel | 88, 96, 96 |

7

1          P R O C E E D I N G S

2    ------------------------------------------------

3    MICHAEL ALEXANDER, HAVING FIRST BEEN DULY SWORN,

4    TESTIFIED AS FOLLOWS:

5    ------------------------------------------------

6    EXAMINATION

7    BY ATTORNEY JOEL:

8    Q.   Good morning, Mr. Alexander.

9    A.   Hello.

10   Q.   We met briefly.  My name is Kenneth Joel.  I'm

11   here with my colleague, Nicole Radziewicz.  We

12   represent the Defendants in this matter.  First of all,

13   are you represented here by Mr. Rossi for purposes of

14   today?

15   A.   Correct.

16   Q.   Okay.  You haven't been deposed before, I

17   understand?

18   A.   No.

19   Q.   All right.  Let me give you a few ground rules.

20   It'll make it go a lot easier.  Okay?  First, please

21   give verbal answers.  Yes, no, whatever explanation you

22   want is fine.  Stay away from the shrugs and the

23   nonverbal communication because it will be harder for

24   her to take down and it will be much harder for us to

25   understand what you meant by a shrug in a couple of

8

1   months from now when we're reading the transcript.

2   Okay?

3   A.   Sure.

4   Q.   As this gets going, you'll notice that it becomes

5   very conversational.  And as such, we have a tendency

6   to speak over each other.  I will try my hardest not to

7   do that, and I would ask that you try your hardest not

8   to as well.

9   A.   Sure.

10   Q.   Again, it just makes it much easier for her to

11   write down, if somebody's taking a full sentence,

12   pause, and then an answer.  Okay?

13   A.   Question, is she the only recording of this?

14   Q.   Yes.

15   A.   Okay.

16   Q.   Yes.  We have a court reporter here.  She is

17   taking down everything that everybody says.  And what

18   will happen after that is she will prepare a

19   transcript, so in question, answer, question, answer,

20   the whole thing.  You will then have the opportunity to

21   review it and read it and sign it and make any

22   corrections.  Would you like to do that?

23   A.   Receive the transcript?

24   Q.   Yeah.  And review it and then --- review it ---

25   A.   Yes.

9

1   Q.   --- make corrections and sign it?

2   A.   Yes.

3   Q.   Okay.  If at any point ---.  This is a smallish

4   room, but if at any point you don't hear me, ask me to

5   repeat.  Okay?

6   A.   Uh-huh (yes).  Yes.

7   Q.   There we go.

8   A.   I'll be more articulate from this moment forward.

9   Q.   Yeah.  And the uh-huhs and huh-uhs, while we --- I

10  can tell your inflection, I'm not going to be able to

11  tell it in two months.  Fair enough?

12  A.   I completely understand that.

13  Q.   Okay.  If you don't understand a question, tell me

14  you don't understand it.  I'm not trying to trick you,

15  I want to get your best information.

16  A.   Sure.

17  Q.   And if you don't understand, tell me what you

18  don't understand, I will rephrase it in a way so that

19  you understand.  Okay?

20  A.   Yes.

21  Q.   With that said, is it fair, then, to assume that

22  if you do answer a question, you've heard me,

23  understood me and are answering truthfully to the best

24  of your ability?

25  A.   That's what I just swore to.

10

1  Q.   If at any point you'd like a break, that's fine.

2  The only thing I ask is that you answer whatever

3  question is on the table and then we'll take a break.

4  A.   Sure.  If by any chance, could I get a glass of

5  water?

6  Q.   Sure.

7  A.   Thank you so much.

8  Q.   And you've already told me you've never been

9  deposed before.  Have you ever testified in any matter

10  before?

11  A.   I don't think I have.

12  Q.   Okay.  Are you, as you're sitting here today, on

13  medication or for any other reason unable to hear me or

14  understand me or answer truthfully?

15  A.   No.

16  Q.   Please state your full name.

17  A.   Michael Andrew Alexander.

18  Q.   And what's your address?

19  A.   22 Maryland Street, Apartment 3, Dorchester,

20  Massachusetts, 02125.

21  Q.   And just give me a brief educational background,

22  if you would.

23  A.   I graduated high school in 2000.  I then went on

24  to receive a Grafton Job Corps certificate in plumbing,

25  Home Builder's Institute.  I have since been ---.  I'm

11

1    a licensed insurance agent in seven states.  But yes,

2    other than that, no extracurricular degrees beyond the

3    Job Corps.

4    Q.   Okay.   What states are you a licensed insurance

5    agent in?

6    A.   Massachusetts --- I'm needing to update my license

7    to, you know ---.   Yes, I'm licensed in Massachusetts,

8    South Carolina, New York, Missouri, Mississippi, New

9    Mexico and I believe Texas also, in property and

10   casualty insurance.

11   Q.   Is that your primary business, as an insurance

12   agent?

13   A.   I was selling insurance for a couple years with an

14   agency called Consumer United, Goji.

15   Q.   When did you being your insurance career?

16   A.   The end of 2012 I was hired by Consumers (sic)

17   United and I took my test and obtained my license, I

18   believe it was January 8th of 2013.  Yeah.

19   Q.   And are you still selling insurance or did that

20   job end?

21   A.   That job ended ---

22   Q.   Okay.

23   A.   --- the beginning of January of 2015.

24   Q.   Why did it end?

25   A.   I didn't meet my sales quotas.

12

1   Q.   Okay.  How long have you lived at the address in

2   Dorchester?

3   A.   Well, I have lived there ---.  I started living

4   there in November of 2010.  I lived there briefly.  I

5   then was traveling, doing the petitioning career,

6   helping different states' ballot questions qualify in a

7   multitude of states.  So it really depends ---.  And,

8   well, during that time, I used my father's address as

9   an official address.  His address is 22 Kirk Street,

10  North Falmouth, Massachusetts.  Falmouth,

11  F-A-L-M-O-U-T-H, 02556.  You know, because --- for

12  purposes I ended up using his address while I was

13  traveling around the country, because I had many

14  different addressed during those periods.  Then I was

15  petitioning in all the states.

16  Q.   When did you being your work as a signature

17  collector?

18  A.   Well, my first campaign I ever worked was in 2007

19  I believe it was.  We were getting questions on the

20  ballot in Massachusetts to eliminate the state income

21  tax, I believe that was 2008.  Right.  The questions

22  were for 2008, the petitioning was done in 2007.  So I

23  believe that was my first petitioning experience.

24  Q.   Okay.

25  A.   And since then I've worked on all kinds of

13

1    different campaigns all over the country.

2    Q.   So let's talk about that a little bit.  Let's

3    start 2016 and we'll work backwards.

4    A.   Okay.

5    Q.   Okay?  Is that okay?

6    A.   That's fine.

7    Q.   Great.  So in 2016, who have you collected for?

8    A.   I collected for the ballot questions in

9    Massachusetts this year, questions ---.  I'm not sure

10   which numbers they all are.  There were three of them.

11   One of them the deal was brokered between the proponent

12   and the state and they withdrew their ballot question.

13   So there's three questions I helped to get on the

14   ballot in Massachusetts.  I also helped Rocky De La

15   Fuente get on the ballot.

16       So I helped manage petition campaigns also with

17   contractor Alex Arsenault, myself and my girlfriend,

18   Carol Glovsky, run his office.  And there most recently

19   we got Rocky De La Fuente on the ballot in New

20   Hampshire.  We helped manage signature drives in

21   Connecticut and Massachusetts.  My office was also

22   coordinating Rocky De La Fuente in Rhode Island.  We

23   were helping Gary Johnson get on the ballot in

24   Massachusetts.  Prior to that we did a candidate in New

25   York State, Phil Pidot, for U.S. Congress.  That was in

14

1    --- I want to say it was May.

2        Prior to that ---.  I'm trying to think what we

3    did before that.  We did Rocky in Connecticut as a

4    Democrat.  We did some Republican candidates in Rhode

5    Island.  I know, I was really busy this year.  We had

6    Ted Cruz and Donald Trump, I believe in Rhode Island.

7    And then prior to that I believe was my work in

8    Pennsylvania, where we were getting Rocky De La Fuente

9    on the ballot as a Democrat.  And I briefly worked for

10   Ted Cruz, I believe it was District 8 --- and correct

11   me if I'm wrong, but that was I believe in Feasterville

12   was the district.

13   Q.   Pennsylvania?

14   A.   Yes.  You guys would know the territory much

15   better than I would.  Before then we worked in Vermont

16   for Ted Cruz, Rick Santorum and Rocky.  I believe

17   that's all my work in 2016.

18   Q.   Okay.  No, that's very helpful.  Let's drill down

19   a little bit on that.  And I don't know if it's helpful

20   for you to go month by month or not.  January of 2016,

21   where were you physically doing petition collection

22   work?

23   A.   I don't know, I was pretty ---.  It was the

24   beginning of the month, I was finishing up the Ted Cruz

25   and Rocky petition in Vermont.  And after that I got

15

1    over --- I took a break and did some skiing.

2    Q.   So in January 2016 you did Rocky and Cruz ---

3    A.   Yep.  In Vermont.

4    Q.   --- in Vermont?

5    A.   Yeah.

6    Q.   Okay.  Let me ask you this, how many weeks were

7    you up there doing that work, out of Vermont?

8    A.   We were just wrapping up, so probably like at

9    maximum two.  I believe the deadline for that was I

10   think the 10th of January.

11   Q.   And was that to get Rocky on the Democratic

12   Primary ballot in Vermont?

13   A.   Yes.

14   Q.   And it was to get Cruz on the Republican Primary

15   ballot in Vermont?

16   A.   Correct.

17   Q.   And when you say you were up there working, were

18   you actually out in the field collecting signatures?

19   That's what you were doing?

20   A.   Yeah, yeah.  We were going door to door.

21   Q.   And you said we, did you have somebody with you?

22   Did you work alone?

23   A.   I worked with an associate of mine, Brian Lyra,

24   and my girlfriend, Carol Glovsky.

25   Q.   And when you were up there doing that work, were

16

1    you --- for that two weeks, anyway, were you in Vermont
2    the whole time or did you go back forth?
3    A.   I went back and forth from Vermont to
4    Massachusetts.
5    Q.   Okay.  What was your travel like?
6    A.   I, you know, had my car.  Actually, we had a
7    rental car.  Most of the time we stayed in Vermont,
8    though.
9    Q.   Okay.
10   A.   Yeah, we didn't ---.  We only went to
11   Massachusetts I think ---.  It was during the Christmas
12   break, so, you know, I went back home for the holidays.
13   Q.   So with the exception of traveling home for the
14   holidays over Christmas, you were in Vermont for that
15   two-week stretch collecting signatures?
16   A.   Oh, we were in Vermont for most of the entire
17   month of December.
18   Q.   Oh, okay.
19   A.   Yeah, I was --- you said to go back in time.  So,
20   you know, again, January, the first couple weeks in
21   January we were just wrapping up the work that we had
22   done in December.  We started I think December 7th and
23   ended January 8th, I believe.
24   Q.   All right.  So just to make sure that I'm
25   understanding this clear, from the beginning of

1    December, December 7th through about January 8th, you

2    were primarily in Vermont collecting signatures day in

3    and day out for Rocky and for Cruz?

4    A.   Most of the time was for Cruz.  Rocky didn't

5    happen until the end.  Rocky --- I was contracted

6    through Benezet for Cruz and I was just helping out my

7    friend Alex for the Rocky signatures, but most of our

8    efforts were for Cruz.

9    Q.   Okay.

10   A.   Rocky was just like, oh, you're a Democrat?  Here,

11   sign this.

12   Q.   So other than the Christmas holiday, for that

13   period, beginning of December through the beginning of

14   January, you were in Vermont collecting signatures?

15   A.   Yeah.

16   Q.   Did you go to different parts of the state or did

17   you ---?

18   A.   We were mostly ---.  Well, we did some background

19   research, because we were obviously doing a Republican

20   candidate in a very liberal state.  So we looked up the

21   makeup of the legislature of Vermont and found that

22   most of the Republicans were concentrated in Rutland.

23   I believe out of eight representatives representing

24   Rutland, seven of them were Republicans.  So we thought

25   that we'd have a very good concentration of Republican

18

1  signers that would sign for Cruz in Rutland.  So we

2  worked in Rutland, we worked in an area just west of

3  Rutland.  I wish I had a map right in front of me.  But

4  yeah, we worked in the Rutland area, Greater Rutland

5  Area.

6  Q.   How about in February, where did you go?

7  A.   February was about the beginning of February that

8  I was headed to Pennsylvania.  I really can't remember

9  exact dates.  But, yeah, I want to say it was about the

10  first or second week of February that we came down to

11  --- we first stayed around the like New Hope area.  We

12  were concentrated on District 8 for Ted Cruz ballot

13  access.

14  Q.   And how long were you in Pennsylvania for that

15  one?

16  A.   About a month.  Actually, now that I think about

17  it, it was for like the tail end of January that we

18  went and spent about three-and-a-half weeks here in

19  Pennsylvania.

20  Q.   When you were in Pennsylvania doing that work, did

21  you move around to other parts of the Commonwealth to

22  collect signatures?

23  A.   Yes.  We were in --- I believe it was District 8,

24  the Congressional District, and then we were working on

25  Rocky in Philadelphia.

19

1   Q.   And jumping back for a second for your collection

2   in Vermont, were you paid per signature?  Is that how

3   you get paid?

4   A.   Yes.

5   Q.   All right.

6   A.   Well, each contract is a little bit different, but

7   for that contract we were paid by the signature.

8   Q.   So do you get a contract for every state you go

9   to?

10  A.   Not always.  Trent likes to deal like that.  When

11  I worked for Alex, he just lets me know this is how

12  much the signature is or, you know, I work in his

13  office at an hourly salary.

14  Q.   You mentioned Trent and Benezet a couple of times,

15  so let's explore that.  Are you employed by Benezet or

16  do you have a contract with them?

17  A.   I'm a contractor.

18  Q.   Okay.  And you can correct me if I'm off base, ---

19  A.   Uh-huh (yes).

20  Q.   --- but my understanding is that you're in the

21  business of collecting signatures and you will work

22  with Benezet, Benezet will send you to this state or

23  that state to collect those signatures for this

24  candidate or that candidate or this question or that

25  question?

20

1   A.   Yeah.   Well, I mean, you know, I'm a contractor at

2   will, per job usually.

3   Q.   So when you say contractor at will, you're

4   available to do this collection signature work for

5   candidates directly?

6   A.   Benezet or the other contractor will contract with

7   the candidate or proponent who needs to get the

8   signatures, and then they directly hire us as 1099

9   contractors to go out and gather the signatures.

10  Q.   Okay.   So you do that 1099 work for Benezet?

11  A.   Uh-huh (yes).

12  Q.   Yes?

13  A.   Correct.   Yes.

14  Q.   And how many other Benezet-like companies do you

15  do it for?

16  A.   Currently just two.

17  Q.   Two others or two including Benezet?

18  A.   Two including Benezet.

19  Q.   Okay.   Is there anything in either of those

20  contracts with Benezet or this other company that would

21  preclude you from picking up additional work?

22  A.   No.

23  Q.   For the Pennsylvania work, were you similarly paid

24  per signature?

25  A.   Yes.

1   Q.   Now do you get paid when the signatures are turned

2   in?   What if some signatures are stricken?   How does

3   that all work?

4   A.   Well, they know me as a good petitioner, that I

5   do, you know, honest work, that I do good validity

6   work.   You know, and petitioners who tend to do good

7   work, such as myself, tend to stick around more and

8   become sought after, whereas other petition contractors

9   do shoddy work and their validity is bad and they don't

10  get more jobs.   So sometimes the contractors will

11  validate my signatures before turning it in.   In those

12  situations, if my validity falls below a certain

13  percentage, they might not authorize my contract or,

14  you know, send me home.   But that's never happened once

15  before, so, you know, because I do good work.   And I

16  take that very seriously.   Could I get some more water?

17  BRIEF INTERRUPTION

18  A.   Thank you so much.

19  BY ATTORNEY JOEL:

20  Q.   So when you were in Pennsylvania doing the

21  collection work for Cruz and then for De La Fuente,

22  were you in Pennsylvania for that entire period of

23  time?

24  A.   Except for the times I was briefly in New Jersey.

25  Q.   Okay.   So you didn't go back home is a better way

22

1    of asking?

2    A.   Right, right.  Yeah.

3    Q.   And did you stay at various locations around the

4    Commonwealth?

5    A.   Yes.

6    Q.   How many different ones?

7    A.   Let's see.  I submitted my receipts, you know, of

8    the locations I stayed at.  It's for the Sheraton in

9    Philadelphia, which was paid for directly by Benezet or

10   Rocky and booked on our behalves.  So there was the

11   Sheraton in Philadelphia, there was I believe a Travel

12   Lodge we stayed at.  I really don't remember the town.

13   There was a Red Roof Inn that we went and stayed at.

14   And there might have been a place in the middle of New

15   England and Pennsylvania that we may have stayed at, I

16   just don't remember.  But those were the main locations

17   that we stayed at.

18   Q.   Where did you go after Pennsylvania to collect

19   signatures, if any place?

20   A.   I think we went to Rhode Island after that.  I

21   pretty much stayed in New England for most of the year.

22   Q.   Oh, I'm sorry, getting back to Pennsylvania, you

23   actually collected signatures; correct?

24   A.   Yes.

25   Q.   And nobody from the Commonwealth stopped you from

23

1   collecting any signatures?

2   A.   Could you rephrase that?

3   Q.   Sure, sure.  I'll get at it this way.  When you

4   were in Pennsylvania, did you go door to door?

5   A.   Some of it was door to door, yes.

6   Q.   How else did you collect signatures?

7   A.   We would just walk up to people and ask them if

8   they were a registered Democrat --- registered

9   Democrat, that was our pitch.

10  Q.   Okay.  And what about for Cruz?  I assume you

11  didn't use that pitch for Cruz.

12  A.   Surely not.  You know, again, this is from a

13  certain district, petitions in a certain district, you

14  know, so we had a door-to-door app that we would use,

15  iWalk360, and it would tell us the different Republican

16  doors that we needed to knock on or likely Republican

17  voters.  Yeah, that's how we knew where to go.

18  Q.   So you, as a petition collector, went either door

19  to door or walk up to people, depending on which

20  campaign it was, and asked people to sign the petition

21  for either Cruz or De La Fuente?

22  A.   Correct.

23  Q.   And if the person so inclined, they would sign the

24  petition for either Cruz or De La Fuente?

25  A.   Correct.

24

Q.   And then you'd move on to the next person?

A.   Uh-huh (yes).

Q.   And that process kept going?

A.   Yes.

Q.   Okay.  Can you give me a sense as to how many signatures you got for Cruz?

A.   Not very many.  It was very difficult.  We were working with Amy Strauss, our only available witness. And she was ---.  I don't know how to ---.  She was a little crazy.  We would go to the doors and knock on the doors.  And, you know, it's her job to ---.  You know, we would knock on the doors, you know, and say, hey, you're the next listed on the registered Republican voters.  You know, we're here collecting signatures to get Ted Cruz on the ballot in the Republican Primary, could you help us with your autograph real quick?  And whatever --- you know, whatever they said to our original pitch, we just have to --- you know, like a natural salesman, try to battle through the objections.

Our witness, though, she was not interested in getting a lot of signatures.  She was not motivated by each signature to get the petition filed.  The first sign of rejection, walked away.  Like, you know, it made the job impossible to do.  It was tragic.

25

1    Q.   You did collect some signatures for Cruz; correct?

2    A.   Some.

3    Q.   And as it relates to De La Fuente, did you collect

4    signatures for De La Fuente?

5    A.   Yes.

6    Q.   Were you able to get the signatures for Cruz

7    notarized?

8    A.   Yes.

9    Q.   Were you able to get the signatures for De La

10   Fuente notarized?

11   A.   Yes.  But it was not until at the ---.  So we were

12   working with a witness, Kemitt Wilson, and he was in

13   his 70s.  He was the only guy that we could find to

14   work with ---.  You know, there was only one other

15   person that we knew in the state and it was his cousin.

16    The witness was the cousin of this guy Darrell Bonner

17   (phonetic) that we --- a friend of a friend kind of

18   thing.  And this guy, he had a ---.  He was in his 70s.

19        One day we were out petitioning and, you know,

20   chasing everybody down.  And he got very tired.  And,

21   you know, he would have to take frequent breaks.  And,

22   you know, I was just at the whim of his abilities and

23   it made the job very difficult.

24   Q.   Did you reach out to anybody in the Cruz campaign

25   to ask them to put you in touch with a volunteer?

26

1    A.    Well, the Cruz are Republicans, so ---.

2    Q.    Yeah, I'm going with the Republican one first,

3    then we'll talk about De La Fuente.

4    A.    Oh, I thought we were talking about De La Fuente.

5    Q.    We were, but ---.

6    A.    Oh, well ---.

7    Q.    You had Amy Strauss for the Cruz ones, if I

8    understood you correctly?

9    A.    Correct.

10   Q.    Okay.  Did you reach out to the Cruz campaign to

11   try to get anybody?

12   A.    We reached out to Trent.  He put ads up on

13   Craigslist, I believe.  He tried to find us new

14   witnesses and he couldn't within the district.  I

15   believe the ruling is something like --- correct me if

16   I'm wrong, that the witness has to be from the district

17   --- is that correct?  Where we're gathering the

18   signatures from or we just couldn't find somebody.  It

19   was difficult.

20   Q.    All right.  I'm going to ask you again, because

21   that wasn't my question.  My question was, did you

22   reach out to anybody from the Cruz campaign to try to

23   get help?

24   A.    Oh, no.

25   Q.    Did you reach out to anybody from the De La Fuente

27

1   campaign to try to get help?

2   A.   No.

3   Q.   Okay.

4   A.   The only contract ---.  You know, the De La Fuente

5   campaign, they're running --- you know, Cruz campaign,

6   they're a big campaign and running, you know, stuff all

7   over the country.  You know, I went to Benezet to try

8   to get help with that, rather than try to reach out to

9   the presidential campaigns.

10  Q.   Okay.  After Pennsylvania, you said you went to

11  Rhode Island to collect signatures?

12  A.   Yes.

13  Q.   And how long were you in Rhode Island for?

14  A.   Oh, a matter of days.  It was a very quick

15  petition.  We were helping them out at the end of their

16  drive.

17  Q.   Was that through Benezet?

18  A.   That was through Alex Arsenault.

19  Q.   And I'm sorry, was Vermont through Benezet?

20  A.   Yes.

21  Q.   And Pennsylvania was through Benezet?

22  A.   Yes.

23  Q.   So how long were you in Rhode Island for?

24  A.   A matter of days.

25  Q.   Beginning of the month, end of the month, middle

28

1   of the month?

2   A.   I honestly don't remember what part of that month

3   I was in there.  I've worked so many jobs.  I remember

4   I did work in Rhode Island after I worked in

5   Pennsylvania.  I really can't tell you what month it

6   was.  I did take some time off.  It's difficult for me

7   to recollect all these different petition drives, I do

8   so much work.

9   Q.   That's fair enough.  And I'm just trying to get

10  your best recollection.  For the work you do, whether

11  it's for Benezet or Alex --- Arsenal?

12  A.   Arsenault.

13  Q.   Arsenault.  Regardless of who the contractor is,

14  you get paid by the signature?

15  A.   Arsenault pays me by the signature when I

16  circulate for him.  I also manage his petition office,

17  do validation of the signatures on various petition

18  drives.  I coordinated a petition drive for Rocky De La

19  Fuente in New Hampshire, you know, paid out the

20  signature gatherers myself, you know, and filed those

21  petitions myself.  So he paid us hourly for that.

22  Q.   Okay.  Well, we're talking about petition ---?

23  When you're actually out there on the pavement getting

24  signatures, though, you're paid for every signature you

25  get?

29

1   A.   Correct, paid by the signature.

2   Q.   So if you're not out working ---?  Like you said,

3   you took some time off.  If you're not out there

4   working to collect signatures, you're getting no money

5   for signature collecting?

6   A.   Correct.

7   Q.   And on an annual basis, is the majority of your

8   income through petition signature collection work?

9   A.   It has been for the past couple of years, since I

10  ceased to work at Goji, Consumer United.

11  Q.   When you were working in the insurance business

12  for that couple of years, I take it by some of the

13  dates you also collected signatures during that time

14  frame?

15  A.   Not really.

16  Q.   Okay.  So you really only became a professional

17  signature collector after leaving the insurance

18  business?

19  A.   Yes, well, before I came onto the insurance

20  business and after I left the insurance business.

21  Q.   Okay.

22  A.   Yeah, I didn't work on much of anything

23  signature-gathering-wise.  I was offered various jobs,

24  but I don't know, nothing really got me interested for

25  me to give up my free time on a Saturday to go out and

30

1   petition, you know.

2   Q.   So I have written down that you ended with the

3   insurance business in January of 2015.  So is it fair

4   to say that January 2015 forward is when you've been a

5   professional signature collector?

6   A.   I actually was looking for a job for a few months.

7   You know, I went on unemployment and I was offered a

8   job petitioning and my girlfriend was offered a job

9   managing the petition office and validating signatures

10  in California.

11  Q.   And did you take that job?

12  A.   Yes.

13  Q.   Okay.  When was that?

14  A.   May 2015.

15  Q.   Did you have to move to California for that?

16  A.   Actually, I lived in a hotel.  I believe the law

17  in California is that you technically become a resident

18  after 30 days of living there, but I ended up ---.  To

19  try to save money from going to hotels, because that

20  gets quite expensive, I got a room in a lady's house

21  for a month in August to September --- middle of August

22  to middle of September.

23  Q.   Were you collecting during that time or ---?

24  A.   We were.  I was collecting for a couple of weeks.

25  But my girlfriend needed a lot of help, once Alex had

31

1   left us in charge to run his office for him while he

2   went on vacation to Europe.

3   Q.   And where's Alex's office?

4   A.   At that time ---.  Well, Alex has an office in

5   Woburn that we use when we're running petitions in

6   Massachusetts, but at that time he was also running an

7   office in Richmond, California.

8   Q.   So you went and worked for Arsenault, is that how

9   you got into this?

10  A.   I got into this is 2007 in the very beginning.  We

11  were petitioning to get a question on the ballot in

12  Massachusetts to end the income tax ---.

13  Q.   Okay.  You mentioned that, but I'm looking at ---.

14  My question might not have been clear.  When you really

15  started this as your career, that's what I really want

16  to know about.

17  A.   That's kind of how I started it as a career.  It's

18  something that I returned to after my insurance job had

19  ended.

20  Q.   Okay.

21  A.   So it's something that I ---.  You know, it's a

22  gig that I had, you know, between --- a recurring gig

23  that I had between 2007 to 2012.  And, you know, it

24  took up again in 2015.

25  Q.   Okay.

32

1   A.   But, you know, I had known Alex.  I believe I met

2   him in 2012.  Yeah, I met him in 2012 in November

3   and --- or was it in 2011 --- maybe '13.  Yeah,

4   actually --- yeah, it was at the end of the

5   Massachusetts drive in 2012 I met Alex.  And there was

6   a lot of --- you know, not a lot of work for

7   petitioning, because it's a seasonal job.  So at the

8   end of that season, I took up --- you know, I got hired

9   with Consumers (sic) United.

10        And in the meantime, my girlfriend, Carolyn, had

11   helped him do validity on some contracts he was doing

12   in the Boston election.  It was a Boston mayor election

13   that she worked on.  And, you know, Alex had known

14   Carol and I, you know, as petitioners and as, you know,

15   people help out in the back office.

16   Q.   Okay.  Where did you go after Rhode Island, then,

17   to collect in 2016?

18   A.   This year.  I was in ---.  We went to Connecticut.

19    Yeah.

20   Q.   And how long were you in Connecticut for?

21   A.   Again, a few weeks.

22   Q.   Who did you collect for?

23   A.   Rocky.  We were doing Rocky.

24   Q.   And was that to get on the Democratic Primary

25   ballot?

33

1   A.   Yes, that was to get on the Democratic Primary
2   ballot.  Yeah, it must have been between ---.  Yeah,
3   this period of time after Pennsylvania was between May
4   --- I'm sorry, March and April, because we started
5   beginning doing Massachusetts in the middle of May or
6   so, beginning or middle of May.
7   Q.   So you were in Connecticut for a few weeks doing
8   petition collection --- signature collection for Rock
9   De La Fuente and that was March and April?
10  A.   Yeah.  We did Rhode Island and Connecticut.
11  Q.   When you were doing the Connecticut collection,
12  did you stay in Connecticut for that period of time?
13  A.   Not always.  I did, you know, drive back and forth
14  from Massachusetts to there every now and then.  I
15  mean, it's only an hour and a half drive.
16  Q.   How much of the time were you in Connecticut
17  versus how much of the time were you back in
18  Dorchester, your house?
19  A.   Most of the time I was in Connecticut.
20  Q.   Were you staying at various hotels throughout the
21  state, one location?
22  A.   I think just one, Hampton Inn.
23  Q.   Were you collecting at various locations across
24  the state?
25  A.   You know, actually, I think I just worked

34

1    Connecticut for a couple of days, now that I think
2    about it.  We were helping them do the wrapping
3    up ---.  Yeah, because I wanted to take some time off
4    to go skiing.  I had a bunch of money from my previous
5    efforts.  And so I like to take time off in the winter.
6    Yeah.  So I worked with Rocky in Connecticut for a few
7    days.  And then after we had helped Alex file the
8    petitions and drove out to all the towns in
9    Connecticut, because that's what you got to do there.
10   Q.   You have to drive to each town and submit the
11   petition?
12   A.   Yeah.
13   Q.   Okay.
14   A.   Yeah, it's terrible.  Yeah, I had to do the same
15   thing in New Hampshire.  Every town has to have its own
16   page.  Actually, in New Hampshire, every signature has
17   its own page.
18   Q.   Really?
19   A.   Yeah.

20                  ATTORNEY ROSSI:

21                  We will concede that there were states
22   worse than Pennsylvania.
23   A.   Yeah, but they don't require you to have a
24   witness.
25   BY ATTORNEY JOEL:

35

1   Q.   So where did you go after Connecticut?

2   A.   Back to Massachusetts.  Yeah.

3   Q.   To collect signatures?

4   A.   To collect signatures, yeah.  There was an interim

5   period, I believe, where there was not much work and

6   work began in Massachusetts in May.  And May we did the

7   ballot question petitions and Carol and I did the

8   validity on all those petitions.

9   Q.   But in terms of signature collection, you

10  collected signatures for a ballot question in

11  Massachusetts?

12  A.   Yeah.  Three questions.

13  Q.   I'm sorry, two questions?

14  A.   Three of them.

15  Q.   Three of them.  And while you were doing that work

16  in Massachusetts, were you staying at your house?

17  A.   Yeah.

18  Q.   The whole time or did you ever go out to the

19  western part of the state and try to collect?

20  A.   You know, there was a couple of times where, you

21  know, we went on like day trips to the Cape.  I don't

22  think we stayed anywhere else.  I'm trying to think.  I

23  might have stayed at my dad's house once.  My dad lives

24  in North Falmouth, if you remember previously.

25  Q.   Uh-huh (yes).

36

1   A.   The entire time we were either in Dorchester or

2   --- yeah, my dad's house.  We might have stayed at a

3   friend's house.

4   Q.   How about after ---?  So that was May?

5   A.   Uh-huh (yes).

6   Q.   Back me up for a second.  And if it's different

7   for any of the states, let me know.  But maybe a more

8   generalized question to ask is, when you're out

9   collecting these signatures, are you starting first

10   thing in the morning, going until midnight or are you

11   going until 7:00 at night?  What's your normal day

12   like?

13   A.   That's a fair question.  Usually what I'll so is

14   I'll look at Google Maps.  And Google Maps is really

15   cool.  It has popular times of certain places.  Because

16   in Massachusetts, they have a law that allows for

17   signature gatherers to petition in front of

18   privately-owned supermarkets.  It's been fought in

19   numerous court cases and won, where I can, you know, go

20   to a supermarket and petition there all day.  So I'll

21   look at the busy hours on Google Maps of when the

22   stores are the busiest and form what my plan of the day

23   is going to be around that.

24   Q.   So you're looking at information such as that to,

25   I guess for lack of a better phrase, maximize your

37

1    efforts?

2    A.    Absolutely.  I get paid as many ---.  I get paid

3    by the signature, so I want to get paid as much as

4    possible.

5    Q.    Okay.  So you want to get as many signatures as

6    possible because you get paid more that way?

7    A.    Yeah.

8    Q.    Where did you go after Massachusetts ---?  Oh, I'm

9    sorry.  In Massachusetts, did you do any collection for

10   any candidates or was it just the ballot questions?

11   A.    Well, by the time they were petitioning for the

12   candidates, I had to work in the back office with Alex

13   and help him coordinate.

14   Q.    So you didn't collect any for candidates in

15   Massachusetts?

16   A.    No.

17   Q.    Okay.  Where did you go after Massachusetts?

18   A.    We worked in Massachusetts.  Let's see, yeah,

19   pretty much all of May was petitioning and validating.

20   Then we filed Massachusetts.  We had to go out to

21   Western Mass to go --- that's where this other guy, Jim

22   Fleming, is our contractor out in Western

23   Massachusetts.  We had to sort all of the petitions,

24   mail them out.  It's a lot of work to get something on

25   the ballot up there.  So, yeah, we did that.

38

1    After that was over, we did ---.  I didn't do any

2    of the petitioning, I just worked in the back room.  We

3    were doing a local effort in Revere to expand the

4    Gaming Law.  So we were working on that in the back

5    office, validating all the signatures that came.  And

6    on that campaign, we were validating ---.  Yeah, also

7    simultaneously, Alex was working in Connecticut and

8    Massachusetts and that's --- and maybe Rhode Island.  I

9    don't know, that's Alex's work, obviously.

10   Right.  What was the question?  I'm sorry.

11   Q.  The question was where did you go to collect

12   signatures, if you went to anyplace else after you

13   finished in Massachusetts with the ballot questions?

14   A.  Oh, no, I didn't after the ballot questions.  I

15   just primarily managed and coordinated petition drives

16   for Alex.

17   Q.  So you didn't go to any other states and collect

18   signatures in June or July or August or September?

19   A.  I went to other states to coordinate petitioning,

20   but didn't actually circulate myself.

21   Q.  Okay.  Let's come back to that in a second.  You

22   mentioned a couple of times validating signatures.

23   What's involved in that?

24   A.  Oh, you've got to make sure the signatures are

25   valid with a voter registration list.  So we buy a file

39

1    from the Secretary of State's Office with a list of

2    voters and we put it into a spreadsheet.  And every

3    single signature that comes in, we check against that

4    list to see if they're valid, so that we know when we

5    file the signatures that they are going to be on the

6    ballot.

7    Q.   And do you do that for all of the drives that

8    you're talking about?  In Vermont, did you do that?

9    A.   Only when it's paid ---.  Only when the proponent

10   specifically requests it.  We don't always validate.

11   Sometimes you just turn them into the town clerks and

12   then the town clerks will let us know what the validity

13   percentages are and how we're doing on that.

14   Q.   How are they done in Pennsylvania?

15   A.   I don't know.

16   Q.   Okay.  You didn't have any role in the validation

17   process ---?

18   A.   Not at all.

19   Q.   So you talked about after --- in June moving

20   forward, you went to various states to manage

21   collection drives.  Where did you go?

22   A.   We did New Hampshire.  Yeah.  That was primarily

23   my project up in New Hampshire, yeah.  After we

24   finished Massachusetts, we were getting Rocky on the

25   ballot in New Hampshire and Alex was doing the other

40

1   states.

2   Q.   And what did you do as it relates to managing

3   these signature collections ---?   What was your ---?

4   A.   Well, Alex and I helped recruit the petitioning

5   team.   You know, we told the petitioners where to

6   petition.   We printed out the paper for the

7   petitioners, made sure they had plenty of paper.   I

8   went up and bought the signatures from the petitioners

9   and organized ---.

10   Q.   What does that mean?

11   A.   I paid the petitioners for their signatures.

12   Q.   You paid the registered voters signing or the

13   people collecting signatures?

14   A.   No, no, no, no.   The petition gatherers would

15   report to me at specific times of the week, in which I

16   would pay them for their signatures that they brought

17   me.

18   Q.   Okay.   And how much were you paying per signature?

19   A.   $5 for Rocky signatures.   We did buy a small

20   amount of Gary Johnson signatures.   I guess Alex was

21   helping out some friend or something, I'm not sure what

22   the deal is.

23   Q.   Do you remember how much you were getting per

24   signature in Pennsylvania, for the work you did?

25   A.   I do not remember.   At least $8 a signature.   And

41

1   they're paying my expenses.

2   Q.   So Benezet covered the expenses, you didn't have

3   to do that?

4   A.   Yes.   I invoice Benezet my expenses, parking,

5   gasoline, rental cars, hotels.

6   Q.   And how about the ---?   Did you have to pay any of

7   the witnesses that were coming along with you or no?

8   A.   That was handled through Trent.

9   Q.   So you had no involvement with that?

10  A.   That's not true also.   We went to go ---.   Okay.

11  So we went to go turn in the signatures, it was the

12  deadline ---.

13  Q.   Which one, Cruz or Rocky?

14  A.   Rocky.

15  Q.   Okay.

16  A.   Yeah, Rocky we were working in Philadelphia.   And

17  we were going to ---.   We had collected all the

18  signatures, myself and Brian Lyra ---.

19  Q.   Do you know how many you had collected?

20  A.   I cannot give you an accurate number now.

21  Q.   Can you give me a range?

22  A.   I don't know.   I really can't, sir.

23  Q.   That's fine.   That's fine.

24  A.   I could tell you we had at least ---.   I don't

25  know, we got maybe --- probably a hundred signatures a

42

1   day for --- at least a hundred signatures a day for a

2   couple of weeks.  I mean, there were many signatures,

3   at least a thousand.  At least a thousand, not a lot

4   more.

5   Q.   And we're talking about for De La Fuente?

6   A.   For De La Fuente.

7   Q.   Okay.

8   A.   That myself and Brian Lyra personally collected.

9   And yeah, and so ---.

10  Q.   And that was with having the Pennsylvania witness

11  with you?

12  A.   The witness was with us, yes.  He followed us

13  around.  He sat down while we petitioned in the

14  corridors of the subways.  There's a strip mall inside

15  of the --- I think it's what, City Center it is, in

16  Philadelphia that we were in the corridors.  And he was

17  just sitting there.  And the end, our witness had ---.

18  He had stopped us.  He was trying to collect more money

19  than he was owed on ---.  He said that he wasn't going

20  to get the signatures notarized unless we paid him much

21  more than what the contract was for.

22  Q.   Who was that?  Who's the witness?

23  A.   Kemitt Wilson.  He extorted us and extorted the

24  campaign at the end of the drive.

25  Q.   Did you have to sign it?

43

1   A.   Yes.   Yes, he and Trent came upon an agreement and

2   we had to get them notarized.   He held us over a

3   barrel.

4   Q.   So if I understand you correctly, you had, at

5   least for De La Fuente, collected, you believe, over a

6   thousand signatures ---

7   A.   Yes.

8   Q.   --- with the Pennsylvania witness; correct?

9   A.   Yes.

10  Q.   And the affidavit was signed and it was notarized;

11  correct?

12  A.   Yes.

13  Q.   And it was turned in?

14  A.   Correct.

15  Q.   Okay.   How about with Cruz?   Can you give me any

16  sense as to how many signatures you got in Pennsylvania

17  for Cruz?

18  A.   It was less than 500.   It was very difficult.   The

19  woman, Ms. Strauss, she was --- she would not do the

20  job.   She didn't work out.   We tried to find another

21  witness and failed.

22  Q.   And by not do the job, do you mean what you

23  testified before that, you know, if somebody said

24  no, ---

25  A.   Yeah, she just ---.

44

1   Q.   --- she wouldn't give them the hard sell to try to

2   get ---?

3   A.   Not at all.   Not just not give them the hard sell,

4   she would just walk away.   Oh, okay.   She was that

5   crazy.   I don't know if she was on like prescription

6   medication or, you know, I don't know where we found

7   this lady, but she was terrible.

8   Q.   Who put you in touch with the lady?   Was it Trent?

9   A.   Trent had recruited her.

10  Q.   And you have no knowledge of whether she was on

11  prescription medication, you're just speculating?

12  A.   I'm just speculating, yeah.   I don't know.   She

13  was nuts.

14  Q.   Okay.   So you were managing in New Hampshire?

15  A.   Uh-huh (yes).

16  Q.   When you were managing in New Hampshire, were you

17  staying in New Hampshire to do that work or did you

18  commute back and forth?

19  A.   Commute back and forth.

20  Q.   Okay.   For the whole time?

21  A.   Yes.

22  Q.   All right.   Where did you go after New Hampshire

23  to manage?

24  A.   After New Hampshire wrapped up, I was

25  notified ---.   This is still ongoing in Connecticut.   I

45

1   have to ---.  Are you aware what's going on in

2   Connecticut?

3                  ATTORNEY ROSSI:

4                  Yes, I do, but I'm not testifying.

5   A.   All right.  So after Connecticut ---.  After New

6   Hampshire I was then tasked to ---.  Rocky didn't get

7   enough signatures in Massachusetts to make the ballot.

8   He didn't have enough ballot signatures.

9   BY ATTORNEY JOEL:

10  Q.   How many do you need in Massachusetts?

11  A.   10,000.

12  Q.   You need 10,000?  Okay.

13  A.   Yeah, we had 7,000 signatures in Massachusetts.

14  Q.   Okay.  And was that for the Democratic ---?

15  A.   7,000 valid signatures.

16  Q.   Was that for the Democratic Primary?

17  A.   He got on the ballot in the Democratic Primary and

18  he ran again as an Independent candidate.

19  Q.   So he needed --- so he got on it as a Democrat on

20  the Primary ---

21  A.   Uh-huh (yes).

22  Q.   --- in Massachusetts, he lost.  He then got on ---

23  or he tried to get on as an Independent in the General?

24  A.   Correct.

25  Q.   The General hasn't happened yet, but he's trying

46

1    to get on the General Election ballot for this
2    November.  He needed 10,000 signatures to do that, he
3    didn't get that many?
4    A.   Correct.
5    Q.   Okay.
6    A.   Yes.  Another person that we had a contract that
7    Alex --- or Benezet had contracted with screwed up,
8    basically.
9                   ATTORNEY JOEL:
10                  We'll take a couple minutes.  I've got to
11   respond to an e-mail.
12   SHORT BREAK TAKEN
13   BY ATTORNEY JOEL:
14   Q.   Okay.  Mr. Alexander, where else did you manage
15   collections other than New Hampshire as you move
16   forward through today in 2016?
17   A.   That was the only state where I managed the
18   collection of signatures since then.  We also did the
19   same thing in California last year.  But since New
20   Hampshire, I have not paid for any signatures on behalf
21   of Alex, but we've just been doing other work.
22   Q.   And since then, have you ---?  If I understand you
23   correctly, you haven't been out collecting any other
24   signatures?
25   A.   No.

47

1   Q.   As part of your job with Alex, do you recruit

2   signature collectors in various states wherever you're

3   working?

4   A.   We've tried.  Not frequently.  Usually our

5   recruiting is something that Alex does.  I just operate

6   Alex's business on his behalf or work in the back room,

7   you know, doing tasks that he puts me at.

8   Q.   Do you know ---?  Are you aware, given the nature

9   of your work, of any professional signature gatherers

10  who are residents of Pennsylvania?

11  A.   I know of one.

12  Q.   Okay.  Who's that?

13  A.   Darrell Bonner.

14  Q.   And does Mr. Bonner have his own business or ---?

15  A.   I don't know.

16  Q.   So you don't know if he's like an at-will

17  freelancer like you are or not?

18  A.   I would describe him as such.

19  Q.   How would you describe him?

20  A.   As a freelancer like myself.

21  Q.   Okay.  Now, did you --- before ---?  Let me just

22  get at it this way.  Going back to 2012, did you

23  collect signatures in Pennsylvania for the Ron Paul

24  campaign?

25  A.   I did.

48

1          ATTORNEY JOEL:

2                 And we'll mark that one as Defendants 1,

3     I guess.

4                 (Defendant Exhibit 1 marked for

5                 identification.)

6     BY ATTORNEY JOEL:

7     Q.   I'll show you ---.  And I'll make a copy of it,

8     you can look over.  I'll get you a copy, before you go,

9     of what's been marked as Defendant's 1.  Is that an

10    e-mail string back and forth between you and Mr. Pool?

11    A.   Yes.

12    Q.   And did you write back to Mr. Pool, yeah, Carol

13    and I rocked PA four years ago for Ron Paul.  We made a

14    bunch of cash blast in Philly, let's do this thing?

15    A.   That is me.

16    Q.   Okay.  So back in 2012 you collected signatures in

17    Pennsylvania for Ron Paul?

18    A.   Yes.

19    Q.   Did you collect for any other candidates in the

20    2012 cycle, in Pennsylvania?

21    A.   They were delegates to the Republican National

22    Convention, much as they were delegates for the

23    Republican National Convention when I circulated for

24    Mr. Cruz.

25    Q.   Did you circulate any petitions for delegates for

49

1    Mr. De La Fuente this time around in Pennsylvania or

2    was it just for Mr. De La Fuente?

3    A.   I do not recall.  I'm in the top of the ---.  I

4    don't know if they were Rocky delegates or not or if

5    they were just for Rocky's name on the ballot.  I do

6    remember that the Ted Cruz one was for each delegate.

7    And I believe the ones we did for De La Fuente in PA

8    were for just Rocky to be on the ballot.

9    Q.   Okay.  Thank you.  So back in 2012 you came to

10   Pennsylvania; correct?

11   A.   Uh-huh (yes).

12   Q.   And you collected signatures; correct?

13   A.   Yes.

14   Q.   And at least by that you made a lot of money, so

15   you must have collected a lot of signatures?

16   A.   It might have been a blowup, like, hey, this is

17   --- yeah, I didn't ---.  We did make a bunch of cash in

18   Philly.

19   Q.   And I presume that in 2012 you had a witness

20   accompanying you; correct?

21   A.   Yes, we worked with the delegates themselves.

22   Q.   And in 2012 you had to have all of your petitions

23   notarized; correct?

24   A.   Well, I worked with the delegates and they got

25   them notarized.

50

1    Q.   Okay.

2    A.   Yeah, one day I did emergency petitioning in

3    Philly.   They needed delegates there and we partnered

4    with them.

5    Q.   Have you collected signatures for any other

6    election, whether it's local, presidential, senatorial,

7    gubernatorial, whatever the case may be in

8    Pennsylvania, other than 2012 for Ron Paul and 2016 for

9    Cruz and De La Fuente?

10   A.   I don't think so.

11                ATTORNEY JOEL:

12                Mark that as Defendant's 2, please.

13   Thanks.

14                (Defendant Exhibit 2 marked for

15                identification.)

16   BY ATTORNEY JOEL:

17   Q.   I'm showing you what's been marked as Defendant's

18   2.   As part of our gathering today, you received a

19   subpoena to produce various documents, you remember

20   that?

21   A.   Yes.

22   Q.   And this is what we got in response, and I had a

23   question.   One of the things in there looks to

24   be ---.   Take as much time and look through the whole

25   thing if you want, but ---.

51

1   A.   Excuse me, this is the one I e-mailed you?

2   Q.   Uh-huh (yes).  What I'm really ---.  My questions

3   are about, it looks like there's an example of a

4   contract between you and Benezet.  If you could find

5   that, I just have a couple of questions about that.

6   A.   Yes.

7   Q.   Okay.  Do you have other contracts for other

8   campaigns, because I thought this one only went for a

9   limited time period?

10  A.   This was the contract for Vermont.

11  Q.   That's the contract for Vermont?

12  A.   Yes.  Yeah, 12/8.

13  Q.   And do you not have subsequent contracts when you

14  went to Pennsylvania to collect, for example, or Rhode

15  Island or wherever it was?

16  A.   I do not have contracts?

17  Q.   Okay.

18  A.   I do not have copies of them.

19  Q.   Did you ever have a contract or you just don't

20  have copies of them or did you not enter into a

21  contract with Benezet for that work?

22  A.   I did not ---.  I'm not sure if this contract

23  covers me or I actually ---.  Restate the question?

24  Q.   Yeah.  You just said that this was for the Vermont

25  work that you did?

52

1    A.    Yeah.    I signed this before working for Benezet in
2    Vermont.
3    Q.    Okay.  My question is, is there a similar one to
4    cover you for Pennsylvania or for Rhode Island or for
5    Massachusetts or for any of the other work that you did
6    for Benezet or not?
7    A.    I don't see any expiration date.  I guess,
8    attachment A.  Oh, yes, I see what you're saying.
9    Q.    Yeah.  It looked like there was a contract term of
10   November of '15 through January of '16.
11   A.    That's about right.
12   Q.    For Vermont?
13   A.    So that's right.
14   Q.    Okay.  So is there a subsequent contract for
15   Pennsylvania or for any other work you did for Benezet?
16   A.    No.
17   Q.    Okay.  So all the other stuff was just Trent
18   picking up the phone and saying, can you help out here,
19   can you go here, can you work for me here?
20   A.    Yeah.  Trent, he e-mailed me and said, hey, I need
21   your help in Pennsylvania, ---
22   Q.    Okay.
23   A.    --- come out and do this.
24   Q.    One of the things at issue in this case is the
25   inability of electors to sign more than one petition.

53

1   I'm not sure if you know that or not.

2   A.   Uh-huh (yes).

3   Q.   My question is, when you collected for Ron Paul in

4   2012 you were aware that you couldn't have people sign

5   multiple petitions?

6   A.   Yeah.

7   Q.   Okay.  How did you check that?  Did you just ask

8   them or what did you do?

9   A.   I asked them or I would say ---.  I don't know.

10  It was a long time ago.  I don't remember what my pitch

11  was.

12  Q.   Okay.  But regardless of that you were able to

13  collect those signatures?

14  A.   Yeah.

15  Q.   And you were able to collect signatures regardless

16  of that in 2016 for De La Fuente or Cruz?

17  A.   Yeah.  I figured that, you know, usually if the

18  person had signed that they should know what they're

19  signing, you know?

20  Q.   And whether it was for Alex or not, have you

21  recruited others to be circulators, petition gatherers?

22  A.   I have recruited my friends, ---

23  Q.   Okay.

24  A.   --- such as Brian Lyra.

25  Q.   Okay.

54

1   A.   Carol.   She's not much of a signature gatherer.

2   She kind of just, you know, helps out behind the

3   scenes.

4   Q.   Okay.   And just to make sure I'm clear, your

5   signature gathering has been only through Benezet or

6   Alex?

7   A.   Since 2015.

8   Q.   Okay.

9   A.   Yes.

10  Q.   Who did you do it for in 2012?   Was that for

11  Benezet also, for the Ron Paul campaign or ---?

12  A.   The Ron Paul campaign was managed by a gentleman

13  named Andy Jacobs, who, actually, I believe also is

14  from Pennsylvania, now that I think about it.

15  Q.   Okay.   All right.   Mr. Jacobs.

16  A.   Sorry.   Okay.   Sorry.

17  Q.   I believe you're correct and we'll ask him when we

18  speak to him later this week, but I believe you're

19  correct.

20  A.   Yes, yes.   I have been ---.

21           ATTORNEY ROSSI:

22               That's where the notice went to.

23  A.   Well, you know, they did send me a notice to South

24  Dakota.

25           ATTORNEY JOEL:

55

1          Well, that's the address we have.

2          ATTORNEY ROSSI:

3          That's not their fault and I explained

4    that to you.  We tried to give you long enough ---.

5    A.   Right, right, right.

6    BY ATTORNEY JOEL:

7    Q.   So your work in 2012 for Ron Paul was through Andy

8    Jacobs?

9    A.   Yes.

10   Q.   Okay.  And does Andy Jacobs own his own business,

11   like Benezet or what's his mode of operation?

12   A.   I don't know.

13   Q.   To the best you know.

14   A.   He's an independent contractor.

15   Q.   Okay.  Did you reach out to Andy Jacobs at all in

16   2016 to be your witness for either De La Fuente or

17   Cruz?

18   A.   From what I understood he was also petitioning for

19   Cruz in his district and was already busy with, you

20   know, collection.

21   Q.   So the answer is no, you didn't?

22   A.   I did not.

23   Q.   Okay.

24   A.   I believe Mr. Jacobs is a contractor with Benezet,

25   so --- or he is contracted with Benezet, so I generally

56

1    go to Trent for that type of help.

2    Q.   Okay.

3    A.   And he allocated me to go out to Philly.

4    Q.   Okay.  And to go to District 8 for Cruz in

5    Philadelphia for De La Fuente?

6    A.   Correct.

7    Q.   When you were doing the Cruz work, was that on

8    behalf of Benezet also?

9    A.   I believe so.

10   Q.   In 2016?

11   A.   Yes.

12   Q.   Okay.

13   A.   Yeah.  I haven't helped Cruz run for president any

14   other year.

15   Q.   I don't think he's run in any other year.

16   A.   Me.  I didn't help get on the ballot for senate.

17   Q.   Okay.

18   A.   May I break for a moment to use the bathroom?

19                    ATTORNEY JOEL:

20                    Yeah.  Go ahead.

21   A.   Be right back.

22   SHORT BREAK TAKEN

23   BY ATTORNEY JOEL:

24   Q.   If we're talking about 2016 ---?  Actually, let me

25   ask this.  2012 you talked about collecting signatures

57

1  for Ron Paul.  Did you do any other collection work

2  that year?

3  A.   Yes.

4  Q.   When and for whom?

5  A.   Oh, my.

6  Q.   And where?

7  A.   Let's see.  That was a really busy year again.

8  The end of 2011.  Yeah.  Where do you want me to start,

9  because I worked from ---?

10  Q.   Whatever that election cycle would've been.

11  A.   Okay.  So in about September of 2011 to October of

12  2011 I worked in Massachusetts while flying four

13  different ballot questions.

14  Q.   Okay.

15  A.   You know, out collecting the signatures.

16  Q.   Collecting signatures?

17  A.   Collecting signatures, yeah.  That was pretty

18  much.  I didn't do any office work.  They are ---

19  Q.   Okay.

20  A.   --- conflicts of interest.  Yeah.  I did the four

21  ballot questions in Massachusetts.  I did a petition

22  for an American Elect Party in Rhode Island in late

23  November.

24  Q.   What's the American Elect Party?

25  A.   A third political party or just another

58

1   independent.

2   Q.   And what was that?   What were you trying to get

3   them on the ballot for?

4   A.   Just for party representation.

5   Q.   Okay.   So no specific candidacy?

6   A.   Yeah.   It was a new political party, which they

7   were going to draw their own nomination, much like the

8   Democrats and Republications ---

9   Q.   Okay.

10   A.   --- were preparing.   But I don't think they ended

11   up running a candidate in most of that election ---

12   Q.   Okay.

13   A.   --- cycle.

14   Q.   Where else did you work in that election cycle?

15   A.   Then after that was finished up we did petitions

16   for after Christmas.   I went to Indiana and petitioned

17   for Ron Paul.   We certified Ron Paul on the ballot in

18   three or four congressional districts, I believe.   And

19   then we went to ---.

20   Q.   You said post Christmas.   What months were you in

21   Indiana?

22   A.   December and January.

23   Q.   So December of 2011 and January of 2012?

24   A.   Correct.

25   Q.   Okay.

59

1    A.   Correct.

2    Q.   Okay.   Where did you go after that?

3    A.   And after that we went to Pennsylvania.

4    Q.   And we talked about that.   Did you collect for

5    anybody other than Ron Paul?

6    A.   Well, actually, no, we just did Ron Paul.   Again,

7    we had a difficult time finding witnesses.   My

8    girlfriend had friends who live on the western side of

9    the state, but they're nonvoters and I tried to commit

10   some to register to vote, but they were stubborn and

11   they did not register to vote in time to be witnesses

12   for me.

13   Q.   Okay.   And that's the collection where you made

14   big money?

15   A.   Well, I didn't make really great money.   The

16   reason why it was good money is because they were

17   paying for all of our expenses.

18   Q.   Okay.

19   A.   So the problem with petitioning is you rack up a

20   bunch of expenses.   The petitioning itself was pretty

21   good.   We were paid --- I believe it was $3 a

22   signature, which was a lot more than we were getting

23   paid in Massachusetts at the time for a petition.   Each

24   signature was a dollar in Massachusetts.   But when we

25   went out of state the signatures were much more

60

1   valuable and, you know, the Paul campaign, you know, I
2   just submit my expense reports to them and they would,
3   you know, either buy my hotels or I'd submit expense
4   reports to them and the Paul campaign would reimburse
5   Andy, who would reimburse me.
6   Q.   Okay.
7   A.   It was all right.  We did okay.
8   Q.   Well, according to your e-mail you made big money?
9   A.   I did make big money.
10  Q.   Okay.  Fair enough.  Did you collect for anybody
11  else in Pennsylvania during that cycle or just Ron
12  Paul?
13  A.   Just Ron Paul.
14  Q.   Okay.  Where did you go next?
15  A.   Yeah.  After Pennsylvania we were ---.  We went to
16  South Dakota for a week to do Americans Elect.  And
17  that was a horrible experience.  And I left and worked
18  in Oregon, and stayed out in Oregon for quite a while.
19  Yeah, we were there until May.  That's right.  We were
20  there for May --- until May, and then we came back out
21  to Massachusetts.  And we did the petitioning in
22  Massachusetts, for ---.  See Massachusetts has two
23  rounds of petitioning.
24  Q.   Okay.
25  A.   In the fall they have to get 6,000 to 8,000 ballot

61

1  signatures and in the spring they've got to get 8,000

2  ballot signatures ---

3  Q.   Okay.

4  A.   --- per question.  So we did that.  When we were

5  done with that, we went to a handful of states,

6  Maryland for the Libertarian Party.  We did a brief

7  stint in West Virginia for like two days.

8  Q.   Who was that for?

9  A.   That was for the Libertarian Party and another

10  candidate.  I don't even remember who it was.  I think

11  he was running for president just in that state.  And

12  he only needed us for two or three days.

13  Q.   Okay.

14  A.   He was very high paying.  But, you know, I mean

15  like $3 a signature, which was unheard of back in those

16  days.

17  Q.   Okay.  Back to West Virginia?

18  A.   Back to Maryland.  Then we did ---.

19  Q.   This would be the second time in Maryland?

20  A.   Well, we were still ---.  We were doing West ---.

21  We left our job in Maryland for a day ---

22  Q.   Oh, okay.

23  A.   --- to go work in West Virginia.

24  Q.   Okay.  So then you went back to Maryland for the

25  Libertarian Party again?

1  A.   Yeah.   Libertarians and ---.   Yeah, I think it was

2  just Libertarian ---

3  Q.   Okay.

4  A.   --- we were doing in Maryland.   Then we left there

5  and did ---.   It was Alabama straight afterwards.   We

6  did Alabama.   In Alabama we were there for a couple

7  months.   We did Pierre Johnson, Jill Stein and Virgil

8  Goode of the Constitution Party.   We were there for a

9  couple of months.

10  Q.   And was Stein at that point showing for the Green

11  Party?

12  A.   Yes.

13  Q.   And Johnson for the Libertarians?

14  A.   Yes.   Although I believe they ran as Independent

15  candidates because they didn't have party access ---

16  Q.   Okay.

17  A.   --- in those states.

18  Q.   Where after Alabama?

19  A.   After Alabama we went home.

20  Q.   Okay.

21  A.   And I went on a job search and got my job as an

22  insurance agent.

23  Q.   Is it fair to say that you are busy --- busier

24  during presidential election years?

25  A.   Yes.

63

1   Q.   Okay.   On the off election years how much work do

2   you do?

3   A.   Well, there was ---.   2011 was a pretty scarce

4   year.

5   Q.   The 2011 election year?

6   A.   Yeah.   There wasn't much going on in petitioning.

7   Before November 2011 there was nothing.   The end

8   of ---.   After the end of 2010 and the beginning of

9   2011 I didn't work, I helped out around the house.

10  Q.   Okay.   How about in the 2010 election cycle?

11  A.   2010 election cycle?   Goodness.   Okay.

12  Q.   You know what, let's strike that, because you were

13  working in insurance then.

14      So let's go forward.   So 2011, we talked about

15  2012.   How about the 2013 election cycle?   Much work

16  then?

17  A.   There was nothing ---.   I didn't do any work in

18  those years because I was selling insurance between ---

19  Q.   Okay.

20  A.   --- 2012 ---.   And I became licensed on January

21  8th, 2013.   And I think I left the company on the same

22  date in 2015, now that I think about it.   Yeah.

23  Q.   Did you do any work in the 2014 election cycle?

24  A.   No.

25  Q.   2015 election cycle?

64

1   A.   Well, the 2015 election cycle is actually

2   still --- it's the 2015-'16 election cycle.

3   Q.   No, I'm talking about an election that would have

4   been held in 2015.

5   A.   I'm not sure if they were --- if the elections had

6   been held yet.  Like I said, May of 2015 I traveled to

7   California and I collected signatures for ballot

8   questions there and local petitions in California.

9   Q.   Okay.

10              ATTORNEY ROSSI:

11              Can you clarify?  I'm think you're asking

12  for the actual --- whatever municipal elections were in

13  2015.  Can you clarify that question for him?

14              ATTORNEY JOEL:

15              Sure.

16              ATTORNEY ROSSI:

17              Okay.

18              ATTORNEY JOEL:

19              Sure.

20  BY ATTORNEY JOEL:

21  Q.   What I'm wondering, 2016 is the presidential

22  election year.

23  A.   Right.

24  Q.   I understand that some of the work for the 2016

25  general election started at the tail end of --- your

65

1    work started at the tail end of '15, when you were in

2    Vermont, for example?

3    A.   Right.

4    Q.   Okay.

5    A.   But still there were some other petitions to be

6    collected.  I'm not sure what date if they had already

7    obtained ballot access on which election cycle it was.

8    I believe I collected signatures for a 2016 election in

9    2015.

10   Q.   Okay.  That's fine.  That's fine.  So what I'm

11   wondering is, an election that was held in November of

12   2015.  That's the election I want to talk about.  Did

13   you do any work to get people or issues or parties on

14   that ballot?

15   A.   I'm not sure.  Like I said a moment ago, I'm not

16   sure if those questions were on a ballot yet in

17   2015 ---

18   Q.   Okay.

19   A.   --- or '16 in California.  They could have been

20   local, municipal.  I did work on three different local

21   issues in Richmond, California.

22   Q.   Okay.

23   A.   I was mostly managing the petition drives.

24   Q.   November 2011 election, did you do any work

25   associated with that election, as it relates to

66

1   collecting signatures for anything?

2   A.   Yes, I worked in Ohio.

3   Q.   Okay.  For what or for whom?

4   A.   A statewide repeal of Obamacare.

5   Q.   How about the 2010 ---?  Did you get that work

6   through Benezet or through somebody else?

7   A.   I got it from Chaz Tuttle (phonetic).

8   Q.   Okay.  Who's that?

9   A.   Another contractor.

10  Q.   Okay.  Have you worked for Chaz Tuttle other than

11  that one time?

12  A.   We worked with him in Wisconsin that year in 2011,

13  with the various recalls of different state senators.

14  Q.   Okay.  Other than those two issues, did you work

15  with Chaz Tuttle on any other election ---

16  A.   No.

17  Q.   --- petition gathering signature process?

18  A.   He may have been a petitioner contractor with

19  another person I had been contractor with and working

20  in another part of the state unbeknownst to me.  But to

21  the best of my recollection, no.

22  Q.   Okay.  How about the 2010 election.  Did you do

23  any work as it geared up for the November 2010

24  election, in terms of signature gathering?

25  A.   Yes.

1    Q.    Where and for whom?

2    A.    In Massachusetts for Harold Hutchman was the

3    contractor I worked for in Massachusetts, with the

4    statewide ballot questions there ---

5    Q.    Okay.

6    A.    --- for the 2010 collection cycle.

7    Q.    Any candidates or just for ballot questions?

8    A.    I believe just ballot questions.

9    Q.    How about the election that would have taken place

10   November of 2009?  Any work in collecting signatures

11   for anything or anybody on that ballot?

12   A.    I don't remember.

13   Q.    Okay.  Did you receive any training to become a

14   signature collector?

15   A.    Hardly.

16   Q.    Hardly.  Any?

17   A.    I got a sheet on what to --- you know, talking

18   points on various projects that we were working on.

19   Q.    Was there a different talking point sheet for

20   different projects or just a generic one that could

21   cover whether it's this candidate in Pennsylvania or

22   that question in ---?

23   A.    They would give us different talking points about

24   the various ballot questions we were working on.

25   Q.    Okay.  You know, depending on what the question

68

1   was they would give us background information.  But not

2   always.  A lot of times I did the homework myself and

3   figured out what was going on and how to pitch it best.

4   Q.   Okay.  So any training on how to pitch it best or

5   just general ---?

6   A.   Trial and error.

7   Q.   You mentioned earlier you had some app, I don't

8   know if it was to get voters or who was registered or

9   what.  What's that about?

10   A.   Trent provided us with a login on iWalk 360, ---

11   Q.   Okay.

12   A.   --- that had a database of respective voters to

13   sign various petitions.

14   Q.   And is that something that is peculiar to only one

15   state or is that ---?

16   A.   We used that app in Vermont and Pennsylvania.

17   Q.   Okay.  And that identifies potential ---?

18   A.   It didn't identify.  I believe Trent or Benezet

19   had a database or I don't know maybe they got a list of

20   Republican donors.  I'm not sure where they got this

21   list from ---

22   Q.   Okay.

23   A.   --- of perspective Republican voters that would

24   sign the petitions for Ted Cruz.

25   Q.   But you were able to log onto that app somehow to

69

1   find out who they were and where they are and try to
2   hit them up for your signatures, was that the idea?
3   A.   Yes.
4   Q.   Okay.  Now, you mentioned the Cruz efforts this
5   past election and the person you were teamed with not
6   giving a hard sell.  Any reason why you didn't try to
7   give the hard sell?  It is your job to collect
8   signatures.
9   A.   I absolutely did try to get the hard sell, but,
10  you know, in a lot of cases the people had already
11  closed the door on us.  You know, she would say, okay,
12  and that's it.  That's all the other person needed, you
13  know?  You're already on their doorstep.  It's pretty
14  tough to ---.  Once they slam the door and kick you off
15  the property, you know, I've got to go try again.
16  Q.   Why didn't you talk first?
17  A.   I usually did.
18  Q.   Okay.
19  A.   I would talk and pitch the person and, --- you
20  know, and they didn't sign, you know.  Or a lot of
21  times the first sign of that they didn't want to sign,
22  they'd just walk away.  Or a lot of times we'd knock on
23  people's doors and they just weren't home and it was
24  very difficult.  There was a lot of things that, you
25  know, stopped us from doing an effective job in

70

1   Pennsylvania, unlike how were able to really do an

2   excellent job like we did in Virginia --- I'm sorry,

3   Vermont.

4   Q.   Okay.

5   A.   You know, if it was just Brian and I being able to

6   go about and get the signatures without the necessity

7   of Amy, then we would have gotten the job done, I feel.

8   Q.   So I'm going to ask you a few questions about what

9   you just said.  Do you have any ---?  Can you give me

10  any number in terms of how many doors you knocked on

11  for Ted Cruz?

12  A.   I cannot.

13  Q.   Okay.  Can you give me any number as to a

14  percentage of those doors where people just weren't

15  home?  Because you just mentioned that happened.

16  A.   I do not know.

17  Q.   Were there more people not home or more people

18  that you interacted with that you couldn't get

19  signatures?

20  A.   There was about half and half.

21  Q.   Okay.  So for the half who you interacted

22  with ---?

23  A.   We had to work around Amy's available hours as

24  well.

25  Q.   Okay.  I'll get to that.  Don't worry.  I'll give

71

1    you every chance to talk about every horror story you
2    want, don't worry.  And if I don't ask you, I'm sure
3    Mr. Rossi will.  So just focus on my question.  Okay?
4    A.   Uh-huh (yes).
5    Q.   So for the half that you interacted with, did I
6    understand you correctly that you were the primary
7    speaker?
8    A.   It was myself, and my friend, Brian, was working
9    with me.  We would take turns on the houses.
10   Q.   Okay.  And you recruited Brian, if I recall?
11   A.   Yeah.  He was another insurance agent that worked
12   with me at Consumer United, Goji.
13   Q.   Okay.  And you recruited him to be a signature
14   collector?
15   A.   Yeah.
16   Q.   And you've used him in other states?
17   A.   Yeah.  We've worked together for a while.
18   Q.   And you're certainly comfortable going up to
19   somebody's door and knocking and asking them to sign a
20   signature?
21   A.   Oh, certainly.
22   Q.   And you've done that a number of times?  Yes?
23   A.   Yes.
24   Q.   And you know the background, whether it's a
25   candidate or a question, how to try to pitch them so

72

1   they'll sign; correct?

2   A.   Correct.

3   Q.   Okay.

4   A.   I mean, you know, campaigns are much more

5   difficult.  You know, people don't want to sign.  And

6   obviously it's going to be much more difficult, you

7   know, to get a candidate that people do not like or not

8   have heard of than someone who they already support,

9   obviously.

10  Q.   Uh-huh (yes).  Meaning if somebody's a Trump

11  supporter and you go to them, they're not going to sign

12  for Cruz?

13  A.   Right.  You have to really just try to close them

14  and to sell them into signing for Cruz anyway.  Anybody

15  should be able to be on the ballot.

16  Q.   Okay.  And ---.

17  A.   But, you know, I would get to the door with Amy

18  and they'd say, oh, I'm a Trump supporter, goodbye.

19  And it made it much more difficult, where, you know,

20  the person was slamming the door in their face, you

21  know, or closing the door.  Where as if it was just me

22  working, I might have been able to sell them on the

23  idea of allowing another guy to be on the ballot.  But,

24  you know, Amy sure didn't help me at all.

25  Q.   Did Amy ever give the initial presentation when

73

1    you knocked at a door or was it you or Brian?

2    A.    It was me or Brian.

3    Q.    Did you go to any public places to try to get

4    signatures in Pennsylvania this time around or did you

5    just do door to door?

6    A.    We didn't do any public places for Ted Cruz, but

7    we did for Rocky, ---

8    Q.    Okay.

9    A.    ---in subway tunnels and such.

10   Q.    And you were more successful for Rocky, it sounds

11   like?

12   A.    There's a big ---.  You know, there's a lot more

13   Democrats in the city than there are Republicans.

14   Q.    And in the Congressional District 8, is that a

15   Republican District or a Democratic District?

16   A.    More Republican, from how I understand it.

17   Q.    And that was the district that Mr. Pool assigned

18   you to?

19   A.    Yeah.

20   Q.    Do you have any information as to why he assigned

21   you there and, for example, not a district out here in

22   the mid-state somewhere?

23   A.    You're going to have to ---

24   Q.    Oh, I will ask him.

25   A.    --- ask him that question.

74

1    Q.    I will.

2    A.    I do not recall.

3    Q.    Okay.  Fair enough.  When you travel to all these

4    locations, let's just take 2016, do you fly to them

5    when you're collecting?  Do you drive?  Do you rent a

6    car?  How do you get back and forth?

7    A.    I usually use my own transportation.  In this case

8    I used my own transportation and I rented a car.

9    Q.    Okay.  So when you went to all those states that

10   you talked about in this election cycle, 2016, you

11   would either drive your own car or you'd rent a car to

12   drive to that place?

13   A.    Most of the time I was using my own vehicle.

14   Q.    Okay.  No flying?

15   A.    No.  I didn't take any flights this year.

16   Q.    And when you're in these various states collecting

17   signatures or managing signature drives, things like

18   that,  ---

19   A.    Uh-huh (yes).

20   Q.    --- are you staying in hotels, I'm assuming?

21   A.    When I'm away from home, yes.

22   Q.    So even when you're up in New Hampshire doing

23   work, if you were staying away from home and not

24   commuting every day, you were staying in a hotel in New

25   Hampshire?

75

1   A.   Yeah.   I sometimes tried to befriend people and,
2   you know, crash at their houses, if I can.
3   Q.   Okay.
4   A.   But I prefer to stay ---.   Unless if I really know
5   the person very well, I'll prefer to stay at a hotel.
6   Q.   Okay.
7   A.   Or if I'm, you know, short on money, you know,
8   I'll stay at the hotel --- or the campaign will put me
9   up in a hotel or, you know.   In Oregon I was introduced
10  to a roommate and I lived up there with him for a few
11  months.
12  Q.   Okay.
13  A.   But generally speaking when I'm traveling I'm
14  either --- you know, I'm staying in hotels for the most
15  part.   It's the very expense of doing this type of
16  business, living on the road.
17  Q.   Okay.   Your work with Alex, has his business ever
18  collected signatures in the Commonwealth of
19  Pennsylvania, that you're aware of?
20  A.   No, I don't think so.
21  Q.   So your work in Pennsylvania has only been through
22  Benezet?
23  A.   And Andy Jacobs.
24  Q.   And Andy Jacobs.   Sorry, I forgot about him.
25  Thank you.

76

1  A.   Yeah.   Other than those two people, I've not

2  worked in Pennsylvania.

3  Q.   Okay.   Were you part of any signature collection

4  efforts for a ballot question that's going on --- out

5  now?   It's going on at Pittsburgh this year, for

6  OpenPittsburgh?

7  A.   No.

8             ATTORNEY JOEL:

9             Can we take two minutes?   I'm think I'm

10 just about done.

11 SHORT BREAK TAKEN

12            ATTORNEY JOEL:

13            I believe I'm done, pending any follow-up

14 to you.

15 EXAMINATION

16 BY ATTORNEY ROSSI:

17 Q.   Mr. Alexander, beyond Andy Jacobs, do you know

18 anybody in Pennsylvania well enough to ask them to be a

19 witness?

20 A.   No.

21 Q.   Okay.

22 A.   Actually, I do.   I have a friend who lives like 45

23 miles --- 45 minutes east of Harrisburg.   Actually I

24 did try to recruit her and her friends, and asked her

25 if she had any friends that could witness for us.   And

77

1   she was not registered to vote nor did she express any

2   interest in registering to vote.  I told her that we

3   could pay her, the money was lucrative and she still

4   didn't have any time for us.

5   Q.   Okay.

6   A.   She was busy with her own career.

7   Q.   Sure.  When you arrived in Pennsylvania ---?

8   Let's take the Cruz campaign signatures first.

9   A.   Uh-huh (yes).

10  Q.   Am I correct that the 8th District of Pennsylvania

11  is the western district of Pennsylvania?

12  A.   What's that?

13  Q.   Am I correct that the 8th District of Pennsylvania

14  is in the western district of Pennsylvania?

15  A.   No.  It's in the eastern part of Pennsylvania.

16  Q.   Oh, I'm sorry.

17  A.   Yeah.

18  Q.   Okay.

19  A.   We stayed in Willistown I believe it was.

20  Q.   Oh, okay.

21  A.   Yeah.  New Hope, PA.  Yeah, it was right around

22  the area we were at.  We stayed for a few days.

23  Q.   So you were in the eastern part of the state,

24  then, for the entire time in Pennsylvania?

25  A.   Uh-huh (yes).

78

1   Q.   Okay.

2   A.   Honestly I don't remember the district number off

3   the top of my head.

4   Q.   Well, you testified you were circulating for Cruz

5   in the 8th Congressional District in ---.

6   A.   It was in ---.  I do not know which --- what the

7   numbered district was.  It was the same district as

8   Feasterville.

9   Q.   Okay.  Well you testified today, am I not correct,

10  that Ted Cruz was the 8th Congressional District?

11  A.   Was it?  I do not ---.  Can you show me a district

12  map?

13  Q.   No.  I don't have a district map.  I was going off

14  your testimony.

15  A.   I believe it was the 8th.  I'm not sure.

16  Q.   Okay.  Yeah.  You testified New Hope, District 8,

17  for Cruz.

18  A.   Okay.  Yes, that is the eastern part of the state.

19  Q.   All right.  So you didn't have any witnesses?  You

20  didn't have any personal contacts to actually ask

21  somebody to witness with you?

22  A.   No.

23  Q.   At any time while you were in Pennsylvania, were

24  you not --- was there any period of time you were not

25  able to circulate petitions for lack of a witness?

79

1    A.    During the off hours of our witnesses.  Our

2    witnesses had other things that they had to do.  Amy,

3    she had --- I forget what it was.  But, yes, I had to

4    go around the personal schedules of the witnesses that

5    we worked with and their abilities.

6    Q.    When you do have a witness, ---

7    A.    Yes.

8    Q.    --- what is the process of hooking up with them,

9    for lack of better terminology?

10   A.    Call them up and say, hey, we're going to be here

11   at such and such time.

12   Q.    Are they always there on time?

13   A.    For the most part.

14   Q.    Okay.  But there are situations where they are not

15   there on time, you have to wait for them?

16   A.    I'm trying to remember.  I do not recall.

17   Q.    Do you personally know of any people who are

18   authorized to do notaries in Pennsylvania?  Do you know

19   of anyone personally?

20   A.    I have no personal contacts with notaries.

21   Q.    How do you find a notary public in Pennsylvania?

22   When you got your signatures and you're ready to have

23   them notarized, how do you go about finding a notary?

24   A.    Most banks have notaries.  I have a Citizen's Bank

25   account in Pennsylvania --- well, out of Massachusetts

80

1   but they are in Pennsylvania.  Only a small handful of

2   them actually have notaries.  So I'd, you know, call up

3   the banks and see if they could, you know, access a

4   notary.

5   Q.   Okay.

6   A.   Well, some of them when we brought a larger amount

7   of signatures and stuff --- they could only notarize

8   bank documents.  Some of the banks have their own

9   policies about the notarization of the signatures

10  versus bank documents.

11  Q.   When you actually do find a notary and you

12  notarize the petitions, who pays for the notary fee?

13  A.   I would assume Benezet ---

14  Q.   Okay.

15  A.   --- or the candidate.

16  Q.   But at the point of sale, do you ---?

17  A.   Yeah, I would have to pay for it.

18  Q.   And then you get reimbursed for the notaries?

19  A.   Correct.

20  Q.   So when you --- in Pennsylvania you can't execute

21  the affidavit; correct?

22  A.   No.

23  Q.   Okay.

24  A.   No, it has to be ---.

25  Q.   Who is the person that executes the affidavit?

81

1   A.   The witness.

2   Q.   And the witness has to be available to go to the

3   notary?  In addition to his or her normal tasks of

4   witnessing the petitions, ---

5   A.   Uh-huh (yes).

6   Q.   --- they have to then also go with you to the

7   notary that you find who is open and available?

8   A.   Correct.

9   Q.   Okay.  So once the notaries ---?  Once you no

10  longer have a notary available for that day, what do

11  you do?  Are you able to go out and get more signatures

12  or ---?

13  A.   No.

14  Q.   Is there a situation ---?  Have you ever had a

15  situation where you want out and got signatures after

16  the closing hours for notaries and were not able to

17  notarize them on the subsequent day?

18  A.   When we did the ---.  Yeah.  With Amy we had to

19  wait until the next day to notarize the signatures.

20  With Kemitt we held all the signatures until the end.

21  Q.   Kemitt.  Who is Kemitt?

22  A.   The witness in Philadelphia.

23  Q.   Okay.  And Kemitt is the one that ---.  So let's

24  go down to the --- Kemitt witnessed for you in

25  Philadelphia for ---

82

1    A.    Uh-huh (yes).

2    Q.    --- Rocky De La Fuente?

3    A.    Correct.

4    Q.    And did you say he was 70 years old?

5    A.    Yes.

6    Q.    And you were essentially getting signatures for

7    Rocky in subway tunnels?

8    A.    For the majority of the signatures, yeah.

9    Q.    Is that because of the inclement weather?

10   A.    Yes.  It was very cool that weekend.

11   Q.    Yeah.  I believe it probably was.

12   A.    It was extremely cold.

13   Q.    So most people would be using the subway tunnels,

14   so that's where ---?

15   A.    There was a mall underneath ---

16   Q.    Yeah.

17   A.    --- the city center.

18   Q.    Yeah.  And Kemitt would sit and just watch?

19   A.    Yes, he would sit and watch, while Brian and I

20   stood and collected the signatures.  He would watch the

21   both of us.

22   Q.    Were you able to move around in that situation?

23   A.    No, not really.  You had to be within ---.  You

24   know, to satisfy the witness requirement, I mean, we

25   couldn't walk away from Kemitt.  If he went to --- you

83

1  know, say go to the bathroom or something, you know, I

2  couldn't bring my petitions with me and petition, not

3  without Kemitt, the witness.

4  Q.   So were there situations where he had to go to the

5  bathroom and you had to stop petitioning?

6  A.   Absolutely.

7  Q.   Okay.

8  A.   Many times.  He was an old man.

9  Q.   Right.  So are there situations where you like to

10 be mobile and go with the crowd and ---?

11 A.   Absolutely.  Absolutely.  And Kemitt stopped my

12 ability to do that.

13 Q.   Okay.

14 A.   There were many situations, you know ---.  One day

15 we got one of our biggest days where we got lots of

16 signatures.  We petitioned for about 11 hours and we

17 got hundreds of signatures that day.  And the next day

18 Kemitt couldn't --- you know, he couldn't stand up all

19 day.  You know, he's an old guy.  He had to take a lot

20 of breaks and sit down.  And, you know ---.  Right.

21 Q.   Okay.  Do you know people in the Philadelphia area

22 that would be willing to be witnesses if you reached

23 out?

24 A.   No, not at all.

25 Q.   Okay.

84

1   A.   We tried.

2   Q.   Rocky didn't have any formal campaign structure in

3   Pennsylvania, did he?

4   A.   No.

5   Q.   Was there an office that you could call, you

6   know, ---

7   A.   No.

8   Q.   --- in Philadelphia?

9   A.   No.

10   Q.   Did Cruz have an office in Pennsylvania that you

11   could call, that you were aware of?

12   A.   Not that I was aware of, no.

13   Q.   Now this Kemitt guy, your witness in

14   Philadelphia, ---

15   A.   Uh-huh (yes).

16   Q.   --- you testified that when it came time to

17   notarize, he initially refused?

18   A.   Yeah.

19   Q.   And how was that issue resolved?

20   BRIEF INTERRUPTION

21          ATTORNEY JOEL:

22          Sorry.  Can we go off the record?  It's

23   the next witness.  I should take his call.  Forgive me.

24   OFF RECORD DISCUSSION

85

1               ATTORNEY ROSSI:

2               Could you read back my last question?  I

3  apologize.  Are you able to do that?  I just want to

4  get my train of thought.

5  COURT REPORTER READS BACK LAST QUESTION

6  BY ATTORNEY ROSSI:

7  Q.   When Kemitt initially refused ---.  And he said

8  that directly to you?

9  A.   Yeah.  He said it.  He said it directly to me and

10  Brian.  You know, we're trying to get him to sign the

11  notarized --- to go to the notary and he would not.  He

12  would not.  You know, he requested ---.  You know, his

13  version of how much money he was owed greatly differed

14  from what our tabulations were of what he worked and

15  what --- you know, the hours that we reported.

16  Q.   That situation was resolved, not by you but by

17  others?

18  A.   By Trent.

19  Q.   Okay.  So ---

20  A.   Yeah.

21  Q.   --- are you aware of what the resolution was?

22  A.   Not entirely.

23  Q.   So Kemitt did report to you that, I got my money

24  or ---?

25  A.   No.  I was talking to Kemitt on the phone.  We

86

1    were going to meet him to pick him up to go take him to
2    the notary to go get the signatures notarized.  And
3    that's when he was like, I'm not going to go get the
4    petitions notarized unless, you know, I have more
5    money, unless like, you know, what I ---.  He felt that
6    he was owed a lot more money than what was previously
7    agreed on.
8    Q.  Did he explain to you ---?  Did he tell you why he
9    thought he was owed more money?
10   A.  No.  I don't recall.  No.  He just kind of held us
11   over a barrel.
12   Q.  Okay.
13   A.  You know, he refused to get it notarized without
14   more money.
15   Q.  Now when you say work with Brian Lyra ---?
16   A.  Lyra (corrects pronunciation).
17   Q.  Lyra (changes pronunciation), sorry.  You're not
18   working --- you're not like going door to door with
19   him, you're working --- one goes --- you're
20   alternating ---?
21   A.  Well, we ---.
22   Q.  Well, let me ask you this.  What is the process
23   when you're working with somebody who isn't a witness
24   and then just another professional circulator?
25   A.  Well, since we have to work with the witness, we

87

1    would split up.  And we only had ---.

2    Q.   Well, let's go outside Pennsylvania.  Did you ever

3    work with somebody, ---

4    A.   Yeah.

5    Q.   --- another professional circulator, ---

6    A.   Uh-huh (yes).

7    Q.   --- outside of Pennsylvania?

8    A.   Oh, absolutely.

9    Q.   And do you ---?  How do you work that?  Do you

10   just ---?

11   A.   Well, in, for example, Massachusetts we'll work

12   together and we'll go out in front of a grocery store.

13   He'll work one door, I'll work the other door.  And

14   we'll ---.

15   Q.   So you expand the geography, ---

16   A.   Yeah.

17   Q.   --- working with a friend?

18   A.   Yeah.  We're able to, you know, go and work at

19   different satellite locations or, you know, both him

20   and I will just, you know, walk around with a clipboard

21   and just, you know, walk up to random strangers.  And,

22   you know, we're very effective.

23   Q.   And in that circumstances you don't have to stay

24   in eye contact with the party you're working with?

25   A.   No.  Nope.

88

1   Q.   So you can go half a mile away, you can roam?

2   A.   Yeah.   Sometimes we use walkie-talkies.

3   Q.   Oh, do you really?

4   A.   Yeah.

5   Q.   I didn't know they still had those.  All right.

6   Fair enough.

7   A.   Well, we use them for, you know, skiing.  So, you

8   know, they're very handy in the professional field as

9   well.

10  Q.   Okay.  All right.  Now are there situations where

11  voters want to sign more than one paper?

12  A.   Oh, absolutely.  Yeah, there is.

13  Q.   How does that come about?  Like if somebody's

14  committed to a candidate, why would they sign --- why

15  would they ---?

16  A.   Well, because competition ---.

17                  ATTORNEY JOEL:

18                  Objection.  I'd just object to the form.

19  I don't know how he could know what somebody's

20  intention is in signing.

21                  ATTORNEY ROSSI:

22                  That's a valid objection.  It's okay.

23  BY ATTORNEY ROSSI:

24  Q.   In your experience people were willing to sign

25  more than one election candidate?

89

1  A.   I've petition for multiple candidates before and

2  they've signed different candidates.

3  Q.   So is it the normal practice outside Pennsylvania,

4  in your experience, to circulate more than one petition

5  at a time?

6  A.   Yeah.  I mean, we worked in Alabama in 2012.  We

7  were petitioning for Johnson, Stein and Goode.

8  Q.   Uh-huh (yes).

9  A.   And, you know, most people signed all three,

10 because they thought that ---.  Most of the people that

11 signed the petition had expressed that they felt that

12 we needed to have more choices.

13 Q.   Have you worked for ---?  In Pennsylvania, in

14 2016, have you worked for any of the minor party

15 candidates in Pennsylvania in the 2016 election cycle?

16 A.   Rocky ran as a Democrat when I helped him get on

17 the ballot in Pennsylvania and Cruz was a Republican.

18 Q.   So you did not circulate nominating papers in

19 Pennsylvania this election cycle?  Let me clarify,

20 nomination, nominee petitions are for Republicans and

21 Democrats running ---

22 A.   Okay.

23 Q.   --- in the spring.  Nominating papers are for

24 everyone else to get on the general election ballot.

25 A.   Like Gary Johnson from ---.

90

1   Q.   Right.  Did you circulate any nominating papers

2   in ---?

3   A.   No.

4   Q.   When you were circulating petitions in 2016 in

5   Pennsylvania, for either Cruz or Rocky, did any voters

6   ask to --- to sign for more than one candidate?

7   A.   Yeah.  A lot of the people wanted to sign

8   petitions for Bernie and Clinton.

9   Q.   Okay.

10   A.   They said, why do you only have Rocky?  I said,

11   well, I think anyone deserves to be on the ballot.

12   This is America.

13   Q.   Yeah.  Going to the 2012 Ron Paul campaign, you

14   said you actually ---.  Back to 2012.

15   A.   Correct.

16   Q.   Okay.  You circulated nominating petitions for Ron

17   Paul in Pennsylvania?

18   A.   Uh-huh (yes).

19   Q.   Okay.  Correct?

20   A.   Correct.

21   Q.   And your witnesses were the delegates themselves?

22   A.   Yes.

23   Q.   Okay.  Did you find the delegates motivated to

24   help out in getting signatures?

25   A.   Yeah.

91

1   Q.   Did they cause any problems in that circumstance?

2   A.   No.

3   Q.   Okay.

4   A.   It was a very different experience in 2012.

5   Q.   Now, you said --- you mentioned that you know one

6   in Pennsylvania other than Andy Jacobs?

7   A.   Uh-huh (yes).

8   Q.   That you know of a man by the name of Darrell

9   Bonner?

10   A.   Yes.

11   Q.   And he is a resident of Pennsylvania, is he?

12   A.   I believe so.

13   Q.   What experience have you had with his efforts?

14   A.   Shoddy workmanship.  I've seen him on various

15   occasions hire --- you know, have people circulate

16   petitions who produced less than genuine work, bad

17   validity.  I've heard he's got very bad validity

18   before.  I wouldn't want to work with him because of

19   that.

20   Q.   In your experience has your validity rate been

21   pretty high?

22   A.   Yeah.  Very high.

23   Q.   What's considered a high validity rate in this

24   state?

25   A.   About 80, 90 percent.

92

1   Q.   Ninety (90) percent?

2   A.   Yeah.  On some cases.  I mean, you know, it

3   depends on if you work --- if you collect signatures

4   inside the Post Office or, you know, where voters tend

5   to go.  We tend to have better signature validation

6   rates than say just the subway or, you know, just a

7   large crowd, you know, or an event or something.

8   Q.   All right.

9   A.   Or the DMV is also a great place to petition.  A

10  lot of people register to vote after they get their

11  cars registered or whatever.

12  Q.   Is it your experience that you're able to get more

13  signatures in states without a witness requirement ---

14  A.   Absolutely.

15  Q.   --- in Pennsylvania?

16  A.   Well, I have the freedom to work whenever I want.

17  Q.   Okay.  And how late do you usually work?

18  A.   I have worked as late as 4:00 in the morning?

19  Q.   How do you do that?

20  A.   There was one case where we were petitioning for

21  marijuana legalization.  And I set up a table outside

22  of a liquor store in Boston, and a very busy corner in

23  Boston.  There's a lot of club scene around there and

24  they were out there late in the morning.  And, you

25  know, they signed in droves.

93

1   Q.   Okay.  That was good.  That's very clever.

2   A.   Well, you know, I mean, that's the market.  That's

3   what you've got to do.  The name of the game is to get

4   the signatures, to get whatever it is you're trying to

5   get on the ballot.  And I'll, you know, do whatever is

6   necessary.  They pay me to get the job done and that's

7   what I do.

8   Q.   Now, Mr. Joel touched on training.  You see

9   yourself as a professional?

10  A.   Yeah.

11  Q.   Based on your experience, you're able to ---.  Is

12  there an art in getting a signature?

13  A.   Yeah, it's just like selling.

14  Q.   Okay.

15  A.   It's just like, you know, the art of the sale;

16  right?

17  Q.   And how did you learn how to do that?  Just, I

18  mean ---.

19  A.   You know ---.

20  Q.   Instinct?

21  A.   Yeah, I guess.  I don't know.  I've just been very

22  passionate about political things, and, you know, aware

23  of the news and such.  And, you know, always had a deep

24  passion for, you know, liberty.  And so, you know, I

25  find it very easy to talk on matters of liberty.

94

1   Q.   Okay.   But over time you ---?

2   A.   Oh, well, yeah.

3   Q.   Over time do you feel that you've gotten better at

4   this?

5   A.   Oh, a lot.   Hell, you sharpen your skills, you

6   know?   After, you know, you go around the circuit a

7   little bit you find out what works and what doesn't.

8   And, you know, you're getting paid by the signature,

9   you want to do the most --- work the most efficient way

10  possible.

11  Q.   Is there an impact ---?   How are witnesses paid in

12  Pennsylvania?   Let's go back to Pennsylvania.   Based on

13  your knowledge, how are witnesses paid for their job?

14  A.   By the hour.

15  Q.   So they don't get any more money for you

16  collecting lots more signatures?

17  A.   Nope.

18  Q.   Do they show an interest in helping you get

19  signatures?

20  A.   Not really.

21  Q.   Okay.

22  A.   I mean, you know, it's just ---.   Well, Ms.

23  Strauss, she did not.   She wasn't very motivated at

24  all.   I would say Kemitt was a little bit more

25  motivated than Amy, but ---.

95

1    Q.    How so?

2    A.    Kemitt didn't immediately turn away if somebody,

3    --- you know, the least sign of no.  But it was more of

4    in a public place, you know, where we petitioned where

5    there was a lot more people around, rather than just

6    going around door to door.

7    Q.    Did Kemitt actively talk to voters to get them to

8    sign for you?  You said he sat down?

9    A.    Yeah.  For the most part he ---

10   Q.    Okay.

11   A.    --- it was Brian and I doing all the work.

12   Q.    So he didn't --- he didn't funnel people to

13   you ---

14   A.    Not at all.

15   Q.    --- like in sort of an airport landing people ---

16   A.    No, no.

17   Q.    --- people running into you?

18   A.    No, not at all.

19   Q.    Do any witnesses do that, act in that capacity?

20   A.    No.

21   Q.    They just stand there and watch; is that correct?

22   A.    Correct.

23   Q.    Okay.  In a best case scenario?

24   A.    In a best case scenario.  You know, I mean, they

25   should be helping me get tons of signatures, you know?

96

1    Some extra help getting the required signatures would
2    have been great.
3    Q.   But in your experience that does not happen?
4              ATTORNEY JOEL:
5              Objection.
6              ATTORNEY ROSSI:
7              Well, I'm asking for his experience.
8    BY ATTORNEY ROSSI:
9    Q.   In your experience does that happen?
10             ATTORNEY JOEL:
11             Same objection.
12             ATTORNEY ROSSI:
13             You can answer the question.
14   A.   Hardly ever.
15   BY ATTORNEY ROSSI:
16   Q.   And going back to that e-mail about the big
17   payday, what did you consider a big payday at that
18   time?
19   A.   Yeah.  I've done a lot better since then.  I
20   remember one day in Pennsylvania I made $300.  That was
21   my best day.  I got a hundred signatures that day at $3
22   a signature.  It was tough, it was in winter.
23   Q.   Yeah.
24   A.   I've since honed my technique a lot more since
25   then.

1   Q.   Did Cruz get on the ballot, to your knowledge?

2   Did Cruz make it onto the ballot in the 8th

3   Congressional District?

4   A.   Not in the district that I got pulled out of, no.

5   That was the District that he was in, in Feasterville

6   and Doylestown.

7   Q.   Okay.   All right.   Do you know ---?   With respect

8   to the Cruz petition, you don't know what validity rate

9   you had?

10   A.   I have no clue.

11   Q.   To your knowledge, did they even bother to file

12   those petitions?

13   A.   I don't think so.   I don't know.

14                ATTORNEY ROSSI:

15                Okay.   I'm done.   Thank you.

16                ATTORNEY JOEL:

17                Yeah.

18   RE-EXAMINATION

19   BY ATTORNEY JOEL:

20   Q.   Yeah.   Are you aware that there's some 80,000

21   notaries in the Commonwealth of Pennsylvania?

22   A.   No.

23   Q.   Okay.   You said that you had a very different

24   experience in 2012 as opposed to 2016 in Pennsylvania?

25   A.   Uh-huh (yes).

98

1    Q.    Yes?

2    A.    Yes.

3    Q.    Okay.

4    A.    With the witnesses, anyway.

5    Q.    Right.  And your ability to get signatures and get

6    them notarized and get them filed, all that stuff?

7    A.    Well, in 2012 we were petitioning for the

8    delegates to be on the ballot to go to the Republican

9    National Convention and they were very motivated to go

10   to the convention.

11   Q.    Okay.  And those were the delegates for ---

12   A.    Ron Paul.

13   Q.    --- Ron Paul?

14   A.    Uh-huh (yes).

15   Q.    And that was work that you got through Andy

16   Jacobs?

17   A.    Correct.

18   Q.    And that was a better experience.  You got more

19   signatures, you didn't have the issues ---?

20   A.    It was a better experience because the witnesses

21   were more motivated ---

22   Q.    Okay.

23   A.    --- to do the job.  And it was the first time

24   where I'd been on the road where I got my expenses

25   compensated.  So I, you know, recall that being very

99

1   positive.  And, you know, I had more money in my bank

2   account at the end of that drive, because I hadn't had

3   to spend it on hotels and such.

4   Q.   And getting back to where I was going, it was a

5   better experience, you got more signatures; correct?

6   A.   I don't know.

7   Q.   Okay.  But that was a better experience in terms

8   of gathering signatures than it was this year; correct?

9   Is that what I understood you to mean?

10  A.   Yeah.

11  Q.   And in 2012 you worked through Andy Jacobs ---

12  A.   Yes.

13  Q.   --- to get that work.  And this time around you

14  worked through Benezet?

15  A.   Correct.

16  Q.   Okay.  Now, you mentioned the person who was

17  witnessing you for Mr. De La Fuente.  I think you used

18  at one point the word extortion.  Did you call the cops

19  on him?

20  A.   No.

21  Q.   Did you call the DA ---

22  A.   No.

23  Q.   --- to have him arrested for extortion, anything

24  like that?

25  A.   No.

100

1   Q.   Did you call the Office of Attorney General?

2   A.   No.

3   Q.   Okay.

4   A.   I mean, other than this proceeding here.

5   Q.   Right.  But you didn't ---?  When Kemitt --- is

6   that his name?

7   A.   Yes.

8   Q.   When, according to you he extorted you, you didn't

9   report him to the police?

10  A.   He extorted the campaign.  I think it was between

11  Trent and Mr. Kemitt (sic).

12  Q.   Okay.  The deal to engage Mr. Kemitt (sic) to be a

13  witness, that was between him and Benezet?

14  A.   Correct.

15  Q.   So you don't know what the particulars were of

16  their deal, how much he was supposed to be paid per

17  hour, per signature, per day, anything like that?

18  A.   Correct.

19  Q.   That was a deal between Benezet and Mr. Wilson?

20  A.   Correct.

21  Q.   And was he being paid directly by Benezet?

22  A.   I do not know the details.

23  Q.   You weren't going to front him the money?

24  A.   What's that?

25  Q.   You weren't fronting him the money?

1   A.   I was not.

2   Q.   Okay.

3   A.   It wasn't my money, no.

4   Q.   Now, you said something about that there was a

5   disagreement as to the version of what he thought he

6   should have been paid versus the hours that you had

7   been working?  That was about what you said.  So I'm

8   curious what the dispute was, if you know?  What his

9   position was, what Benezet's position was.

10   A.   Kemitt said that ---.  Like we had gone over to

11   his house and had some coffee with him.  And we drove

12   to the different areas of petition.  That took time.

13   He claimed that he should be compensated for the hours

14   that we spent with him at his house drinking coffee

15   and, you know, getting to know him.

16   Q.   Okay.  So that was his position and ---?

17   A.   And our position was that he should be paid for

18   the work that we did.

19   Q.   So the time actually in the subway platform, for

20   example?

21   A.   Correct.

22   Q.   And you don't know what the contract was between

23   Benezet and Mr. Wilson?

24   A.   I do not.

25   Q.   Okay.  Oh, you said that Mr. Wilson and I'm

102

1   assuming the woman who helped you on Cruz, it's your

2   understanding they were --- Strauss, that they were

3   being paid by hour --- hourly?

4   A.   Yes.

5   Q.   Do you know that for a fact or is that just your

6   supposition?

7   A.   I believe that's that what ---.   Yeah.   Because

8   Trent asked me to let him know how many hours they

9   worked.

10  Q.   Okay.

11  A.   So I would assume that's how they were getting

12  paid.

13  Q.   But that deal between the witness and Benezet, for

14  whatever they were going to get paid for witnessing,

15  was between the witness and Benezet?

16  A.   Correct.   It wasn't until the last day that Kemitt

17  decided that, you know, he wasn't going to go to the

18  notary.

19  Q.   Okay.

20  A.   You know, and from how I understand it, he

21  demanded an extra $500.

22  Q.   And he took that up with Mr. Pool, I'm assuming?

23  Q.   Yes.

24  Q.   And they resolved it somehow?

25  A.   Yes.

1    Q.    Because he did sign your petitions?

2    A.    He did.

3    Q.    And he did sign it before a notary?

4    A.    He did.

5    Q.    Okay.  And the agreement that was struck on how

6    they were to be paid and the basis for that payment was

7    a deal between Benezet and those individuals?

8    A.    Yes, I would assume so.

9              ATTORNEY JOEL:

10             That's all I have.  Oh, you know, I'm

11   sorry.

12             ATTORNEY ROSSI:

13             No, you said that's all you had.

14   BY ATTORNEY JOEL:

15   Q.    Is it your understanding that Senator Cruz did

16   make the ballot for the Republican Primary?

17   A.    I don't think he made it on the ballot in the

18   district that I was assigned to.

19   Q.    That wasn't my question.  Did he make it on the

20   ballot in the Republican Primary for the Commonwealth

21   of Pennsylvania?

22   A.    I do not ---.  I don't think it's ---.  It was

23   Cruz plus his delegates in that district.  So Cruz may

24   have made it on the ballot in Pennsylvania, but I don't

25   believe the delegates that we were petitioning for made

104

1    it on the ballot.

2    Q.   How about Rocky, did he make it?

3    A.   I believe he did.  Yes, he did.

4    Q.   Okay.  And when you were petitioning in the

5    congressional 8th District, were you petitioning for

6    Cruz ---

7    A.   Yes.

8    Q.   --- or for his delegates?

9    A.   Both.

10   Q.   Both?

11   A.   Yes.

12   Q.   And did you have different success rates on Cruz

13   versus the delegates?

14   A.   Yeah.  Whichever petition was the first got the

15   most signatures.  Like we had three different

16   petitions.  So they would sign one petition and then

17   they'd flip the page and sign another petition, then

18   flip the page and sign another petition.  But some

19   people said they didn't have the time to sign all the

20   petitions, so they only signed two of the three.

21   Q.   Okay.

22   A.   You know, so whoever was on top got more

23   signatures.

24   Q.   Do you know if that was Senator Cruz?

25   A.   I think it might have been one of the delegates,

105

1    actually.

2                    ATTORNEY JOEL:

3                    Okay.  That's it.  Thanks.

4    A.    Thank you.

5                    * * * * * * * *

6              DEPOSITION CONCLUDED AT 1:00 P.M.

7                    * * * * * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

106

1    COMMONWEALTH OF PENNSYLVANIA   )

2    COUNTY OF BEDFORD              )

3                    CERTIFICATE

4         I, Bernadette M. Black, a Notary Public in

5    and for the Commonwealth of Pennsylvania, do hereby

6    certify:

7         That the foregoing proceedings, deposition of

8    Michael Alexander was reported by me on 9/26/16 and

9    that I, Bernadette M. Black, read this transcript, and

10   that I attest that this transcript is a true and

11   accurate record of the proceeding.

12        That the witness was first duly sworn to

13   testify to the truth, the whole truth, and nothing but

14   the truth and that the foregoing deposition was taken

15   at the time and place stated herein.

16        I further certify that I am not a relative,

17   employee or attorney of any of the parties, nor a

18   relative or employee of counsel, and that I am in no

19   way interested directly or indirectly in this action.

20

21   **COMMONWEALTH OF PENNSYLVANIA**                *Bernadette M. Black*
          Notarial Seal
22   Bernadette M. Black, Notary Public
         Everett Boro, Bedford County
23   My Commission Expires Jan. 17, 2017
     MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES     Bernadette M. Black,

24                                           Court Reporter

25

**A**

**abilities**
25:22 79:5
**ability** 9:24
83:12 98:5
**able** 9:10
25:6,9
53:12,15
68:25 70:1
70:5 72:15
72:22
78:25
81:11,16
82:22 85:3
87:18
92:12
93:11
**absolutely**
37:2 69:9
83:6,11,11
87:8 88:12
92:14
**access** 18:13
62:15 65:7
80:3
**accompan...**
49:20
**account**
79:25 99:2
**accurate**
41:20
106:11
**act** 95:19
**action**
106:19
**actively**
95:7
**actual** 64:12
**addition**
81:3
**additional**
20:21
**address**
10:18 12:1
12:8,9,9
12:12 55:1
**addressed**
12:14
**ads** 26:12
**affidavit**

43:10
80:21,25
**agency** 1:25
11:14
**agent** 11:1,5
11:12
62:22
71:11
**ago** 48:13
53:10
65:15
**agreed** 86:7
**agreement**
43:1 103:5
**ahead** 56:20
**airport**
95:15
**Alabama** 62:5
62:6,6,18
62:19 89:6
**Alex** 13:17
17:7 19:11
27:18
28:11
30:25 31:4
32:1,5,13
34:7 37:12
38:7,16
39:25 40:4
40:20 46:7
46:21 47:1
47:5 53:20
54:6 75:17
**Alexander**
1:17 2:4
4:3 7:3,8
10:17
46:14
76:17
106:8
**Alex's** 31:3
38:9 47:6
**allocated**
56:3
**allowing**
72:23
**allows** 36:16
**alternating**
86:20
**America**

90:12
**American**
57:22,24
**Americans**
60:16
**amount** 40:20
80:6
**Amy** 24:8
26:7 70:7
72:17,24
72:25 79:2
81:18
94:25
**Amy's** 70:23
**Andrew** 10:17
**Andy** 54:13
55:7,10,15
60:5 75:23
75:24
76:17 91:6
98:15
99:11
**annual** 29:7
**answer** 8:12
8:19,19
9:22 10:2
10:14
55:21
96:13
**answering**
9:23
**answers** 7:21
**ANTHONY** 3:3
**anybody**
25:24
26:11,22
26:25 59:5
60:10
67:11
72:14
76:18
**anyplace**
38:12
**anyway** 16:1
72:14 98:4
**Apartment**
10:19
**apologize**
85:3
**app** 23:14

68:7,16,25
**April** 33:4,9
**area** 18:2,4
18:5,11
77:22
83:21
**areas** 101:12
**arrested**
99:23
**arrived** 77:7
**Arsenal**
28:11
**Arsenault**
13:17
27:18
28:12,13
28:15 31:8
**art** 93:12,15
**articulate**
9:8
**asked** 23:20
53:9 76:24
102:8
**asking** 22:1
64:11
71:19 96:7
**assigned**
73:17,20
103:18
**associate**
15:23
**associated**
65:25
**assume** 9:21
23:10
80:13
102:11
103:8
**assuming**
74:20
102:1,22
**attachment**
52:8
**attest**
106:10
**attorney** 2:8
3:11 4:5,7
4:9 6:3
7:7 21:19
34:20,25

45:3,9
46:9,13
48:1,6
50:11,16
54:21,25
55:2,6
56:19,23
64:10,14
64:16,18
64:20 76:8
76:12,16
84:21 85:1
85:6 88:17
88:21,23
96:4,6,8
96:10,12
96:15
97:14,16
97:19
100:1
103:9,12
103:14
105:2
106:17
**at-will**
47:16
**August** 30:21
30:21
38:18
**authoriz...**
1:25
**authorize**
21:13
**authorized**
79:18
**autograph**
24:17
**available**
20:4 24:8
70:23 81:2
81:7,10
**aware** 45:1
47:8 53:4
75:19
84:11,12
85:21
93:22
97:20
**a.m** 2:11

**B**

back 16:2,3
  16:12,19
  19:1 21:25
  22:22
  32:15
  33:13,17
  35:2 36:6
  37:12 38:2
  38:4,21
  44:18,19
  47:6,22
  48:10,12
  48:16 49:9
  56:21
  60:20
  61:15,17
  61:18,24
  74:6 85:2
  85:5 90:14
  94:12
  96:16 99:4
background
  10:21
  17:18 68:1
  71:24
backwards
  13:3
bad 21:9
  91:16,17
ballot 12:6
  12:20 13:8
  13:12,14
  13:15,19
  13:23 14:9
  15:12,15
  18:12
  24:15
  31:11
  32:25 33:2
  35:7,10
  37:10,25
  38:13,14
  39:6,25
  45:7,8,17
  46:1 49:5
  49:8 56:16
  57:13,21
  58:3,17
  60:25 61:2

64:7 65:7
65:14,16
67:4,7,8
67:11,24
72:15,23
76:4 89:17
89:24
90:11 93:5
97:1,2
98:8
103:16,17
103:20,24
104:1
bank 79:24
  80:8,10
  99:1
banks 79:24
  80:3,8
barrel 43:3
  86:11
base 19:18
Based 93:11
  94:12
basically
  46:8
basis 29:7
  103:6
bathroom
  56:18 83:1
  83:5
battle 24:19
BEDFORD
  106:2
befriend
  75:1
began 35:6
beginning
  2:10 11:23
  14:24
  16:25
  17:13,13
  18:7 27:25
  31:10 33:5
  33:6 63:8
behalf 2:4
  46:20 47:6
  56:8
behalves
  22:10
believe 11:9

11:18
12:19,21
12:23 14:6
14:7,10,11
14:16 15:9
16:23
17:23
18:23
22:11
26:13,15
30:16 32:1
35:5 43:5
49:7 54:13
54:17,18
55:24 56:9
58:18
59:21
62:14 65:8
67:8 68:18
76:13
77:19
78:15
82:11
91:12
102:7
103:25
104:3
Benezet 1:5
  17:6 19:14
  19:15,22
  19:22 20:6
  20:10,17
  20:18,20
  22:9 27:7
  27:17,19
  27:21
  28:11 41:2
  41:4 46:7
  51:4,21
  52:1,6,15
  54:5,11
  55:11,24
  55:25 56:8
  66:6 68:18
  75:22
  80:13
  99:14
  100:13,19
  100:21
  101:23

102:13,15
103:7
Benezet's
  101:9
Benezet-...
  20:14
Bernadette
  2:6 106:4
  106:9,23
Bernie 90:8
best 9:15,23
  28:10
  55:13
  66:21 68:3
  68:4 95:23
  95:24
  96:21
better 14:15
  21:25
  36:25 79:9
  92:5 94:3
  96:19
  98:18,20
  99:5,7
beyond 11:2
  76:17
big 27:6
  59:14 60:8
  60:9 73:12
  96:16,17
biggest
  83:15
bit 13:2
  14:19 19:6
  94:7,24
Black 2:6
  106:4,9,23
blast 48:14
blowup 49:16
Bonner 25:16
  47:13,14
  91:9
booked 22:10
Boston 32:12
  32:12
  92:22,23
bother 97:11
bought 40:8
break 10:1,3
  15:1 16:12

46:12
56:18,22
76:11
breaks 25:21
  83:20
Brian 15:23
  41:18 42:8
  53:24 70:5
  71:8,10
  73:1,2
  82:19
  85:10
  86:15
  95:11
brief 10:21
  21:17 61:6
  84:20
briefly 7:10
  12:4 14:9
  21:24
bring 83:2
brokered
  13:11
brought
  40:16 80:6
Builder's
  10:25
bunch 34:4
  48:14
  49:17
  59:20
busier 62:23
busiest
  36:22
business
  11:11
  19:21
  29:11,18
  29:20,20
  30:3 47:6
  47:14
  55:10
  75:16,17
busy 14:5
  36:21
  55:19 57:7
  62:23 77:6
  92:22
buy 38:25
  40:19 60:3

**C**

**C** 3:1 7:1
**California**
  30:10,15
  30:17 31:7
  46:19 64:7
  64:8 65:19
  65:21
**call** 79:10
  80:2 84:5
  84:11,23
  99:18,21
  100:1
**called** 11:14
**campaign**
  12:18
  23:20
  25:24
  26:10,22
  27:1,5,5,6
  38:6 42:24
  47:24
  54:11,12
  60:1,4
  75:8 77:8
  84:2 90:13
  100:10
**campaigns**
  13:1,16
  27:9 51:8
  72:4
**candidacy**
  58:5
**candidate**
  13:24
  17:20
  19:24,24
  20:7 45:18
  58:11
  61:10
  67:21
  71:25 72:7
  80:15
  88:14,25
  90:6
**candidates**
  14:4 20:5
  37:10,12
  37:14
  48:19

  62:15 67:7
  89:1,2,15
**capacity**
  95:19
**Cape** 35:21
**car** 16:6,7
  74:6,8,11
  74:11
**career** 11:15
  12:5 31:15
  31:17 77:6
**Carol** 13:18
  15:24
  32:14 35:7
  48:12 54:1
**Carolina**
  11:8
**Carolyn**
  32:10
**cars** 41:5
  92:11
**case** 1:7
  50:7 52:24
  74:7 92:20
  95:23,24
**cases** 36:19
  69:10 92:2
**cash** 48:14
  49:17
**casualty**
  11:10
**cause** 91:1
**ceased** 29:10
**center** 42:15
  82:17
**certain**
  21:12
  23:13,13
  36:15
**certainly**
  71:18,21
**certificate**
  4:10 10:24
  106:3
**certified**
  58:17
**certify**
  106:6,16
**certifying**
  1:25

**chance** 10:4
  71:1
**changes**
  86:17
**charge** 31:1
**chasing**
  25:20
**Chaz** 66:7,10
  66:15
**check** 39:3
  53:7
**choices**
  89:12
**Christmas**
  16:11,14
  17:12
  58:16,20
**circuit** 94:6
**circulate**
  28:16
  38:20
  48:25
  78:25 89:4
  89:18 90:1
  91:15
**circulated**
  48:23
  90:16
**circulating**
  78:4 90:4
**circulator**
  86:24 87:5
**circulators**
  53:21
**circumst...**
  91:1
**circumst...**
  87:23
**Citizen's**
  79:24
**city** 42:15
  73:13
  82:17
**Civil** 2:5
**claimed**
  101:13
**clarify**
  64:11,13
  89:19
**clear** 16:25

  31:14 54:4
**clerks** 39:11
  39:12
**clever** 93:1
**Clinton** 90:8
**clipboard**
  87:20
**close** 72:13
**closed** 69:11
**closing**
  72:21
  81:16
**club** 92:23
**clue** 97:10
**coffee**
  101:11,14
**cold** 82:12
**colleague**
  7:11
**collect**
  18:22
  19:23
  22:18 23:6
  25:1,3
  27:11 29:4
  32:17,22
  35:3,4,19
  37:14
  38:11,17
  42:18
  47:23
  48:19
  51:14
  53:13,15
  59:4 60:10
  69:7 92:3
**collected**
  13:7,8
  22:23
  29:13
  35:10
  41:17,19
  42:8 43:5
  48:16
  49:12,15
  50:5 53:3
  64:7 65:6
  65:8 75:18
  82:20
**collecting**

  15:18
  16:15 17:2
  17:14
  19:21 23:1
  24:14 29:5
  30:23,24
  33:23 36:9
  40:13
  46:23
  56:25
  57:15,16
  57:17 66:1
  67:10 74:5
  74:16
  94:16
**collection**
  14:21 19:1
  20:4 21:21
  29:8 33:8
  33:8,11
  35:9 37:9
  39:21
  46:18
  55:20 57:1
  59:13 67:6
  76:3
**collections**
  40:3 46:15
**collector**
  12:17
  23:18
  29:17 30:5
  67:14
  71:14
**collectors**
  47:2
**come** 38:21
  52:23
  88:13
**comes** 39:3
**comfortable**
  71:18
**coming** 41:7
**commit** 59:9
**committed**
  88:14
**Commonwe...**
  2:8 18:21
  22:4,25
  75:18

Page 4

97:21
103:20
106:1,5
communic...
7:23
commute
44:18,19
commuting
74:24
companies
20:14
company
20:20
63:21
compensated
98:25
101:13
competition
88:16
completely
9:12
concede
34:21
concentr...
17:22
18:12
concentr...
17:25
CONCLUDED
105:6
conflicts
57:20
Congress
13:25
congress...
18:24
58:18
73:14 78:5
78:10 97:3
104:5
Connecticut
13:21 14:3
32:18,20
33:7,10,11
33:12,16
33:19 34:1
34:6,9
35:1 38:7
44:25 45:2
45:5

consider
96:17
considered
91:23
Constitu...
62:8
CONSULTING
1:5
Consumer
11:14
29:10
71:12
Consumers
11:16 32:9
contact
87:24
contacts
78:20
79:20
contract
19:6,7,8
19:16 20:6
21:13 27:4
42:21 46:6
51:4,10,11
51:19,21
51:22 52:9
52:14
101:22
contracted
17:5 46:7
55:25
contractor
13:17
19:17 20:1
20:3,6
28:13
37:22
55:14,24
66:9,18,19
67:3
contractors
20:9 21:8
21:10
contracts
20:20
32:11 51:7
51:13,16
convention
48:22,23

98:9,10
conversa...
8:5
cool 36:15
82:10
coordinate
37:13
38:19
coordinated
28:18
38:15
coordina...
13:22
copies 51:18
51:20
cops 99:18
copy 48:7,8
corner 92:22
Corps 10:24
11:3
correct 7:15
14:10
15:16
19:18
20:13
22:23
23:22,25
25:1 26:9
26:15,17
29:1,6
43:8,11,14
45:24 46:4
49:10,12
49:20,23
54:17,19
56:6 58:24
59:1 72:1
72:2 77:10
77:13 78:9
80:19,21
81:8 82:3
90:15,19
90:20
95:21,22
98:17 99:5
99:8,15
100:14,18
100:20
101:21
102:16

corrections
8:22 9:1
correctly
26:8 43:4
46:23 71:6
corrects
86:16
corridors
42:14,16
CORTES 1:9
counsel 3:7
3:16
106:18
country
12:13 13:1
27:7
COUNTY 106:2
couple 7:25
11:13
16:20
19:14 29:9
29:12
30:24 34:1
35:20
38:22 42:2
46:10 51:5
62:6,9
court 1:1
2:7 8:16
36:19 85:5
106:24
cousin 25:15
25:16
cover 52:4
67:21
covered 41:2
covers 51:23
Craigslist
26:13
crash 75:2
crazy 24:10
44:5
crowd 83:10
92:7
Cruz 14:6,10
14:16,24
15:2,14
17:3,4,6,8
18:1,12
21:21

23:10,11
23:21,24
24:6,15
25:1,6,24
26:1,7,10
26:22 27:5
41:13
43:15,17
48:24 49:6
50:9 53:16
55:17,19
56:4,7,13
68:24 69:4
70:11
72:12,14
73:6 77:8
78:4,10,17
84:10
89:17 90:5
97:1,2,8
102:1
103:15,23
103:23
104:6,12
104:24
curious
101:8
Currently
20:16
cycle 48:20
57:10
58:13,14
60:11
63:10,11
63:15,23
63:25 64:1
64:2 65:7
67:6 74:10
89:15,19

_____ D
D 4:1 7:1
DA 99:21
dad 35:23
dad's 35:23
36:2
Dakota 54:24
60:16
Darrell
25:16

47:13 91:8
**database**
68:12,19
**date** 52:7
63:22 65:6
**dates** 18:9
29:13
**day** 17:2,3
25:19
35:21
36:11,20
36:22 42:1
42:1 50:2
61:21
74:24
81:10,17
81:19
83:14,17
83:17,19
96:20,21
96:21
100:17
102:16
**days** 27:14
27:24
30:18 34:1
34:7 61:7
61:12,16
77:22
83:15
**De** 13:14,19
13:22 14:8
21:21
23:21,24
25:3,4,9
26:3,4,25
27:4 28:18
33:9 42:5
42:6 43:5
49:1,2,7
50:9 53:16
55:16 56:5
82:2 99:17
**deadline**
15:9 41:12
**deal** 13:11
19:10
40:22
100:12,16
100:19

102:13
103:7
**December**
16:17,22
16:22 17:1
17:1,13
58:22,23
**decided**
102:17
**deep** 93:23
**Defendant**
5:5 48:4
50:14
**Defendants**
1:11 2:4
3:16 7:12
48:2
**Defendant's**
48:9 50:12
50:17
**degrees** 11:2
**delegate**
49:6
**delegates**
48:21,22
48:25 49:4
49:21,24
50:3 90:21
90:23 98:8
98:11
103:23,25
104:8,13
104:25
**demanded**
102:21
**Democrat**
14:4,9
17:10 23:8
23:9 45:19
89:16
**Democratic**
15:11
32:24 33:1
45:14,16
45:17
73:15
**Democrats**
58:8 73:13
89:21
**depending**

23:19
67:25
**depends** 12:7
92:3
**deposed** 7:16
10:9
**deposition**
1:16 2:2
105:6
106:7,14
**describe**
47:18,19
**DESCRIPTION**
5:4
**deserves**
90:11
**details**
100:22
**differed**
85:13
**different**
12:6,14
13:1 17:16
19:6 22:6
23:15 28:7
36:6 57:13
65:20
66:13
67:19,20
67:23
87:19 89:2
91:4 97:23
101:12
104:12,15
**difficult**
24:7 25:23
26:19 28:6
43:18 59:7
69:24 72:5
72:6,19
**directly**
20:5,8
22:9 85:8
85:9
100:21
106:19
**disagree...**
101:5
**DISCUSSION**
84:24

**dispute**
101:8
**district** 1:1
1:2 14:10
14:12
18:12,23
18:24
23:13,13
26:14,16
55:19 56:4
73:14,15
73:15,17
73:21
77:10,11
77:13,14
78:2,5,7,7
78:10,11
78:13,16
97:3,4,5
103:18,23
104:5
**districts**
58:18
**DMV** 92:9
**documents**
50:19 80:8
80:10
**doing** 12:5
14:21 15:7
15:19,25
17:19
18:20
21:20
32:11,23
33:5,7,11
35:15 38:3
39:13,25
46:21 47:7
56:7 61:20
62:4 69:25
74:22
75:15
95:11
**dollar** 59:24
**Donald** 14:6
**donors** 68:20
**door** 15:20
15:20 23:4
23:4,5,5
23:18,19

69:11,14
71:19
72:17,20
72:21 73:1
73:5,5
86:18,18
87:13,13
95:6,6
**doors** 23:16
24:10,11
24:12
69:23
70:10,14
**doorstep**
69:13
**door-to-...**
23:14
**Dorchester**
10:19 12:2
33:18 36:1
**Doylestown**
97:6
**draw** 58:7
**drill** 14:18
**drinking**
101:14
**drive** 27:16
28:18 32:5
33:13,15
34:10
42:24 74:5
74:11,12
99:2
**drives** 13:20
28:7,18
38:15 39:7
39:21
65:23
74:17
**drove** 34:8
101:11
**droves** 92:25
**duly** 7:3
106:12

**E**
**E** 3:1,1 4:1
7:1,1
**earlier** 68:7
**easier** 7:20

8:10
east 76:23
eastern
  77:15,23
  78:18
easy 93:25
educational
  10:21
effective
  69:25
  87:22
efficient
  94:9
effort 38:3
efforts 17:8
  34:5 37:1
  69:4 76:4
  91:13
eight 17:23
either 20:19
  23:18,21
  23:24 36:1
  55:16 60:3
  74:11
  75:14 90:5
Elect 57:22
  57:24
  60:16
election
  32:12,12
  46:1 50:6
  57:10
  58:11,14
  62:24 63:1
  63:5,10,11
  63:15,23
  63:25 64:1
  64:2,3,22
  64:25 65:7
  65:8,11,12
  65:24,25
  66:15,22
  66:24 67:9
  69:5 74:10
  88:25
  89:15,19
  89:24
elections
  64:5,12
electors

52:25
eliminate
  12:20
emergency
  50:2
employed
  19:15
employee
  106:17,18
ended 11:21
  12:12
  16:23 30:2
  30:18
  31:19
  58:10
engage
  100:12
England
  22:15,21
enter 51:20
entire 16:16
  21:22 36:1
  77:24
entirely
  85:22
error 68:6
ESQUIRE 3:3
  3:9,10
essentially
  82:6
Europe 31:2
event 92:7
everybody
  8:17 25:20
exact 18:9
EXAMINATION
  4:4,6 7:6
  76:15
example 51:3
  51:14 65:2
  73:21
  87:11
  101:20
excellent
  70:2
exception
  16:13
Excuse 51:1
execute
  80:20

executes
  80:25
eliminate
Exhibit 5:1
  5:6,7 48:4
  50:14
expand 38:3
  87:15
expense 60:2
  60:3 75:15
expenses
  41:1,2,4
  59:17,20
  98:24
expensive
  30:20
experience
  12:23
  60:17
  88:24 89:4
  91:4,13,20
  92:12
  93:11 96:3
  96:7,9
  97:24
  98:18,20
  99:5,7
expiration
  52:7
explain 86:8
explained
  55:3
explanation
  7:21
explore
  19:15
express 77:1
expressed
  89:11
extorted
  42:23,23
  100:8,10
extortion
  99:18,23
extra 96:1
  102:21
extracur...
  11:2
extremely
  82:12
eye 87:24

e-mail 5:6
  46:11
  48:10 60:8
  96:16
e-mailed
  51:1 52:20

- - - - - F - - - -
face 72:20
fact 102:5
failed 43:21
fair 9:11,21
  28:9 30:3
  36:13
  60:10
  62:23 74:3
  88:6
fall 60:25
falls 21:12
Falmouth
  12:10,10
  35:24
father's
  12:8
fault 55:3
Feasterv...
  14:11 78:8
  97:5
February
  18:6,7,7
  18:10
fee 80:12
feel 70:7
  94:3
felt 86:5
  89:11
field 15:18
  88:8
figured
  53:17 68:3
file 34:7
  38:25 39:5
  97:11
filed 24:23
  28:20
  37:20 98:6
find 25:13
  26:13,18
  43:20 51:4
  69:1 79:21

80:11 81:7
  90:23
  93:25 94:7
finding 59:7
  79:23
fine 7:22
  10:1 13:6
  41:23,23
  65:10,10
finished
  38:13
  39:24
  58:15
finishing
  14:24
first 7:3,12
  7:20 12:18
  12:23
  16:20
  18:10,11
  24:23 26:2
  36:9 69:16
  69:21 77:8
  98:23
  104:14
  106:12
Fleming
  37:22
flights
  74:15
flip 104:17
  104:18
Floor 2:9
  3:13
fly 74:4
flying 57:12
  74:14
focus 71:3
followed
  42:12
FOLLOWS 7:4
follow-up
  76:13
foregoing
  106:7,14
forget 79:3
Forgive
  84:23
forgot 75:24
form 36:22

88:18
**formal** 84:2
**forth** 16:2,3
33:13
44:18,19
48:10 74:6
**forward** 9:8
30:4 39:20
46:16
63:14
**fought** 36:18
**found** 17:21
44:6
**four** 48:13
57:12,20
58:18
**frame** 29:14
**free** 29:25
**freedom**
92:16
**freelancer**
47:17,20
**frequent**
25:21
**frequently**
47:4
**friend** 17:7
25:17,17
40:21 71:8
76:22
87:17
**friends**
53:22 59:8
76:24,25
**friend's**
36:3
**front** 18:3
36:17
87:12
100:23
**fronting**
100:25
**Fuente** 13:15
13:19,22
14:8 21:21
23:21,24
25:3,4,10
26:3,4,25
27:4 28:19
33:9 42:5

42:6 43:5
49:1,2,7
50:9 53:16
55:16 56:5
82:2 99:17
**full** 8:11
10:16
**funnel** 95:12
**further**
106:16
**F-A-L-M-...**
12:11

--- G ---
**G** 7:1
**game** 93:3
**Gaming** 38:4
**Gary** 13:23
40:20
89:25
**gasoline**
41:5
**gather** 20:9
**gatherer**
54:1
**gatherers**
28:20
36:17
40:14 47:9
53:21
**gathering**
26:17
50:18 54:5
66:17,24
99:8
**geared** 66:23
**general** 2:9
3:11 45:23
45:25 46:1
64:25 68:5
89:24
100:1
**generalized**
36:8
**generally**
55:25
75:13
**generic**
67:20
**gentleman**

54:12
**genuine**
91:16
**geography**
87:15
**getting**
12:19 14:8
22:22
24:22
28:23 29:4
39:24
40:23
59:22 82:6
90:24
93:12 94:8
96:1 99:4
101:15
102:11
**gig** 31:22,22
**girlfriend**
13:17
15:24 30:8
30:25
32:10 59:8
**give** 7:19,21
10:21 24:5
29:25
41:20,21
43:15 44:1
44:3 55:4
67:23 68:1
69:7 70:9
70:13,25
72:25
**given** 47:8
**giving** 69:6
**glass** 10:4
**Glovsky**
13:18
15:24
**go** 7:20 9:7
14:20 16:2
16:19
17:16 18:6
19:8 20:9
21:25
22:18 23:4
23:17
24:10
29:25

32:16 34:4
35:1,18
36:19 37:8
37:17,20
37:21
38:11,17
39:21
41:10,11
44:22 48:8
52:19 56:1
56:3,4,20
59:2 60:14
61:23
63:14
69:15 70:6
72:11 73:3
79:4,23
81:2,6,11
81:24 83:1
83:4,10
84:22
85:11 86:1
86:2,3
87:2,12,18
88:1 92:5
94:6,12
98:8,9
102:17
**goes** 86:19
**going** 8:4
9:10 15:20
24:3 26:2
26:20
30:19
36:10,11
36:23 39:5
41:17
42:19 45:1
47:22 58:7
63:6 68:3
70:8 71:18
72:6,11
73:23 76:4
76:5 78:13
79:10 86:1
86:3,18
90:13 95:6
96:16 99:4
100:23
102:14,17

**Goji** 11:14
29:10
71:12
**good** 7:8
17:25 21:4
21:5,6,15
59:16,21
93:1
**goodbye**
72:18
**Goode** 62:8
89:7
**Goodness**
63:11
**Google** 36:14
36:14,21
**gotten** 70:7
94:3
**graduated**
10:23
**Grafton**
10:24
**great** 13:7
59:15 92:9
96:2
**Greater** 18:4
**greatly**
85:13
**Green** 62:10
**grocery**
87:12
**ground** 7:19
**gubernat...**
50:7
**guess** 36:25
40:20 48:3
52:7 93:21
**guy** 25:13,16
25:18
37:21
72:23
83:19
84:13
**guys** 14:14

--- H ---
**half** 33:15
70:20,20
70:21 71:5
88:1

Hampshire
13:20
28:19
34:15,16
39:22,23
39:25
44:14,16
44:17,22
44:24 45:6
46:15,20
74:22,25
Hampton
33:22
handful 61:5
80:1
handled 41:8
handy 88:8
happen 8:18
17:5 96:3
96:9
happened
21:14
45:25
70:15
hard 44:1,3
69:6,7,9
harder 7:23
7:24
hardest 8:6
8:7
Harold 67:2
Harrisburg
2:9 3:15
76:23
head 78:3
headed 18:8
hear 9:4
10:13
heard 9:22
72:8 91:17
held 43:2
64:4,6
65:11
81:20
86:10
Hell 94:5
Hello 7:9
help 24:16
26:23 27:1
27:8 30:25

32:15
37:13
52:18,21
56:1,16
72:24
90:24 96:1
helped 13:13
13:14,16
13:20
32:11 34:7
40:4 56:13
63:9 89:16
102:1
helpful
14:18,19
helping 12:6
13:23 17:6
27:15 34:2
40:21
94:18
95:25
helps 54:2
hey 24:13
49:16
52:20
79:10
He'll 87:13
high 10:23
61:14
91:21,22
91:23
Hill 3:5
hire 20:8
91:15
hired 11:16
32:8
hit 69:2
holiday
17:12
holidays
16:12,14
home 10:25
16:12,13
21:14,25
62:19
69:23
70:15,17
74:21,23
homework
68:2

honed 96:24
honest 21:5
honestly
28:2 78:2
hooking 79:8
Hope 18:11
77:21
78:16
horrible
60:17
horror 71:1
hotel 30:16
74:24 75:5
75:8,9
hotels 30:19
33:20 41:5
60:3 74:20
75:14 99:3
hour 33:15
94:14
100:17
102:3
hourly 19:13
28:21
102:3
hours 36:21
70:23 79:1
81:16
83:16
85:15
101:6,13
102:8
house 30:20
33:18
35:16,23
36:2,3
63:9
101:11,14
houses 71:9
75:2
huh-uhs 9:9
hundred
41:25 42:1
96:21
hundreds
83:17
Hutchman
67:2
— —
_ _ I _ _

idea 69:2
72:23
identifi...
48:5 50:15
IDENTIFIED
5:4
identifies
68:17
identify
68:18
immediately
95:2
impact 94:11
impossible
24:25
inability
52:25
inclement
82:9
inclined
23:23
including
20:17,18
income 12:20
29:8 31:12
independent
45:18,23
55:14 58:1
62:14
Indiana
58:16,21
indirectly
106:19
individuals
103:7
inflection
9:10
information
9:15 36:24
68:1 73:20
initial
72:25
initially
84:17 85:7
Inn 22:13
33:22
inside 42:14
92:4
Instinct
93:20

Institute
10:25
insurance
11:1,4,10
11:11,13
11:15,19
29:11,17
29:19,20
30:3 31:18
62:22
63:13,18
71:11
intention
88:20
interacted
70:18,21
71:5
interest
57:20 77:2
94:18
interested
24:21
29:24
106:19
interim 35:4
INTERRUP...
21:17
84:20
introduced
75:9
invoice 41:4
involved
38:23
involvement
41:9
Island 13:22
14:5,6
22:20
27:11,13
27:23 28:4
32:16
33:10 38:8
51:15 52:4
57:22
issue 52:24
84:19
issues 65:13
65:21
66:14
98:19

It'll 7:20
iWalk 68:10
iWalk360
  23:15

_____ J _____
Jacobs 54:13
  54:15 55:8
  55:10,15
  55:24
  75:23,24
  76:17 91:6
  98:16
  99:11
January
  11:18,23
  14:20 15:2
  15:10
  16:20,21
  16:23 17:1
  17:14
  18:17 30:3
  30:4 52:10
  58:22,23
  63:20
Jersey 21:24
Jill 62:7
Jim 37:21
job 10:24
  11:3,20,21
  20:2 24:11
  24:25
  25:23 30:6
  30:8,8,11
  31:18 32:7
  43:20,22
  47:1 61:21
  62:21,21
  69:7,25
  70:2,7
  93:6 94:13
  98:23
jobs 21:10
  28:3 29:23
Joel 3:9 4:5
  4:9 6:4
  7:7,10
  21:19
  34:25 45:9
  46:9,13

48:1,6
50:11,16
54:25 55:6
56:19,23
64:14,18
64:20 76:8
76:12
84:21
88:17 93:8
96:4,10
97:16,19
103:9,14
105:2
Johnson
  13:23
  40:20 62:7
  62:13 89:7
  89:25
JONATHAN
  1:10
July 38:18
jumping 19:1
June 38:18
  39:19

_____ K _____
Kemitt 25:12
  42:23
  81:20,21
  81:21,23
  81:24
  82:18,25
  83:3,11,18
  84:13 85:7
  85:23,25
  94:24 95:2
  95:7 100:5
  100:11,12
  101:10
  102:16,23
Kenneth 3:9
  7:10
kept 24:3
kick 69:14
kind 25:17
  31:17 54:2
  86:10
kinds 12:25
Kirk 12:9
knew 23:17

25:15
knock 23:16
  24:10,12
  69:22
knocked
  70:10 73:1
knocking
  71:19
know 11:7
  12:11 14:5
  14:14,19
  14:23 16:6
  16:12,20
  19:11,12
  20:1 21:4
  21:5,6,14
  21:15 22:7
  23:12,14
  24:9,11,12
  24:12,14
  24:17,19
  24:24
  25:14,19
  25:21,22
  27:4,5,6,7
  28:19,20
  29:24 30:1
  30:7 31:16
  31:21,22
  31:23 32:1
  32:6,8,13
  32:14,14
  33:13,25
  35:20,21
  36:7,19
  38:9 39:4
  39:12,15
  40:5 41:19
  41:22,25
  43:23 44:5
  44:6,6,12
  47:7,8,11
  47:15,16
  49:4 53:1
  53:9,17,18
  53:19 54:2
  54:23
  55:12,13
  55:20
  57:15 60:1

60:1,3
61:14
63:12
67:17,25
68:8,19
69:10,11
69:13,15
69:20,20
69:25 70:5
70:16
71:24 72:4
72:5,7,17
72:19,21
72:24
73:12 75:2
75:4,7,7,9
75:14
76:17 78:6
79:17,18
80:2,3
82:24 83:1
83:1,14,18
83:19,20
83:21 84:6
85:10,12
85:12,15
86:4,5,13
87:18,19
87:20,21
87:22 88:5
88:7,8,19
88:19 89:9
91:5,8,15
92:2,4,6,7
92:25 93:2
93:5,15,19
93:21,22
93:23,24
93:24 94:6
94:6,8,22
95:3,4,24
95:25 97:7
97:8,13
98:25 99:1
99:6
100:15,22
101:8,15
101:15,22
102:5,8,17
102:20

103:10
104:22,24
knowledge
  44:10
  94:13 97:1
  97:11
known 32:1
  32:13

_____ L _____
L 3:9
La 13:14,19
  13:22 14:8
  21:21
  23:21,24
  25:3,4,9
  26:3,4,25
  27:4 28:18
  33:9 42:5
  42:6 43:5
  49:1,2,7
  50:9 53:16
  55:16 56:5
  82:2 99:17
lack 36:25
  78:25 79:9
lady 44:7,8
lady's 30:20
landing
  95:15
large 92:7
larger 80:6
late 57:22
  92:17,18
  92:24
law 30:16
  36:16 38:4
learn 93:17
leaving
  29:17
left 29:20
  31:1 60:17
  61:21 62:4
  63:21
legaliza...
  92:21
legislature
  17:21
let's 13:2,2
  14:18

| | | | | |
|---|---|---|---|---|
| 19:15 22:7 | locations | M 2:6 106:4 | 13:14,21 | 19:14 |
| 37:18 | 22:3,8,16 | 106:9,23 | 13:24 16:4 | 31:13 |
| 38:21 | 33:23 74:4 | mail 37:24 | 16:11 31:6 | 38:22 68:7 |
| 48:14 57:7 | 87:19 | main 22:16 | 31:12 32:5 | 69:4 70:15 |
| 63:12,14 | Lodge 22:12 | majority | 33:5,14 | 91:5 99:16 |
| 74:4 77:8 | log 68:25 | 29:7 82:8 | 35:2,6,11 | met 7:10 |
| 81:23 87:2 | login 68:10 | makeup 17:21 | 35:16 | 32:1,2,5 |
| 94:12 | long 12:1 | mall 42:14 | 36:16 37:8 | Mexico 11:9 |
| liberal | 18:14 | 82:15 | 37:9,15,17 | Michael 1:17 |
| 17:20 | 27:13,23 | man 83:8 | 37:18,20 | 2:4 4:3 |
| Libertarian | 32:20 | 91:8 | 37:23 38:8 | 7:3 10:17 |
| 61:6,9,25 | 53:10 55:4 | manage 13:16 | 38:13 | 106:8 |
| 62:2 | longer 81:10 | 13:20 | 39:24 45:7 | middle 1:2 |
| Libertar... | look 36:14 | 28:16 | 45:10,13 | 22:14 |
| 62:1,13 | 36:21 48:8 | 39:20 | 45:22 52:5 | 27:25 |
| liberty | 50:24 | 44:23 | 57:12,21 | 30:21,22 |
| 93:24,25 | looked 17:20 | 46:14 | 59:23,24 | 33:5,6 |
| license 11:6 | 52:9 | managed | 60:21,22 | midnight |
| 11:17 | looking 30:6 | 38:15 | 60:22 67:2 | 36:10 |
| licensed | 31:13 | 46:17 | 67:3 79:25 | mid-state |
| 11:1,4,7 | 36:24 | 54:12 | 87:11 | 73:22 |
| 63:20 | looks 50:23 | managing | matter 7:12 | mile 88:1 |
| likes 19:10 | 51:3 | 30:9 40:2 | 10:9 27:14 | miles 76:23 |
| limited 51:9 | lost 45:22 | 44:14,16 | 27:24 | mine 15:23 |
| liquor 92:22 | lot 7:20 | 65:23 | matters | minor 89:14 |
| list 38:25 | 24:22 | 74:17 | 93:25 | minutes |
| 39:1,4 | 30:25 32:6 | map 18:3 | maximize | 46:10 76:9 |
| 68:19,21 | 32:6 37:24 | 78:12,13 | 36:25 | 76:23 |
| listed 24:13 | 42:3 49:14 | Maps 36:14 | maximum 15:9 | Mississippi |
| Litigation | 49:15 | 36:14,21 | mayor 32:12 | 11:8 |
| 3:12 | 59:22 68:2 | March 33:4,9 | mean 20:1 | Missouri |
| little 13:2 | 69:10,20 | marijuana | 33:15 | 11:8 |
| 14:19 19:6 | 69:22,24 | 92:21 | 40:10 42:2 | mobile 83:10 |
| 24:10 94:7 | 73:12 | mark 48:2 | 43:22 | mode 55:11 |
| 94:24 | 83:19 86:6 | 50:12 | 61:14 72:4 | moment 9:8 |
| live 59:8 | 90:7 92:10 | marked 48:4 | 82:24 89:6 | 56:18 |
| lived 12:1,3 | 92:23 94:5 | 48:9 50:14 | 92:2 93:2 | 65:15 |
| 12:4 30:16 | 95:5 96:19 | 50:17 | 93:18 | Monday 2:10 |
| 75:10 | 96:24 | market 93:2 | 94:22 | money 29:4 |
| lives 35:23 | lots 83:15 | MARKS 1:10 | 95:24 99:9 | 30:19 34:4 |
| 76:22 | 94:16 | Maryland | 100:4 | 42:18 |
| living 12:3 | lucrative | 10:19 61:6 | Meaning | 49:14 |
| 30:18 | 77:3 | 61:18,19 | 72:10 | 59:14,15 |
| 75:16 | Lyra 15:23 | 61:21,24 | meant 7:25 | 59:16 60:8 |
| LLC 1:5 | 41:18 42:8 | 62:4 | medication | 60:9 75:7 |
| local 38:3 | 53:24 | Mass 37:21 | 10:13 44:6 | 77:3 85:13 |
| 50:6 64:8 | 86:15,16 | Massachu... | 44:11 | 85:23 86:5 |
| 65:20,20 | 86:17 | 10:20 11:6 | meet 11:25 | 86:6,9,14 |
| location | ⎯ ⎯⎯ ⎯ ⎯ | 11:7 12:10 | 86:1 | 94:15 99:1 |
| 33:21 | ⎯⎯ M ⎯⎯ | 12:20 13:9 | mentioned | 100:23,25 |

101:3
**month** 14:20
14:20,24
16:17
18:16
27:25,25
28:1,2,5
30:21
**months** 8:1
9:11 30:6
58:20 62:7
62:9 75:11
**morning** 7:8
36:10
92:18,24
**motivated**
24:22
90:23
94:23,25
98:9,21
**Mountville**
3:6
**move** 18:21
24:1 30:15
46:15
82:22
**moving** 39:19
**multiple**
53:5 89:1
**multitude**
12:7
**municipal**
64:12
65:20

**N**

**N** 3:1 4:1
7:1
**name** 7:10
10:16 49:5
91:8 93:3
100:6
**named** 54:13
**National**
48:21,23
98:9
**natural**
24:19
**nature** 47:8
**necessary**

93:6
**necessity**
70:6
**need** 45:10
45:12
52:20
**needed** 23:16
30:25
45:19 46:2
50:3 61:12
69:12
89:12
**needing** 11:6
**needs** 20:7
**never** 10:8
21:14
**new** 11:8,8
13:19,24
18:11
21:24
22:14,21
26:13
28:19
34:15,16
39:22,23
39:25
44:14,16
44:17,22
44:24 45:5
46:15,19
58:6 74:22
74:24
77:21
78:16
**news** 93:23
**Nicole** 3:10
7:11
**night** 36:11
**Ninety** 92:1
**nominating**
89:18,23
90:1,16
**nomination**
58:7 89:20
**nominee**
89:20
**nonverbal**
7:23
**nonvoters**
59:9

**Nope** 87:25
94:17
**normal** 36:11
81:3 89:3
**North** 12:10
35:24
**notaries**
79:18,20
79:24 80:2
80:18 81:9
81:16
97:21
**notariza...**
80:9
**notarize**
80:7,12
81:17,19
84:17
**notarized**
25:7,10
42:20 43:2
43:10
49:23,25
79:23
85:11 86:2
86:4,13
98:6
**notary** 2:7
79:21,23
80:4,11,12
81:3,7,10
85:11 86:2
102:18
103:3
106:4
**notice** 8:4
54:22,23
**notified**
44:25
**November**
12:4 32:2
46:2 52:10
57:23 63:7
65:11,24
66:23
67:10
**number** 5:4
41:20
70:10,13
71:22 78:2

**numbered**
78:7
**numbers**
13:10
**numerous**
36:19
**nuts** 44:13

**O**

**O** 7:1
**Obamacare**
66:4
**object** 88:18
**objection**
6:1 88:18
88:22 96:5
96:11
**objections**
24:20
**obtained**
11:17 65:7
**obviously**
17:19 38:9
72:6,9
**occasions**
91:15
**October**
57:11
**offered**
29:23 30:7
30:8
**office** 2:8
3:4,11
13:18,21
19:13
28:16 30:9
31:1,3,4,7
32:15
37:12 38:5
39:1 57:18
84:5,10
92:4 100:1
**official**
12:9
**oh** 16:16,18
17:10
22:22 26:4
26:6,24
27:14 37:8
38:14,24

44:4 52:8
57:5 61:22
71:21
72:18
73:24
77:16,20
87:8 88:3
88:12 94:2
94:5
101:25
103:10
**Ohio** 66:2
**okay** 7:16,20
8:2,12,15
9:3,5,13
9:19 10:12
11:4,22
12:1,24
13:4,5,5
14:18 15:6
16:5,9,18
17:9 19:18
20:10,19
21:25
23:10 24:5
26:10 27:3
27:10
28:22
29:16,21
30:13
31:13,20
31:25
32:16
34:13 37:5
37:17
38:21
39:16
40:18
41:10,15
42:7 43:15
44:4,14,20
45:12,14
46:5,14
47:12,21
48:16 49:9
50:1 51:7
51:17 52:3
52:14,17
52:22 53:7
53:12,23

| | | | | |
|---|---|---|---|---|
| 53:25 54:4 | 94:21 | 77:21 | 87:24 | 39:14 |
| 54:8,15,16 | 95:10,23 | **page** 5:1,3 | 89:14 | 40:24 |
| 55:10,15 | 97:7,15,23 | 6:1,3 | **passion** | 42:10 43:8 |
| 55:23 56:2 | 98:3,11,22 | 34:16,17 | 93:24 | 43:16 |
| 56:4,12,17 | 99:7,16 | 104:17,18 | **passionate** | 47:10,23 |
| 57:11,14 | 100:3,12 | **paid** 19:2,3 | 93:22 | 48:17,20 |
| 57:19 58:5 | 101:2,16 | 19:7 20:23 | **Paul** 3:3,4 | 49:1,10 |
| 58:9,12,25 | 101:25 | 21:1 22:9 | 47:23 | 50:8 51:14 |
| 59:2,13,18 | 102:10,19 | 28:14,19 | 48:13,17 | 52:4,15,21 |
| 60:6,7,10 | 103:5 | 28:21,24 | 50:8 53:3 | 54:14 59:3 |
| 60:14,24 | 104:4,21 | 29:1 37:2 | 54:11,12 | 60:11,15 |
| 61:3,13,17 | 105:3 | 37:2,3,6 | 55:7 57:1 | 67:21 |
| 61:22,24 | **old** 82:4 | 39:9 40:11 | 58:17,17 | 68:16 70:1 |
| 62:3,16,20 | 83:8,19 | 40:12 | 59:5,6 | 73:4 75:19 |
| 63:1,10,11 | **once** 21:14 | 42:20 | 60:1,4,12 | 75:21 76:2 |
| 63:19 64:9 | 30:25 | 46:20 | 60:13 | 76:18 77:7 |
| 64:17 65:4 | 35:23 | 59:21,23 | 90:13,17 | 77:10,11 |
| 65:10,18 | 69:14 81:9 | 94:8,11,13 | 98:12,13 | 77:13,14 |
| 65:22 66:3 | 81:9 | 100:16,21 | **pause** 8:12 | 77:15,24 |
| 66:8,10,14 | **ones** 22:6 | 101:6,17 | **pavement** | 78:23 |
| 66:22 67:5 | 26:7 49:7 | 102:3,12 | 28:23 | 79:18,21 |
| 67:13,25 | **ongoing** | 102:14 | **pay** 40:16 | 79:25 80:1 |
| 68:4,11,17 | 44:25 | 103:6 | 41:6 77:3 | 80:20 84:3 |
| 68:22 69:4 | **open** 81:7 | **paper** 40:6,7 | 80:17 93:6 | 84:10 87:2 |
| 69:11,18 | **OpenPitt...** | 88:11 | **payday** 96:17 | 87:7 89:3 |
| 70:4,13,21 | 76:6 | **papers** 89:18 | 96:17 | 89:13,15 |
| 70:25 71:3 | **operate** 47:5 | 89:23 90:1 | **paying** 40:18 | 89:17,19 |
| 71:10,13 | **operation** | **parking** 41:4 | 41:1 59:17 | 90:5,17 |
| 72:3,16 | 55:11 | **part** 28:2 | 61:14 | 91:6,11 |
| 73:8 74:3 | **opportunity** | 35:19 47:1 | **payment** | 92:15 |
| 74:9,14 | 8:20 | 50:18 | 103:6 | 94:12,12 |
| 75:3,6,12 | **opposed** | 66:20 | **pays** 28:15 | 96:20 |
| 75:17 76:3 | 97:24 | 75:15 76:3 | 80:12 | 97:21,24 |
| 76:21 77:5 | **Oregon** 60:18 | 77:15,23 | **peculiar** | 103:21,24 |
| 77:18,20 | 60:18 75:9 | 78:18 | 68:14 | 106:1,5 |
| 78:1,9,16 | **organized** | 79:13 95:9 | **PEDRO** 1:9 | **people** 23:7 |
| 78:18 | 40:9 | **particulars** | **pending** | 23:19,20 |
| 79:14 80:5 | **original** | 100:15 | 76:13 | 32:15 |
| 80:14,23 | 24:18 | **parties** | **Pennsylv...** | 40:13 53:4 |
| 81:9,23 | **outside** 87:2 | 65:13 | 1:3 2:8,10 | 65:13 |
| 83:7,13,21 | 87:7 89:3 | 106:17 | 14:8,13 | 69:10 |
| 83:25 | 92:21 | **partnered** | 18:8,14,19 | 70:14,17 |
| 85:19 | **owed** 42:19 | 50:3 | 18:20 | 70:17 72:5 |
| 86:12 | 85:13 86:6 | **parts** 17:16 | 20:23 | 72:7 75:1 |
| 88:10,22 | 86:9 | 18:21 | 21:20,22 | 76:1 79:17 |
| 89:22 90:9 | | **party** 57:22 | 22:15,18 | 82:13 |
| 90:16,19 | **— P —** | 57:24,25 | 22:22 23:4 | 83:21 |
| 90:23 91:3 | **P** 3:1,1 7:1 | 58:4,6 | 27:10,21 | 88:24 89:9 |
| 92:17 93:1 | **PA** 3:6,15 | 61:6,9,25 | 28:5 33:3 | 89:10 90:7 |
| 93:14 94:1 | 48:13 49:7 | 62:8,11,15 | 34:22 | 91:15 |

92:10 95:5
95:12,15
95:17
104:19
**people's**
69:23
**percent**
91:25 92:1
**percentage**
21:13
70:14
**percentages**
39:13
**period** 17:13
21:22 33:3
33:12 35:5
51:9 78:24
**periods**
12:14
**person** 23:23
24:1 25:15
46:6 53:18
66:19 69:5
69:12,19
72:20 75:5
80:25
99:16
**personal**
78:20 79:4
79:20
**personally**
42:8 79:17
79:19
**perspective**
68:23
**petition**
13:16
14:21,25
21:8 23:18
23:20,24
24:23
27:15 28:7
28:16,17
28:18,22
29:8 30:1
30:9 33:8
34:11
36:17,20
38:15 40:6
40:14

52:25
53:21
57:21
59:23
65:23
66:17 83:2
89:1,4,11
92:9 97:8
101:12
104:14,16
104:17,18
**petitioned**
42:13
58:16
83:16 95:4
**petitioner**
21:4 66:18
**petitioners**
21:6 32:14
40:5,7,8
40:11
**petitioning**
12:5,15,22
12:23
25:19 30:8
31:11 32:7
37:11,19
38:2,19
40:4 50:2
55:18
59:19,20
60:21,23
63:6 83:5
89:7 92:20
98:7
103:25
104:4,5
**petitions**
23:13
28:21 31:5
34:8 35:7
35:8 37:23
48:25
49:22 53:5
58:15 64:8
65:5 68:13
68:24
78:25
80:12 81:4
83:2 86:4

89:20 90:4
90:8,16
91:16
97:12
103:1
104:16,20
**Phil** 13:25
**Philadel...**
18:25 22:9
22:11
41:16
42:16 56:5
81:22,25
83:21 84:8
84:14
**Philly** 48:14
49:18 50:3
56:3
**phone** 52:18
85:25
**phonetic**
25:17 66:7
**phrase** 36:25
**physically**
14:21
**pick** 86:1
**picking**
20:21
52:18
**Pidot** 13:25
**Pierre** 62:7
**pitch** 23:9
23:11
24:18
53:10 68:3
68:4 69:19
71:25
**Pittsburgh**
76:5
**place** 22:14
22:19 67:9
74:12 92:9
95:4
106:15
**places** 36:15
73:3,6
**Plaintiffs**
1:7 3:7
**plan** 36:22
**platform**

101:19
**please** 7:20
10:16
50:12
**plenty** 40:7
**plumbing**
10:24
**plus** 103:23
**point** 9:3,4
10:1 62:10
67:19
80:16
99:18
**points** 67:18
67:23
**police** 100:9
**policies**
80:9
**political**
57:25 58:6
93:22
**Pool** 1:6
48:10,12
73:17
102:22
**popular**
36:15
**position**
101:9,9,16
101:17
**positive**
99:1
**possible**
37:4,6
94:10
**post** 58:20
92:4
**potential**
68:17
**practice**
89:3
**preclude**
20:21
**prefer** 75:4
75:5
**prepare** 8:18
**preparing**
58:10
**prescrip...**
44:5,11

**presenta...**
72:25
**president**
56:13
61:11
**presiden...**
27:9 50:6
62:24
64:21
**presume**
49:19
**pretty** 14:23
22:21
37:19
57:17
59:20 63:3
69:13
91:21
**previous**
34:4
**previously**
35:24 86:6
**primarily**
17:2 38:15
39:22
**primary**
11:11
15:12,14
24:16
32:24 33:1
45:16,17
45:20 71:6
103:16,20
**printed** 40:6
**prior** 13:24
14:2,7
**privatel...**
36:18
**probably**
15:8 41:25
82:11
**problem**
59:19
**problems**
91:1
**Procedure**
2:5
**proceeding**
100:4
106:11

Page 14

proceedings
  106:7
process 24:3
  39:17
  66:17 79:8
  86:22
produce
  50:19
produced
  91:16
Production
  5:7
professi...
  29:16 30:5
  47:9 86:24
  87:5 88:8
  93:9
prohibited
  1:24
project
  39:23
projects
  67:18,20
pronunci...
  86:16,17
property
  11:9 69:15
proponent
  13:11 20:7
  39:9
provided
  68:10
public 2:7
  73:3,6
  79:21 95:4
  106:4
pulled 97:4
purposes
  7:13 12:12
pursuant 2:5
put 25:25
  26:12 39:2
  44:8 75:8
puts 47:7
P.M 105:6

— — Q —
qualify 12:6
question
  8:13,19,19

9:13,22
10:3 13:12
19:24,25
26:21,21
31:11,14
35:7,10
36:8,13
38:10,11
50:23
51:23 52:3
53:3 61:4
64:13
67:22,25
71:3,25
73:25 76:4
85:2,5
96:13
103:19
questions
  12:6,19,21
  13:8,9,13
  35:12,13
  37:10
  38:13,14
  51:2,5
  57:13,21
  64:8 65:16
  67:4,7,8
  67:24 70:8
quick 24:17
  27:14
quite 30:20
  60:18
quotas 11:25

— — R —
R 3:1 7:1
rack 59:19
Radziewicz
  3:10 7:11
ran 45:18
  62:14
  89:16
random 87:21
range 41:21
  91:23 97:8
rates 92:6
  104:12
reach 25:24

26:10,22
26:25 27:8
55:15
reached
  26:12
  83:22
read 8:21
  85:2 106:9
reading 8:1
READS 85:5
ready 79:22
real 24:17
really 12:7
  14:5 18:8
  22:12 28:5
  29:15,16
  29:24
  31:14,15
  34:18
  36:14
  41:22 51:2
  57:7 59:15
  70:1 72:13
  75:4 82:23
  88:3 94:20
reason 10:13
  59:16 69:6
recall 49:3
  71:10 74:2
  79:16
  86:10
  98:25
recalls
  66:13
receipts
  22:7
receive 8:23
  10:24
  67:13
received
  50:18
recollect
  28:7
recollec...
  28:10
  66:21
record 84:22
  84:24
  106:11
recording

8:13
recruit 40:4
  47:1 76:24
recruited
  44:9 53:21
  53:22
  71:10,13
recruiting
  47:5
recurring
  31:22
Red 22:13
refused
  84:17 85:7
  86:13
regardless
  28:13
  53:12,15
register
  59:10,11
  92:10
registered
  23:8,8
  24:13
  40:12 68:8
  77:1 92:11
registering
  77:2
registra...
  38:25
reimburse
  60:4,5
reimbursed
  80:18
rejection
  24:24
relates 25:3
  40:2 65:25
relative
  106:16,18
remember
  18:8 22:12
  22:16 28:2
  28:3 35:24
  40:23,25
  49:6 50:19
  53:10
  61:10
  67:12 78:2
  79:16

96:20
rent 74:5,11
rental 16:7
  41:5
rented 74:8
repeal 66:4
repeat 9:5
rephrase
  9:18 23:2
report 40:15
  85:23
  100:9
reported
  85:15
  106:8
reporter 2:7
  8:16 85:5
  106:24
reports 60:2
  60:4
represent
  7:12
represen...
  58:4
represen...
  17:23
represented
  7:13
represen...
  17:23
reproduc...
  1:24
Republican
  14:4 15:14
  17:19,25
  23:15,16
  24:14,16
  26:2 48:21
  48:23
  68:20,23
  73:15,16
  89:17 98:8
  103:16,20
Republicans
  17:22,24
  26:1 73:13
  89:20
Republic...
  58:8
requested

85:12
**requests**
  39:10
**require**
  34:23
**required**
  96:1
**requirement**
  82:24
  92:13
**research**
  17:19
**resident**
  30:17
  91:11
**residents**
  47:10
**resolution**
  85:21
**resolved**
  84:19
  85:16
  102:24
**respect** 97:7
**respective**
  68:12
**respond**
  46:11
**response**
  50:22
**Restate**
  51:23
**returned**
  31:18
**Revere** 38:3
**review** 8:21
  8:24,24
**RE-EXAMI...**
  4:8 97:18
**Rhode** 13:22
  14:4,6
  22:20
  27:11,13
  27:23 28:4
  32:16
  33:10 38:8
  51:14 52:4
  57:22
**Richmond**
  31:7 65:21

**Rick** 14:16
**right** 7:19
  12:21
  16:24 18:3
  19:5 22:2
  22:2 26:20
  38:10
  44:22 45:5
  52:11,13
  54:15 55:5
  55:5,5
  56:21 60:7
  60:19
  64:23 65:3
  72:13
  77:21
  78:19 83:9
  83:20 88:5
  88:10 90:1
  92:8 93:16
  97:7 98:5
  100:5
**road** 75:16
  98:24
**roam** 88:1
**Rock** 33:8
**rocked** 48:13
**Rocky** 13:14
  13:19,22
  14:3,8,16
  14:25 15:2
  15:11 17:3
  17:4,5,7
  17:10
  18:25
  22:10
  28:18
  32:23,23
  34:6 39:24
  40:19
  41:13,14
  41:16 45:6
  49:4,8
  73:7,10
  82:2,7
  84:2 89:16
  90:5,10
  104:2
**Rocky's** 49:5
**role** 39:16

**Ron** 47:23
  48:13,17
  50:8 53:3
  54:11,12
  55:7 57:1
  58:17,17
  59:5,6
  60:11,13
  90:13,16
  98:12,13
**Roof** 22:13
**room** 9:4
  30:20 38:2
  47:6
**roommate**
  75:10
**Rossi** 3:3,4
  4:7 7:13
  34:20 45:3
  54:21 55:2
  64:10,16
  71:3 76:16
  85:1,6
  88:21,23
  96:6,8,12
  96:15
  97:14
  103:12
**rounds** 60:23
**rules** 2:5
  7:19
**ruling** 26:15
**run** 13:18
  31:1 56:13
  56:15
**running** 27:5
  27:6 31:5
  31:6 58:11
  61:11
  89:21
  95:17
**Rutland**
  17:22,24
  18:1,2,3,4
  18:4

——— S ———
**S** 3:1 7:1
**salary** 19:13
**sale** 80:16

93:15
**sales** 11:25
**salesman**
  24:19
**Santorum**
  14:16
**sat** 42:13
  95:8
**satellite**
  87:19
**satisfy**
  82:24
**Saturday**
  29:25
**save** 30:19
**saying** 52:8
  52:18
**says** 8:17
**scarce** 63:3
**scenario**
  95:23,24
**scene** 92:23
**scenes** 54:3
**schedules**
  79:4
**school** 10:23
  17:24
**screwed** 46:7
**search** 62:21
**season** 32:8
**seasonal**
  32:7
**second** 18:10
  19:1 36:6
  38:21
  61:19
**Secretary**
  39:1
**Section** 3:12
**see** 22:7
  37:18 39:4
  52:7,8
  57:7 60:22
  80:3 93:8
**seen** 91:14
**sell** 44:1,3
  69:6,7,9
  72:14,22
**selling**
  11:13,19
  63:18

93:13
**senate** 56:16
**Senator**
  103:15
  104:24
**senatorial**
  50:6
**senators**
  66:13
**send** 19:22
  21:14
  54:23
**sense** 24:5
  43:16
**sentence**
  8:11
**September**
  1:18 2:10
  30:21,22
  38:18
  57:11
**seriously**
  21:16
**set** 92:21
**seven** 11:1
  17:24
**sharpen** 94:5
**sheet** 67:17
  67:19
**Sheraton**
  22:8,11
**shoddy** 21:9
  91:14
**short** 46:12
  56:22 75:7
  76:11
**show** 48:7
  78:11
  94:18
**showing**
  50:17
  62:10
**shrug** 7:25
**shrugs** 7:22
**sic** 11:16
  32:9
  100:11,12
**side** 59:8
**sign** 8:21
  9:1 17:11

23:23
24:24
42:25
52:25  53:4
68:13,24
69:20,21
69:21
71:19  72:1
72:5,11
85:10
88:11,14
88:24  90:6
90:7  95:3
95:8  103:1
103:3
104:16,17
104:18,19
**signature**
12:16
13:20  19:2
19:7,12
20:4,24
24:23
28:14,15
28:20,24
29:1,5,8
29:17  30:5
33:8  34:16
35:9  36:17
37:3  39:3
40:3,18,24
40:25  47:2
47:9  54:1
54:5  59:22
59:24
61:15
66:17,24
67:14
71:13,20
74:17  76:3
92:5  93:12
94:8  96:22
100:17
**signatures**
15:18
16:15  17:2
17:7,14
18:22
19:21,23
20:8,9

21:1,2,11
22:19,23
23:1,6
24:6,15,22
25:1,4,6,9
26:18
27:11
28:17,24
29:4,13
30:9  35:3
35:4,10
36:9  37:5
38:5,12,18
38:22,24
39:5  40:8
40:11,13
40:16,19
40:20
41:11,18
41:25  42:1
42:2,20
43:6,16
45:7,8,13
45:15  46:2
46:18,20
46:24
47:23
48:16
49:12,15
50:5  53:13
53:15
56:25
57:15,16
57:17
59:25  61:1
61:2  64:7
65:8  66:1
67:10  69:2
69:8  70:6
70:19  73:4
74:17
75:18  77:8
79:22  80:7
80:9  81:11
81:15,19
81:20  82:6
82:8,20
83:16,17
86:2  90:24
92:3,13

93:4  94:16
94:19
95:25  96:1
96:21  98:5
98:19  99:5
99:8
104:15,23
**signatur...**
29:23
**signed** 43:10
52:1  53:18
89:2,9,11
92:25
104:20
**signers** 18:1
**signing**
40:12
53:19
72:14
88:20
**similar** 52:3
**similarly**
20:23
**simultan...**
38:7
**single** 39:3
**sir** 41:22
**sit** 82:18,19
83:20
**sitting**
10:12
42:17
**situation**
81:14,15
82:22
85:16
**situations**
21:12
79:14  83:4
83:9,14
88:10
**skiing** 15:1
34:4  88:7
**skills** 94:5
**slam** 69:14
**slamming**
72:20
**small** 40:19
80:1
**smallish** 9:3

**somebody**
15:21
26:18
43:23  66:6
78:21
86:23  87:3
95:2
**somebody's**
8:11  71:19
72:10
88:13,19
**sorry** 22:22
27:19  33:4
35:13  37:9
38:10
54:16,16
70:2  75:24
77:16
84:22
86:17
103:11
**sort** 37:23
95:15
**sought** 21:8
**sounds** 73:10
**South** 11:8
54:23
60:16
**speak** 8:6
54:18
**speaker** 71:7
**speaking**
75:13
**specific**
40:15  58:5
**specific...**
39:10
**speculating**
44:11,12
**spend** 99:3
**spent** 18:18
101:14
**split** 87:1
**spreadsheet**
39:2
**spring** 61:1
89:23
**Square** 2:9
3:14
**stand** 83:18

95:21
**start** 13:3
57:8
**started** 12:3
16:22
31:15,17
33:4  64:25
65:1
**starting**
36:9
**state** 10:16
12:20
13:12,25
17:16,20
19:8,22,23
25:15
33:21,24
35:19
46:17  59:9
59:25
61:11
66:13,20
68:15
77:23
78:18
91:24
**stated**
106:15
**states** 1:1
11:1,4
12:6,7,15
34:21  36:7
38:17,19
39:20  40:1
47:2  61:5
62:17
71:16  74:9
74:16
92:13
**statewide**
66:4  67:4
**State's** 39:1
**stay** 7:22
22:3  33:12
75:4,5,8
87:23
**stayed** 16:7
18:11  22:8
22:12,13
22:15,17

22:21
35:22,23
36:2 60:18
77:19,22
**staying**
33:20
35:16
44:17
74:20,23
74:24
75:14
**Stein** 62:7
62:10 89:7
**stick** 21:7
**stint** 61:7
**stood** 82:20
**stop** 83:5
**stopped**
22:25
42:18
69:25
83:11
**store** 87:12
92:22
**stores** 36:22
**story** 71:1
**straight**
62:5
**strangers**
87:21
**Strauss** 24:8
26:7 43:19
94:23
102:2
**Strawberry**
2:9 3:14
**Street** 3:5
10:19 12:9
**stretch**
16:15
**stricken**
21:2
**strike** 63:12
**string** 5:6
48:10
**strip** 42:14
**struck** 103:5
**structure**
84:2
**stubborn**

59:10
**stuff** 27:6
52:17 80:7
98:6
**submit** 34:10
60:2,3
**submitted**
22:7
**subpoena**
50:19
**subsequent**
51:13
52:14
81:17
**subway** 73:9
82:7,13
92:6
101:19
**subways**
42:14
**success**
104:12
**successful**
73:10
**supermarket**
36:20
**supermar...**
36:18
**support** 72:8
**supporter**
72:11,18
**supposed**
100:16
**supposition**
102:6
**sure** 8:3,9
9:16 10:4
10:6 13:9
16:24 23:3
23:3 38:24
40:7,21
51:22 53:1
54:4 64:5
64:15,19
65:6,15,16
68:20 71:2
72:24 77:7
78:15
**Surely** 23:12
**swore** 9:25

**sworn** 7:3
106:12

**T**

**table** 10:3
92:21
**tabulations**
85:14
**tail** 18:17
64:25 65:1
**take** 7:24
10:3 21:16
25:21 28:6
29:12
30:11 34:3
34:5 46:10
50:24 71:9
74:4,15
76:9 77:8
83:19
84:23 86:1
**taken** 2:4,5
46:12
56:22 67:9
76:11
106:14
**talk** 13:2
26:3 65:12
69:16,19
71:1 93:25
95:7
**talked** 39:19
56:25 59:4
63:14
74:10
**talking** 26:4
28:22 39:8
42:5 56:24
64:3 67:17
67:19,23
85:25
**tasked** 45:6
**tasks** 47:7
81:3
**tax** 12:21
31:12
**team** 40:5
**teamed** 69:5
**technically**
30:17

**technique**
96:24
**Ted** 14:6,10
14:16,24
18:12
24:15 49:6
68:24
70:11 73:6
78:10
**tell** 9:10,11
9:13,17
23:15 28:5
41:24 86:8
**tend** 21:6,7
92:4,5
**tendency** 8:5
**term** 52:9
**terminology**
79:9
**terms** 35:9
66:24
70:10 99:7
**terrible**
34:14 44:7
**territory**
14:14
**test** 11:17
**testified**
7:4 10:9
43:23 78:4
78:9,16
84:16
**testify**
106:13
**testifying**
45:4
**testimony**
78:14
**Texas** 11:9
**Thank** 10:7
21:18 49:9
75:25
97:15
105:4
**Thanks** 50:13
105:3
**they'd** 69:22
72:18
104:17
**thing** 8:20

10:2 25:18
34:15
36:10
46:19
48:14
50:25
**things** 50:23
52:24
69:24
74:17 79:2
93:22
**think** 10:11
14:2 15:10
16:11,22
18:16
22:20
33:22,25
34:1 35:22
35:22
42:15
50:10
54:14
56:15
58:10
61:10 62:1
63:21,22
64:11
75:20 76:9
90:11
97:13
99:17
100:10
103:17,22
104:25
**third** 57:25
**thought**
17:24 26:4
51:8 85:4
86:9 89:10
101:5
**thousand**
42:3,3
43:6
**three** 13:10
13:13
35:12,14
35:15
58:18
61:12
65:20 89:9

104:15,20
**three-an...**
18:18
**time** 12:8
16:2,7,19
17:4 21:23
28:6 29:3
29:13,25
30:23 31:4
31:6 33:3
33:12,16
33:17,19
34:3,5
35:18 36:1
37:11
44:20 49:1
50:24 51:9
53:10 59:7
59:11,23
61:19
66:11 73:4
74:13 77:4
77:24
78:23,24
79:11,12
79:15
84:16 89:5
94:1,3
96:18
98:23
99:13
101:12,19
104:19
106:15
**times** 19:14
21:24
35:20
36:15
38:22
40:15 68:2
69:21,22
71:22 83:8
**tired** 25:20
**today** 7:14
10:12
46:16
50:18 78:9
**told** 10:8
40:5 77:2
**tons** 95:25

**top** 49:3
78:3
104:22
**touch** 25:25
44:8
**touched** 93:8
**tough** 69:14
96:22
**town** 22:12
34:10,15
39:11,12
**towns** 34:8
**tragic** 24:25
**train** 85:4
**training**
67:13 68:4
93:8
**transcript**
1:24 8:1
8:19,23
106:9,10
**transpor...**
74:7,8
**travel** 16:5
22:11 74:3
**traveled**
64:6
**traveling**
12:5,13
16:13
75:13
**Trent** 19:10
19:14
26:12 41:8
43:1 44:8
44:9 52:17
52:20 56:1
68:10,18
85:18
100:11
102:8
**TRENTON** 1:6
**Trial** 68:6
**trick** 9:14
**tried** 26:13
43:20
45:23 47:4
55:4 59:9
75:1 84:1
**trips** 35:21

**true** 41:10
106:10
**Trump** 14:6
72:10,18
**truth** 106:13
106:13,14
**truthfully**
9:23 10:14
**try** 8:6,7
24:19
26:11,22
27:1,7,8
30:19
35:19 44:1
69:1,6,9
69:15
71:25
72:13 73:3
76:24
**trying** 9:14
14:2 28:9
35:22
42:18
45:25 58:2
79:16
85:10 93:4
**tunnels** 73:9
82:7,13
**turn** 39:11
41:11 95:2
**turned** 21:1
43:13
**turning**
21:11
**turns** 71:9
**Tuttle** 66:7
66:10,15
**two** 9:11
15:9 16:1
20:16,17
20:17,18
35:13
60:22 61:7
61:12
66:14 76:1
76:9
104:20
**two-week**
16:15
**type** 56:1

75:15

**U**
**Uh-huh** 9:6
19:19
20:11 24:2
35:25 36:5
44:15
45:21
49:11 51:2
53:2 71:4
72:10
74:19 77:9
77:25 81:5
82:1 84:15
87:6 89:8
90:18 91:7
97:25
98:14
**uh-huhs** 9:9
**unable** 10:13
**unbeknownst**
66:20
**underneath**
82:15
**undersigned**
2:6
**understand**
7:17,25
9:12,13,14
9:17,18,19
10:14 43:4
46:22
64:24 71:6
73:16
102:20
**understa...**
16:25
19:20
102:2
103:15
**understood**
9:23 26:8
55:18 99:9
**unemploy...**
30:7
**unheard**
61:15
**United** 1:1
11:14,17

29:10 32:9
71:12
**update** 11:6
**use** 23:11,14
31:5 56:18
74:7 88:2
88:7
**usually** 20:2
36:13 47:4
53:17
69:17 74:7
92:17
**U.S** 13:25

**V**
**vacation**
31:2
**valid** 38:25
39:4 45:15
88:22
**validate**
21:11
39:10
**validating**
30:9 37:19
38:5,6,22
**validation**
28:17
39:16 92:5
**validity**
21:5,9,12
32:11 35:8
39:12
91:17,17
91:20,23
97:8
**valuable**
60:1
**various** 22:3
28:17
29:23
33:20,23
39:20 47:2
50:19
66:13
67:18,24
68:13
74:16
91:14
**vehicle**

74:13
**verbal** 7:21
**Vermont**
14:15,25
15:3,4,7
15:12,15
16:1,3,7
16:14,16
17:2,14,21
19:2 27:19
39:8 51:10
51:11,24
52:2,12
65:2 68:16
70:3
**version**
85:13
101:5
**versus** 33:17
80:10
101:6
104:13
**Virgil** 62:7
**Virginia**
61:7,17,23
70:2
**volunteer**
25:25
**vote** 59:10
59:11 77:1
77:2 92:10
**voter** 38:25
**voters** 23:17
24:14 39:2
40:12 68:8
68:12,23
88:11 90:5
92:4 95:7
**vs** 1:8

**W**

**wait** 79:15
81:19
**walk** 23:7,19
44:4 69:22
82:25
87:20,21
**walked** 24:24
**walkie-t...**
88:2

**want** 7:22
9:15 14:1
18:9 31:15
37:3,5
50:25 57:8
65:12
69:21 71:2
72:5 81:15
85:3 88:11
91:18
92:16 94:9
**wanted** 34:3
90:7
**wasn't** 26:21
42:19 63:6
94:23
101:3
102:16,17
103:19
**watch** 82:18
82:19,20
95:21
**water** 10:5
21:16
**way** 9:18
21:25 23:3
37:6 47:22
94:9
106:19
**weather** 82:9
**week** 18:10
40:15
54:18
60:16
**weekend**
82:10
**weeks** 15:6
16:1,20
18:18
30:24
32:21 33:7
42:2
**went** 10:23
16:3,10,12
18:18
22:13,20
23:18 27:7
27:10 30:7
31:2,8
32:18

35:21
38:12,19
39:20 40:8
41:10,11
51:8,14
54:22
58:16,19
59:3,25
60:15 61:5
61:24
62:19,21
74:9 82:25
**weren't**
69:23
70:14
100:23,25
**west** 18:2
61:7,17,20
61:23
**western**
35:19
37:21,22
59:8 77:11
77:14
**we'll** 10:3
13:3 26:3
46:10 48:2
54:17
87:11,12
87:14
**we're** 8:1
24:14
26:17
28:22 31:5
39:13 42:5
56:24
79:10
85:10
87:18,22
**we've** 46:21
47:4 71:17
**Whichever**
104:14
**whim** 25:22
**willing**
83:22
88:24
**Willistown**
77:19
**Wilson** 25:12

42:23
100:19
101:23,25
**winter** 34:5
96:22
**Wisconsin**
66:12
**wish** 18:3
**withdrew**
13:12
**witness** 4:3
24:8,21
25:12,16
26:16
34:24
42:10,12
42:17,22
43:8,21
49:19
55:16
76:19,25
78:21,25
79:6 81:1
81:2,22
82:24 83:3
84:13,23
86:23,25
92:13
100:13
102:13,15
106:12
**witnessed**
81:24
**witnesses**
26:14 41:7
59:7,11
78:19 79:1
79:2,4
83:22
90:21
94:11,13
95:19 98:4
98:20
**witnessing**
81:4 99:11
102:14
**Woburn** 31:5
**woman** 43:19
102:1
**won** 36:19

**wondering**
64:21
65:11
**word** 99:18
**work** 12:16
13:3 14:7
14:17,22
15:7,22,25
16:21
18:20
19:12,21
20:4,10,21
20:23 21:3
21:5,6,7,9
21:15,21
25:14 28:4
28:8,10
29:8,10,22
32:6 35:5
35:6,15
37:12,24
38:9 40:24
43:20
44:17
46:21 47:6
47:9 51:21
51:25 52:5
52:15,19
55:7 56:7
57:1,18
58:14
61:23 63:1
63:9,15,17
63:23
64:24 65:1
65:13,20
65:24 66:5
66:14,23
67:10
70:23
74:23
75:17,21
86:15,25
87:3,9,11
87:13,13
87:18
91:16,18
92:3,16,17
94:9 95:11
98:15

99:13
101:18
**worked** 12:18
12:25 14:9
14:15
15:23 18:2
18:2,4
19:11 28:3
28:4 31:8
32:13
33:25 34:6
37:18 38:2
49:21,24
57:9,12
60:17 66:2
66:10,12
67:3 71:11
71:17 76:2
79:5 85:14
89:6,13,14
92:18
99:11,14
102:9
**working**
15:17
18:24 24:8
25:12 29:2
29:4,11
38:4,7
41:16 47:3
52:1 63:13
66:19
67:18,24
71:8 72:22
86:18,19
86:23
87:17,24
101:7
**workmanship**
91:14
**works** 94:7
**worry** 70:25
71:2
**worse** 34:22
**wouldn't**
44:1 91:18
**would've**
57:10
**wrapped**
44:24

**wrapping**
15:8 16:21
34:2
**write** 8:11
48:12
**written** 30:2
**wrong** 14:11
26:16

**X**

**X** 4:1

**Y**

**yeah** 8:24
9:9 11:18
15:5,20,20
16:10,19
17:15 18:4
18:9 20:1
22:2 23:17
26:2 29:22
32:2,3,4
32:19 33:2
33:2,10
34:3,6,12
34:14,14
34:19,23
35:2,4,12
35:17 36:2
37:7,18,25
38:6 39:22
39:23
41:16 42:9
43:25
44:12
45:13
48:12
49:17 50:2
51:12,24
52:1,9,20
53:6,14,17
56:13,20
57:8,17,20
58:6 60:15
60:19 62:1
62:1 63:6
63:22
71:11,15
71:17
73:19 75:1

76:1 77:17
77:21,21
78:16
80:17
81:18 82:8
82:11,16
82:18
84:18 85:9
85:20 87:4
87:16,18
88:2,4,12
89:6 90:7
90:13,25
91:22 92:2
93:10,13
93:21 94:2
95:9 96:19
96:23
97:17,20
99:10
102:7
104:14
**year** 13:9
14:5 22:21
32:18
46:19
56:14,15
57:2,7
63:4,5
64:22
66:12
74:15 76:5
99:8
**years** 11:13
29:9,12
48:13
62:24 63:1
63:18 82:4
**Yep** 15:3
**York** 11:8
13:25

**$**

**$3** 59:21
61:15
96:21
**$300** 96:20
**$5** 40:19
**$500** 102:21
**$8** 40:25

**0**

**02125** 10:20
**02556** 12:11

**1**

**1** 5:6 48:2,4
48:9
**1:00** 105:6
**1:16-CV-...**
1:8
**10th** 15:10
**10,000** 45:11
45:12 46:2
**10:30** 2:11
**105** 4:9
**106** 4:10
**1099** 20:8,10
**11** 83:16
**12/8** 51:12
**13** 32:3
**13th** 2:9
**15** 52:10
65:1
**15th** 3:13
**16** 52:10
64:2 65:19
**17120-0001**
3:15
**17554** 3:6

**2**

**2** 5:7 50:12
50:14,18
**2000** 10:23
**2007** 12:18
12:22
31:10,23
**2008** 12:21
12:22
**2009** 67:10
**2010** 12:4
63:8,10,11
66:5,22,23
67:6
**2011** 32:3
57:8,11,12
58:23 63:3
63:5,7,9
63:14
65:24

66:12
**2012** 11:16
31:23 32:2
32:2,5
47:22
48:16,20
49:9,19,22
50:8 53:4
54:10 55:7
56:25
58:23
63:15,20
89:6 90:13
90:14 91:4
97:24 98:7
99:11
**2013** 11:18
63:15,21
**2014** 63:23
**2015** 11:23
30:3,4,14
31:24 54:7
63:22,25
64:1,2,4,6
64:13 65:9
65:12,17
**2016** 1:18
2:10 13:3
13:7 14:17
14:20 15:2
32:17
46:16 50:8
53:16
55:16
56:10,24
64:21,24
65:8 74:4
74:10
89:14,15
90:4 97:24
**22** 10:19
12:9
**26** 1:18 2:10

**3**

**3** 10:19
**30** 30:18
**316** 3:5
**360** 68:10

**4**
**4:00** 92:18
**45** 76:22,23
**48** 5:6

**5**
**50** 5:7
**500** 43:18

**6**
**6,000** 60:25

**7**
**7** 4:5
**7th** 16:22
  17:1
**7,000** 45:13
  45:15
**7:00** 36:11
**70** 82:4
**70s** 25:13,18
**76** 4:5,7

**8**
**8** 14:10
  18:12,23
  56:4  73:14
  78:16
**8th** 11:18
  16:23  17:1
  63:21
  77:10,13
  78:5,10,15
  97:2  104:5
**8,000** 60:25
  61:1
**80** 91:25
**80,000** 97:20
**88** 6:4

**9**
**9/26/16**
  106:8
**90** 91:25
  92:1
**96** 6:4,4
**97** 4:7,9

the greatwaldoneous@gmail.com

# Gmail

**COMPOSE**

**Inbox (8,355)**
Starred
Important
Sent Mail
**Drafts (335)**
**Circles**

[Gmail]Trash
[Imap]/Drafts
Campaign - Supreme…
Deleted Messages
Letters to Writers
marakesh
Notes
Personal
Pittsburgh Business …
Resume/Pedigree
**Sent Messages (3)**
Travel
More

**Move to Inbox**

**PA**        Inbox   x

**Trenton Pool** <tdonnpool@gmail.com>                Feb 3
to Brian, Michael

Hey Guys-

Come to PA tomorrow am and get here immediately so I can get you guys to know
for Ted Cruz and get it done in 5 or 6 days then work for Rocky.  It will be big $.  S
tomorrow hopefully.


**Michael Alexander** <greatwaldoneous@gmail.com>        Feb 3
to me, Brian

Yeah, Carol and I rocked PA 4 years ago for Ron Paul, we made a bunch of cash
blast in Philly.  Let's do this thing!!!!

**Trenton Pool** <tdonnpool@gmail.com>                Feb 3
to Michael, Brian

Come now


**Michael Alexander** <greatwaldoneous@gmail.com>        Feb 3
to me, Brian

I'm packing. Brian needs to get over his sickness, get his car ready and pack.  It's
manageable 6 hour drive, but we need to be ready


Defendants
1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENEZET CONSULTING, LLC; | : | |
| TRENTON POOL *and* CAROL LOVE | : | |
| | : | **CIVIL ACTION** |
| **PLAINTIFFS,** | : | |
| | : | No. 1:16-CV-00074 |
| **vs.** | : | Hon. Yvette Kane |
| | : | |
| PEDRO A. CORTÉS,  in his official capacity | : | |
| as the Secretary of the Commonwealth of | : | |
| Pennsylvania; and JONATHAN MARKS, | : | **RECEIVED** |
| in his official capacity as Commissioner, | : | |
| of the Bureau of Commissions, Elections and | : | SEP 14 2016 |
| Legislation | : | Office of Attorney General |
| | : | Litigation Section |
| **DEFENDANTS.** | : | |

### MICHAEL ALEXANDER'S PRODUCTION OF DOCUMENTS

Attached hereto is Michael Alexander's production of documents pursuant

to defendants' "Subpoena to Produce Documents, Information, or Objects or to

Permit Inspection of Premises in a Civil Action" dated August 12, 2016.  Based on

information and after an examination by Michael Alexander of the documents in

his possession, any category of documents not attached either do not, or no longer

exist, or are not in the possession of Michael Alexander.  Michael Alexander is

aware of a continuing obligation to supplement this production of documents and

1



will continue to produce any requested document(s) that he becomes aware that is in his possession.

Respectfully submitted,

Dated:  September 14, 2016

_____

Paul A. Rossi, Esq.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENEZET CONSULTING, LLC;** : | |
| **TRENTON POOL** *and* **CAROL LOVE** : | |
| : | **CIVIL ACTION** |
| **PLAINTIFFS,** : | |
| : | **No. 1:16-CV-00074** |
| **vs.** : | **Hon. Yvette Kane** |
| : | |
| **PEDRO A. CORTÉS,  in his official capacity** : | |
| **as the Secretary of the Commonwealth of** : | |
| **Pennsylvania; and JONATHAN MARKS,** : | |
| **in his official capacity as Commissioner,** : | |
| **of the Bureau of Commissions, Elections and** : | |
| **Legislation** : | |
| : | |
| **DEFENDANTS.** : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Paul A. Rossi, attorney for plaintiffs, hereby certify that on September 14,

2016, I personally served Michael Alexander's production of documents and the

foregoing document on Nicole J. Radziewicz, Deputy Attorney General of the

Commonwealth of Pennsylvania.

Dated:  September 14, 2016        _____

Paul A. Rossi, Esq.



# INVOICE

# 2

Feb 17, 2016

Feb 17, 2016

**Balance Due:** $1,070 50

**Rocky/Cruz campaign PA**
Kicking Ass & Taking Names Inc
Michael Alexander, Brian Lyra, Carolyn Glovsky

**Benezet Consulting LLC**

| Item | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Kemitt Wilson Food Fund ($16 paid by Brian, $48 by Michael) | 8 | $8 | $64 |
| Amy Strauss Food Fund (Brian) | 2 | $8 | $16 |
| PPA Gateway Garage: entered 2/10 @ 11:39 exited 2/12 @ 14:04 | 1 | $56 | $56 |
| PPA Gateway Garage entered 2/8 @ 21:05 exited 2/10 @ 16:47 | 1 | $25 | $25 |
| PPA Gateway Garage: entered 2/8 @ 00:10 exited 2/8 @ 10:09 | 1 | $19 | $19 |
| PPA Gateway Garage: entered 2/8 @ 21:28 exited 2/9 @ 8:56 | 1 | $5 | $5 |
| PPA Gateway Garage: entered 2/8 @ 00:11 exited 2/8 @ 21:26 | 1 | $20 | $20 |
| Street parking – 2/8 4:26pm - 7:26pm | 1 | $7 50 | $7 50 |
| Street parking – 2/8 2:27pm - 4:27pm | 1 | $5 | $5 |
| Street parking – 2/8 12:20pm – 12:20pm 2:20pm | 1 | $5 | $5 |
| Street parking – 2/9 2:23pm - 4:23pm | 1 | $5 | $5 |
| Street parking – 2/9 4:20pm - 6:20pm | 1 | $5 | $5 |
| Street parking – 2/9 6:32pm - 7:32pm | 1 | $2 50 | $2 50 |
| Street parking 2/11 10:01am - 11:13am | 1 | $3 | $3 |
| Street parking 2/11 5:32pm - 7:32pm | 1 | $6 | $6 |
| Street parking 2/11 7:50am - 10:00am | 1 | $5 | $5 |
| Street parking 2/12 7:54am- 10:00am | 1 | $5 | $5 |
| CVS: pens | 1 | $3 83 | $3 83 |
| Staples printing | 1 | $23 11 | $23 11 |
| Fedex store (scanning receipts) | 1 | $10 52 | $10 52 |
| Enterprise rent a car | 1 | $287 24 | $287 24 |
| Rodeway Inn & Suites (2/4 – 2/6) | 1 | $184 43 | $184 43 |
| Red Roof Inn 2/6 -2/7 (Brian) | 1 | $78 64 | $78 64 |
| Shell Doylestown 2/5 (Brian) | 1 | $27 25 | $27 25 |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Shell Doylestown 2/5 (Kemitt) | 1 | $10 08 | $10 08 |
| Sunoco Feasterville (Brian) | 1 | $6 | $6 |
| Philly gas 2/6 | 1 | $5 66 | $5 66 |
| Sunoco Trenton 2/7 (cheapest price I've seen in years, filled up both cars from empty) | 1 | $45 79 | $45 79 |
| APlus Walnut St Philla 2/12 | 1 | $3 | $3 |
| APlus Woodhaven Road Philly 2/13 (caravan final fill before rental drop off) | 1 | $30 | $30 |
| APlus Woodhaven Road Philly 2/13 (subaru) | 1 | $21 02 | $21 02 |
| Sunoco Burlington 2/14 | 1 | $25 01 | $25 01 |
| Raceway 2/15 | 1 | $19 85 | $19 85 |
| NJ Turnpike | 1 | $0 90 | $0 90 |
| Port Authority NY Welcome to NY Bridge Tax 2/15 | 1 | $15 | $15 |
| Mobil Lodge TPK I-395 2/16 | 1 | $19 17 | $19 17 |

$1,070 50

$1,070 50

There was also $15 in printing services we got at UPS store that I could not find the receipt for, as well as another $15 trip to the dollar store to get boards, pens, clips, and other stationary supplies which I cannot find the receipt for. Also, from our food receipts it's difficult to know who ordered what and in some cases was split family style. Rest assured, these are accurate numbers and came 100% from own personal money savings.

Kemitt lunch fund = 8 days X $8/day = $64 ($16 paid by Brian, $48 by Michael)
Amy lunch fund = 2 days X $8/day = $16 (Brian)

Parking:
PPA Gateway Garage: 2/10 - $56.00
PPA Gateway Garage: 2/8 - $25.00
PPA Gateway Garage: 2/8 - $19.00
PPA Gateway Garage: 2/8 - $5.00
PPA Gateway Garage: 2/8: $20.00
Street parking – 2/8 7:26pm $7.50
Street parking – 2/8 4:27pm $5.00
Street parking – 2/8 2:20pm $5.00
Street parking – 2/9 4:23pm $5.00
Street parking – 2/9 6:20pm $5.00
Street parking – 2/9 7:32pm $2.50
Street parking 2/11 11:13am $3.00
Street parking 2/11 7:32pm $6.00
Street parking 2/11 10:00am $5.00
Street parking 2/12 10:00am $5.00
Total parking: $174

Stationary/printing:
CVS: pens - $3.83
Staples printing: $23.11
Fedex store (scanning receipts): $10.52
Total: $ 37.46

Hotel/rental car
Enterprise: $287.24
Rodeway Inn & Suites (2/4 – 2/6)- $184.43
Red Roof Inn 2/6 -2/7 - $78.64 (Brian)
Total: $ 550.31

Gas/tolls:
Shell Doylestown 2/5 - $27.25 (Brian)
Shell Doylestown 2/5 - $10.08
Sunoco Feasterville - $6.00 (Brian)
Philly gas 2/6 - $5.66
Sunoco Trenton 2/7 - $45.79
APlus Walnut St Philla 2/12 - $3.00
APlus Woodhaven Road Philly 2/13 $30.00
APlus Woodhaven Road Philly 2/13 $21.02
Sunoco Burlington 2/14 - $25.01
Raceway 2/15 - $19.85
Port Authority 2/15 - $15
NJ Turnpike $0.90

Mobil Lodge TPK I-395 2/16 - $19.17
Total gas - $ 222.73

Grand total: $1059.98



THE PORT AUTHORITY
OF NY & NJ

Outerbridge Crossing

Lane: 10
Card #: 30205
Date: 02/15/2016 20:12

Class: 1
Toll Paid:$ 15.00

Get E-ZPass today
Save time & money
Visit www.joinezpass.com

Thank You, Drive Safely

LODGE TPK I-395 PLAINF
JOHN DAVIS LDG TPK I-3
MOOSUP, CT 06354

02/16/16 01:27:26
Pump#:   4 /Self
Product:Regular 81
Gallons        9.886
$/Gal          1.939
Fuel Sale     19.17
Total Sale    19.17

Dealer # : 0000000009742
412
Merch # : FF09120990001

Shift #   :
Credit    : 19.17
Card #    : 0
Discover   37/
Auth Code: 01679R
Invoice#: 1533/
STAN      15177
APPROVED 01679R

769401S3125c4

THANK YOU FOR
CHOOSING MOBIL

N.J. TURNPIKE                    TOLL
                                PD $0.90

ENTRY EXIT LANE CLASS
009  010  01  01  077159
02/15/2016 20:03
Trans No. : 077159
Collector ID:022397

Thank You

APlus
0363-1371-05
4001 Woodhaven Road
Philadelphia Pennsyl
* FINAL RECEIPT*
For Credit Sales
Card Charged Only
Total Shown Below.

Trans #:      721709
Grade:   Reg. (87) D
Pump Number:      04
Gallons:      11.188
Price:        $1.879
Total Fuel:   $21.02
Total Sale:   $21.02

Term: JD42419046001

Appr: 01395R

Seq#: 036791

Discover
Capture
XXXXXXXXXXXXX3770

WELCOME

TO3442361O-001
SUNOCO 0341233202
357 E FEDERAL STREET
BURLINGTON  NJ 0801

DATE    02/14/16
TIME     7:28 PM
REF#

CARD1
APPROVED
ACCOUNT NUMBER

PUMP  PRODUCT  PPG
04   ULTR   $2.159

GALLONS    TOTAL
11.582    $25.01

INCL 0.080/G DISC

THANK YOU.
HAVE A NICE DAY



WELCOME
SALES RECEIPT
57 543 402507
SHELL
215 S MAIN ST
DOYLESTOWN
PA 18901
DATE02/05/16 5:01PM
INVOICE# 111575
AUTH# 168313
VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 0389
LYRA/BRIAN
PUMP PRODUCT */G
06 VPOW $2.659
GALLONS   FUEL TOTAL
10.262      $ 27.29
Choose our best
(most advanced)
Shell V-Power
NITRO+...the BEST
total engine
protection you can
get.
THANK YOU
COME BACK SOON

WELCOME
SALES RECEIPT
57 543 402507
SHELL
215 S MAIN ST
DOYLESTOWN
PA 18901
DATE02/05/16 6:39PM
INVOICE# 111582
AUTH# 698749
VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 5773
ALEXANDER
PUMP PRODUCT */G
01 REG #1.999
GALLONS   FUEL TOTAL
5.043       $ 10.08
Choose our best
(most advanced)
Shell V-Power
NITRO+...the BEST
total engine
protection you can
get.
THANK YOU
COME BACK SOON

02/13/2016 08:51:01

XXXXXXXXXXXXXXX3770
Capture
Discover

Seq#: 036798

Appr: 013A9R

Term: JD42419846001

Total Sale: $30.00
Total Fuel: $30.00
Price: $1.879
Gallons: 15.966
Pump Number:
20
Grade: Reg. (87) D
Trans #: 721744
Total Shown Below.
Card Charged Only
For Credit Sales
* FINAL RECEIPT*
Philadelphia Pennsyl
4001 Woodhaven Road
0363-1371-05
Aplus

Sunoco
110 Sanhican Drive
Trenton New Jersey 0

2/7/2016 11:14:58 P
* FINAL Receipt*
For Credit Sales
Card Charged Only
Total Shown Below.
ID:
Trans #: 844560

Grade: Regular (87)
Pump Number: 10
Gallons: 28.634
Price: $1.599
Total Fuel: $45.79
Total Sale: $45.79

Term: JD34418584001

Appr: 425304

Seq#: 038541

Visa
XXXXXXXXXXXXX5773

02/07/2016 23:0
Thank You F
Shopping Su



# APlus

0361 2429 02
2201 Walnut Street
Philadelphia, Pennsylvania 19103

2/12/2016     6:34:33 PM
Transaction #: 2956708
Register #:   100

Pay at Pump Sale
Pump/ Regular (8/)
1.613 Gallons @ $1.859/Gal

Sub. Total:                        $3.00
Tax:                               $3.00
Total:                             $0.00
Discount Total:                    $3.00
                                   $0.00

Debit:                             $3.00
Change                             $0.00
Join Our Loyalty Program And Save

Term: JH42b534618A11

Purchase Time: 05:32PM
CURBSIDE DASH
DISPLAY ON
MACHINE: 91C103
**Fee Paid $6.00**
DATE    EXPIRATION TIME
**02/11/16 07:32PM**



Purchase Time: 10:01AM
CURBSIDE DASH
DISPLAY ON
MACHINE: 53F016
**Fee Paid $3.00**
DATE    EXPIRATION TIME
**02/11/16 11:13AM**

Purchase Time: 06:32PM
CURBSIDE DASH
DISPLAY ON
MACHINE: 53F018
**Fee Paid $2.50**
DATE    EXPIRATION TIME
**02/09/16 07:32PM**

Purchase Time: 04:26PM
CURBSIDE DASH
DISPLAY ON
MACHINE: 12F044
**Fee Paid $7.50**
DATE    EXPIRATION TIME
**02/08/16 07:26PM**

Purchase Time: 07:50AM
CURBSIDE DASH
DISPLAY ON
MACHINE: 53F016
**Fee Paid $5.00**
DATE    EXPIRATION TIME
**02/11/16 10:00AM**

Purchase Time: 07:50AM
CURBSIDE DASH
DISPLAY ON
MACHINE: 3F015
**Fee Paid $5.00**
DATE    EXPIRATION TIME
**02/12/16 10:00AM**

PPA GATEWAY GARAGE
16TH & SPRING ST.

Pay Station Number: 10
Entered: 02/09/2016
21:05
Exited: 02/10/2016
18:47
Ticket Number: 28742
Transaction Number: 215734
Rate: A
Parking Fee: $ 25.00

Total Fee: $ 25.00
Fee Paid: $ 25.00
Visa
XXXXXXXXXX6773
Approval Number: 358641

Thank you for your visit
Please come again !

PPA GATEWAY GARAGE
16TH & SPRING ST.

Pay Station Number: 10
Entered: 02/08/2016
00:10
Exited: 02/08/2016
10:09
Ticket Number: 28427
Transaction Number: 215810
Rate: A
Parking Fee: $ 19.00

Total Fee: $ 18.00
Fee Paid: $ 18.00
Visa
XXXXXXXXXX6773
Approval Number: 444661

Thank you for your visit
Please come again !





**Red Roof Inn Philadelphia - Oxford Valley**
3100 Cabot Boulevard West
Langhorne, PA  19047 US
Phone: 215-750-6200
Fax: 215-750-6205
Email: i0165@redroof.com
Printed: 2/7/2016 10:06:05 AM

# Folio (Detailed)

| | | | | |
|---|---|---|---|---|
| Name: | LYRA, BRIAN A | | Confirmation Number: 165-994795 | |
| Address: | 110 CONLYN AVE | | | |
| | FRANKLIN, MA  020380000 US | | | |
| Room: | 325 | Room Type: | ND2FM, NON-SMOKING DELUXE 2 FULL BEDS MICRO- | |
| Nights: | 1 | Guests: 3/0 | | |
| Rate Plan: | RHD | Daily Rate: | $70.69 + $6.36 Tax | GTD: 913 - VISA |
| Arrival: | 2/6/2016 (Sat) | Departure: | 2/7/2016 (Sun) | XXXX XXXX XXXX 0389 |

Room Rate:

2/6/2016 (Sat) - 2/6/2016 (Sat)      $70.69 + $6.36 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 2/6/2016 | 100 | ROOM CHARGES | $70.69 | $70.69 |
| 2/6/2016 | 150 | STATE TAX | $4.24 | $74.93 |
| 2/6/2016 | 151 | COUNTY TAX | $2.12 | $77.05 |
| 2/6/2016 | 624 | SAFE WITH LIMITED WARRANTY | $1.50 | $78.55 |
| 2/6/2016 | 155 | MISCELLANEOUS TAX | $0.09 | $78.64 |
| 2/7/2016 | 913 | VISA (0389) | ($78.64) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $70.69 | $6.45 | $0.00 | $1.50 | ($78.64) | $0.00 | $0.00 |



**Rodeway Inn & Suites (PA668)**

6426 Lower York Road
New Hope, PA 18938
(215) 862-5221
GM.PA668@choicehotels.com

Account: 441726944
Date: 2/6/16
Room: 320   asc
Arrival Date: 2/4/16
Departure Date: 2/6/16
Check In Time: 2/4/16 3:35 AM
Check Out Time: 2/6/16 9:25 AM
Rewards Program ID:
You were checked out by: mevans
You were checked in by: jwhite
**Total Balance Due:** 0.00

Lyra, Brian
110 Conlyn Ave
Franklin, MA 02038

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 2/4/16 | Room Charge | #320 Lyra, Brian | 80.10 |
| 2/4/16 | City / County Tax | | 2.40 |
| 2/4/16 | State Tax | | 4.81 |
| 2/5/16 | Room Charge | #320 Lyra, Brian | 89.10 |
| 2/5/16 | City / County Tax | | 2.67 |
| 2/5/16 | State Tax | | 5.35 |
| 2/6/16 | Visa Payment | | (184.43) |
| | | XXXXXXXXXXXX5773 | |

**Folio Summary 2/4/16 - 2/6/16**

| | | |
|---|---|---|
| Room Charge | | 169.20 |
| State Tax | | 10.16 |
| City / County Tax | | 5.07 |
| Visa Payment | | (184.43) |
| | Balance Due: | 0.00 |

This rate is eligible for partner rewards. If this rate is changed, you may no
longer be entitled to partner rewards.

x_____


privileges.

You could be earning free nights and other great rewards. Join Choice Privileges today, at www.choiceprivileges.com.

Thank you for your stay. Visit ChoiceHotels.com/VerifiedReviews to post your comments about your recent experience (Click the 'Write a Review' button)

**ENTERPRISE LEASING COMPANY OF PHILADELPHIA, 540 W STREET RD, WARMINSTER, PA 189743223 (215) 674-8400**

| RENTAL AGREEMENT | REF# |
|---|---|
| 699044 | 3JCV95 |

**RENTER**
ALEXANDER, MICHAEL

**ADDITIONAL DRIVER**
GLOVSKY, CAROLYN

**DATE & TIME OUT**
02/06/2016   10:14 AM
**DATE & TIME IN**
02/13/2016   10:12 AM

**BILLING CYCLE**
24-HOUR

**VEH #1 2015 DODG GCAR SXTR**
VIN# 2C4RDGCG4FR652809
LIC# 3NV773
MILES DRIVEN   485

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 02/06 - 02/13 | 1 | WEEK | $113.00 | $113.00 |
| ADDITIONAL DRIVER FEE | 02/06 - 02/13 | 7 | DAY | $20.00 | $140.00 |
| REFUELING CHARGE | 02/06 - 02/13 | | | | $0.00 |
| | | | | **Subtotal:** | **$253.00** |
| **Taxes & Surcharges** | | | | | |
| PASSENGER CAR RENTAL TAX | 02/06 - 02/13 | | | 2% | $5.06 |
| PENNSYLVANIA STATE SALES TAX | 02/06 - 02/13 | | | 6% | $15.18 |
| PUBLIC TRANS ASSISTANCE TAX | 02/06 - 02/13 | 7 | DAY | $2.00 | $14.00 |
| | | | | **Total Charges:** | **$287.24** |

**Total Amount Due**                                                                 **$0.00**

**PAYMENT INFORMATION**

| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| $287.24 | Mastercard | xxxxxxxxxxxx3940 PENDING |

February 16, 2016 22:19                          Page: 1
Receipt #: 5123767080
VISA #: XXXXXXXXXXXXX5773
2016/02/16 21:53

---

| Qty | Description | Amount |
|-----|-------------|--------|
| 20 | PC Design Station Time/Minute | 9.00 |
| 2 | PC Design Station Time/Minute | 0.90 |

---

|  | SubTotal | 9.90 |
|--|----------|------|
|  | Taxes | 0.62 |
|  | Total | 10.52 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

187 Dartmouth St.
Boston,MA 02116
617-262-6188
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $10 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 03/30/2016



PPA GATEWAY GARAGE
16TH & SPRING ST.

Pay Station Number:        10
Entered:            02/10/2016
                        11:39
Exited:             02/12/2016
                        14:04
Ticket Number:             5957
Transaction Number:       267757
Rate:                        A
Parking Fee:            $ 56.00
-------------------------
Total Fee:              $ 56.00
Fee Paid:               $ 56.00
Visa
XXXXXXXXXXXX5773
Approval Number:   941863

Thank you for your visit
Please come again !

---

PPA GATEWAY GARAGE
16TH & SPRING ST.

Pay Station Number:        10
Entered:            02/09/2016
                        21:28
Exited:             02/09/2016
                        08:56
Ticket Number:             28743
Transaction Number:       264698
Rate:                        A
Parking Fee:            $ 5.00
-------------------------
Total Fee:              $ 5.00
Fee Paid:               $ 5.00
Visa
XXXXXXXXXXXX5773
Approval Number:   045186

Thank you for your visit
Please come again !

---

PPA GATEWAY GARAGE
16TH & SPRING ST.

Pay Station Number:        10
Entered:            02/09/2016
                        00:11
Exited:             02/09/2016
                        21:26
Ticket Number:             28428
Transaction Number:       264457
Rate:                        A
Parking Fee:            $ 20.00
-------------------------
Total Fee:              $ 20.00
Fee Paid:               $ 20.00
Visa
XXXXXXXXXXXX5773
Approval Number:   008650

Thank you for your visit
Please come again !



## STAPLES

that was easy.™

Low prices. Every item. Every day.

Store No:1542
2290 Oregon Avenue
Philadelphia, PA 19145
(215) 465-1793

Receipt #: 00004
VISA #: XXXXXXXXXX5773
02/10/16 08:30

2526125 XX 026 00004

| Qty | Description | Amount |
|---|---|---|
| 6 | S5 CR Minutes-426403 | |
| 2 | S5 CR B&W LTR/LGL-426475 | 1.80 |
| 36 | S6 CR B&W LTR/LGL-426475 | 0.00 |
| | | 18.02 |

SubTotal    21.40
STANDARD TAX    1.71
Total    23.11



The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

Compare and Save
with Staple-brand products.
THANK YOU FOR SHOPPING AT STAPLES!

---

## CVS/pharmacy

1424 CHESTNUT ST., PHILADELPHIA, PA
PHARMACY: 963-9316   STORE: 963-9318

REG#05 TRN#8061 CSHR#1331396 STR#3/9

Helped by: DEJA

ExtraCare Card #: ***********4692

1 BIC DSIL PEN BLK 10CT    2.37T
1 BIC DSIL PEN BLK 10CT    1.18T SAVED 50% 1.19
   BUY 1, GET 1 FOR 50% OFF

2 ITEMS
   SUBTOTAL    3.55
   PA 8.0% TAX    .28
   TOTAL    3.83
   DEBIT    43.83
   ***********5773    VS
   CHANGE    40.00



2500 3796 0398 0610 58
RETURNS WITH RECEIPT THRU 04/08/2016

FEBRUARY 8, 2016    3:53 PM

******************************
TRIP SUMMARY:
   Today You Saved    1.19
   Savings Value    25%
******************************

THANK YOU: SHOP 24 HOURS AT CVS.COM

Visit www.cvs.com/shop and submit a
review for your recent purchase to
help others. Your opinion matters!

******************************



# INVOICE

# 2

Feb 17, 2016

Feb 17, 2016

**Rocky De La Fuente Campaign PA**
Michael Alexander, Brian Lyra, Carolyn Glovsky

**Balance Due:**  $ 990 50

**Benezet Consulting LLC**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| PPA Gateway Garage: entered 2/10 @ 11:39 exited 2/12 @ 14:04 | 1 | $56 | $56 |
| PPA Gateway Garage entered 2/8 @ 21:05 exited 2/10 @ 16:47 | 1 | $25 | $25 |
| PPA Gateway Garage: entered 2/8 @ 00:10 exited 2/8 @ 10:09 | 1 | $19 | $19 |
| PPA Gateway Garage: entered 2/8 @ 21:28 exited 2/9 @ 8:56 | 1 | $5 | $5 |
| PPA Gateway Garage: entered 2/8 @ 00:11 exited 2/8 @ 21:26 | 1 | $20 | $20 |
| Street parking – 2/8 4:26pm - 7:26pm | 1 | $7 50 | $7 50 |
| Street parking – 2/8 2:27pm - 4:27pm | 1 | $5 | $5 |
| Street parking – 2/8 12:20pm – 12:20pm 2:20pm | 1 | $5 | $5 |
| Street parking – 2/9 2:23pm - 4:23pm | 1 | $5 | $5 |
| Street parking – 2/9 4:20pm - 6:20pm | 1 | $5 | $5 |
| Street parking – 2/9 6:32pm - 7:32pm | 1 | $2 50 | $2 50 |
| Street parking 2/11 10:01am - 11:13am | 1 | $3 | $3 |
| Street parking 2/11 5:32pm - 7:32pm | 1 | $6 | $6 |
| Street parking 2/11 7:50am - 10:00am | 1 | $5 | $5 |
| Street parking 2/12 7:54am- 10:00am | 1 | $5 | $5 |
| CVS: pens | 1 | $3 83 | $3 83 |
| Staples printing | 1 | $23 11 | $23 11 |
| Fedex store (scanning receipts) | 1 | $10 52 | $10 52 |
| Enterprise rent a car | 1 | $287 24 | $287 24 |
| Rodeway Inn & Suites (2/4 – 2/6) | 1 | $184 43 | $184 43 |
| Red Roof Inn 2/6 -2/7 (Brian) | 1 | $78 64 | $78 64 |
| Shell Doylestown 2/5 (Brian) | 1 | $27 25 | $27 25 |
| Shell Doylestown 2/5 (Kemitt) | 1 | $10 08 | $10 08 |
| Sunoco Feasterville (Brian) | 1 | $6 | $6 |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| Philly gas 2/6 | 1 | $5$^{66}$ | $5$^{66}$ |
| Sunoco Trenton 2/7 (cheapest price I've seen in years, filled up both cars from empty) | 1 | $45$^{79}$ | $45$^{79}$ |
| APlus Walnut St Philla 2/12 | 1 | $3 | $3 |
| APlus Woodhaven Road Philly 2/13 (caravan final fill before rental drop off) | 1 | $30 | $30 |
| APlus Woodhaven Road Philly 2/13 (subaru) | 1 | $21$^{02}$ | $21$^{02}$ |
| Sunoco Burlington 2/14 | 1 | $25$^{01}$ | $25$^{01}$ |
| Raceway 2/15 | 1 | $19$^{85}$ | $19$^{85}$ |
| NJ Turnpike | 1 | $0$^{90}$ | $0$^{90}$ |
| Port Authority NY Welcome to NY Bridge Tax 2/15 | 1 | $15 | $15 |
| Mobil Lodge TPK I-395 2/16 | 1 | $19$^{17}$ | $19$^{17}$ |

$990$^{50}$

$990$^{50}$

There was also $15 in printing services we got at UPS store that I could not find the receipt for, as well as another $15 trip to the dollar store to get boards, pens, clips, and other stationary supplies which I cannot find the receipt for.



*** DUPLICATE RECEIPT ***

SUNOCO A-PLUS

SUNOCO A-PLUS
300 E STREET ROAD
FEASTERVILL,PA19053
: H:42650566001

02/06/16 21:25:31

Pump: 1 /Self
Product:Regular
Gallons          193
$/Gal        $ 1.879
Fuel Sale    $  6.00
Total Sale   $  6.00

XXXXXXXXXX0389



## SUBCONTRACTOR AGREEMENT

**THIS SUBCONTRACTOR AGREEMENT** (this *"Agreement"*) is made and entered into as of the _____ day of November, 2015, by and between Benezet Consulting, LLC (*"Benezet"*), a Texas limited liability company, and _____, an individual residing in _____ (*"Subcontractor"*).

### RECITALS

In consideration of the mutual covenants and obligations contained herein, the parties hereby agree

### ARTICE 1

**1.1**     **Services and Duties.** Subcontractor shall provide the services to Benezet as described in Attachment A (the *"Services"*). Subcontractor warrants that all Services under this Agreement shall be performed and completed in a professional, ethical, and competent manner.

**1.2**     **Relationship of Parties.** Subcontractor shall act as an independent contractor in performing the Services described in this Agreement. Nothing contained herein shall be deemed to make Subcontractor the agent, employee, joint venturer, or partner of Benezet, or be deemed to provide Subcontractor with the power or authority to act for or on behalf of Benezet.

**1.3**     **Term.** The term of this contract shall commence on November 9, 2015 (the *"Commencement Date"*), and shall continue until January 11, 2016.

**1.4**     **Termination.** Either party may terminate this Agreement at any time, and for any reason, by providing seven (7) days written notice to the other party. In the event of termination, all accrued compensation and reimbursement of all properly approved expenses incurred through the seventh (7th) day subsequent to receipt of such notice shall be paid. Benezet may terminate this Agreement for good cause immediately by written notice, and in that event Benezet will not be liable to Subcontractor for any work performed or any expenses incurred by Subcontractor after such notice has been sent.

### ARTICLE 2
### COMPENSATION

**2.1**     **Compensation.** For the performance of the Services and duties described in Article 1 and in Attachment A, in accordance with the terms of this Agreement, Benezet agrees to pay Subcontractor as set forth below.

**2.2**     **Reimbursement on Signature Basis.** Benezet agrees to reimburse Subcontractor on a per signature cost for signatures collected by Benezet Contractors pursuant to this section and the schedule in Attachment A. Subcontractor may hire, as independent contractors to Subcontractor, signature gatherers/circulators/field managers, subject to the terms and conditions of Attachment A.

**2.3**     **Reimbursement of Expenses.** Benezet shall reimburse Subcontractor for the business expenses up to $1000 that are reasonable and necessary and are incurred by Subcontractor while performing the Services under this Agreement upon presentation of expense statements, receipts and/or vouchers, or such other information and documentation as Benezet may reasonably require

**2.4**     **Billing and Payment.** Subcontractor shall submit invoices to Benezet on an as-completed basis. If Subcontractor transmits an invoice to Benezet on a timely basis, then Benezet shall pay such invoice promptly upon receiving payment of such invoice from the Cruz campaign.

## ARTICLE 3
## CONFIDENTIALITY

**3.1    Nondisclosure.** Subcontractor agrees and acknowledges that, contemporaneously with the execution of this Agreement and throughout the course of his/her engagement with Benezet, Benezet may disclose to Subcontractor various "Confidential Information" which Subcontractor would not otherwise receive. Except as set forth herein, at all times during Subcontractor's engagement and thereafter, Subcontractor will hold in strictest confidence and will not disclose, use, provide access to, or publish any Confidential Information. Except as set forth herein, Subcontractor agrees that all Confidential Information, whether prepared by Subcontractor or otherwise coming into Subcontractor's possession, shall remain the exclusive property of Benezet. Subcontractor hereby assigns to Benezet any rights Subcontractor may have or acquire in such Confidential Information and recognizes that all Confidential Information is the sole property of Benezet and its assigns.

## ARTICLE 4
## MISCELLANEOUS

**4.1    Notices.** All notices and other communications required or permitted to be given hereunder shall be in writing to the parties at the following addresses or at such other addresses as shall be specified by the parties by like notice.

**If to Subcontractor:**



**If to Benezet:**
Trenton Pool
3800 Creek Road
Dripping Springs, TX 78620

**4.2    Attorneys' Fees.** In the event either party must bring suit for any reason under this Agreement, the prevailing party shall be entitled to recover all costs of such suit, including reasonable attorneys' fees, from the other party.

**4.3    Choice of Law and Venue.** Benezet and Subcontractor agree that the terms of this Agreement shall be deemed to be made under, governed by, and construed in accordance with, the laws of the State of Texas, without regard to any conflict of laws rule or principle which might refer the governance or construction of this Agreement to the laws of another jurisdiction. Any action in regard to this Agreement or arising out of its terms and conditions shall only be instituted in Hays County, Texas.

**4.4    Severability and Reformation.** If any of the terms or provisions contained in this Agreement are held to be invalid, void, or unenforceable by a court of competent jurisdiction, then the remaining terms and provisions shall continue in full force and effect, and the invalid, void or unenforceable provisions shall be deemed severable. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, activity, or subject, it shall be reformed by limiting and reducing it to the minimum extent necessary, so as to be enforceable to the extent compatible with applicable law.

**4.5    Counterparts.** This Agreement may be executed in counterparts, and all counterparts will be considered as part of one agreement binding on all parties to this Agreement. This Agreement may be executed electronically, the signatures of which shall be deemed legal and binding as an original signature hereto.

**4.6    Time is of the Essence.** The parties acknowledge and agree that time is of the essence in performing their respective obligations under this Agreement.

**4.7 No Assignment**. Neither this Agreement nor any duties, obligations or rights under it may be assigned by Subcontractor without Benezet's prior written consent. Any attempted assignment or delegation of this Agreement by Subcontractor without the express written consent of Benezet will be void.

**4.8 Entire Agreement of the Parties**. This Agreement, including supersedes any and all agreements, either oral or written, between the parties hereto with respect to the performance Services by Subcontractor for Benezet and contains all the covenants and agreements between the parties with respect to the performance of such Services in any manner whatsoever.

**4.9 Waiver**. No waiver by Benezet of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by Benezet of any right under this Agreement shall be construed as a waiver of any other right.

**IN WITNESS WHEREOF**, Benezet and Subcontractor have executed this Agreement, effective as of the day and year first above written.

**For Benezet Consulting LLC:**

Dated: 12/18/2015

By: _____

Print Name: Michael Alexander

Title: Contractor

**Subcontractor**

Dated: _____

By: _____

Print Name: _____

**Attachment A**

1.   To gather signatures for the Ted Cruz for President 2016 Republican Primary Ballot in
**Vermont**

    a.   **Ballot Access/Signature Collection:**  Subcontractor, in consultation with Benezet, will
    collect signatures. Subcontactor will keep Benezet appraised of signature collection efforts
    and expenses by 5 P.M. EST each day by reporting and/or, upon request, scanning proof of
    such.

    b.   **Expenses:** Subcontractor will keep expenses under $120/day up to a limit of $1000 total
    expenses. Subcontractor understands that any expenses incurred by the subcontractors hired
    by Subcontractor will count toward this limit.

    c.   Subcontractor understands that successful completion of the drive is paramount and
    promises to use best efforts to 60-75 signatures per day with a validity rate of at or above
    80%. Subcontractor further promises to work in Vermont until the contract is completed,
    barring extenuating circumstances.

**Vermont Rate Card**

|  | Cost |
|---|---|
| **Cruz Presidential** | 3.50/signature |

Total signature requirements will be determined on a day to day basis between Benezet and
Subcontractor.

XFINITY Connect

Page 1 of 2

**XFINITY Connect**

**paul-rossi@comcast.net**
⁺ Font Size -

**Michael Alexander Fwd: Office Depot Store Receipt**

**From :** Michael Alexander <greatwaldoneous@gmail.com>

Mon, Sep 12, 2016 12:29 PM

**Subject :** Michael Alexander Fwd: Office Depot Store Receipt

📎1 attachment

**To :** Paul-Rossi <paul-rossi@comcast.net>

Paul, I incurred these expenses scanning and emailing these documents.

---------- Forwarded message ----------
From: "Office Depot Store Receipt" <storereceipt@officedepot.com>
Date: Sep 12, 2016 11:50 AM
Subject: Office Depot Store Receipt
To: <greatwaldoneous@gmail.com>
Cc:

Questions? Call
**800.GO.DEPOT**
800-463-3768

# Office DEPOT OfficeMax

OFFICE DEPOT STORE 06137
617.445.5152
8C Allstate Rd
Dorchester, MA 02125

| | | |
|---|---|---|
| Date | 09/12/2016 | 11:49 AM |
| Version | 16.4.2 | |
| Store | 6137 | |
| Register | 5 | |
| Transaction # | 7210 | |
| Employee | 286968 | |
| SALE | | |

| **Product ID** | **Description** | **Total** |
|---|---|---|
| 751095 | SCANNING, DOC SCAN | |
| | 5 @ 0.25 | 1.25 |
| | **You Pay** | **1.25**S |
| | Subtotal: | 1.25 |
| | Sales Tax: | 0.08 |
| | Total: | 1.33 |
| | MasterCard 9186: | 1.33 |

| | | |
|---|---|---|
| AUTH CODE | 01282Z | |
| TDS | Chip Read | |
| AID | A0000000041010 | 4341504954414C204F4E45 |
| TVR | 0000008000 | |
| CVS | No Signature Required | |

Shop online at www.officedepot.com

**WE WANT TO HEAR FROM YOU!**
Participate in our online customer survey and receive a coupon for **$10 off your next qualifying**
**purchase of $50 or more on office supplies, furniture and more.**
(Excludes Technology. Limit 1 coupon per household/business.)
Visit **www.officedepot.com/feedback** and enter the survey code below.
Survey Code:   **V4KV 9GDM 3XTV**



*E2PVT994PU5365E6CC*
100 % Satisfaction Guarantee Click Here

20160912  1225
21.jpg

**20160912_122521.jpg**
4 MB

XFINITY Connect                                                    Page 1 of 2

**XFINITY Connect**                                    paul-rossi@comcast.net
                                                                  Font Size -

**Michael Alexander Fwd: Office Depot Store Receipt**

**From :** Michael Alexander <greatwaldoneous@gmail.com>          Mon, Sep 12, 2016 12:29 PM

**Subject :** Michael Alexander Fwd: Office Depot Store Receipt      📎 1 attachment

**To :** Paul-Rossi <paul-rossi@comcast.net>

Paul, I incurred these expenses scanning and emailing these documents.

---------- Forwarded message ----------
From: "Office Depot Store Receipt" <storereceipt@officedepot.com>
Date: Sep 12, 2016 11:50 AM
Subject: Office Depot Store Receipt
To: <greatwaldoneous@gmail.com>
Cc:

                                                        Questions? Call
                                                        800.GO.DEPOT
                                                          800-463-3768

**Office DEPOT OfficeMax**

                        OFFICE DEPOT STORE 06137
                              617.445.5152
                              8C Allstate Rd
                            Dorchester, MA 02125

Date              09/12/2016              11:49 AM
Version           16.4.2
Store             6137
Register          5
Transaction #     7210
Employee          286968
SALE

| Product ID | Description | Total |
|---|---|---|
| 751095 | SCANNING, DOC SCAN | |
| | 5 @ 0.25 | 1.25 |

                              **You Pay**              **1.25**S
                              Subtotal:                1.25
                              Sales Tax:               0.08
                              Total:                   1.33
                              MasterCard 9186:         1.33

AUTH CODE          01282Z
TDS      Chip Read
AID      A0000000041010          4341504954414C204F4E45
TVR      0000008000
CVS      No Signature Required

                    Shop online at www.officedepot.com

                        **WE WANT TO HEAR FROM YOU!**
Participate in our online customer survey and receive a coupon for **$10 off your next qualifying
purchase of $50 or more on office supplies, furniture and more.**
              (Excludes Technology. Limit 1 coupon per household/business.)
        Visit **www.officedepot.com/feedback** and enter the survey code below.
                    Survey Code:    **V4KV 9GDM 3XTV**



*E2PVT994PU5365E6CC*

100 % Satisfaction Guarantee Click Here

20160912_1225
21.jpg

**20160912_122521.jpg**
4 MB



that was easy.

Low prices. Every item. Every day.
Store No:426
990 Providence Highway
NORWOOD, MA 02062
(781) 255-7720

252525 XX 025 30729

Receipt #: 30729
MasterCard #: XXXXXXXXXXXX9186
09/12/16 12:20

| Qty | Description | Amount |
|-----|-------------|--------|
| 2 | SS CR Minutes-828483 | 0.60 |
| | SubTotal | 0.60 |
| | STANDARD TAX | 0.04 |
| | Total | 0.64 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

Compare and Save
with Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!