**EXHIBIT 12**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \*

BENEZET CONSULTING, LLC  \*

and TRENTON POOL,        \*   Case No.

   Plaintiffs           \*   1:16-CV-0074

   vs.                  \*

PEDRO A. CORTES and      \*

JONATHAN MARKS,          \*

   Defendants           \*

\* \* \* \* \* \* \* \*

DEPOSITION OF

CAROL LOVE

September 29, 2016



Any reproduction of this transcript is prohibited
without authorization by the certifying agency.

Page 2

```
 1
 2                       DEPOSITION
 3                           OF
 4    CAROL LOVE, taken on behalf of the Defendants herein,
 5    pursuant to the Rules of Civil Procedure, taken before
 6    me, the undersigned, Bernadette M. Black, a Court
 7    Reporter and Notary Public in and for the Commonwealth
 8    of Pennsylvania, at the Office of Attorney General,
 9    Litigation Section, 15th Floor, Strawberry Square,
10    Harrisburg, Pennsylvania, on Thursday, September 29,
11    2016 beginning at 9:10 a.m.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Page 3

```
 1                    A P P E A R A N C E S
 2
 3    PAUL ANTHONY ROSSI, ESQUIRE
 4    Law Office of Paul Rossi
 5    316 Hill Street
 6    Mountville, PA  17554
 7         COUNSEL FOR PLAINTIFFS
 8
 9    KENNETH L. JOEL, ESQUIRE
10    NICOLE RADZIEWICZ, ESQUIRE
11    Office of Attorney General
12    Litigation Section
13    15th Floor, Strawberry Square
14    Harrisburg, PA  17120
15         CO-COUNSEL FOR DEFENDANTS
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                          I N D E X
 2
 3    WITNESS: CAROL LOVE
 4    EXAMINATION
 5       By Attorney Joel                        7 - 22
 6    EXAMINATION
 7       By Attorney Rossi                      22 - 25
 8    RE-EXAMINATION
 9       By Attorney Joel                       25 - 29
10    CERTIFICATE                                   30
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                        EXHIBIT PAGE
 2
 3                                                 PAGE
 4    NUMBER  DESCRIPTION                       IDENTIFIED
 5    DEFENDANT'S EXHIBITS:
 6    20      Ms. Love's Answers to
 7            Interrogatories                       20
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 6

OBJECTION PAGE

| ATTORNEY | PAGE |
|---|---|
| Joel | 23 |

## Page 7

PROCEEDINGS
--------------------------------------------------
3  CAROL LOVE, HAVING FIRST BEEN DULY SWORN, TESTIFIED AS
4  FOLLOWS:
--------------------------------------------------
6  EXAMINATION
7  BY ATTORNEY JOEL:
8  Q. Good morning, Ms. Love. How are you?
9  A. Good.
10 Q. Good. My name is Kenneth Joel. I'm here with my
11 colleague, Nicole Radziewiez. We represent the
12 Defendants in this case. Have you ever been deposited
13 before?
14 A. Have not.
15 Q. Let me tell you a few ground rules and it will
16 make this go a lot faster. First of all, if you could,
17 answer all my questions verbally, yes, no, whatever
18 explanation you want to give is fine. Just stay away
19 from non-verbal communication, shrugs, uh-huhs, uh-uhs,
20 because it's hard for the court reporter to take it
21 down and it will be harder still for us to figure out
22 what you meant; okay.
23 A. Uh-huh (yes).
24 Q. Yes?
25 A. Yes.

## Page 8

1  Q. All right. Please, if you could, wait for me to
2  finish my question. I will try very hard to wait for
3  you to finish your answer, because it makes it easier.
4  The court reporter, it's easier for her if we're not
5  talking over each other; okay?
6  A. Okay.
7  Q. If at any point you don't hear me, ask me to
8  repeat the question, I will do so; okay?
9  A. Okay.
10 Q. If at any point you don't understand, ask me to
11 rephrase it. Tell me what's confusing. I want to make
12 a question that you understand so we're on the same
13 page; okay?
14 A. Okay.
15 Q. Any reason, medically or otherwise, that you can't
16 hear me or understand me today?
17 A. No.
18 Q. So, can we agree that if you answered, you've
19 answered, you've not only heard me, but you've
20 understood me and you've answered to the best of your
21 ability and truthfully?
22 A. Yes.
23 Q. If at any point you'd like to take a break, I
24 don't think we're going to be here this long, but all I
25 ask is, answer the question that's on the table and

## Page 9

1  then take whatever break you want; all right?
2  A. Okay.
3  Q. All right. What do you do for a living?
4  A. I am a paralegal for the High Company.
5  Q. What company?
6  A. High Company, H-I-G-H Company.
7  Q. And where are they located?
8  A. Lancaster, Pennsylvania.
9  Q. How long have you done that?
10 A. Ten years.
11 Q. Did you go to school for paralegal studies or
12 anything?
13 A. I did.
14 Q. Where?
15 A. I have a Bachelor's degree from Millersville. And
16 then, I went to the Philadelphia Institute of Paralegal
17 Training in Philadelphia.
18 Q. When did you get your B.A. from Millersville?
19 A. '90, 1990.
20 Q. And when did you complete your studies at the
21 school in Philadelphia?
22 A. It was a four-month program that you had to have a
23 B.A. to go into. And I finished that in '90 or '91, if
24 I remember.
25 Q. Okay.

Page 10

1  A. I went right after college.
2  Q. How long have you worked at the High Company?
3  A. Ten years.
4  Q. Oh, I'm sorry. I already asked you that. I
5  apologize. So, from 2006 to the present?
6  A. Correct.
7  Q. All right. Where did you work before that?
8  A. I worked for Pyfer and Reese, for one month.
9  Q. Is that a law firm?
10 A. It is.
11 Q. Are they in Lancaster?
12 A. They are.
13 Q. Where did you work before that?
14 A. Latsha, Davis.
15 Q. Where are they located?
16 A. Mechanicsburg.
17 Q. How long did you work there?
18 A. Probably, about, a year and a half.
19 Q. At the Pyfer firm, I'm assuming you were a
20 paralegal there?
21 A. I was.
22 Q. And at the Latsha firm, were you also a paralegal?
23 A. I was.
24 Q. Before Latsha, Davis, where did you work?
25 A. I worked for Jacques Geisenberger. I don't

Page 11

1  remember what its --- I think it was Geisenberger and
2  Cooper.
3  Q. Is that another law firm?
4  A. It is.
5  Q. Where are they located?
6  A. Lancaster.
7  Q. Were you a paralegal for them as well?
8  A. I was.
9  Q. And for how long did you work there?
10 A. About a year.
11 Q. How about before that?
12 A. Goldberg, Katzman.
13 Q. Where are they located?
14 A. This building, Harrisburg.
15 Q. Goldberg, Katzman?
16 A. Yes.
17 Q. And how long did you work there?
18 A. About a year and a half.
19 Q. And did you work there as a paralegal also?
20 A. I did.
21 Q. How about before Goldberg, Katzman?
22 A. You're testing my memory here. Before that, I
23 believe I was at Armstrong World Industries, in
24 Lancaster.
25 Q. How long were you there for?

Page 12

1  A. About a year.
2  Q. And were you a paralegal there as well?
3  A. I was.
4  Q. Do you remember before that?
5  A. Barley Snyder, Lancaster; paralegal.
6  Q. And how long were you there?
7  A. Five years.
8  Q. Before then, are we getting --- or are we getting
9  pretty close to when you got out of school?
10 A. Two more jobs.
11 Q. So what before Barley Snyder.
12 A. Morgan, Hallgren, Crosswell and Kane, Lancaster;
13 paralegal, two or three years. I don't --- I don't
14 remember exactly.
15 Q. And how about before there?
16 A. Jack Eisenberger, paralegal, Lancaster.
17 Q. And for how long?
18 A. From 1991, at three or four years. I don't --- I
19 don't know the math there.
20 Q. Okay.
21 A. That was my first job.
22 Q. All right.
23 A. As paralegal.
24 Q. Where do you live?
25 A. Mountville, Pennsylvania.

Page 13

1  Q. And where is that?
2  A. Lancaster County.
3  Q. And what's your address there?
4  A. Four Pennridge Avenue.
5  Q. And the ZIP Code?
6  A. 17554.
7  Q. How long have you lived there?
8  A. About 13 years.
9  Q. Have you --- well, strike that.
10 I probably know the answer to this, but I'll ask
11 it anyway. Are you a professional signature collector
12 for campaigns and political parties and such?
13 A. No.
14 Q. Have you had any discussions --- or, do you know
15 who Trenton Pool is?
16 A. Other than he's named in this lawsuit, no.
17 Q. Have you ever had any discussions with Trenton
18 Pool at all?
19 A. Never.
20 Q. Have you ever had any discussions with anybody who
21 is engaged by Mr. Pool to collect signatures?
22 A. No.
23 Q. How did you learn about this lawsuit?
24 A. Mr. Rossi.
25 Q. When did you first learn about it?

Page 14

1   A. It would be about --- this summer, past summer.
2   Q. So the summer of 2016?
3   A. Or the year before. It was summertime. I don't
4   know.
5   ATTORNEY ROSSI:
6   It was --- can we go off the record?
7   ATTORNEY JOEL:
8   Uh-huh (yes).
9      OFF RECORD DISCUSSION
10  ATTORNEY ROSSI:
11  Okay. Back on. Just read it in.
12     BY ATTORNEY JOEL:
13  Q. So, just so that's clear, you learned about this
14  lawsuit from Mr. Rossi, and the first time you learned
15  about this lawsuit was in the spring of 2016?
16  A. Correct.
17  Q. Did you know Mr. Rossi before he contacted you
18  about this lawsuit?
19  A. I did.
20  Q. How long have you known him for?
21  A. Probably, about, 10 years, 12 years.
22  Q. How did you first come to know him?
23  A. Our dogs in the neighborhood.
24  Q. Is that in Mountville?
25  A. It is.

Page 15

1   Q. How frequently, over the ten years, have you seen
2   Mr. Rossi?
3   A. It depends, sometimes, two or three times a week.
4   Sometimes, once a month.
5   Q. Do you live in the same neighborhood as Mr. Rossi?
6   A. The same vicinity. He doesn't live in my
7   development.
8   Q. Are you friends with Mr. Rossi?
9   A. Yes.
10  Q. You married?
11  A. I am not.
12  Q. You have any other sort of relationship with Mr.
13  Rossi?
14  A. No.
15  Q. Have you ever had any sort of intimate
16  relationship with Mr. Rossi?
17  A. No.
18  Q. How was it that Mr. Rossi contacted you about this
19  lawsuit?
20  A. He told me about the general idea of what the
21  lawsuit was going to be and asked me if I would be a
22  Plaintiff in the case.
23  Q. And that was sometime in the spring of 2016?
24  A. Correct.
25  Q. And, obviously, because you're sitting here, you

Page 16

1   agreed to do so?
2   A. Correct.
3   Q. Did you vote in this year's primary?
4   A. No.
5   Q. And are you registered?
6   A. Oh, wait a minute. Yes, I did.
7   Q. Okay.
8   A. Yes, I did.
9   Q. Are you registered as a Democrat or a Republican?
10  A. Republican.
11  Q. So, just to make sure it's clear; you voted in the
12  Republican 2016 primary?
13  A. Correct.
14  Q. Did you vote in the general election in 2012?
15  A. Yes.
16  Q. Did you vote in the Republican primary? Well, let
17  me ask this; how long have you been a registered
18  Republican?
19  A. Since I've been a registered voter.
20  Q. And when was that? When did you first become
21  registered?
22  A. I don't know. Sorry.
23  Q. Did you vote in the 2012 Republican primary?
24  A. I don't remember.
25  Q. Did you vote in the 2008 general election?

Page 17

1   A. I believe so.
2   Q. Did you vote in the 2008 Republican primary?
3   A. I don't remember.
4   Q. Did you vote in the 2004 general election?
5   A. I don't remember.
6   Q. Did you vote in the 2004 Republican primary?
7   A. I don't remember.
8   Q. Did you vote in the 2000 general election?
9   A. I don't remember.
10  Q. Did you vote in the 2000 Republican primary?
11  A. I don't remember.
12  Q. Did you vote in the 1996 general election?
13  A. I don't remember.
14  Q. Did you vote in the 1996 Republican primary?
15  A. I don't remember.
16  Q. Did you vote in the 1992 general election?
17  A. I don't remember.
18  Q. Did you vote in the 1992 Republican primary?
19  A. I don't remember.
20  Q. When you graduated from Millersville, in 1990,
21  were you about 22 years old?
22  A. Yes.
23  Q. I'm just trying to figure out how far back I have
24  to go with the elections until you weren't eligible to
25  vote. So, 1992, did you vote in the general election?

Sargent's Court Reporting Services, Inc.
(814)-536-8909

Page 18

1  A. I still don't remember.
2  Q. How about the 1992 Republican primary; did you
3  vote?
4  A. I don't remember.
5  Q. The 1998 general election. Did you vote?
6  A. I don't remember.
7  Q. The 1998 Republican primary. Did you vote?
8  A. I don't remember.
9  Q. If my math is correct, you probably turned 18 in
10 1986; does that sound right?
11 A. Yeah. About there.
12 Q. So, you were born in 1968?
13 A. No. I was born in 1966.
14 Q. So, let's go back one more election, just to cover
15 it. Did you vote in the 1984 general election?
16 A. I don't remember.
17 Q. Did you vote in the 1984 Republican primary?
18 A. I don't remember.
19 ATTORNEY RADZIEWICZ:
20 1988.
21 ATTORNEY JOEL:
22 Did I?
23 ATTORNEY RADZIEWICZ:
24 Yeah. 1998 twice.
25 ATTORNEY JOEL:

Page 19

1  Oh, okay.
2  ATTORNEY RADZIEWICZ:
3  Uh-huh (yes).
4  BY ATTORNEY JOEL:
5  Q. Did you vote in the 1988 general election?
6  A. I don't remember.
7  Q. Did you vote in the 1988 Republican primary?
8  A. I don't remember.
9  Q. When you voted in the 2016 Republican primary, am
10 I correct that you only got to cast your vote for one
11 of the Republicans listed?
12 A. Correct.
13 Q. And recognizing that you don't remember if you
14 voted any of the other times, am I correct that ---
15 whether it was the general election or the primary
16 election for the Republican party, you would have cast
17 one vote?
18 A. Correct.
19 Q. Have you ever been approached to sign a petition
20 to get a Republican or Democratic candidate on the
21 primary ballot for president?
22 A. No. Not that I remember.
23 Q. So, I take it, you have never signed a Republican
24 or Democratic petition to get somebody on the primary
25 ballot for President of the United States?

Page 20

1  A. Not that I remember.
2  Q. In the 2016 primary, who did you vote for?
3  A. I, honestly, don't remember.
4  Q. Fair enough. But it's safe to say you went in and
5  actually voted for somebody for President?
6  A. Correct.
7  Q. You just don't know who?
8  A. Correct.
9  ATTORNEY JOEL:
10 We've got that one. Next, please. I'm
11 not sure what number we're up to.
12 ATTORNEY RADZIEWICZ:
13 Up to 20.
14 ATTORNEY JOEL:
15 Thanks.
16 (Defendant's Exhibit 20 marked for
17 identification.)
18 BY ATTORNEY JOEL:
19 Q. Ms. Love, I'm showing you what's been marked as
20 Defendant's 20. Take a look at it. My first
21 question's going to be in relation to the last page; is
22 that your signature?
23 A. Yes.
24 Q. I had a question about a couple of the answers in
25 here. If you look at number 12, go ahead and read it,

Page 21

1  and when you're done, let me know.
2  WITNESS COMPLIES
3  A. Okay.
4  BY ATTORNEY JOEL:
5  Q. Who made you aware that a circulator intended to
6  seek your signature for one of the candidates for
7  President during February 2016?
8  A. Mr. Rossi.
9  Q. And when did he make you aware of that?
10 A. The time he asked me about being a Plaintiff in
11 the lawsuit.
12 Q. It also says that you learned after the fact, that
13 the circulator who intended to travel to Lancaster
14 County to circulate nomination petitions in Mountville,
15 did not seek your signature for the sole reason he was
16 not able to secure an in-state witness in Lancaster
17 County to witness and execute the nomination petition
18 for Senator Cruz, in Lancaster County; who told you
19 that?
20 A. Mr. Rossi.
21 Q. When did he tell you that?
22 A. At the same time he asked me to be a Plaintiff.
23 ATTORNEY JOEL:
24 Take a couple minutes. I think I'm just
25 about done.

Page 22

1  SHORT BREAK TAKEN
2  OFF RECORD DISCUSSION
3  BY ATTORNEY JOEL:
4  Q. Ms. Love, in --- in any of the presidential
5  election years that you've been of-age to vote and
6  registered to vote, have you ever seen when you've been
7  out shopping or walking or doing anything else, folks
8  walking around trying to collect signatures for
9  presidential candidates?
10  A. Not that I remember.
11  ATTORNEY JOEL:
12  I got nothing else, at this point. Thank
13  you. Your attorney may have some questions and I may
14  have some follow-up, but I've got nothing more right
15  now.
16  ATTORNEY ROSSI:
17  Just a few.
18  EXAMINATION
19  BY ATTORNEY ROSSI:
20  Q. Mr. Joel established the record for your --- your
21  voting history and what --- in what specific years you
22  remember. Now, you testified that you voted in the
23  2016 presidential election, the vice president. Oh,
24  strike that. It's a great way to start the morning.
25  You testified that you voted in the 2016

Page 23

1  Republican primary election?
2  A. Correct.
3  Q. Right. And that, to the best of your
4  recollection, you voted in the 2012 general election?
5  A. Correct.
6  Q. But then, thereafter, you can't remember specific
7  elections in which you voted?
8  A. Correct.
9  Q. To the best of your knowledge, was the 2012
10  general election the first time that you cast a ballot
11  in an election?
12  A. No.
13  Q. So you have voted in prior elections, other than
14  ---?
15  A. Right.
16  Q. Okay. Other than 2012 and 2016?
17  A. Correct.
18  ATTORNEY JOEL:
19  Just object to the form.
20  ATTORNEY ROSSI:
21  Okay.
22  BY ATTORNEY ROSSI:
23  Q. Have you voted in elections, other than the
24  elections that you can remember that you voted in
25  today?

Page 24

1  A. Yes.
2  Q. Now, back in spring of this year, there were
3  multiple conversations with respect to you. There was
4  multiple --- there was conversations. Strike that.
5  In the spring of this year, you had indicated a
6  willingness to sign nominating petitions for multiple
7  presidential candidates?
8  A. Correct.
9  Q. And when that didn't --- and then --- and you
10  were, however, not afforded an opportunity to sign
11  those petitions; correct?
12  A. Correct.
13  Q. And then, thereafter, you were advised of an
14  ability to become a Plaintiff in this action?
15  A. Correct.
16  Q. You don't --- do you know the specific dates of
17  any of that, any of those conversations occurred?
18  A. No, I do not.
19  Q. You have --- have you ever signed a republican ---
20  have you ever signed a nominating petition for any
21  other candidate?
22  A. Presidential?
23  Q. No. Any candidate.
24  A. Any candidate? I know I remember one.
25  Q. And would that --- was that a local or a state

Page 25

1  candidate?
2  A. Local.
3  Q. So, a local candidate. And how did that occur?
4  A. Came --- came to my door, told me he was running
5  for Magisterial District Judge and would I sign his
6  petition.
7  Q. And did you sign his petition?
8  A. I did.
9  Q. Is that the only occasion that you have been
10  afforded the opportunity to sign a petition?
11  A. That I remember.
12  ATTORNEY ROSSI:
13  That's all I have.
14  ATTORNEY JOEL:
15  A few follow-ups.
16  RE-EXAMINATION
17  BY ATTORNEY JOEL:
18  Q. Just so that it's clear; you definitely remember
19  voting in the 2016 Republican primary; correct?
20  A. Correct.
21  Q. And you voted for only one candidate on that
22  ballot, I'm assuming; correct?
23  A. Correct.
24  Q. And I'm just not sure what you said. Do you
25  actually remember voting in the 2012 general election?

Page 26

```
 1    A. 2012 was the last --- second time Obama; right?
 2    Q. Yes.
 3    A. I'm pretty sure I voted. I'm not 100 percent sure
 4    I voted.
 5    Q. Okay.
 6    A. I know I voted. I do remember that I voted the
 7    first time he ran. You can change that part of the
 8    answer.
 9    Q. Okay.
10    A. I do remember that I did not vote for him when he
11    first ran.
12    Q. So, you remember voting in the 2008 general
13    election?
14    A. Yes.
15    Q. And the other elections we talked about, you have
16    no memory of whether you voted in either the general or
17    the primary?
18    A. I do not, specifically, remember. I do know I had
19    voted in presidential elections before. I do not
20    remember which one, specifically.
21    Q. Do you have a recollection of ever voting in a
22    Republican primary for President before, other than
23    this year?
24    A. I don't have a specific recollection. No.
25    Q. But, in any event, had you voted in a Republican
```

Page 27

```
 1    primary, am I correct that you would have voted for
 2    only one candidate?
 3    A. Yes.
 4    Q. Now, you said you signed a petition for a
 5    Magisterial District Justice. Was that actually the
 6    candidate himself who came to your door?
 7    A. Yes.
 8    Q. So the candidate came to your door, asked you to
 9    sign his petition, and you did?
10    A. Correct.
11    Q. Defendant's 20, which is your Answer to
12    Interrogatories, did you review them before you signed
13    and verified them?
14    A. Yes.
15    Q. So, am I correct that, as per your verification,
16    they are true to the best of your knowledge,
17    information, and belief?
18    A. Yes.
19    Q. In the Republican primary that just happened --- I
20    want to make sure that this is clear to me, because
21    it's now unclear. Let's start at it this way; you
22    learned about this lawsuit in the spring of 2016?
23    A. Correct.
24    Q. And that was through discussions with Mr. Rossi?
25    A. Correct.
```

Page 28

```
 1    Q. No other information you had, other than what was
 2    provided to you by Mr. Rossi?
 3    A. Correct.
 4    Q. You haven't talked to anybody else about this
 5    lawsuit, except Mr. Rossi?
 6    A. Correct.
 7    Q. At any point in time, either before you joined or
 8    to-date?
 9    A. Correct.
10    Q. And you say spring; can we narrow that down any
11    more? Was it March, was it April, recognizing that, I
12    believe, the amended complaint looks like it might have
13    been filed in February of 2016?
14    A. I don't, specifically, remember.
15    Q. That's fine.
16    ATTORNEY JOEL:
17    I think, that's it. Thanks.
18    ATTORNEY ROSSI:
19    That's it.
20    ATTORNEY JOEL:
21    Would you like to read and sign this?
22    ATTORNEY ROSSI:
23    Yes.
24      A. Sure.
25    ATTORNEY JOEL:
```

Page 29

```
 1    Okay.
 2    ATTORNEY ROSSI:
 3    Yeah. All right.
 4    ATTORNEY JOEL:
 5    Okay. Fair enough. Thanks for your
 6      time. Safe travels back to Lancaster.
 7              * * * * * * * *
 8              DEPOSITION CONCLUDED AT 9:43 A.M.
 9              * * * * * * * *
```

Page 30

```
 1   COMMONWEALTH OF PENNSYLVANIA )
 2   COUNTY OF BEDFORD            )
 3              CERTIFICATE
 4   I, Bernadette M. Black, a Notary Public in
 5     and for the Commonwealth of Pennsylvania, do hereby
 6     certify:
 7   That the foregoing proceedings, deposition of
 8     Carol Love was reported by me on 9/29/16 and that I,
 9     Bernadette M. Black, read this transcript, and that I
10     attest that this transcript is a true and accurate
11     record of the proceeding.
12   That the witness was first duly sworn to
13     testify to the truth, the whole truth, and nothing but
14     the truth and that the foregoing deposition was taken
15     at the time and place stated herein.
16   I further certify that I am not a relative,
17     employee or attorney of any of the parties, nor a
18     relative or employee of counsel, and that I am in no
19     way interested directly   indirectly in this action.
20   Bernadette M. Black
21
22   Bernadette M. Black,
23   Court Reporter
24
25
```



Case 1:16-cv-00074-YK-WIA   Document 42-13   Filed 12/22/16   Page 12 of 19

Page 1

**A**
ability 8:21
   24:14
able 21:16
accurate
   30:10
action 24:14
   30:19
address 13:3
advised
   24:13
afforded
   24:10
   25:10
agency 1:25
agree 8:18
agreed 16:1
ahead 20:25
amended
   28:12
answer 7:17
   8:3,25
   13:10 26:8
   27:11
answered
   8:18,19,20
answers 5:6
   20:24
ANTHONY 3:3
anybody
   13:20 28:4
anyway 13:11
apologize
   10:5
approached
   19:19
April 28:11
Armstrong
   11:23
asked 10:4
   15:21
   21:10,22
   27:8
assuming
   10:19
   25:22
attest 30:10
attorney 2:8
   3:11 4:5,7
   4:9 6:3
   7:7 14:5,7
   14:10,12
   18:19,21
   18:23,25
   19:2,4
   20:9,12,14
   20:18 21:4
   21:23 22:3
   22:11,13
   22:16,19
   23:18,20
   23:22
   25:12,14
   25:17
   28:16,18
   28:20,22
   28:25 29:2
   29:4 30:17
authoriz...
   1:25
Avenue 13:4
aware 21:5,9
a.m 2:11
   29:8

**B**
Bachelor's
   9:15
back 14:11
   17:23
   18:14 24:2
   29:6
ballot 19:21
   19:25
   23:10
   25:22
Barley 12:5
   12:11
BEDFORD 30:2
beginning
   2:11
behalf 2:4
belief 27:17
believe
   11:23 17:1
   28:12
BENEZET 1:5
Bernadette
   2:6 30:4,9
   30:22
best 8:20
   23:3,9
   27:16
Black 2:6
   30:4,9,22
born 18:12
   18:13
break 8:23
   9:1 22:1
building
   11:14
B.A 9:18,23

**C**
C 3:1 7:1
campaigns
   13:12
candidate
   19:20
   24:21,23
   24:24 25:1
   25:3,21
   27:2,6,8
candidates
   21:6 22:9
   24:7
Carol 1:15
   2:4 4:3
   7:3 30:8
case 1:6
   7:12 15:22
cast 19:10
   19:16
   23:10
CERTIFICATE
   4:10 30:3
certify 30:6
   30:16
certifying
   1:25
change 26:7
circulate
   21:14
circulator
   21:5,13
Civil 2:5
clear 14:13
   16:11
   25:18
   27:20
close 12:9
Code 13:5
colleague
   7:11
collect
   13:21 22:8
collector
   13:11
college 10:1
come 14:22
Commonwe...
   2:7 30:1,5
communic...
   7:19
company 9:4
   9:5,6,6
   10:2
complaint
   28:12
complete
   9:20
COMPLIES
   21:2
CONCLUDED
   29:8
confusing
   8:11
CONSULTING
   1:5
contacted
   14:17
   15:18
conversa...
   24:3,4,17
Cooper 11:2
correct 10:6
   14:16
   15:24 16:2
   16:13 18:9
   19:10,12
   19:14,18
   20:6,8
   23:2,5,8
   23:17 24:8
   24:11,12
   24:15
   25:19,20
   25:22,23
   27:1,10,15
   27:23,25
   28:3,6,9
CORTES 1:9
counsel 3:7
   30:18
County 13:2
   21:14,17
   21:18 30:2
couple 20:24
   21:24
court 1:1
   2:6 7:20
   8:4 30:23
cover 18:14
CO-COUNSEL
   3:15
Crosswell
   12:12
Cruz 21:18

**D**
D 4:1 7:1
dates 24:16
Davis 10:14
   10:24
Defendants
   1:11 2:4
   3:15 7:12
Defendant's
   5:5 20:16
   20:20
   27:11
definitely
   25:18
degree 9:15
Democrat
   16:9
Democratic
   19:20,24
depends 15:3
deposited
   7:12
deposition
   1:14 2:2
   29:8 30:7
   30:14
DESCRIPTION
   5:4
development
   15:7
directly

| | | | | |
|---|---|---|---|---|
| 30:19 | 22:20 | 25:15 | half 10:18 | **J** |
| **DISCUSSION** | event 26:25 | foregoing | 11:18 | Jack 12:16 |
| 14:9 22:2 | exactly | 30:7,14 | Hallgren | Jacques |
| discussions | 12:14 | form 23:19 | 12:12 | 10:25 |
| 13:14,17 | **EXAMINATION** | four 12:18 | happened | job 12:21 |
| 13:20 | 4:4,6 7:6 | 13:4 | 27:19 | jobs 12:10 |
| 27:24 | 22:18 | four-month | hard 7:20 | Joel 3:9 4:5 |
| District 1:1 | execute | 9:22 | 8:2 | 4:9 6:4 |
| 1:2 25:5 | 21:17 | frequently | harder 7:21 | 7:7,10 |
| 27:5 | Exhibit 5:1 | 15:1 | Harrisburg | 14:7,12 |
| dogs 14:23 | 20:16 | friends 15:8 | 2:10 3:14 | 18:21,25 |
| doing 22:7 | **EXHIBITS** 5:5 | further | 11:14 | 19:4 20:9 |
| door 25:4 | explanation | 30:16 | hear 8:7,16 | 20:14,18 |
| 27:6,8 | 7:18 | | heard 8:19 | 21:4,23 |
| duly 7:3 | | **G** | High 9:4,6 | 22:3,11,20 |
| 30:12 | **F** | G 7:1 | 10:2 | 23:18 |
| | fact 21:12 | Geisenbe... | Hill 3:5 | 25:14,17 |
| **E** | Fair 20:4 | 10:25 11:1 | history | 28:16,20 |
| E 3:1,1 4:1 | 29:5 | general 2:8 | 22:21 | 28:25 29:4 |
| 7:1,1 | far 17:23 | 3:11 15:20 | honestly | joined 28:7 |
| easier 8:3,4 | faster 7:16 | 16:14,25 | 20:3 | **JONATHAN** |
| Eisenberger | February | 17:4,8,12 | H-I-G-H 9:6 | 1:10 |
| 12:16 | 21:7 28:13 | 17:16,25 | | Judge 25:5 |
| either 26:16 | figure 7:21 | 18:5,15 | **I** | Justice 27:5 |
| 28:7 | 17:23 | 19:5,15 | idea 15:20 | |
| election | filed 28:13 | 23:4,10 | identifi... | **K** |
| 16:14,25 | fine 7:18 | 25:25 | 20:17 | Kane 12:12 |
| 17:4,8,12 | 28:15 | 26:12,16 | **IDENTIFIED** | Katzman |
| 17:16,25 | finish 8:2,3 | getting 12:8 | 5:4 | 11:12,15 |
| 18:5,14,15 | finished | 12:8 | indicated | 11:21 |
| 19:5,15,16 | 9:23 | give 7:18 | 24:5 | Kenneth 3:9 |
| 22:5,23 | firm 10:9,19 | go 7:16 9:11 | indirectly | 7:10 |
| 23:1,4,10 | 10:22 11:3 | 9:23 14:6 | 30:19 | know 12:19 |
| 23:11 | first 7:3,16 | 17:24 | Industries | 13:10,14 |
| 25:25 | 12:21 | 18:14 | 11:23 | 14:4,17,22 |
| 26:13 | 13:25 | 20:25 | information | 16:22 20:7 |
| elections | 14:14,22 | going 8:24 | 27:17 28:1 | 21:1 24:16 |
| 17:24 23:7 | 16:20 | 15:21 | Institute | 24:24 26:6 |
| 23:13,23 | 20:20 | 20:21 | 9:16 | 26:18 |
| 23:24 | 23:10 26:7 | Goldberg | intended | knowledge |
| 26:15,19 | 26:11 | 11:12,15 | 21:5,13 | 23:9 27:16 |
| eligible | 30:12 | 11:21 | interested | known 14:20 |
| 17:24 | Five 12:7 | Good 7:8,9 | 30:19 | |
| employee | Floor 2:9 | 7:10 | Interrog... | **L** |
| 30:17,18 | 3:13 | graduated | 5:7 27:12 | L 3:9 |
| engaged | folks 22:7 | 17:20 | intimate | Lancaster |
| 13:21 | **FOLLOWS** 7:4 | great 22:24 | 15:15 | 9:8 10:11 |
| **ESQUIRE** 3:3 | follow-up | ground 7:15 | in-state | 11:6,24 |
| 3:9,10 | 22:14 | | 21:16 | 12:5,12,16 |
| established | follow-ups | **H** | | 13:2 21:13 |

Case 1:16-cv-00074-YK-WIA   Document 42-13   Filed 12/22/16   Page 14 of 19

Page 3

| | | | | |
|---|---|---|---|---|
| 29:6 | **M** | 7:11 | 6:1,3 8:13 | **present** 10:5 |
| **Latsha** 10:14 | **M** 2:6 30:4,9 | **nominating** | 20:21 | **president** |
| 10:22,24 | 30:22 | 24:6,20 | **paralegal** | 19:21,25 |
| **law** 3:4 10:9 | **Magisterial** | **nomination** | 9:4,11,16 | 20:5 21:7 |
| 11:3 | 25:5 27:5 | 21:14,17 | 10:20,22 | 22:23 |
| **lawsuit** | **March** 28:11 | **non-verbal** | 11:7,19 | 26:22 |
| 13:16,23 | **marked** 20:16 | 7:19 | 12:2,5,13 | **presiden...** |
| 14:14,15 | 20:19 | **Notary** 2:7 | 12:16,23 | 22:4,9,23 |
| 14:18 | **MARKS** 1:10 | 30:4 | **part** 26:7 | 24:7,22 |
| 15:19,21 | **married** | **number** 5:4 | **parties** | 26:19 |
| 21:11 | 15:10 | 20:11,25 | 13:12 | **pretty** 12:9 |
| 27:22 28:5 | **math** 12:19 | | 30:17 | 26:3 |
| **learn** 13:23 | 18:9 | **O** | **party** 19:16 | **primary** 16:3 |
| 13:25 | **meant** 7:22 | **O** 7:1 | **Paul** 3:3,4 | 16:12,16 |
| **learned** | **Mechanic...** | **Obama** 26:1 | **PEDRO** 1:9 | 16:23 17:2 |
| 14:13,14 | 10:16 | **object** 23:19 | **Pennridge** | 17:6,10,14 |
| 21:12 | **medically** | **OBJECTION** | 13:4 | 17:18 18:2 |
| 27:22 | 8:15 | 6:1 | **Pennsylv...** | 18:7,17 |
| **let's** 18:14 | **memory** 11:22 | **obviously** | 1:3 2:8,10 | 19:7,9,15 |
| 27:21 | 26:16 | 15:25 | 9:8 12:25 | 19:21,24 |
| **listed** 19:11 | **MIDDLE** 1:2 | **occasion** | 30:1,5 | 20:2 23:1 |
| **Litigation** | **Millersv...** | 25:9 | **percent** 26:3 | 25:19 |
| 2:9 3:12 | 9:15,18 | **occur** 25:3 | **petition** | 26:17,22 |
| **live** 12:24 | 17:20 | **occurred** | 19:19,24 | 27:1,19 |
| 15:5,6 | **minute** 16:6 | 24:17 | 21:17 | **prior** 23:13 |
| **lived** 13:7 | **minutes** | **Office** 2:8 | 24:20 25:6 | **probably** |
| **living** 9:3 | 21:24 | 3:4,11 | 25:7,10 | 10:18 |
| **LLC** 1:5 | **month** 10:8 | **of-age** 22:5 | 27:4,9 | 13:10 |
| **local** 24:25 | 15:4 | **Oh** 10:4 16:6 | **petitions** | 14:21 18:9 |
| 25:2,3 | **Morgan** 12:12 | 19:1 22:23 | 21:14 24:6 | **Procedure** |
| **located** 9:7 | **morning** 7:8 | **okay** 7:22 | 24:11 | 2:5 |
| 10:15 11:5 | 22:24 | 8:5,6,8,9 | **Philadel...** | **proceeding** |
| 11:13 | **Mountville** | 8:13,14 | 9:16,17,21 | 30:11 |
| **long** 8:24 | 3:6 12:25 | 9:2,25 | **place** 30:15 | **proceedings** |
| 9:9 10:2 | 14:24 | 12:20 | **Plaintiff** | 30:7 |
| 10:17 11:9 | 21:14 | 14:11 16:7 | 15:22 | **professi...** |
| 11:17,25 | **multiple** | 19:1 21:3 | 21:10,22 | 13:11 |
| 12:6,17 | 24:3,4,6 | 23:16,21 | 24:14 | **program** 9:22 |
| 13:7 14:20 | | 26:5,9 | **Plaintiffs** | **prohibited** |
| 16:17 | **N** | 29:1,5 | 1:7 3:7 | 1:24 |
| **look** 20:20 | **N** 3:1 4:1 | **old** 17:21 | **please** 8:1 | **provided** |
| 20:25 | 7:1 | **once** 15:4 | 20:10 | 28:2 |
| **looks** 28:12 | **name** 7:10 | **opportunity** | **point** 8:7,10 | **Public** 2:7 |
| **lot** 7:16 | **named** 13:16 | 24:10 | 8:23 22:12 | 30:4 |
| **Love** 1:15 | **narrow** 28:10 | 25:10 | 28:7 | **pursuant** 2:5 |
| 2:4 4:3 | **neighbor...** | | **political** | **Pyfer** 10:8 |
| 7:3,8 | 14:23 15:5 | **P** | 13:12 | 10:19 |
| 20:19 22:4 | **never** 13:19 | **P** 3:1,1 7:1 | **Pool** 1:6 | |
| 30:8 | 19:23 | **PA** 3:6,14 | 13:15,18 | **Q** |
| **Love's** 5:6 | **Nicole** 3:10 | **page** 5:1,3 | 13:21 | **question** 8:2 |

8:8,12,25
20:24
questions
  7:17 22:13
question's
  20:21

         R
R 3:1 7:1
Radziewicz
  3:10 7:11
  18:19,23
  19:2 20:12
ran 26:7,11
read 14:11
  20:25
  28:21 30:9
reason 8:15
  21:15
recognizing
  19:13
  28:11
recollec...
  23:4 26:21
  26:24
record 14:6
  14:9 22:2
  22:20
  30:11
Reese 10:8
registered
  16:5,9,17
  16:19,21
  22:6
relation
  20:21
relation...
  15:12,16
relative
  30:16,18
remember
  9:24 11:1
  12:4,14
  16:24 17:3
  17:5,7,9
  17:11,13
  17:15,17
  17:19 18:1
  18:4,6,8
  18:16,18

19:6,8,13
19:22 20:1
20:3 22:10
22:22 23:6
23:24
24:24
25:11,18
25:25 26:6
26:10,12
26:18,20
28:14
repeat 8:8
rephrase
  8:11
reported
  30:8
reporter 2:7
  7:20 8:4
  30:23
represent
  7:11
reproduc...
  1:24
republican
  16:9,10,12
  16:16,18
  16:23 17:2
  17:6,10,14
  17:18 18:2
  18:7,17
  19:7,9,16
  19:20,23
  23:1 24:19
  25:19
  26:22,25
  27:19
Republicans
  19:11
respect 24:3
review 27:12
RE-EXAMI...
  4:8 25:16
right 8:1
  9:1,3 10:1
  10:7 12:22
  18:10
  22:14 23:3
  23:15 26:1
  29:3
Rossi 3:3,4

4:7 13:24
14:5,10,14
14:17 15:2
15:5,8,13
15:16,18
21:8,20
22:16,19
23:20,22
25:12
27:24 28:2
28:5,18,22
29:2
rules 2:5
  7:15
running 25:4

         S
S 3:1 7:1
safe 20:4
  29:6
says 21:12
school 9:11
  9:21 12:9
second 26:1
Section 2:9
  3:12
secure 21:16
seek 21:6,15
seen 15:1
  22:6
Senator
  21:18
September
  1:16 2:10
shopping
  22:7
SHORT 22:1
showing
  20:19
shrugs 7:19
sign 19:19
  24:6,10
  25:5,7,10
  27:9 28:21
signature
  13:11
  20:22 21:6
  21:15
signatures
  13:21 22:8

signed 19:23
  24:19,20
  27:4,12
sitting
  15:25
Snyder 12:5
  12:11
sole 21:15
somebody
  19:24 20:5
sorry 10:4
  16:22
sort 15:12
  15:15
sound 18:10
specific
  22:21 23:6
  24:16
  26:24
specific...
  26:18,20
  28:14
spring 14:15
  15:23 24:2
  24:5 27:22
  28:10
Square 2:9
  3:13
start 22:24
  27:21
state 24:25
stated 30:15
States 1:1
  19:25
stay 7:18
Strawberry
  2:9 3:13
Street 3:5
strike 13:9
  22:24 24:4
studies 9:11
  9:20
summer 14:1
  14:1,2
summertime
  14:3
sure 16:11
  20:11
  25:24 26:3
  26:3 27:20

28:24
sworn 7:3
  30:12

         T
table 8:25
take 7:20
  8:23 9:1
  19:23
  20:20
  21:24
taken 2:4,5
  22:1 30:14
talked 26:15
  28:4
talking 8:5
tell 7:15
  8:11 21:21
ten 9:10
  10:3 15:1
testified
  7:3 22:22
  22:25
testify
  30:13
testing
  11:22
Thank 22:12
Thanks 20:15
  28:17 29:5
think 8:24
  11:1 21:24
  28:17
three 12:13
  12:18 15:3
Thursday
  2:10
time 14:14
  21:10,22
  23:10 26:1
  26:7 28:7
  29:6 30:15
times 15:3
  19:14
today 8:16
  23:25
told 15:20
  21:18 25:4
to-date 28:8
Training

| | | | | |
|---|---|---|---|---|
| 9:17 | 16:25 17:2 | 30:12 | **1988** 18:20 | **7** 4:5 |
| **transcript** | 17:4,6,8 | **work** 10:7,13 | 19:5,7 | |
| 1:24  30:9 | 17:10,12 | 10:17,24 | **1990** 9:19 | **9** |
| 30:10 | 17:14,16 | 11:9,17,19 | 17:20 | **9/29/16** 30:8 |
| **travel** 21:13 | 17:18,25 | **worked** 10:2 | **1991** 12:18 | **9:10** 2:11 |
| **travels** 29:6 | 17:25  18:3 | 10:8,25 | **1992** 17:16 | **9:43** 29:8 |
| **Trenton** 1:6 | 18:5,7,15 | **World** 11:23 | 17:18,25 | **90** 9:19,23 |
| 13:15,17 | 18:17  19:5 | | 18:2 | **91** 9:23 |
| **true** 27:16 | 19:7,10,17 | **X** | **1996** 17:12 | |
| 30:10 | 20:2  22:5 | **X** 4:1 | 17:14 | |
| **truth** 30:13 | 22:6  26:10 | | **1998** 18:5,7 | |
| 30:13,14 | **voted** 16:11 | **Y** | 18:24 | |
| **truthfully** | 19:9,14 | **Yeah** 18:11 | | |
| 8:21 | 20:5  22:22 | 18:24  29:3 | **2** | |
| **try** 8:2 | 22:25  23:4 | **year** 10:18 | **20** 5:6,7 | |
| **trying** 17:23 | 23:7,13,23 | 11:10,18 | 20:13,16 | |
| 22:8 | 23:24 | 12:1  14:3 | 20:20 | |
| **turned** 18:9 | 25:21  26:3 | 24:2,5 | 27:11 | |
| **twice** 18:24 | 26:4,6,6 | 26:23 | **2000** 17:8,10 | |
| **two** 12:10,13 | 26:16,19 | **years** 9:10 | **2004** 17:4,6 | |
| 15:3 | 26:25  27:1 | 10:3  12:7 | **2006** 10:5 | |
| | **voter** 16:19 | 12:13,18 | **2008** 16:25 | |
| **U** | **voting** 22:21 | 13:8  14:21 | 17:2  26:12 | |
| **Uh-huh** 7:23 | 25:19,25 | 14:21  15:1 | **2012** 16:14 | |
| 14:8  19:3 | 26:12,21 | 17:21  22:5 | 16:23  23:4 | |
| **uh-huhs** 7:19 | **vs** 1:8 | 22:21 | 23:9,16 | |
| **uh-uhs** 7:19 | | **year's** 16:3 | 25:25  26:1 | |
| **unclear** | **W** | | **2016** 1:16 | |
| 27:21 | **wait** 8:1,2 | **Z** | 2:11  14:2 | |
| **undersigned** | 16:6 | **ZIP** 13:5 | 14:15 | |
| 2:6 | **walking** 22:7 | | 15:23 | |
| **understand** | 22:8 | **1** | 16:12  19:9 | |
| 8:10,12,16 | **want** 7:18 | **1:16-CV-...** | 20:2  21:7 | |
| **understood** | 8:11  9:1 | 1:7 | 22:23,25 | |
| 8:20 | 27:20 | **10** 14:21 | 23:16 | |
| **United** 1:1 | **way** 22:24 | **100** 26:3 | 25:19 | |
| 19:25 | 27:21 | **12** 14:21 | 27:22 | |
| | 30:19 | 20:25 | 28:13 | |
| **V** | **week** 15:3 | **13** 13:8 | **22** 4:5,7 | |
| **verbally** | **went** 9:16 | **15th** 2:9 | 17:21 | |
| 7:17 | 10:1  20:4 | 3:13 | **23** 6:4 | |
| **verifica...** | **weren't** | **17120** 3:14 | **25** 4:7,9 | |
| 27:15 | 17:24 | **17554** 3:6 | **29** 1:16  2:10 | |
| **verified** | **we're** 8:4,12 | 13:6 | 4:9 | |
| 27:13 | 8:24  20:11 | **18** 18:9 | | |
| **vice** 22:23 | **We've** 20:10 | **1966** 18:13 | **3** | |
| **vicinity** | **willingness** | **1968** 18:12 | **30** 4:10 | |
| 15:6 | 24:6 | **1984** 18:15 | **316** 3:5 | |
| **vote** 16:3,14 | **witness** 4:3 | 18:17 | | |
| 16:16,23 | 21:2,16,17 | **1986** 18:10 | **7** | |



# Sargent's Court Reporting Service, Inc.

210 Main Street • Johnstown, Pennsylvania 15901 • (814) 536-8908 • www.sargents.com

**PENNSYLVANIA OFFICES**

Clearfield
(814) 765-8711

Erie
(814) 459-0551

Greensburg
(724) 837-8714

Harrisburg
(717) 234-5751

Hollidaysburg
(814) 696-4391

Indiana
(724) 349-6631

Oil City
(814) 677-6329

Philadelphia
(215) 564-9727

Pittsburgh
(412) 232-3882

Reading
(610) 374-5891

Somerset
(814) 445-7286

State College
(814) 861-3560

Wilkes-Barre
(570) 826-7066

Williamsport
(570) 601-4077

**WEST VIRGINIA OFFICES**

Charleston, WV
(304) 346-0826

Morgantown, WV
(304) 413-0125

**MARYLAND OFFICE**

Hagerstown, MD
(240) 310-1491

**KENTUCKY OFFICE**

Pikeville, KY
(606) 432-0087

October 18, 2016

Ms. Carol Love
c/o Paul Rosi, Esquire
316 Hill Street
Mountville, PA  17554

RECEIVED
OCT 25 2016
Office of Attorney General
Litigation Section

Dear Mr. Love:

Enclosed you will find a copy of your deposition that was held on 9/29/2016 in the Benezet Consulting, LLC, et al. v. Pedro A. Cortes, et al. case.

Also enclosed you will find a correction page to review with the transcript. While reading the deposition, you may note any corrections you wish to make. All corrections must be noted on the correction page. Please do not write on the transcript itself.

After you have completed reading and making your corrections, if any, take the correction page to a Notary Public and sign it in the Notary's presence.

**Please return this transcript along with the signed and notarized correction page to our Johnstown office within 30 days of the date of this letter.**

Upon receipt of your correction page, it will be mailed to Kenneth Joel, Esquire. A copy will be sent to Paul A. Rossi, Esquire.

Thank you for your attention in this matter. If you have any questions, feel free to contact our office.

Sincerely,

*[signature]*

Sargent's Court Reporting Service, Inc.

No. 121868
Enclosures

cc:  Kenneth Joel, Esquire
     Paul A. Rossi, Esquire