# EXHIBIT F

10

1   A.   I went right after college.
2   Q.   How long have you worked at the High Company?
3   A.   Ten years.
4   Q.   Oh, I'm sorry. I already asked you that. I
5   apologize. So, from 2006 to the present?
6   A.   Correct.
7   Q.   All right. Where did you work before that?
8   A.   I worked for Pyfer and Reese, for one month.
9   Q.   Is that a law firm?
10  A.   It is.
11  Q.   Are they in Lancaster?
12  A.   They are.
13  Q.   Where did you work before that?
14  A.   Latsha, Davis.
15  Q.   Where are they located?
16  A.   Mechanicsburg.
17  Q.   How long did you work there?
18  A.   Probably, about, a year and a half.
19  Q.   At the Pyfer firm, I'm assuming you were a
20  paralegal there?
21  A.   I was.
22  Q.   And at the Latsha firm, were you also a paralegal?
23  A.   I was.
24  Q.   Before Latsha, Davis, where did you work?
25  A.   I worked for Jacques Geisenberger. I don't

11

1  remember what its --- I think it was Geisenberger and
2  Cooper.
3  Q.  Is that another law firm?
4  A.  It is.
5  Q.  Where are they located?
6  A.  Lancaster.
7  Q.  Were you a paralegal for them as well?
8  A.  I was.
9  Q.  And for how long did you work there?
10 A.  About a year.
11 Q.  How about before that?
12 A.  Goldberg, Katzman.
13 Q.  Where are they located?
14 A.  This building, Harrisburg.
15 Q.  Goldberg, Katzman?
16 A.  Yes.
17 Q.  And how long did you work there?
18 A.  About a year and a half.
19 Q.  And did you work there as a paralegal also?
20 A.  I did.
21 Q.  How about before Goldberg, Katzman?
22 A.  You're testing my memory here.  Before that, I
23 believe I was at Armstrong World Industries, in
24 Lancaster.
25 Q.  How long were you there for?

12

1   A.   About a year.
2   Q.   And were you a paralegal there as well?
3   A.   I was.
4   Q.   Do you remember before that?
5   A.   Barley Snyder, Lancaster; paralegal.
6   Q.   And how long were you there?
7   A.   Five years.
8   Q.   Before then, are we getting --- or are we getting
9   pretty close to when you got out of school?
10  A.   Two more jobs.
11  Q.   So what before Barley Snyder.
12  A.   Morgan, Hallgren, Crosswell and Kane, Lancaster;
13  paralegal, two or three years.  I don't --- I don't
14  remember exactly.
15  Q.   And how about before there?
16  A.   Jack Eisenberger, paralegal, Lancaster.
17  Q.   And for how long?
18  A.   From 1991, at three or four years.  I don't --- I
19  don't know the math there.
20  Q.   Okay.
21  A.   That was my first job.
22  Q.   All right.
23  A.   As paralegal.
24  Q.   Where do you live?
25  A.   Mountville, Pennsylvania.

13

1  Q.  And where is that?
2  A.  Lancaster County.
3  Q.  And what's your address there?
4  A.  Four Pennridge Avenue.
5  Q.  And the ZIP Code?
6  A.  17554.
7  Q.  How long have you lived there?
8  A.  About 13 years.
9  Q.  Have you --- well, strike that.
10     I probably know the answer to this, but I'll ask
11 it anyway.  Are you a professional signature collector
12 for campaigns and political parties and such?
13 A.  No.
14 Q.  Have you had any discussions --- or, do you know
15 who Trenton Pool is?
16 A.  Other than he's named in this lawsuit, no.
17 Q.  Have you ever had any discussions with Trenton
18 Pool at all?
19 A.  Never.
20 Q.  Have you ever had any discussions with anybody who
21 is engaged by Mr. Pool to collect signatures?
22 A.  No.
23 Q.  How did you learn about this lawsuit?
24 A.  Mr. Rossi.
25 Q.  When did you first learn about it?

16

1  agreed to do so?
2  A.    Correct.
3  Q.    Did you vote in this year's primary?
4  A.    No.
5  Q.    And are you registered?
6  A.    Oh, wait a minute.  Yes, I did.
7  Q.    Okay.
8  A.    Yes, I did.
9  Q.    Are you registered as a Democrat or a Republican?
10 A.    Republican.
11 Q.    So, just to make sure it's clear; you voted in the
12 Republican 2016 primary?
13 A.    Correct.
14 Q.    Did you vote in the general election in 2012?
15 A.    Yes.
16 Q.    Did you vote in the Republican primary?  Well, let
17 me ask this; how long have you been a registered
18 Republican?
19 A.    Since I've been a registered voter.
20 Q.    And when was that?  When did you first become
21 registered?
22 A.    I don't know.  Sorry.
23 Q.    Did you vote in the 2012 Republican primary?
24 A.    I don't remember.
25 Q.    Did you vote in the 2008 general election?

(814) 536-8908

```
                                                                    22
 1   SHORT BREAK TAKEN
 2   OFF RECORD DISCUSSION
 3   BY ATTORNEY JOEL:
 4   Q.    Ms. Love, in --- in any of the presidential
 5   election years that you've been of-age to vote and
 6   registered to vote, have you ever seen when you've been
 7   out shopping or walking or doing anything else, folks
 8   walking around trying to collect signatures for
 9   presidential candidates?
10   A.    Not that I remember.
11              ATTORNEY JOEL:
12              I got nothing else, at this point.  Thank
13   you.  Your attorney may have some questions and I may
14   have some follow-up, but I've got nothing more right
15   now.
16              ATTORNEY ROSSI:
17              Just a few.
18   EXAMINATION
19   BY ATTORNEY ROSSI:
20   Q.    Mr. Joel established the record for your --- your
21   voting history and what --- in what specific years you
22   remember.  Now, you testified that you voted in the
23   2016 presidential election, the vice president.  Oh,
24   strike that.  It's a great way to start the morning.
25        You testified that you voted in the 2016
```

23

1  Republican primary election?
2  A.  Correct.
3  Q.  Right.  And that, to the best of your
4  recollection, you voted in the 2012 general election?
5  A.  Correct.
6  Q.  But then, thereafter, you can't remember specific
7  elections in which you voted?
8  A.  Correct.
9  Q.  To the best of your knowledge, was the 2012
10 general election the first time that you cast a ballot
11 in an election?
12 A.  No.
13 Q.  So you have voted in prior elections, other than
14 ---?
15 A.  Right.
16 Q.  Okay.  Other than 2012 and 2016?
17 A.  Correct.
18              ATTORNEY JOEL:
19                 Just object to the form.
20              ATTORNEY ROSSI:
21                 Okay.
22 BY ATTORNEY ROSSI:
23 Q.  Have you voted in elections, other than the
24 elections that you can remember that you voted in
25 today?

24

1  A. Yes.
2  Q. Now, back in spring of this year, there were
3  multiple conversations with respect to you. There was
4  multiple --- there was conversations. Strike that.
5      In the spring of this year, you had indicated a
6  willingness to sign nominating petitions for multiple
7  presidential candidates?
8  A. Correct.
9  Q. And when that didn't --- and then --- and you
10 were, however, not afforded an opportunity to sign
11 those petitions; correct?
12 A. Correct.
13 Q. And then, thereafter, you were advised of an
14 ability to become a Plaintiff in this action?
15 A. Correct.
16 Q. You don't --- do you know the specific dates of
17 any of that, any of those conversations occurred?
18 A. No, I do not.
19 Q. You have --- have you ever signed a republican ---
20 have you ever signed a nominating petition for any
21 other candidate?
22 A. Presidential?
23 Q. No. Any candidate.
24 A. Any candidate? I know I remember one.
25 Q. And would that --- was that a local or a state

```
                                                              25
 1   candidate?
 2   A.   Local.
 3   Q.   So, a local candidate.  And how did that occur?
 4   A.   Came --- came to my door, told me he was running
 5   for Magisterial District Judge and would I sign his
 6   petition.
 7   Q.   And did you sign his petition?
 8   A.   I did.
 9   Q.   Is that the only occasion that you have been
10   afforded the opportunity to sign a petition?
11   A.   That I remember.
12               ATTORNEY ROSSI:
13               That's all I have.
14               ATTORNEY JOEL:
15               A few follow-ups.
16   RE-EXAMINATION
17   BY ATTORNEY JOEL:
18   Q.   Just so that it's clear; you definitely remember
19   voting in the 2016 Republican primary; correct?
20   A.   Correct.
21   Q.   And you voted for only one candidate on that
22   ballot, I'm assuming; correct?
23   A.   Correct.
24   Q.   And I'm just not sure what you said.  Do you
25   actually remember voting in the 2012 general election?
```