# EXHIBIT H

Page 54

1  signatures and was doing really well.
2  And then as it's getting around
3     August and I'm collecting from local
4     people, I have everybody's signatures
5     but Jim. And I called him up and
6     said, you know, Jim, I didn't get your
7     papers, could you run them down and
8     leave them at my house? And he said
9     no. He said, I can't afford to get
10    them notarized.
11 Now, this was getting close to
12    the date. I said well ---. I tried
13    to find a Notary that would do it for
14    free for him. But I ended up leaving
15    whatever signatures he had on the
16    table. And I watched him get at least
17    20 that one day.
18 And in 2006 when he worked for
19    us, he got us like 200 or 300. And
20    that's because we brought him directly
21    to the Notary on a regular basis, to
22    make sure that that's done. But you
23    get that with certain volunteers, that
24    just won't spring for a penny out of
25    their pocket, even if they'll get

Page 55

1     reimbursed later.
2  Q. Did you offer to reimburse
3     Spak?
4  A. Uh-huh (yes). Spak is
5     disabled ---
6  Q. Oh.
7  A. --- and lives on his Social
8     Security. Because the year that he
9     got paid we had to provide copies of
10    the information to his caseworker on
11    this. So I believe him when he says
12    he really couldn't spend the money at
13    the time.
14 You know, again it's somebody
15    that's close to you. You think that
16    everything's going to be okay and then
17    you get these curve balls, you know?
18 Q. Why didn't you have a Notary
19    party?
20 A. What's that?
21 Q. Why didn't you just have a
22    Notary party in 2006 in Luzerne
23    County?
24 A. We had them in 2006. It was
25    2012 when Jim didn't turn in ---.

Page 56

1  Q. Oh, I'm sorry. Okay. I'm
2     sorry.
3  A. In 2006 we had Notary parties
4     and gatherings and associations.
5  Q. So Jim Spak didn't turn his
6     work product in in 2012?
7  A. In 2012, for Jill Stein.
8  Q. Okay. But 2006, were there any
9     nominating papers that you're aware of
10    that did not get turned in?
11 A. Yeah, or we didn't submit them
12    because they weren't notarized. I
13    would say a good 5,000 signatures.
14 Q. Were not notarized?
15 A. Were not turned in because
16    either the person didn't get them to
17    us or they weren't notarized and we
18    didn't have that person to match up
19    with a Notary.
20 Q. If they weren't filed, how did
21    you come in possession of these
22    papers?
23 A. People would drop them off at
24    the doorway, mail them to the parties'
25    Post Office box. But they're mailed

Page 57

1     with the affidavit filled out but not
2     notarized. People thinking they could
3     just send them in and we'll have
4     somebody notarize them, not
5     understanding how that works.
6  Q. So most of these papers that
7     weren't filed were circulated by
8     volunteers?
9  A. Yes.
10 Q. Okay.
11 A. Yes.
12 Q. And they didn't understand the
13    Notary --- strike that.
14 The volunteer-circulated papers
15    that weren't filed didn't follow the
16    rules required to execute ---? Is
17    that your testimony?
18 A. That's my testimony, yes.
19 Q. Did you ever ---? At the time
20    when you got these papers, did you try
21    to contact the circulator and explain
22    what they needed to do?
23 A. Sometimes we did. Sometimes it
24    was so late it was just impossible.
25    And again, in 2006 we're talking about