**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BENEZET CONSULTING, LLC** | : | |
| *and* **TRENTON POOL,** | : | **No. 1:16-CV-0074** |
| **Plaintiffs** | : | |
| | : | **Judge Kane** |
| **v.** | : | |
| | : | *Complaint filed 01/14/16* |
| **PEDRO A. CORTÉS** *and* | : | |
| **JONATHAN MARKS,** | : | |
| **Defendants** | : | **Electronically Filed Document** |

## NOTICE OF RECENT OPINION REGARDING
## THE CONSTITUTIONALITY
## OF SECTION 2869 OF THE PENNSYLVANIA
## ELECTION CODE (25 P.S. § 2869)

Defendants, Pedro A. Cortés and Jonathan Marks, by and through their undersigned counsel, hereby submit this Notice of Recent Opinion Regarding the Constitutionality of Section 2869 of the Pennsylvania Election Code (25 P.S. § 2869), for the following reasons.

1.     Plaintiffs initiated this action, challenging the constitutionality of several provisions of the Pennsylvania Election Code, including Section 2869, on or about January 14, 2016. (Doc. 1). The operative pleading is the Second Amended Complaint. (Doc. 25).

2.     Defendants filed a Motion for Summary Judgment (Docs. 41-43), seeking judgment on all claims, on or about December 22, 2016, and, on the same day, Plaintiffs filed a cross Motion for Summary Judgment. (Docs. 44-45).

3.      Both motions are fully briefed, and ripe for determination.

4.      On August 21, 2017, the Honorable Judge John E. Jones III issued a Memorandum and Order in the case titled *Roque "Rocky" De La Fuente v. Cortés*, No. 1:16-cv-01696 (M.D. Pa. Aug. 17, 2017), which, in part, addresses the constitutionality of Section 2869. True and correct copies of the Memorandum and Order are attached hereto as Attachment "A."

5.      Judge Jones concluded that Section 2869 is constitutional, and consistent with well-established law granting political parties broad leeway in establishing their associational boundaries. *See* Attachment "A," pp. 19-23.

6.      Defendants believe that Judge Jones' opinion in *De La Fuente* may inform this Honorable Court's ruling on the issue of the constitutionality of Section 2869, and respectfully bring this recent opinion to the Court's attention.

 

                                       **Respectfully submitted,**

                                         **JOSH SHAPIRO**
                                         **Attorney General**

**By:**   *s/ Kenneth L. Joel*

**Office of Attorney General**      **KENNETH L. JOEL**
**Litigation Section**                **Chief Deputy Attorney General**
**15th Floor, Strawberry Square**     **Attorney ID 72370**
**Harrisburg, PA  17120**
**Direct:  717-787-1179**          **NICOLE J. RADZIEWICZ**
**Fax:     717-772-4526**             **Deputy Attorney General**
**mgiunta@attorneygeneral.gov**

                                         *Counsel for Defendants*

**Date:**  August 21, 2017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENEZET CONSULTING, LLC** | : | |
| *and* **TRENTON POOL,** | : | **No. 1:16-CV-0074** |
| **Plaintiffs** | : | |
| | : | **Judge Kane** |
| **v.** | : | |
| | : | *Complaint filed 01/14/16* |
| **PEDRO A. CORTES** *and* | : | |
| **JONATHAN MARKS,** | : | |
| **Defendants** | : | **Electronically Filed Document** |

## CERTIFICATE OF SERVICE

I, Kenneth L. Joel, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on August 21, 2017, I caused to be served a true and correct copy of the foregoing document titled Notice of Recent Opinion Regarding the Constitutionality of Section 2869 of the Pennsylvania Election Code (25 P.S. § 2869) to the following:

**VIA ELECTRONIC FILING**

**Paul Anthony Rossi**
**873 East Baltimore Pike**
**Suite 705**
**Kennett Square, PA  19348-1801**
paularossi@comcast.net
*Counsel for Plaintiffs*

     *s/ Kenneth L. Joel*
**KENNETH L. JOEL**
Chief Deputy Attorney General