**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BENEZET CONSULTING , LLC; and, TRENTON POOL | : : : | CIVIL ACTION |
| PLAINTIFFS, | : : | |
| | : | No. 1:16-CV-00074 |
| vs. | : : | Hon. Yvette Kane |
| PEDRO A. CORTÉS, in his official capacity as the Secretary of the Commonwealth of Pennsylvania; and JONATHAN MARKS, in his official capacity as Commissioner, of the Bureau of Commissions, Elections and Legislation | : : : : : : : | FIRST NOTICE OF SUPPLEMENTAL AUTHORITY |
| DEFENDANTS. | : : | |

**PLAINTIFFS' FIRST NOTICE OF SUPPLEMENTAL AUTHORITY**
**PURSUANT TO LOCAL RULE 7.36**

On April 19, 2018, the U.S. Court of Appeals for the Third Circuit issued a non-precedential opinion in *Wilmoth et al. v. Secretary of the State of New Jersey*, appeal #17-1925, reversing and remanding the New Jersey District Court's dismissal of Plaintiffs' complaint challenging the constitutionality of New Jersey's residency requirement for petition circulators working for Republican and Democratic primary candidates. The Court instructed that strict scrutiny applies and the record must establish the state's interest against "party raiding" is real, not conjectural, and the challenged restrictions materially alleviate the alleged harms.

The mandate was issued on May 11th.

Dated:  May 17, 2018                             \_\_\_/s/ **Paul Rossi**_____
                                                 Paul A. Rossi
                                                 *Counsel for Plaintiffs*
                                                 PA I.D. #84947
                                                 316 Hill Street
                                                 Mountville, PA  17554
                                                 717.961.8978
                                                 Paul-Rossi@comcast.net