## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENEZET CONSULTING, LLC, <u>et</u> <u>al.</u>,** | : | |
| **Plaintiffs** | : | |
| | : | No. 1:16-cv-00074 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **KATHY BOOCKVAR and** | : | |
| **JONATHAN MARKS,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 28th day of August 2020, upon consideration of Plaintiffs' motion to amend/correct the judgment of this Court entered January 13, 2020 pursuant to Federal Rule of Civil Procedure 59(e) (Doc. No. 77), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiffs' motion is **DENIED**, and the above-captioned action shall remain **CLOSED**.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania